UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 3:03-CV-0169 (AVC) |
| ) | |
| v. ) | |
| ) | |
| SCHOELLER & HOESCH, NA, INC., ET AL. ) | |
| ) | |
| Defendants. ) | October 14, 2003 |

## APPEARANCE

TO THE CLERK OF THE COURT:

Please enter the appearance of Eric E. Grondahl, Esq., of McCarter & English, LLP, on behalf of Plaintiff, Ahlstrom Windsor Locks LLC, in the above-entitled action, and send all Orders and Notices to me at the address noted below.

Dated at Hartford, Connecticut this 14th day of October, 2003.

                                        THE PLAINTIFF,
                                        AHLSTROM WINDSOR LOCKS LLC

                                        By _/s/ E. E. Grondahl_
                                        Eric E. Grondahl (CT 08988)
                                        McCARTER & ENGLISH, LLP
                                        CityPlace I
                                        185 Asylum Street, 36th Floor
                                        Hartford, CT 06103-3495
                                        (860) 275-6704
                                        (860) 724-3397 (fax)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing APPEARANCE has been mailed, postage prepaid, this 14th day of October, 2003 to:

DINA S. FISHER, ESQ.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

MARC J. FARRELL, ESQ.
Reed Smith LLP
213 Market Street, 9th Floor
P.O. Box 11844
Harrisburg, PA 17108-1844

_____
ERIC E. GRONDAHL (CT 08988)

HARTFORD: 600670.01