UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AHLSTROM WINDSOR LOCKS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 3:03-CV-0169 (AVC) |
| | ) | |
| v. | ) | |
| | ) | |
| SCHOELLER & HOESCH, NA, INC., ET AL. | ) | |
| | ) | |
| Defendants. | ) | October 14, 2003 |

## AMENDED APPEARANCE

Please amend the appearance of Basam E. Nabulsi, for the plaintiff Ahlstrom Windsor Locks, LLC to reflect the following change of address:

McCarter & English, LLP
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902
Telephone: (203) 324-1800
Facsimile: (203) 323-6513
bnabulsi@mccarter.com

THE PLAINTIFF,
AHLSTROM WINDSOR LOCKS LLC

By __/s/ B. E. Nabulsi__
Basam E. Nabulsi (CT20897)
McCARTER & ENGLISH, LLP
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902
(203) 324-1800
(203) 323-6513 (fax)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing AMENDED APPEARANCE has been mailed, postage prepaid, this 14th day of October, 2003 to:

DINA S. FISHER, ESQ.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

MARC J. FARRELL, ESQ.
Reed Smith LLP
213 Market Street, 9th Floor
P.O. Box 11844
Harrisburg, PA 17108-1844

_____
BASAM E. NABULSI (CT 20897)

HARTFORD: 600661.01