UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 3:03-CV-10169 (AVC) |
| v. ) | |
| ) | |
| SCHOELLER & HOESCH, NA, INC. and ) | |
| P.H. GLAFELTER COMPANY, ) | |
| ) | |
| Defendants. ) | October 14, 2003 |

### PLAINTIFF'S MOTION FOR ENTRY OF AN AMENDED SCHEDULING ORDER AND ASSOCIATED EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Connecticut Local Rule 7(b), Plaintiff Ahlstrom Windsor Locks LLC ("Plaintiff") respectfully requests that an Amended Scheduling Order, as set forth herein, be entered by the Court in connection with this matter. A particularized showing that the time limitations associated with the current Scheduling Order, as amended by Order dated September 16, 2003, cannot reasonably be met despite Plaintiff's diligent efforts, is set forth below. This is Plaintiff's second request for an extension of the applicable deadlines in this matter. Plaintiff's initial request was limited to a thirty (30) day extension of time with respect to expert-related dates.

**Particularized Showing in Support of Request for Amended Scheduling Order**

Plaintiff respectfully submits that the present Motion for Entry of an Amended Scheduling Order should be granted, and that the proposed Amended Scheduling Order should be entered by the Court, for at least the following reasons:

- Illness of Plaintiff's Lead Counsel: Plaintiff's lead counsel, Myron Cohen, Esq., has been seriously ill for the last several months. Attorney Cohen's illness has significantly interfered with his ability to advance the issues in this case, and has now required an extended hospitalization and treatment regimen extending over many months. When it became apparent that hospitalization was unavoidable, Plaintiff immediately transferred the lead counsel role to Sidney R. Bresnick, Esq., a member of the Connecticut bar and Of Counsel in Attorney Cohen's law firm. Attorney Bresnick is actively bringing himself up-to-speed on the substantive issues associated with this litigation, and has assumed overall responsibility for the litigation on behalf of Plaintiff. Nonetheless, the unforeseen and unavoidable consequences of Attorney Cohen's illness have significantly impacted Plaintiff's ability to meet the deadlines set forth in the Scheduling Orders associated with this litigation.

- Discovery Issues: The parties have actively pursued discovery in this litigation. While significant amounts of information have been exchanged by the parties, numerous delays have arisen with respect to the exchange of information and documents. Moreover, substantial issues have arisen with regard to the permissible

scope of discovery. The parties have attempted to resolve these discovery issues in good faith and, in numerous instances, have successfully resolved such discovery disputes. However, several discovery issues remain unresolved and Plaintiff will be filing a Motion to Compel with respect to those issues within the next several days. The inability to obtain the necessary discovery within the time frames contemplated by the Scheduling Orders in this litigation has made it impossible for Plaintiff's expert(s) to complete their analyses and prepare the requisite expert report(s).

In short, despite Plaintiff's diligent efforts to comply with the deadlines set forth in the Scheduling Orders in this matter, an amended Scheduling Order resetting the times associated with trial preparation in this litigation is necessary and appropriate. In view of the ongoing efforts of Attorney Bresnick to assume responsibility for this litigation on behalf of Plaintiff and the time required to resolve Plaintiff's soon-to-be-filed Motion to Compel and complete liability discovery in this matter, Plaintiff respectfully requests: (i) a six (6) month extension of time with respect to all dates associated with the parties' expert reports, and (ii) an eight (8) month extension of time with respect to dates associated with all liability discovery, the parties' expert depositions, submission of pre-trial motions (except motions *in limine*), and submission of a joint trial memorandum.

Thus, Plaintiff respectfully requests that the following deadlines be extended in the manner indicated:

- <u>All</u> liability discovery, including depositions of <u>all</u> witnesses shall be completed by August 15, 2004 (extended by eight (8) months);

- Plaintiff shall designate all trial experts and provide opposing counsel with reports from retained experts on or before April 15, 2004 (extended by six (6) months);

- Rebuttal reports by Plaintiff to be completed by June 15, 2004 (extended by six (6) months);

- Depositions of Plaintiff's Experts to be completed by October 14, 2004 (extended by eight (8) months);

- Defendants shall designate all trial experts and provide opposing counsel with reports from retained experts on or before May 14, 2004 (extended by six (6) months);

- Rebuttal reports by Defendants to be completed by May 14, 2004 (extended by six (6) months);

- Depositions of Defendants' experts to be completed by October 14, 2004 (extended by eight (8) months);

- All motions, except motions *in limine* incident to a trial, shall be filed on or before October 28, 2004 (extended by eight (8) months);

- The parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on November 30, 2004 (extended by eight (8) months); and

- The case shall be ready for trial by December 30, 2004 (extended by eight (8) months).

Plaintiff's counsel has consulted with counsel for Defendants, Marc J. Farrell, Esq., and Attorney Farrell has indicated that Defendants do not agree to Plaintiff's request for an Amended Scheduling Order and associated extension of time.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff's Motion For Entry of an Amended Scheduling Order and Associated Extension Of Time.

> THE PLAINTIFF,
> AHLSTROM WINDSOR LOCKS LLC
> BY McCARTER & ENGLISH, LLP
> ITS ATTORNEYS
>
> By _/s/ Basam E. Nabulsi_
> BASAM E. NABULSI (CT 20897)
> Four Stamford Plaza, 107 Elm Street
> Stamford, CT 06902
> (203) 324-1800
> (203) 323-6513 (fax)
>   -and-
> MYRON COHEN (CT 15349)
> YUNLING REN (CT 21078)
> Cohen, Pontani, Lieberman & Pavane
> 551 Fifth Avenue
> New York, NY 10176
> (212) 687-2770
> (212) 972-5487 (fax)

SO ORDERED:

_____     _____
Date                              United States District Judge/Clerk

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing PLAINTIFF'S MOTION FOR ENTRY OF AN AMENDED SCHEDULING ORDER AND ASSOCIATED EXTENSION OF TIME has been mailed, postage prepaid, this 14th day of October, 2003 to:

DINA S. FISHER, ESQ.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

MARC J. FARRELL, ESQ.
Reed Smith LLP
213 Market Street, 9th Floor
P.O. Box 11844
Harrisburg, PA 17108-1844

_____
Basam E. Nabulsi

HARTFORD: 600602.01