# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

AHLSTROM WINDSOR LOCKS LLC )
)
)
SCHOELLER & HOESCH, NA, INC. )  Civil Action No. 3:03-CV-0169 (AVC)
and P.H. GLATFELTER COMPANY )
)

## DECLARATION OF MICHELE TOTONIS

Michele M. Totonis declares:

1. I am a member of the bar of the State of Connecticut in good standing.

2. I am the Legal Counsel for Plaintiff Ahlstrom Windsor Locks LLC. I have served in this capacity throughout this matter.

3. In September 1999 Plaintiff settled an infringement dispute with the Defendants based upon the '997 patent.

4. In November 2002, I became aware of product(s) being sold or offered for sale by the Defendants that were not identified in the agreement.

5. I directed tests by Plaintiff's lab personnel to determine if defendants' product infringed the '997 patent. Based upon those tests I concluded Defendants' product does infringe the '997 patent.

6. I created a chart (the "Totonis Chart) from the test results to demonstrate that Defendants' product did not exhibit an appreciable water climb. I declare under penalty of perjury that the foregoing is true and correct. Executed on October 15, 2003.

Michele M. Totonis

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' FIRST MOTION TO COMPEL has been mailed, postage prepaid, this 14th day of October, 2003 to:

DINA S. FISHER, ESQ.
Robinson & Cole LLP
380 Trumbull Street
Hartford, CT 06103-3597

MARC J. FARRELL, ESQ.
Reed Smith LLP
213 Market Street, 9th Floor
P.O. Box 11844
Harrisburg, PA 17108-1844

_____
ERIC E. GRONDAHL

HARTFORD: 600663.02

10