03CV169 Atty APR

# United States District Court

## DISTRICT OF CONNECTICUT

FILED
2003 NOV -3 P 12: 45
US DISTRICT COURT
HARTFORD CT

AHLSTROM WINDSOR LOCKS LLC,

        Plaintiff

  v.

SCHOELLER & HOESCH, NA., INC., and P.H. GLATFELTER COMPANY,

        Defendants.

**APPEARANCE**

CASE NUMBER: 3:03-CV-0169 (AVC)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Ahlstrom Windsor Locks LLC

October 28, 2003
*Date*

/s/ Sidney R. Bresnick
*Signature*

SIDNEY R. BRESNICK
*Print Name*

ct 16295
*Bar number*

COHEN, PONTANI, LIEBERMAN & PAVANE
*Address*

551 Fifth Avenue
*City*    *State*    *Zip Code*

New York    NY    10176

(212) 972-5487
*Fax Number*

(212) 687-2770
*Phone Number*

sbresnick@cplplaw.com
*E-mail Address*

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing APPEARANCE has been mailed, postage prepaid, this 28[h] day of October, 2003 to:

Dina S. Fisher, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597

Marc J. Farrell, Esq.
Reed Smith LLP
213 Market Street, 9th Floor
P.O. Box 11844
Harrisburg, PA  17108-1844

_____
SIDNEY R. BRESNICK

HARTFORD: 454041.02