UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AHLSTROM WINDSOR LOCKS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 3:03-CV-0169 (AVC) |
| | ) | |
| v. | ) | |
| | ) | |
| SCHOELLER & HOESCH, NA, INC., and P.H. GLATFELTER COMPANY, | ) ) | |
| | ) | |
| Defendants. | ) | NOVEMBER 10, 2003 |

**PLAINTIFF'S MOTION FOR PERMISSION TO FILE SURREPLY**

Plaintiff Ahlstrom Windsor Locks LLC. respectfully requests permission from this Court to file the accompanying Surreply in opposition to Defendants Motion to Compel [Dkt. # 39]. The attached Surreply Memorandum is submitted to address specific issues and arguments raised by Defendants in their Reply Memorandum dated October 27, 2003 [Dkt. # 47].

                                                THE PLAINTIFF,
                                                AHLSTROM WINDSOR LOCKS LLC
                                                BY ITS ATTORNEYS

                                                By _____
                                                Basam E. Nabulsi (CT 20897)
                                                Alexandra B. Stevens (CT 20300)
                                                McCARTER & ENGLISH, LLP
                                                Four Stamford Plaza
                                                107 Elm Street
                                                Stamford, CT 06902
                                                (203) 324-1800
                                                (203) 323-6513 (fax)
                                                bnabulsi@mccarter.com
                                                        -and-

Sidney R. Bresnick (CT 16295)
COHEN, PONTANI, LIEBERAN &
   PAVANE
551 Fifth Avenue
New York, NY 10176
(212) 687-2770
(212) 972-5487 (fax)
sbresnick@cplplaw.com

SO ORDERED:

_____
Date

_____
United States District Judge / Clerk

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing PLAINTIFF'S MOTION FOR PERMISSION TO FILE SURREPLY has been mailed, postage prepaid, this 10th day of November, 2003 to:

DINA S. FISHER, ESQ.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

MARC J. FARRELL, ESQ.
Reed Smith LLP
213 Market Street, 9th Floor
P.O. Box 11844
Harrisburg, PA 17108-1844

_____
BASAM E. NABULSI

HARTFORD: 602379.01