UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AHLSTROM WINDSOR LOCKS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 3:03-CV-0169 (AVC) |
| | ) | |
| v. | ) | |
| | ) | |
| SCHOELLER & HOESCH, NA, INC., and P.H. GLATFELTER COMPANY, | ) ) | |
| | ) | |
| Defendants. | ) | NOVEMBER 10, 2003 |

**PLAINTIFF'S MOTION FOR PERMISSION TO FILE SURREPLY**

Plaintiff Ahlstrom Windsor Locks LLC. respectfully requests permission from this Court to file the accompanying Surreply in opposition to Defendants Motion to Compel [Dkt. # 39]. The attached Surreply Memorandum is submitted to address specific issues and arguments raised by Defendants in their Reply Memorandum dated October 27, 2003 [Dkt. # 47].

THE PLAINTIFF,
AHLSTROM WINDSOR LOCKS LLC
BY ITS ATTORNEYS

By _____
Basam E. Nabulsi (CT 20897)
Alexandra B. Stevens (CT 20300)
McCARTER & ENGLISH, LLP
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902
(203) 324-1800
(203) 323-6513 (fax)
bnabulsi@mccarter.com
-and-

November 17 2003. GRANTED. SO ORDERED.
Alfred V. Covello U.S.D.J.