UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AHLSTROM WINDSOR LOCKS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 3:03-CV- 169 (AVC) |
| v. | ) | |
| | ) | |
| SCHOELLER & HOESCH, NA, INC. and | ) | |
| P.H. GLAFELTER COMPANY, | ) | |
| | ) | |
| Defendants. | ) | October 14, 2003 |

## PLAINTIFF'S MOTION FOR ENTRY OF AN AMENDED SCHEDULING ORDER AND ASSOCIATED EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Connecticut Local Rule 7(b), Plaintiff Ahlstrom Windsor Locks LLC ("Plaintiff") respectfully requests that an Amended Scheduling Order, as set forth herein, be entered by the Court in connection with this matter. A particularized showing that the time limitations associated with the current Scheduling Order, as amended by Order dated September 16, 2003, cannot reasonably be met despite Plaintiff's diligent efforts, is set forth below. This is Plaintiff's second request for an extension of the applicable deadlines in this matter. Plaintiff's initial request was limited to a thirty (30) day extension of time with respect to expert-related dates.

GRANTED. 2003.
Alfred V. Covello, U.S.D.J.

November 17 2003.
SO ORDERED.