UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SCHOELLER & HOESCH, N.A., INC. )<br>and P.H. GLATFELTER COMPANY, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 3:03-CV-0169(AVC) |

FILED

2003 DEC -4 P 2: 31

US DISTRICT COURT
HARTFORD CT

### RESPONSE TO SCHOELLER & HOESCH'S
### MOTION FOR PROTECTIVE ORDER

In response to Defendant's, Schoeller & Hoesch NA, Inc., ("S&H") Motion for a Protective Order as to Plaintiff's October 31, 2003 Notice of Deposition Pursuant to Rule 30(b)(6), Fed. R. Civ. P., Plaintiff, Ahlstrom Windsor Locks LLC ("Ahlstrom"), states as follows:

1) The motion is moot as the deposition noticed for November 18, 2003 has already been taken;

2) Any objections or reservations made by the parties are already of record in the official transcript of the deposition;

3) No further examination of the deponent S&H on the areas of inquiry listed in the notice of deposition is contemplated by Ahlstrom at this time;

4) Should additional information come to light during discovery that warrants further inquiry along the lines of examination in the notice of deposition, appropriate steps will be taken at that time with regard to a further deposition.

For the reasons given, Ahlstrom respectfully requests that S&H's motion for a protective order be denied.

>Respectfully submitted,
>
>Cohen, Pontani, Lieberman & Pavane
>
>By /s/ Sidney R. Bresnick
>Sidney R. Bresnick (ct 16295)
>Yunling Ren (ct 21078)
>551 Fifth avenue
>New York, NY 10176
>Tel. 212-687-2770
>Fax 212-972-5487
>          -and-
>McCarter & English, LLP
>Basam E. Nabulsi, Esq. (ct 20897)
>Four Stamford Plaza
>107 Elm Street, 9th Floor
>Stamford, CT 06902
>Tel. 203-965-0601
>Fax 203-323-6513
>
>Attorneys for Plaintiff,
>Ahlstrom Windsor Locks LLC

Date:   November 26, 2003

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Response to Defendant's, Schoeller & Hoesch, Motion for Protective Order, has been mailed, postage prepaid, this 26th day of November, 2003 to:

Dina S. Fisher, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597

Marc J. Farrell, Esq.
Reed Smith LLP
213 Market Street, 9th Floor
P.O. Box 11844
Harrisburg, PA  17108-1844

_____
Sidney R. Bresnick