FILED

'03 NOV 14 P 3:09

US DISTRICT COURT
HARTFORD CT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, | : |
| Plaintiff | : CASE NO. 3:03-CV-0169-AVC |
| v. | : |
| SCHOELLER & HOESCH, NA, INC., | : |
| and | : |
| P. H. GLATFELTER COMPANY | : |
| Defendants | : NOVEMBER 14, 2003 |

**DEFENDANT SCHOELLER & HOESCH, NA, INC.'S MOTION FOR PROTECTIVE ORDER AS TO PLAINTIFF'S OCTOBER 31, 2003 RULE 30(b)(6) NOTICE OF DEPOSITION**

Defendant, Schoeller & Hoesch, NA, Inc. ("S&H") hereby moves for a protective order with respect to three subjects identified in a Notice of Deposition served by the Plaintiff, Ahlstrom Windsor Locks LLC ("Plaintiff" or "Ahlstrom") on October 31, 2003 pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure ("Plaintiff's 30(b)(6) Notice") (attached hereto at Tab A).

As set forth more fully below, Plaintiff's 30(b)(6) Notice asks S&H to produce one or more corporate representatives to testify as to three inappropriate areas of inquiry: (1) manufacturing processes of an operating division of Defendant P. H. Glatfelter Company ("Glatfelter") (and collectively with S&H, "Defendants"), about which no one at S&H is qualified to testify, and which are of such a highly technical nature that it would be virtually impossible for someone at S&H to testify as to these subjects; (2) information protected by the

*[Handwritten annotation in left margin:]* December 11, 2003. As the deposition at issue has already taken place with objections and reservations noted for the record, the motion is denied as moot. SO ORDERED. Alfred V. Covello, U.S.D.J.