UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 3:03-CV-0169 (AVC) |
| v.  ) | RKW |
| ) | |
| SCHOELLER & HOESCH, N.A., INC. ) | |
| and P.H. GLATFELTER COMPANY, ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S MOTION TO RESET EXCHANGE SCHEDULE

**STATEMENT**

In an order dated December 12, 2003, the Court set February 27, 2004 as the date for the parties to simultaneously exchange relevant claims information, including all facts and information supporting their allegations of patent infringement and invalidity. Plaintiff respectfully moves the Court to reset the exchange date to April 27, 2004, an extension of 60 days, in order to complete its discovery on these important issues. The grounds for the motion follow.

**GROUNDS FOR THE MOTION**

Plaintiff has diligently attempted to obtain discovery on the technical issues relating to infringement since November 2003. It has only been in the past two weeks that this discovery was forthcoming from Defendants, and Plaintiff had to go to Germany to obtain it. The record with respect to Plaintiff's attempts to obtain discovery on the technical issues in this case clearly demonstrates the difficulty Plaintiff has had in obtaining full, complete and timely discovery from Defendants and the need for additional time to complete this discovery.

GRANTED.

Alfred V. Covello, U.S.D.J.

January 29, 2004.
SO ORDERED.