IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, : | |
| : | |
| Plaintiff : | CASE NO. 3:03-CV-0169-AVC |
| : | |
| v. : | |
| : | |
| SCHOELLER & HOESCH, NA, INC., : | |
| : | |
| and : | |
| : | |
| P. H. GLATFELTER COMPANY : | |
| : | |
| Defendants : | MARCH 3, 2004 |

## MOTION FOR ORDER OF COMPLIANCE

The Defendants, Schoeller & Hoesch, NA, Inc. and P. H. Glatfelter Company ("Defendants"), respectfully move for clarification and an order of compliance as to this Court's ruling issued on December 12, 2003 ("the 12/12/03 Order") granting in part and denying in part the Defendants' Motion to Compel.

Furthermore, and in accordance with such clarification, Defendants ask that this Court issue an order compelling the Plaintiff, Ahlstrom Windsor Locks LLC ("Plaintiff"), to produce responses to discovery that have been and continue to be improperly withheld on the grounds of attorney-client privilege and the attorney work product doctrine. Defendants request that such order specifically require Plaintiff's 30(b)(6) designee and any other deponent(s) having knowledge related to facts supporting Plaintiff's infringement allegations to testify fully as to same in depositions. As soon as possible, Defendants wish to resume the deposition of Plaintiff's in-house counsel, Michele Totonis, whom Plaintiff designated as its Rule 30(b)(6) witness as to all issues concerning the factual basis of Plaintiff's infringement allegations. This deposition began on November 10, 2003, and was not concluded due to claims of privilege.

**ORAL ARGUMENT IS NOT REQUESTED**

Defendants respectfully request that the Court expedite its consideration of the instant motion, so as to allow the parties sufficient time to prepare accordingly for the resumption of that deposition.

The grounds of this motion and the relief sought are set out in the accompanying memorandum. As more fully stated therein, the Defendants seek clarification of the Court's 12/12/03 Order on two issues: (1) the scope of discovery required to be produced by Plaintiff; and (2) the timing of such production. In accordance with the requested clarification, Defendants also seek an order specifically compelling Plaintiff to respond to questions pertaining to tests it performed purportedly on Defendants' allegedly infringing product(s), and to produce the factual data and results of those tests. While the Court denied Defendants' motion to compel production of a particular document that included within it a table of data compiled by Plaintiff's in-house counsel, Michele Totonis, Esq. (the so-called "Totonis Table"), the 12/12/03 Order did not free Plaintiff from its obligation to disclose the facts underlying that document. Even though she was identified as a 30(b)(6) witness, Attorney Totonis refused to respond to questions concerning those tests, refused to produce test results, and refused to disclose who performed the tests, on the grounds of privilege and work product protection. Defendants submit that these claims of privilege and work product are in error, and this factual information must be disclosed as called for by the plain language of the 12/12/03 Order.

WHEREFORE, Defendants respectfully request clarification of the Court's 12/12/03 Order, and an order of compliance directing Plaintiff to respond fully and fairly to discovery.

>Attorneys for Defendants,
>Schoeller & Hoesch, NA, Inc. and
>P. H. Glatfelter Company
>
>By _____
>Dina S. Fisher (ct 14896)
>280 Trumbull Street
>Hartford, CT 06103-3597
>Tel. No.: (860) 275-8200
>Fax No.: (860) 275-8299
>dfisher@rc.com
>
>Marc J. Farrell (ct 24539)
>REED SMITH LLP
>213 Market Street, 9th Floor
>P.O. Box 11844
>Harrisburg, PA 17108-1844
>(717) 257-3044
>mfarrell@reedsmith.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served by means of facsimile and federal express, on this the 3rd day of March, 2004, upon the following:

> Sidney R. Bresnick, Esquire
> Yunling Ren, Esquire
> Cohen, Pontani, Lieberman & Pavane
> 551 Fifth Avenue
> New York, NY 10176
>
> Basam E. Nabulsi, Esquire
> Alexandra Stevens, Esquire
> McCarter & English LLP
> Four Stamford Plaza
> 107 Elm Street, 9th Floor
> Stamford, CT 06902

_____
Dina S. Fisher