UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 3:03-CV-0169 (AVC) |
| v. | ) |
| | ) |
| SCHOELLER & HOESCH, N.A., INC. and | ) |
| P.H. GLATFELTER COMPANY, | ) |
| | ) |
| Defendants. | ) MARCH 11, 2004 |

### PLAINTIFF'S OPPOSITION MEMORANDUM TO DEFENDANTS' MOTION TO SHORTEN RESPONSE WINDOW

Pursuant to **D. Conn. L. R. 7(a)**, Plaintiff Ahlstrom Windsor Locks LLC ("Plaintiff") hereby submits this memorandum in opposition to Defendants' Motion to Shorten Response Window, dated March 5, 2004 ("Motion") [Dkt. # 63]. Plaintiff objects to Defendants' Motion based on Defendants' failure to demonstrate that good cause exists to expedite the briefing schedule in connection with Defendants' Motion for Order of Compliance, dated March 3, 2004 [Dkt. # 61]. The Court should deny Defendants' Motion for the reasons set forth below.

Defendants have been fully aware of Plaintiff's position with respect to the discovery of privileged information since at least November 10, 2003. On that date, Plaintiff provided Defendants' counsel with a privilege log setting forth the claims to privilege that are now at issue. In addition, on that date, Defendants commenced the deposition of Plaintiff's in-house counsel. During the November 2003 deposition, Plaintiff's in-house counsel was instructed not to testify with respect to specific privileged information. Shortly thereafter, on December 12, 2003, the Court issued an Order pertaining to a series of discovery disputes in this

case. The Court's Order squarely addressed and affirmed Plaintiff's privilege claims with respect to pre-suit attorney work product.

Now, almost three (3) months after the Court issued its Order and almost four (4) months after Plaintiff: (i) provided Defendants with a privilege log setting forth its privilege-related position, and (ii) refused to permit its in-house counsel to testify with respect to privileged information, Defendants ask the Court to expedite the briefing schedule for their Motion for Order of Compliance without providing <u>any</u> rationale for why – if Defendants believe information has been wrongly withheld from production, it should have filed its motion months ago. Instead, Defendants have run to this Court at the last minute with a request that Plaintiff be required to respond to their Motion for Order of Compliance in seven days, rather than the twenty one days provided by Local Rule 7(a).

Defendants have offered no compelling reason to expedite the briefing schedule other than their delay in resuming depositions, which were noticed only last week. **(See declaration of Sidney R. Bresnick attached hereto.)** Moreover, Plaintiff should not be prejudiced in preparing an appropriate response to Defendants' Motion for Order of Compliance because Defendants have apparently concluded that they are ill-prepared for the upcoming exchange of claim construction information and simultaneous production of invalidity information. Defendants have had months to conduct appropriate discovery and to seek Court intervention, as and when needed. Defendants' dilatory inaction -- which has now extended for month-upon-month -- should preempt the expedited briefing schedule sought by Defendants in this Motion.

At a minimum, Defendants' request for a shortened briefing schedule that would require Plaintiff to respond in a single week is wholly unreasonable, particularly in light of the

fact that Defendants have sat idly by since late 2003. If the Court concludes that a shortened briefing schedule is in fact warranted, Plaintiff respectfully submits that a one week timeframe is patently unfair, and that a more appropriate timeframe should be set by the Court.

WHEREFORE, Plaintiff respectfully requests that this Court deny Defendants' Motion to Shorten Response Time.

March 11, 2004

THE PLAINTIFF,
AHLSTROM WINDSOR LOCKS LLC
BY ITS ATTORNEYS

By *C. E. Grondahl*
Eric E. Grondahl (CT 08988)
Basam E. Nabulsi (CT 20897)
Alexandra B. Stevens (CT 20300)
McCARTER & ENGLISH, LLP
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902
(203) 324-1800
(203) 323-6513 (fax)
bnabulsi@mccarter.com
     -and-
Sidney R. Bresnick (CT 16295)
COHEN, PONTANI, LIEBERAN &
    PAVANE
551 Fifth Avenue
New York, NY 10176
(212) 687-2770
(212) 972-5487 (fax)
sbresnick@cplplaw.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing PLAINTIFF'S OPPOSITION MEMORANDUM TO DEFENDANTS' MOTION TO SHORTEN RESPONSE WINDOW has been sent via facsimile and mailed, postage prepaid, this 11th day of March, 2004 to:

DINA S. FISHER, ESQ.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

MARC J. FARRELL, ESQ.
Reed Smith LLP
213 Market Street, 9th Floor
P.O. Box 11844
Harrisburg, PA 17108-1844


_____
ERIC E. GRONDAHL


HARTFORD-610720-v1-AWL SH - Opposition to Motion to Shorten Time Period (FINAL).DOC