63

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

AHLSTROM WINDSOR LOCKS LLC,  :

          Plaintiff  :  CASE NO. 3:03-CV-0169-AVC

   v.  :

SCHOELLER & HOESCH, NA, INC.,  :

   and  :

P. H. GLATFELTER COMPANY  :

          Defendants  :  MARCH 5, 2004

### MOTION TO SHORTEN RESPONSE WINDOW

Pursuant to Local Rule 7(a) of the Local Civil Rules of the United States District Court for the District of Connecticut, the Defendants, Schoeller & Hoesch, NA, Inc. and P. H. Glatfelter Company ("Defendants"), respectfully move to shorten the response window in which opposition papers must be filed to Defendants' Motion for Order of Compliance filed on March 3, 2004. The standard 21-day timeframe provided in the Local Rules would require Plaintiff's opposition papers to be filed by March 24, 2004. Due to pressing time constraints and the need to resolve outstanding disputes as to critical documents withheld as work product or privileged, Defendants ask that Plaintiff be required to file its opposition by March 12, 2004.

In support of this motion, the Defendants represent as follows:

1. The Court has set the date of April 27, 2004 for a simultaneous exchange by the parties of their proposed claims construction. *See* Order of the Court dated December 12, 2003 ("12/12/03 Order").

2. Well in advance of that date, the Defendants must resume the deposition of Plaintiff's Rule 30(b)(6) witness, whom Plaintiff designated to be in-house counsel, Michele

---

*Handwritten margin annotation:* Granted to the extent that the opposition memorandum to the motion for compliance shall be due on or before the close of business on Monday, March 15, 2004. The opposition may be submitted directly to chambers by way of facsimilie, with the original mailed to the clerk's office for filing. SO ORDERED.

March 12, 2004.

Alfred V. Covello, U.S.D.J.