IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LLC, | : | |
| iff | : | CASE NO. 3:03-CV-0169-AVC |
| | : | |
| IC., | : | |
| | : | |
| dants | : | MARCH 30, 2004 |

**ION FOR RECONSIDERATION OF ORDER
ION FOR ORDER OF COMPLIANCE**

of the Local Civil Rules of the United States District Court

efendants, Schoeller & Hoesch, NA, Inc. and P. H.

respectfully move for reconsideration of the Court's Order

Order") denying Defendants' Motion for Order of

Defendants must have miscommunicated the object of its

work product, but simply the facts underlying the

**ELY EMPIRICAL DATA AND THE RESULTS OF
PLAINTIFF TO SUPPORT ITS ALLEGATIONS OF
r.**

Michele Totonis, has testified that prior to bringing this suit

ed various samples of what it believed to be tea bag paper

dants.[1]  *See* Totonis Dep., at 48:19 to 49:20. Those

---

Totonis Deposition were attached as Exhibit B to Defendants' Motion

---

3:03cv0169 (AVC). April 12, 2004. The motion for reconsideration is granted. The relief requested, however, is denied. The plaintiff need not furnish the information requested at this juncture as it is protected by the work product doctrine. The court will, however, revisit this issue upon request of the defendants after the April 27, 2004 information exchange. On this date, the plaintiff will be providing all facts forming the basis of its claims. If such facts are withheld as privileged or as protected by the work product doctrine, the court will re-examine its March 16, 2004 conclusion that disclosure is not authorized because the defendants have failed to show substantial need or inability to obtain equivalent information.

SO ORDERED.

Alfred V. Covello, U.S.D.J.