UNITED STATES DISTRICT COURT **FILED**

DISTRICT OF CONNECTICUT

2004 APR 26  A 11: 25

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:03-CV-0169 (AVC) |
| ) | |
| SCHOELLER & HOESCH, N.A., INC. and ) | |
| P.H. GLATFELTER COMPANY, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S FIRST MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Plaintiff, Ahlstrom Windsor Locks LLC ("Ahlstrom" or "Plaintiff"), hereby moves the Court, pursuant to Rule 37, Fed.R.Civ.P., for an order directing defendants, Schoeller & Hoesch, N.A., Inc. ("S&H") and P.H. Glatfelter Company ("Glatfelter") (collectively "Defendants"), to produce outstanding documents that have been requested by Plaintiff pursuant to Rule 34, Fed.R.Civ.P. Specifically, Plaintiff is seeking the test records or test data sheets of the water climb, bag bursting, infusion and wettability tests concerning Defendants' accused products under Plaintiff's Document Request Nos. 32 and 33 served on May 6, 2003, and Documents Request Nos 43 and 46 served on July 28, 2003. These test records have been kept in the main laboratory of Defendants' plant since as early as 1997. The documents requested by Plaintiff are critical to Plaintiff's allegations of Defendants' infringement of Plaintiff's U. S. Patent No. 5,431,997 (the '997 patent") and Defendants' breach of the Agreement entered into on September 24, 1999. Defendants' refusal to comply with the subject requests is unwarranted and improper.

S:\aw\1783-125L\1783-125L-Opposition to Motion for Reconsideration 3.doc

The grounds for this motion and the relief sought out are expounded in the accompanying memorandum.

Respectfully submitted,

April 23, 2004

Cohen, Pontani, Lieberman & Pavane

By_____
Sidney R. Bresnick, Esq. (CT 16295)
Yuhling Ren, Esq. (CT 21078)
David P. Badanes, Esq.
551 Fifth Avenue
New York, NY 10176
Tel. 212-687-2770
Fax 212-972-5487
      -and-
McCarter & English, LLP
Basam E. Nabulsi, Esq. (CT 20897)
Four Stamford Plaza
107 Elm Street, 9th Floor
Stamford, CT 06902
Tel. 203-965-0601
Fax 203-323-6513

*Attorneys for Plaintiff,*
Ahlstrom Windsor Locks LLC

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing Plaintiff's First Motion to Compel Production of Documents has been sent by first class mail, postage prepaid, this 23rd day of April, 2004 to:

>Dina S. Fisher, Esq.
>Robinson & Cole LLP
>280 Trumbull Street
>Hartford, CT 06103-3597
>      -and-
>Marc J. Farrell, Esq.
>Reed Smith LLP
>213 Market Street, 9th Floor
>P.O. Box 11844
>Harrisburg, PA 17108-1844

_____
Yunling Ren