UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AHLSTROM WINDSOR LOCKS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:03-CV-0169 (AVC) |
| | ) | |
| SCHOELLER & HOESCH, N.A., INC. and | ) | April 6, 2004 |
| P.H. GLATFELTER COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION FOR EXTENSION OF TIME

The parties, through their respective counsel, hereby respectfully request

that the Court extend certain discovery deadlines for a period of one month in order to

permit them to fully complete their discovery obligations and prepare for trial. In making

this request, the parties note that the Court's current discovery cutoff date, the parties'

joint trial memorandum date, and the case ready for trial date *will not change*. The

requested date changes primarily affect only the expert reports and claim construction

dates, as to which the current sequence of timing of events will not change.

The requested stipulated changes in the scheduling order are as follows:

1)    Plaintiff shall designate all trial experts and provide

opposing counsel with reports from retained experts on or before May 15, 2004 (currently

April 15, 2004);

2)    The simultaneous exchange of relevant claims information and

proposed claim constructions, and facts and information supporting Plaintiff's allegations

of infringement and Defendants' allegations of invalidity, as called for in the Court's

order of December 16, 2003, shall take place on May 27, 2004 (currently April 27, 2004);

   3) Defendants shall designate all trial experts and provide opposing counsel with reports from retained experts on or before June 15, 2004 (currently May 14, 2004);

   4) Rebuttal reports by Defendants to be completed by June 15, 2004 (currently May 14, 2004);

   5) Rebuttal reports by Plaintiff to be completed by July 15, 2004 (currently June 15, 2004);

   6) Depositions of both Plaintiff's and Defendants' experts to be completed by October 21, 2004 (currently October 14, 2004).

   The current scheduling dates *will not change* under the joint stipulation:

   7) All liability discovery, including depositions of all witnesses shall be completed by August 15, 2004;

   8) All motions, except motions *in limine* incident to a trial, shall be filed on or before October 28, 2004;

   9) The parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on November 30, 2004; and

   10) The case shall be ready for trial by December 30, 2004.

   The proposed changes do not materially affect the overall schedule for completion of discovery and trial and it is respectfully requested that the Court grant the relief requested by the parties.

Respectfully submitted,

By _____
Sidney R. Bresnick, Esq. (ct 16295)
Yunling Ren, Esq.
551 Fifth Avenue
New York, NY 10176
Tel. 212-687-2770
Fax 212-972-5487
        -and-
McCarter & English, LLP

Eric E. Grondahl, Esq. (ct 08988)
Basam E. Nabulsi, Esq. (ct 20897)
Four Stamford Plaza
107 Elm Street, 9th Floor
Stamford, CT 06902
Tel. 203-965-0601
Fax 203-323-6513

Attorneys for Plaintiff,
Ahlstrom Windsor Locks LLC

By _____
Marc J. Farrell (ct 24539)
REED SMITH LLP
213 Market Street, 9th Floor
P.O. Box 11844
Harrisburg, PA 17108-1844
(717) 257-3044
mfarrell@reedsmith.com

Dina S. Fisher (ct 14896)
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

Attorneys for Defendants,
Schoeller & Hoesch, NA, Inc. and
P.H. Glatfelter Company