UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 MAY -3  A II: 10
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:03-CV-0169 (AVC) |
| ) | |
| SCHOELLER & HOESCH, N.A., INC. and ) | |
| P.H. GLATFELTER COMPANY, ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF YUNLING REN, ESQ. IN SUPPORT OF PLAINTIFF'S FIRST MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Plaintiff's counsel conferred with Defendants' counsel in a telephone conference held on October 30, 2003 and in subsequent correspondence dated March 30, 2004 and April 19, 2004, in an effort in good faith to resolve by agreement the issues raised by the Motion without the intervention of the Court. The parties were unable to reach agreement with respect to the disputed issues. Plaintiff's counsel has made a good faith effort to reduce the area of controversy before filing this First Motion to Compel Production of Documents.

Respectfully submitted,

April 28, 2004

Cohen, Pontani, Lieberman & Pavane

By_____
Yunling Ren, Esq. (CT 21678)
551 Fifth Avenue
New York, NY 10176
Tel. 212-687-2770
Fax 212-972-5487

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Affidavit of Yunling Ren, Esq. in Support of Plaintiff's First Motion to Compel Production of Documents has been sent by first class mail, postage prepaid, this 28th day of April, 2004 to:

>Dina S. Fisher, Esq.
>Robinson & Cole LLP
>280 Trumbull Street
>Hartford, CT 06103-3597
>        -and-
>Marc J. Farrell, Esq.
>Reed Smith LLP
>213 Market Street, 9th Floor
>P.O. Box 11844
>Harrisburg, PA 17108-1844

_____
Yunling Ren