## REQUESTS FOR DOCUMENTS AND THINGS

**Request for Production No. 1**

All documents and things establishing the basis for, and/or supporting Defendant's averment in its Affirmative Defenses and Counterclaims that the '997 patent is invalid.

RESPONSE:

**Request for Production No. 2**

All documents and things establishing the basis for, and/or supporting Defendant's averment in its Affirmative Defenses and Counterclaims that the '997 patent is unenforceable.

RESPONSE:

**Request for Production No. 3**

All documents and things establishing the basis for, and/or supporting Defendant's averment in its Affirmative Defenses and Counterclaim that Plaintiff's claims for damages and/or other relief are estopped by the prosecution history of the '997 patent.

RESPONSE:

**Request for Production No. 4**

All documents and things establishing the basis for and/or supporting Defendant's averment in its Affirmative Defenses and Counterclaim that Plaintiff's claims for damages and/or other relief are barred by the equitable doctrines of unclean hands, laches and/or estoppel.

**RESPONSE:**


**Request for Production No. 5**

All documents and things establishing the basis for, and/or supporting Defendant's averment in its Affirmative Defenses and Counterclaim that Defendant does not infringe any valid claim of the '997 patent, either directly or as inducing or contributory infringers.

**RESPONSE:**


**Request for Production No. 6**

All documents and things concerning any prior art search or investigation conducted by or on behalf of Defendant, and/or communicated to Defendant, concerning the '997 patent.

**RESPONSE:**

**Request for Production No. 7**

All publications, references, and/or other materials that Defendant believes concern the validity, enforceability, scope, or interpretation of any of the claims of the '997 patent, or which otherwise concern the subject matter of the '997 patent, and all documents and things that concern such publications, references, and/or other materials.

**RESPONSE:**

**Request for Production No. 8**

All documents and things concerning any analysis of any and all claims of the '997 patent.

**RESPONSE:**

**Request for Production No. 9**

All documents and things concerning any comparison between any Fibrous Web Material Product made, developed, sold, or offered for sale by Defendant and any and/or all claims of the '997 patent.

**RESPONSE:**

**Request for Production No. 10**

All documents and things concerning the research, development, and/or manufacture by Defendant or by another entity or person for Defendant, of each Fibrous Web

Material Product, including without limitation schematics, drawings, blueprints, or documents containing the Fibrous Web Material Product or manufacturing specifications for each such Fibrous Web Material Product.

**RESPONSE:**

**Request for Production No. 11**

All documents and things identifying the person(s) having responsibility for the design or development of each Fibrous Web Material Product manufactured, used, sold, or offered for sale.

**RESPONSE:**

**Request for Production No. 12**

All documents and things concerning any comparison between S&H Grade 012/RL-T and/or S&H Grade 212/LEUT Products made, developed, sold, or offered for sale by Defendant and any or all claims of the '997 patent.

**RESPONSE:**

**Request for Production No. 13**

All documents and things concerning the research, development, and/or manufacture by Defendant or by another entity or person for Defendant, of each S&H Grade 012/RL-T and/or S&H Grade 212/LEUT Product including without limitation schematics,

9

drawings, blueprints, or documents containing the product or manufacturing specifications for each such S&H Grade 012/RL-T and/or S&H Grade 212/LEUT Product.

RESPONSE:

**Request for Production No. 14**

All documents and things identifying the person(s) having responsibility for the design or development of each S&H Grade 012/RL-T and/or S&H Grade 212/LEUT Product manufactured, used, sold, or offered for sale.

RESPONSE:

**Request for Production No. 15**

All documents and things that concern advertising plans, business plans, marketing plans or efforts, promotional programs or strategies on the part of Defendant, or on its behalf, concerning each Fibrous Web Material Product that Defendant has manufactured, used, offered for sale, or sold.

RESPONSE:

**Request for Production No. 16**

All documents and things that concern advertising plans, business plans, marketing plans or efforts, promotional programs or strategies on the part of Defendant, or on its

behalf, concerning each S&H Grade 012/RL-T and/or S&H Grade 212/LEUT Product that Defendant has manufactured, used, offered for sale, or sold.

RESPONSE:

**Request for Production No. 17**

Copies of all advertising and/or promotional materials for all Fibrous Web Material Products.

RESPONSE:

**Request for Production No. 18**

Copies of all advertising and/or promotional materials for all S&H Grade 012/RL-T and/or S&H Grade 212/LEUT Products.

RESPONSE:

**Request for Production No. 19**

All documents and things establishing the following information for each Fibrous Web Material Product that Defendant has manufactured, used, offered for sale, or sold:

(a) The date of introduction or planned introduction of each such Fibrous Web Material Product to the market in the United States;

(b) The quantity of each such Fibrous Web Material Product made in the United States;