(c)   The quantity of each such Fibrous Web Material Product sold in the United States;

(d)   The suggested retail price and wholesale price of each such Fibrous Web Material Product;

(e)   The price at which Defendant sold each such Fibrous Web Material Product, whether retail or wholesale;

(f)   The gross revenue received by Defendant for sale of each such Fibrous Web Material Product in the United States; and

(g)   Summaries of the information requested in items (b) through (f) above, by month and year.

**RESPONSE:**

**Request for Production No. 20**

All documents establishing the following information for each S&H Grade 012/RL-T and/or S&H Grade 212/LEUT Product:

(a)   The date of introduction or planned introduction of each such S&H Grade 012/RL-T and/or S&H Grade 212/LEUT Product to the market in the United States;

(b)   The quantity of each such S&H Grade 012/RL-T and/or S&H Grade 212/LEUT Product made in the United States;

(c)   The quantity of each such S&H Grade 012/RL-T and/or S&H Grade 212/LEUT Product sold in the United States;

    (d)    The suggested retail price and wholesale price of each such S&H Grade 012/RL-T and/or S&H Grade 212/LEUT Product;

    (e)    The price at which Defendant sold each such S&H Grade 012/RL-T and/or S&H Grade 212/LEUT Product, whether retail or wholesale;

    (f)    The gross revenue received by Defendant for sale of each such S&H Grade 012/RL-T and/or S&H Grade 212/LEUT Product in the United States; and

    (g)    Summaries of the information requested in items (b) through (f) above, by month and year.

**RESPONSE:**


**Request for Production No. 21**

All purchase orders, invoices, bills of sale, and electronic data compilations thereof concerning the sale or distribution of each Fibrous Web Material Product by, or on behalf of, or under license from Defendant.

**RESPONSE:**


**Request for Production No. 22**

All compilations, electronic or otherwise, concerning Defendant's gross profits from the sale or distribution of each Fibrous Web Material Product by, or on behalf of, or under license from Defendant.

RESPONSE:

Request for Production No. 23

All compilations, electronic or otherwise, concerning the volume of sales or distributions of each Fibrous Web Material Product by, or on behalf of, or under license from Defendant.

RESPONSE:

Request for Production No. 24

All compilations, electronic or otherwise, concerning the costs incurred by Defendant or its distributors in marketing, selling, and distributing each Fibrous Web Material Product by, or on behalf of, or under license from Defendant.

RESPONSE:

Request for Production No. 25

All documents and things that concern Defendant's pricing or discount policies for each Fibrous Web Material Product that Defendant has manufactured, used, offered for sale, or sold.

RESPONSE:

**Request for Production No. 26**

All purchase orders, invoices, bills of sale, and electronic data compilations thereof concerning the sale or distribution in the United States of each S&H Grade 012/RL-T and/or S&H Grade 212/LEUT Product by, or on behalf of, or under license from Defendant.

**RESPONSE:**

**Request for Production No. 27**

All compilations, electronic or otherwise, concerning Defendant's gross profits from the sale or distribution in the United States of each S&H Grade 012/RL-T and/or S&H Grade 212/LEUT Product by, or on behalf of, or under license from Defendant.

**RESPONSE:**

**Request for Production No. 28**

All compilations, electronic or otherwise, concerning the volume of sales or distributions in the United States of each S&H Grade 012/RL-T and/or S&H Grade 212/LEUT Product by, or on behalf of, or under license from Defendant.

**RESPONSE:**

**Request for Production No. 29**

All compilations, electronic or otherwise, concerning the costs incurred by Defendant or its distributors in marketing, selling, and distributing each S&H Grade 012/RL-T and/or S&H Grade 212/LEUT Product by, or on behalf of, or under license from Defendant.

**RESPONSE:**

**Request for Production No. 30**

All documents and things that concern Defendant's pricing or discount policies for each S&H Grade 012/RL-T and/or S&H Grade 212/LEUT Product that Defendant has manufactured, used, offered for sale, or sold.

**RESPONSE:**

**Request for Production No. 31**

All documents and things concerning all communications concerning the '997 patent, including without limitation any opinion of counsel concerning the enforceability, validity, and/or infringement of the '997 patent, any discussion of the need for license, efforts to avoid infringement, reports resulting from validity searches, discussion of possible infringement, any agreement, and any contingency plan which might be implemented in the event that Defendant is enjoined from infringement of the '997 patent.

**RESPONSE:**

**Request for Production No. 32**

All documents and things concerning any experimentation, testing or analysis, made by Defendant or on Defendant's behalf, of each Fibrous Web Material Product that Defendant has manufactured, used, offered for sale, or sold.

**RESPONSE:**

**Request for Production No. 33**

All documents and things concerning any experimentation, testing or analysis, made by Defendant or on Defendant's behalf, of each S&H Grade 012/RL-T and/or S&H Grade 212/LEUT Product that Defendant has manufactured, used, offered for sale, or sold.

**RESPONSE:**

**Request for Production No. 34**

Ten samples of each of Defendant's infusion packages for brewing beverages made by Fibrous Web Materials Products including S&H Grade 012/RL-T and/or S&H Grade 212/LEUT Products, that Defendant has manufactured, used, offered for sale, or sold.

**RESPONSE:**