**Requests for Production No. 35**

Ten samples of each of Defendant's Fibrous Web Materials Products, including S&H Grade 012/RL-T and/or S&H Grade 212/LEUT Products, for making infusion packages for brewing beverages that Defendant has manufactured, used, offered for sale, or sold.

RESPONSE:

**Request for Production No. 36**

All documents concerning any and all financial statements, financial projections or forecasts, and profit and loss statements prepared by Defendant or on Defendant's behalf from January 1, 1995 to the present.

RESPONSE:

**Request for Production No. 37**

All documents and things concerning any and all communication concerning the Settlement Agreement.

RESPONSE:

**Request for Production No. 38**

Copies of any insurance policy held by Defendant that Defendant contends covers its potential liability from this action and Defendant's costs of defending same.

RESPONSE:

**Request for Production No. 39**

      All documents concerning any of Defendant's document retention policy(ies).

    RESPONSE:

**Request for Production No. 40**

      All documents relating to the organization of, and the table of the organization for, Defendant.

    RESPONSE:

**Request for Production No. 41**

      For all documents produced by Defendant in response to these documents requests, produce a photocopy of the label or other information identifying each different file in which such documents were found.

    RESPONSE:

**Request for Production No. 42**

      For all documents produced by Defendant in response to these document requests, produce all documents that reflect the name and location of each different file in which the documents were found and the identity of the custodian(s) of each such file.

    RESPONSE:

THE PLAINTIFF
AHLSTROM WINDSOR LOCKS LLC
BY ITS ATTORNEYS

By *(signature)* Alexandra B. Stevens
BASAM E. NABULSI (CT 20897)
ALEXANDRA B. STEVENS (CT 20300)
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902
(203) 327-1700
(203) 351-4535 (fax)

   -and-

MYRON COHEN, ESQ. (CT 15349)
YUNLING REN, ESQ. (CT 21078)
Cohen, Pontani, Lieberman & Pavane
551 Fifth Avenue
New York, NY 10176
(212) 687-2770
(212) 972-5487 (fax)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT SCHOELLER & HOESCH, NA, INC. was mailed, postage prepaid, this 6th day of May, 2003 to the following:

DINA S. FISHER, ESQ.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

MARC J. FARRELL
Reed Smith LLP
213 Market Street, 9th Floor
P.O. Box 11844
Harrisburg, PA 17108-1844

*[signature]*
ALEXANDRA B. STEVENS

.StmLib1:1012875.1 05/06/03