Exhibit D

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC,        ) | |
| ) | |
| Plaintiff,       ) | |
| vs.       ) | Case No.: 303-CV-0169 (AVC) |
| ) | |
| SCHOELLER & HOESCH, NA, INC. and   ) | |
| P.H. GLATFELTER COMPANY,       ) | |
| ) | |
| Defendants.       ) | JULY 28, 2003 |

**PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT SCHOELLER & HOESCH, NA, INC.**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff Ahlstrom Windsor Locks LLC ("Plaintiff" or "Ahlstrom"), requests that it be permitted to inspect and copy each of the documents described below which are believed to be in the possession, custody or control of Defendant Schoeller & Hoesch, NA, Inc. ("Defendant" or "S&H"). It is requested that production be made within thirty (30) days following the date of service of these Requests at the offices of Cohen, Pontani, Lieberman & Pavane, 551 Fifth Avenue, Suite 1210, New York, NY 10176, or at another mutually agreeable location.

In accordance with Rule 26(e) of the Federal Rules of Civil procedure, these discovery requests shall be deemed to be continuing and in the event that Defendant discovers further information or documents which are responsive or which alters or augments the answers already given, it is requested that Defendant promptly provides Plaintiff with such information by amended or supplemental answers.

## DEFINITIONS AND INSTRUCTIONS

The definitions and instructions in Plaintiff's First Set of Requests for Production to Documents and Things to Defendant Schoeller & Hoesch, NA, Inc., dated May 6, 2003, shall apply to these document requests.

These requests seek responses regardless of whether Defendant believes the documents required may be in the possession of Plaintiff.

## DOCUMENT REQUESTS

**Request for Production No. 43**

All documents concerning research, development, and/or manufacture of Defendant's products designated as grades 012/RL, 212/L, 212/LU( 212/LGU), 213/L, 212/LTA, 212/L-TA, 212-L/TA, 212/RLTA and 212-RL/TA, including, but not limited to, all laboratory notebooks or any notebooks, manufacturing specifications, documents concerning analysis, testing or experimentation of such products including procedures and results, and all correspondence.

Response:


**Request for Production No. 44**

Samples of Defendant's products designated as grades 012/RL, 212/L, 212/LU(212/LGU), 213/L, 212/LTA, 212/L-TA, 212-L/TA, 212/RLTA and 212-RL/TA.

Response:

**Request for Production No. 45**

All documents and things establishing the following information for each of Defendant's products designated as grades 012/RL, 212/L, 212/LU( 212/LGU), 213/L, 212/LTA, 212/L-TA, 212-L/TA, 212/RLTA and 212-RL/TA:

(a) The date of introduction or planned introduction of each of the above-identified products to the market in the United States;

(b) The quantity of each of the above-identified products made in the United States;

(c) The quantity of each of the above-identified products sold in the Unite States;

(d) The suggested retail price and wholesale price of each of the above-identified products;

(e) The price at which defendants sold each of the above-identified products, whether retail or wholesale;

(f) The gross revenue received by defendants for sale of each of the above-identified products in the United States; and

(g) Summaries of the information requested in items (b) through (f) above, by month and year.

Response:

**Request for Production No. 46**

All documents concerning research, development, and/or manufacture of Defendant's Fibrous Web Material Products (as defined by Ahlstrom) under the trade name "Dynacrimp", including, but not limited to, all laboratory notebooks or any notebooks, manufacturing specifications, documents concerning analysis, testing or experimentation of such products including procedures and results, and all correspondence.

Response:


**Request for Production No. 47**

Samples of defendant's Fibrous Web Material Products (as defined by Ahlstrom) under the trade name "Dynacrimp".

Response:


**Request for Production No. 48**

All documents and things establishing the following information for each of Defendant's Fibrous Web Material Products (as defined by Ahlstrom) under the trade name "Dynacrimp":

(a) The date of introduction or planned introduction of each of Defendant's Fibrous Web Material Products under the trade name "Dynacrimp" to the market in the United States;

(b) The quantity of each of Defendant's Fibrous Web Material Products under the trade name "Dynacrimp" made in the United States;

(c) The quantity of each of Defendant's Fibrous Web Material Products under the trade name "Dynacrimp" sold in the Unite States;

(d) The suggested retail price and wholesale price of each of Defendant's Fibrous Web Material Products under the trade name "Dynacrimp";

(e) The price at which defendants sold each of Defendant's Fibrous Web Material Products under the trade name "Dynacrimp", whether retail or wholesale;

(f) The gross revenue received by Defendants for sale of each of defendant's Fibrous Web Material Products under the trade name "Dynacrimp" in the United States; and

(g) Summaries of the information requested in items (b) through (f) above, by month and year.

Response:

        THE PLAINTIFF
        AHLSTROM WINDSOR LOCKS LLC
        ITS ATTORNEYS

By _/s/ Basam E. Nabulsi_____
    BASAM E. NABULSI (CT 20897)
    ALEXANDRA B. STEVENS (CT 20300)
    Four Stamford Plaza
    107 Elm Street
    Stamford, CT 06902
    (203) 327-1700
    (203) 351-4535 (fax)

    -and-

    MYRON COHEN, ESQ. (CT 15349)
    YUNLING REN, ESQ. (CT 21078)
    Cohen, Pontani, Lieberman & Pavane
    551 Fifth Avenue
    New York, NY 10176
    (212) 687-2770
    (212) 972-5487 (fax)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT SCHOELLER & HOESCH, NA, INC. was mailed, postage prepaid, this 28th day of July, 2003 to the following:

DINA S. FISHER, ESQ.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

MARC J. FARRELL
Reed Smith LLP
213 Market Street, 9th Floor
P.O. Box 11844
Harrisburg, PA 17108-1844

BASAM E. NABULSI

.StmLib1:1023920.1 07/28/03