Exhibit G

CONDENSED TRANSCRIPT AND

KEYWORD INDEXING

DEPOSITION UPON ORAL EXAMINATION

OF

GUENTER GRAUER

VOLUME II

ON FRIDAY, 16 JANUARY, 2004


AHLSTROM WINDSOR LOCKS LLC,

PLAINTIFF,

V.

SCHOELLER & HOESCH N.A., INC., AND

P.H. GLATFELTER COMPANY,

DEFENDANTS


REPORTED BY:   FREDERICK WEISS, C.S.R., C.M.

108

1   A   The people working on the paper machine,
2   they do their own control.
3   Q   Are those the people that run the water --
4   or excuse me -- the wettability time and water
5   climb tests?
6   A   No.
7   Q   What quality control tests do those people
8   run?
9   A   On the paper machine, you say?
10  Q   Yes.
11  A   At the paper machine, the paper-specific
12  data like, for example strength, stiffness and
13  sifting of sand, are measured; rather than
14  measuring for wettability is done in the main
15  laboratory.
16  Q   Who works in the main laboratory?
17  A   Men and women.
18  Q   Can you give us the names of those people?
19  A   Mrs. Herhut.
20  Q   Could you spell that, please?
21  A   H-E-R-H -- wait a minute.  She got

109

1   married.  (English) This is the old name.  (Through
2   the interpreter) What's her old name?
3   Q   We'll take the old name.
4   A   (In English) The old name is Herhut.  You
5   can find this name on data sheets from (through the
6   interpreter) You can see this name on examination
7   sheets, data sheets.
8       Herhut is the name.
9   Q   All right.  Any other names?
10  A   Mr. Wunsch, which spells W-U-N-S-C-H.  Mr.
11  Kahl, K-A-H-L; Mrs. Seger.  It could have two
12  spellings.
13      THE INTERPRETER:  That's a comment by the
14  interpreter.  S-E-G-E-R or S-E-E-G-E-R.
15      THE WITNESS:  Okay.
16  BY MR. BRESNICK:
17  Q   Do you also participate in the quality
18  control testing?
19  A   No.
20  Q   Do these people whose names you just
21  mentioned report to you?

110

1   A   No.
2   Q   To whom do they report?
3   A   Mr. Kahl.  In former times they reported
4   to Mr. Kahl, but at the end of last year the
5   beginning of this year, he left.  Now it is Mr.
6   Kraum, which spells K-R-A-U-M.
7   Q   Kraum.  So those people in the quality
8   control group report to Mr. Kraum?
9       MS. FISHER:  Object to the form.  I don't
10  think he ever quoted a specific group.
11      THE WITNESS:  That is correct.
12      THE INTERPRETER: He said that is correct
13  to the objection.
14  BY MR. BRESNICK:
15  Q   All right.  The people who perform these
16  quality control tests report to Mr. Kraum?
17  A   That is correct.
18  Q   And what does Mr. Kraum do with the
19  quality control reports?
20      MS. FISHER:  Objection.  He didn't say
21  there were quality control reports.  He said they

111

1   report to him.
2       MR. BRESNICK:  Yes.
3       MS. FISHER:  I understood by "report" you
4   meant hierarchically within the company.
5       MR. BRESNICK:  All right.  I will withdraw
6   the question.
7   Q   When the people who perform these quality
8   control tests that you mentioned -- withdraw that.
9       Do the people who perform the quality
10  control tests record the results of their tests on
11  data sheets?
12  A   Yes.
13  Q   Where are these data sheets kept at the
14  company?
15  A   In the main lab.
16  Q   And do these data sheets contain the
17  results of the quality control tests on Teekanne
18  paper in Europe?
19  A   Yes.
20  Q   And do they contain the results of the
21  quality control tests on the Redco paper for the

United States?
A   Yes.
Q   And do these quality control -- do these data sheets also contain the results of quality control tests on Ahlstrom's paper?
    MS. FISHER: Objection to form.
BY MR. BRESNICK:
Q   You can answer.
A   Yes.
Q   And do these data sheets contain the results of wettability, time and water climb tests according to the Dexter method?
A   Yes.
Q   And you say that these data sheets are kept in the main laboratory at Schoeller & Hoesch?
A   Yes.
Q   Do these data sheets also contain the results of other types of quality control tests?
A   Yes.
Q   And do these data sheets also contain the results of bag bursting tests?

A   Yes.
Q   And do these data sheets also contain the results of infusion tests?
A   Yes. Yes.
Q   And do these data sheets also contain results of these tests that you've just mentioned for Redco paper for the United States?
A   Yes.
Q   Yes?
    THE INTERPRETER: Yes.
BY MR. BRESNICK:
Q   And do these data sheets also contain the results of tests, all of these various tests for Teekanne paper in Europe?
A   Yes.
Q   And do these data sheets also contain the results of these quality control tests for other customers of Schoeller & Hoesch tea bag paper?
A   Yes.
Q   For what period of time have you maintained these data sheets containing the results

of quality control tests?
    MS. FISHER: Objection to form.
    THE WITNESS: I can not say that, because I don't know it.
BY MR. BRESNICK:
Q   Can you give us a period of time that these data sheets have been maintained, that you do know?
    MS. FISHER: Objection. I think you are trying to trick the witness.
    MR. BRESNICK: I don't try to trick the witness. I am trying to get the facts.
    MS. FISHER: You have injected an element that's not in evidence. And I won't say what it is, because you will say I am trying to coach the witness and I think you know what it is.
    MR. BRESNICK: I don't know what it is.
    MS. FISHER: Maintain. He has never said there was maintenance of these records. He said they weren't recorded. You haven't asked him.
    If you asked him when he stopped beating

his wife.
BY MR. BRESNICK:
Q   Let's go back on the --
    THE INTERPRETER: Question by the interpreter? Anything that has been discussed by the lawyers does not need to be translated?
    MS. FISHER: Does not need to be translated. I am not trying to coach him.
    THE INTERPRETER: Okay.
    MR. BRESNICK: No. No.
Q   Mr. Grauer, you said that these data sheets that we've been talking about are kept in the main laboratory at Schoeller & Hoesch.
    Is that correct?
A   Yes.
Q   How long have these data sheets been kept at the main laboratory at Schoeller & Hoesch?
    MS. FISHER: Objection to form.
    THE WITNESS: I can not answer this question. I don't know.
BY MR. BRESNICK:

```
 1   Q   Are the data sheets kept in the main
 2   laboratory in paper form?
 3   A   Yes.
 4   Q   Do you know whether the data sheets that
 5   are kept in the main laboratory -- no.  Withdraw
 6   that.
 7       Do you know whether the data sheets kept
 8   in the main laboratory have been kept since at
 9   least 1999?
10   A   Yes.
11   Q   Do you know if the data sheets kept in the
12   main laboratory have been kept there since 1998?
13   A   Yes.
14   Q   1997?
15   A   Yes.
16   Q   1996?
17   A   I don't know.
18   Q   All right.  (Discussion in German)
19       Mr. Grauer, do you manufacture tea bag
20   paper according to customer specifications?
21   A   Yes.
```

117

```
 1   Q   Do you maintain -- strike that.
 2       Do you keep at Schoeller & Hoesch customer
 3   specifications for the various grades of paper that
 4   they order?
 5   A   Yes.
 6   Q   And you keep customer specifications for
 7   the various grades of paper with respect to Redco
 8   Foods in the United States?
 9   A   Yes.
10   Q   And you keep customer specifications for
11   the various grades of paper that are ordered by
12   Teekanne in Europe?
13   A   Yes.
14   Q   Where are these customer specifications
15   kept?
16   A   Just a second.  In the department L plus O
17   dash L.
18   Q   What do those initials stand for?
19   A   (English) I am confused.  I must correct
20   it.  (Through the interpreter) I am confused.  L
21   stands for long fiber; O stands for overlay.  The
```

```
 1   previous slash stands for
 2   long fiber, O stands for overlay, P stands for
 3   paper, and L stands for long fiber.
 4   Q   Mr. Grauer, where is the long fiber and
 5   overlay paper that you just mentioned?
 6       MS. FISHER:  Objection.
 7   BY MR. BRESNICK:
 8   Q   Yes.  You mentioned that --
 9       THE INTERPRETER:  Shall I translate the
10   question?
11       MR. BRESNICK:  No.  No.  I will withdraw
12   that.
13   Q   We were talking about customer's
14   specifications, Mr. Grauer.
15       Where are the customer specifications kept
16   at Schoeller & Hoesch?
17       MS. FISHER:  Do you mean documents?
18       MR. BRESNICK:  Pardon me?
19       MS. FISHER:  Do you mean documents?  Do
20   you mean documents?
21       MR. BRESNICK:  No.  We are talking about
```

119

```
 1   the specifications, just in the same --
 2       MS. FISHER:  Have you clarified that a
 3   specification is a document, is all I am asking.  I
 4   assume you think you have, but I haven't heard you
 5   say it.
 6       MR. BRESNICK:  Well, I will ask him a
 7   question.  And it's all right.  You can maintain
 8   your objection later.
 9       MS. FISHER:  All right.  Fine.
10   BY MR. BRESNICK:
11   Q   Go ahead and answer the question.
12   A   In this department, L and OP slash L.
13   Q   Where is that department located?
14   A   You mean geographically?  Or do you mean
15   within our company, on which floor?
16   Q   No.  What I mean is they are kept at
17   Schoeller & Hoesch.
18       Is that correct?
19       MS. FISHER:  Objection to form.
20       THE WITNESS:  Yes.  Yes.
21       MR. BRESNICK:  The witness knows what I
```