Exhibit H

**cplp**

COHEN PONTANI LIEBERMAN & PAVANE
551 Fifth Avenue, New York, NY 10176  phone 212.687.2770  fax 212.972.5487  www.cplplaw.com

Myron Cohen
Thomas C. Pontani, Ph.D.
Lance J. Lieberman
Martin B. Pavane
Thomas Langer
Michael C. Stuart
William A. Alper
Edward M. Weisz
Kent H. Cheng, Ph.D.

Sidney R. Bresnick
Of Counsel

Yunling Ren, Ph.D.
Julia S. Kim
Mindy H. Chettih
Vincent M. Fazzari
Alfred W. Froebrich
Alfred H. Hemingway, Jr.
Roger S. Thompson
Jeremy A. Kaufman
Teodor J. Holmberg
F. Brice Faller
Lisa A. Ferrari
Richard D. Margiano
Darren S. Mogil
David P. Badanes
Steven R. Bartholomew

Enshan Hong
Reg. Patent Agent

March 30, 2004

**VIA FACSIMILE (717) 236-3777**
Marc J. Farrell, Esq.
Reed Smith LLP
213 Market Street, 9th Floor
P.O. Box 11844
Harrisburg, PA 17108-1844

Re:   Ahlstrom v. S&H
      **Our ref.:**  1783-125L

Dear Mr. Farrell:

During Mr. Grauer's deposition, you told Mr. Bresnick that Mr. Myron Cohen had agreed that Defendants did not have to produce any documents relating to tests of Schoeller & Hoesch ("S&H") binder paper dated prior to the 1999 settlement. See Grauer Tr., 2/19/04, at 68. That is incorrect! Mr. Cohen could not have agreed to that and, in fact, he did not, because we had no knowledge that such documents even existed at that time. As you may recall, the parties ultimately agreed upon the following:

> "... S&H shall produce all documents and things dated between July 11, 1995 and September [24], 1999 relating to a) the validity and/or enforceability of the '997 patent; b) the scope and/or content of any claim in the '997 patent, and/or c) the infringement or non-infringement of one or more claims of the "997 patent by any products."

See Emails dated August 7 and 8, 2003 between Yunling Ren and Marc Farrell. Subsequently, you advised us in your November 3, 2003 letter that "thus far no documents have been found, privileged or otherwise, dated prior to September 24, which relate to items (a), (b) and (c)."

We now have learned from Mr. Grauer's testimony that S&H routinely conducted quality control tests including water climb, bag bursting, infusion and wettability tests, and that all data sheets for these tests have been kept in the main laboratory at S&H since at least 1997. See Grauer Tr., 1/16/04, at 111-116. These test results fall squarely within the scope of what we have agreed upon. However, our records shows that Defendants have produced none of the test results dated prior to the 1999 settlement agreement. Nor have any bag bursting, infusion and wettability test results been produced. We have only a limited number of water climb test results performed in 2002 and 2003 (i.e., D0074, D0076, D0499-D0502).



March 30, 2004
Page 2

Please let us know by the end of this week, April 2, 2004, whether Defendants are planning to produce all of their data sheets relating to the water climb, bag bursting, infusion and wettability tests dated from July 11, 1995 to the present. If not, we will have to seek the Court's intervention in this matter.

Very truly yours,
COHEN, PONTANI, LIEBERMAN & PAVAN

Yunling Ren
YR/jc

cc:   Dina Fisher, Esq.
      Basam Nabulsi, Esq.

Exhibit I



**COHEN PONTANI LIEBERMAN & PAVANE**
551 Fifth Avenue, New York, NY 10176  phone 212.687.2770  fax 212.972.5487  www.cplplaw.com

Myron Cohen
Thomas C. Pontani, Ph.D.
Lance J. Lieberman
Martin B. Pavane
Thomas Langer
Michael C. Stuart
William A. Alper
Edward M. Weisz
Kent H. Cheng, Ph.D.

Sidney R. Bresnick
Of Counsel

Yunling Ren, Ph.D.
Julia S. Kim
Mindy H. Chettih
Vincent M. Fazzari
Alfred W. Froebrich
Alfred H. Hemingway, Jr.
Roger S. Thompson
Jeremy A. Kaufman
Teodor J. Holmberg
F. Brice Faller
Lisa A. Ferrari
Richard D. Margiano
Darren S. Mogil
David P. Badanes
Steven R. Bartholomew

Enshan Hong
Reg. Patent Agent

April 19, 2004

**Via Facsimile 860-275-8299**
Marc J. Farrell, Esq.
Reed Smith LLP
213 Market Street, 9th Floor
P.O. Box 11844
Harrisburg, PA 17108-1844

Re:   Ahlstrom v. Schoeller & Hoesch and Glatfelter Company
      Our File: 1783-125L

Dear Marc:

We have not received any response from you to my letter dated March 30, 2004, requesting Defendants to produce all records of their water climb, bag bursting (seam failure), infusion and wettability tests that have been kept in Defendants' main laboratory from at least 1997. By this letter Plaintiff again demands Defendants to produce those records immediately. If we do not have a firm date on which you will produce these documents by Friday, April 23, 2004, we will conclude that Defendants will not comply with Plaintiff's request.

Very truly yours,
COHEN, PONTANI, LIEBERMAN & PAVANE

Yunling Ren

YR/jc
Enc.

cc:   Dina Fisher, Esq.
      Basam Nabulsi, Esq.

**cplp**

COHEN PONTANI LIEBERMAN & PAVANE

551 Fifth Avenue, New York, NY 10176  *phone* 212.687.2770  *fax* 212.972.5487  www.cplplaw.com

| From: | Yunling Ren | | Date: | 4/19/04 5:09 PM |
| --- | --- | --- | --- | --- |
| Pages: | 2 (including this page) | | Our File: | 1783-125L |

Please deliver to:

| Recipient: | Company: | Fax No.: |
| --- | --- | --- |
| Marc J. Farrell, | Reed Smith, LLP | (717)236-3777 |
| Basam E. Nabulsi | McCarter & English, LLP | (203) 323-6513 |
| Dina S. Fisher | Robinson & Cole LLP | (860) 275-8299 |

☐ Confirmation Will Follow          ☑ Confirmation Will Not Follow

Notes/Comments:

This transmission may contain information which is privileged, constitutes attorney work product, or is otherwise protected from disclosure. Its contents are confidential and intended for the addressee only, and must not be used, copied, or disseminated by any person other than the addressee. The recipient is requested to notify the sender immediately of any error in transmission and to destroy any transmission not intended for the recipient. If you do not receive all pages or otherwise experience transmission difficulties, please call us at (212) 687-2770.