Exhibit J

papers could not be reviewed without a determination that used in the laboratory papers. As such, we will continue to treat the term "Fibrous Web Material Products" in the manner set forth in our Objections to Plaintiff's discovery requests.

-----Original Message-----
From: Yunling Ren [mailto:YRen@cplplaw.com]
Sent: Thursday, August 07, 2003 5:53 PM
To: Farrell, Marc J.
Cc: Myron Cohen; bnabulsi@cl-law.com; astevens@cl-law.com; dfisher@rc.com
Subject: Documents prior to 1999 Agreement

Hi! Marc,

Mike was not feeling well yesterday so that he was not able to make the follow up call as discussed on Tuesday. Our apology.

As to the scope of the documents prior to the Settlement Agreement, we will request S&H/Glatfelter only to produce all documents and things dated between July 11, 1995 and September 2, 1999 relating to: a) the validity and /or enforceability of the '997 patent; b) the scope and/or content of any claim in the '997 patent, and/or c) the infringement or non-infringement of one or more claims of the '997 patent by any products.

Also, as we have agreed, we will exchange the privilege logs by 5:00pm tomorrow by fax, and you will send us the S&H's product samples as requested.

Have you given any thought about the issue Mike raised that our requested "fibrous web materials" will include the heatsealable materials that are used for making mechanically sealed tea bags?

Regards,

Yunling Ren, Esq.
Cohen, Pontani, Lieberman & Pavane (CPLP)
551 Fifth Avenue
New York, New York 10176
Tel: 212-687-2770
Fax: 212-972-5487
Email: YRen@CPLPLAW.com

Exhibit K

**Yunling Ren**

| | |
|---|---|
| From: | Farrell, Marc J. [MFarrell@ReedSmith.com] |
| Sent: | Friday, August 08, 2003 12:25 PM |
| To: | Yunling Ren |
| Cc: | Myron Cohen; bnabulsi@cl-law.com; astevens@cl-law.com; dfisher@rc.com |
| Subject: | RE: Documents prior to 1999 Agreement |

Sounds like a plan on both points.  Thanks.

-----Original Message-----
From: Yunling Ren [mailto:YRen@cplplaw.com]
Sent: Friday, August 08, 2003 12:25 PM
To: Farrell, Marc J.
Cc: Myron Cohen; bnabulsi@cl-law.com; astevens@cl-law.com; dfisher@rc.com
Subject: RE: Documents prior to 1999 Agreement


Why don't we exchange the privilege logs today as originally agreed, then you can send a supplemental log sometime next week.

We need sometime to consider your definition of the term "Fibrous Web Material Products" and will discuss with you next week.

Yunling Ren, Esq.
Cohen, Pontani, Lieberman & Pavane (CPLP)
551 Fifth Avenue
New York, New York 10176
Tel: 212-687-2770
Fax: 212-972-5487
Email: YRen@CPLPLAW.com


-----Original Message-----
From: Farrell, Marc J. [mailto:MFarrell@ReedSmith.com]
Sent: Friday, August 08, 2003 11:59 AM
To: Yunling Ren
Cc: Myron Cohen; bnabulsi@cl-law.com; astevens@cl-law.com; dfisher@rc.com
Subject: RE: Documents prior to 1999 Agreement


No problem.  Sorry to hear that about Mike.

I think we can agree to the limitations you have suggested with regard to pre-September '99 documents.  As Mike correctly surmised during our phone call on Tuesday, most if not all of those documents are going to be in the "privileged" category.  It's unlikely we'll be able to have any of those documents listed on the privilege log to be exchanged today.  Would you rather postpone the agreed-upon exchange until sometime next week, or would you prefer to get a partial log from us today and a supplemental log with the pre-September '99 documents sometime next week?

As to your last point, I have determined that there are no heatsealable materials that are
used for making mechanically sealed tea bags.  In fact, the two (heatsealable versus non-heatsealable) are distinct products and used only for individual purposes.  Our clients, like yours I'm sure, work closely with packaging machine manufactures to supply filter paper to fit their requirements.  If a tea company is looking for a certain tea bag, they will purchase the correct equipment to make that bag.  It is impossible to have a packaging machine that can use either paper - the machines are not interchangeable and cannot be modified.  So in other words, heatsealable