UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY -6  P 1:07
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:03-CV-0169 (AVC) |
| | ) |
| SCHOELLER & HOESCH, N.A., INC. and | ) April 6, 2004 |
| P.H. GLATFELTER COMPANY, | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION FOR EXTENSION OF TIME

The parties, through their respective counsel, hereby respectfully request that the Court extend certain discovery deadlines for a period of one month in order to permit them to fully complete their discovery obligations and prepare for trial. In making this request, the parties note that the Court's current discovery cutoff date, the parties' joint trial memorandum date, and the case ready for trial date *will not change*. The requested date changes primarily affect only the expert reports and claim construction dates, as to which the current sequence of timing of events will not change.

The requested stipulated changes in the scheduling order are as follows:

1) Plaintiff shall designate all trial experts and provide opposing counsel with reports from retained experts on or before May 15, 2004 (currently April 15, 2004);

2) The simultaneous exchange of relevant claims information and proposed claim constructions, and facts and information supporting Plaintiff's allegations of infringement and Defendants' allegations of invalidity, as called for in the Court's

GRANTED.
May 12, 2004.
SO ORDERED.
Alfred V. Covello, U.S.D.J.
FILED 2004 MAY 12 P 2:18 DISTRICT COURT HARTFORD