# cplp

**COHEN PONTANI LIEBERMAN & PAVANE**
551 Fifth Avenue, New York, NY 10176  phone 212.687.2770  fax 212.972.5487  www.cplplaw.com

Myron Cohen
Thomas C. Pontani, Ph.D.
Lance J. Lieberman
Martin B. Pavane
Thomas Langer
Michael C. Stuart
William A. Alper
Edward M. Weisz

Yunling Ren, Ph.D.
Julia S. Kim
Mindy H. Chettih
Vincent M. Fazzari
Catriona M. Collins
Alfred W. Froebrich
Alfred H. Hemingway, Jr.
Kent H. Cheng, Ph.D.
Roger S. Thompson
Jeremy A. Kaufman
Teodor J. Holmberg
F. Brice Faller
Lisa A. Ferrari
Richard D. Margiano

Enshan Hong
(Reg. Pat. Agent)

July 23, 2003

<u>**VIA FACSIMILE (717) 236-3777**</u>
Marc J. Farrell
Reed Smith LLP
213 Market Street, 9th Floor
P.O. Box 11844
Harrisburg, PA 17108-1844

Re:   Ahlstrom Windsor Locks v. Schoeller & Hoesch et al.
      Our ref.: 1783-125L

Dear Marc:

Based on your letter of July 22, 2003, it appears that we will not be able to reach agreement as to the scope of defendant's document production. Before we proceed to file a Rule 37 motion, we propose to have a telephone conference with you sometime next week in an effort to resolve some of our dispute. Will next Thursday, July 31, at 10:00 a.m. be convenient to you? If not, please suggest an alternative date.

Very truly yours,
COHEN, PONTANI, LIEBERMAN & PAVANE

Myron Cohen

MC/jc

cc: Basam E. Nabulsi
    Alexandra B. Stevens
    Dina S. Fisher