

**COHEN PONTANI LIEBERMAN & PAVANE**

551 Fifth Avenue, New York, NY 10176  phone 212.687.2770  fax 212.972.5497  www.cplplaw.com

| From: | Sidney R. Bresnick, Esq. | Date: | 1/26/04 4:48 PM |
| Pages: | 8 (including this page) | Our File: | 1783-125L |

Please deliver to:

| Recipient: | Company: | Fax No.: |
| --- | --- | --- |
| Dina S. Fisher, Esq. | Robinson & Cole LLP | 860-275-8299 |
| Marc J. Farrell, Esq. | Reed Smith LLP | 717-236-3777 |
| | | |

Confirmation Will Follow      x      Confirmation Will Not Follow

Notes/Comments:

This transmission may contain information which is privileged, constitutes attorney work product, or is otherwise protected from disclosure. Its contents are confidential and intended for the addressee only, and must not be used, copied, or disseminated by any person other than the addressee. The recipient is requested to notify the sender immediately of any error in transmission and to destroy any transmission not intended for the recipient. If you do not receive all pages or otherwise experience transmission difficulties, please call us at (212) 687-2770.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 3:03-CV-0169 (AVC) |
| v. ) | |
| ) | |
| SCHOELLER & HOESCH, N.A., INC. ) | |
| and P.H. GLATFELTER COMPANY, ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S RESPONSE
### TO INTERROGATORY NO. 1

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff, Ahlstrom Windsor Locks LLC ("Plaintiff"), responds to Interrogatory No. 1 of Defendants, Schoeller & Hoesch, N.A., Inc. and P. H. Glatfelter Company ("Defendants"), as follows:

### GENERAL OBJECTIONS

Plaintiff maintains and incorporates herein the General Objections set forth in its earlier Responses and Objections to Defendants' First Set of Interrogatories. In accordance with the Court's Order dated December 16, 2003, and specifically addressing the products of Defendants that are alleged to infringe U.S. patent 5,431,997, Plaintiff answers as follows:

## ANSWERS

Identify each claim of the patent-in-suit alleged to be infringed, and for each claim identify specifically:

    a.    all product(s) alleged to infringe such claim;

**ANSWER:**

As presently advised and subject to supplementation upon further discovery, at least one of claims 1, 2, 3 and 4 are infringed by each of Defendants' tea bag paper grades 212-L/TA, 212-L/TA-NA, 212-RL/TA, 213 RL/TA and 214 L/TA; at least one of claims 10, 11, 12 and 13 are infringed by processes used by Schoeller & Hoesch for the manufacture of said infringing paper grades.

The remaining subsections of Interrogatory No. 1 dealing with issues of claim interpretation and infringement will be responded to in a simultaneous exchange of information with Defendants, as provided in the Court's Order of December 16, 2003.

January 26, 2004

                                            Cohen, Pontani, Lieberman & Pavane

                                            By _/s/ Sidney R. Bresnick_
                                            Sidney R. Bresnick (ct 16295)
                                            551 Fifth avenue
                                            New York, NY 10176
                                            Tel. 212-687-2770
                                            Fax 212-972-5487

-and-

McCarter & English, LLP
Basam E. Nabulsi, Esq. (ct 20897)
Four Stamford Plaza
107 Elm Street, 9th Floor
Stamford, CT 06902
Tel. 203-965-0601
Fax 203-323-6513

Attorneys for Plaintiff,
Ahlstrom Windsor Locks LLC

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Plaintiff's Response to Interrogatory No. 1 has been mailed, postage prepaid, this 26th day of January, 2004 to:

Dina S. Fisher, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

-and-

Marc J. Farrell, Esq.
Reed Smith LLP
213 Market Street, 9th Floor
P.O. Box 11844
Harrisburg, PA 17108-1844

Sidney R. Bresnick

3