MAY 17 2004 15:56 FR BUCHANAN INGERSOLL 717 233 0852 TO 918602758299 P.13/60
Case 3:03-cv-00169-AVC   Document 76-5   Filed 05/17/2004   Page 1 of 2

1

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

AHLSTROM WINDSOR LOCKS LLC,      )
                                  )
    Plaintiff,                    )
                                  )
v.                                ) Civil Action No.
                                  ) 3:03-CV-0169(AVC)
SCHOELLER AND HOESCH, N.A., INC., )
and P.H. GLATFELTER COMPANY,      )
                                  )
    Defendants,                   )
---------------------------------)

DEPOSITION UPON ORAL EXAMINATION
OF
GERHARD SLAWIK
VOLUME I

On Wednesday, 14 January, 2004
Commencing at 3:50 p.m.

Taken at:
Dorint Maison Messmer
Weder Strasse
76530 Baden-Baden
Germany

THIS TRANSCRIPT IS DESIGNATED CONFIDENTIAL PURSUANT
TO THE PROTECTIVE ORDER IN THIS CASE

REPORTED BY: FREDERICK WEISS, CSR, CM, RPR

```
 1    consists of Acronal at a content or at a proportion
 2    of 99.56% and Nopcoperse at .44%.
 3         Q    Could I see that sheet again, please?
 4    (Witness handing) Thank you.
 5              And to your knowledge, the 212/LTA is the
 6    only paper product, tea bag paper product, made
 7    with binder, a binder system that's sold in the
 8    United States?
 9         A    That's correct.
10         Q    How long has the 212/LTA been sold in the
11    United States?
12         A    In order to be able to answer the question
13    accurately, I would have to go through the sales
14    files again, all the sales files again.  But as far
15    as I remember, it was around mid 2002.
16         Q    What does -- well, what is kalk, K-A-L-K?
17              MS. FISHER:  On that document?
18              MR. BRESNICK:  On this document.
19              MS. FISHER:  Let me show him.
20              THE INTERPRETER:  Kalk, the German word?
21              MR. MUELLER:  Yes.  Kalk.
```