ORIGINAL

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

AHLSTROM WINDSOR LOCKS LLC,    )
                               )
    Plaintiff,                 )
                               )
v.                             ) Civil Action No.
                               ) 3:03-CV-0169(AVC)
SCHOELLER AND HOESCH, N.A., INC.,)
and P.H. GLATFELTER COMPANY,   )
                               )
    Defendants.                )
---

DEPOSITION UPON ORAL EXAMINATION
OF
GERHARD SLAWIK
VOLUME II

On Thursday, 15 January, 2004
Commencing at 12:30 p.m.

Taken at:
Dorint Maison Messmer
Weder Strasse
76530 Baden-Baden
Germany

<u>THIS TRANSCRIPT IS DESIGNATED CONFIDENTIAL PURSUANT
TO THE PROTECTIVE ORDER IN THIS CASE</u>

REPORTED BY:    FREDERICK WEISS, CSR, CM, RPR

```
 1   yesterday which relates to Exhibit No. 48 of the
 2   Plaintiff.
 3            Yesterday I was asked by Mr. Bresnick
 4   whether the paper grade 212/LTA, I was asked
 5   whether I know whether that paper grade was
 6   currently sold to the U.S., to North America.  And
 7   I answered yes, because I know that because I am
 8   selling it to Redco Foods.
 9            I have to correct that statement.  This
10   designation 212/LTA is a designation, an external
11   designation which we make towards the customer,
12   whereas the internal designation that we use is
13   212/LTA-NA.
14            May I continue?
15       Q    Yes.  Please.
16       A    There is a second statement which I feel I
17   have to correct.  It also relates to Exhibit No. 48
18   of the Plaintiff.  I was asked yesterday whether --
19   and it relates to the binder system.  I was asked
20   yesterday whether I knew whether the percentages
21   listed on that document refer to the content of the
```

1  documents, are any of those recipes for products
2  that are sold in the United States?
3           (Discussion in German)
4           MR. PONTANI: Would you translate that,
5  please?
6           THE INTERPRETER: The witness has asked
7  whether they are sold or they were sold in the
8  States, and I translated it as they are sold. I
9  translated it as the present tense.
10          MS. FISHER: Excuse me. But on the
11 record, I would like the record to reflect that Mr.
12 Pontani, who speaks German, asked the translator to
13 interpret for the record a question that the
14 witness asked to her and not to Mr. Bresnick.
15          It looks like on the record that it's
16 unclear, and I want that to be clarified, that the
17 witness asked clarification of the translator.
18          THE WITNESS: Among the three documents
19 which I mentioned beforehand, there's only one
20 recipe of a paper which is a tea bag paper, non
21 heatsealable, which has the number 213/RL-TA, which

```
 1   corresponds to D0467.
 2          This paper was produced in the year 2002,
 3   as far as I can remember, and was sampled to the
 4   U.S. for -- but never to the U.S.
 5          THE INTERPRETER: And I have to correct.
 6   It was sampled for trial purposes.  It was sent to
 7   the U.S. for sampling but never commercially sold
 8   in the United States.
 9          MS. FISHER:  The record should reflect
10   also that this document shows grade 213/RL-TA(P).
11          MR. BRESNICK:  P?
12          MS. FISHER:  P in parenthesis.
13   BY MR. BRESNICK:
14   Q    So Mr. Slawik, just to summarize it, and
15   correct me if I am wrong, none of the documents
16   that you have examined in that stack of production
17   documents, from 415 to 586, have ever been sold in
18   the United States?
19          MS. FISHER:  Objection to form.
20          THE WITNESS:  In order to give you a 100%
21   safe answer on that, I would have to have a look at
```