G. M. SLAWIK

1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
Civil Action No. 3:03-CV-0169(AVC)

— — —

AHLSTROM WINDSOR LOCKS, LLC         :
                                    :
     Plaintiff,                     :
                                    :
                                    :
                                    :
     vs.                            :
                                    :
SCHOELLER AND HOESCH, NA, INC.,     :
and PH GLATFELTER COMPANY,          :
                                    :
     Defendant.                     :

— — —

February 17, 2004
Volume IV

— — —

Oral deposition of GERHARD M. SLAWIK, taken pursuant to notice, was held at the offices of REED, SMITH, 2500 Liberty Plaza, Philadelphia, Pennsylvania, commencing at 11:00 am, on the above date, before Denise Ryan and Maureen McCarthy, Registered Professional Reporters and Commissioners in and for the Commonwealth of Pennsylvania.

1    it is not, we are talking about March, 2003 and
2    then we go backwards until January, 2002.
3         Q.    So that the earliest date for these
4    Laufkarte is January, 2002?
5         A.    That's correct.
6         Q.    And what numbers would that be?
7         A.    That's from SH 0708 through 0722.
8         Q.    I have the portion of this exhibit
9    which bears production numbers SH 0708 through
10   0722.
11        Can you tell me what this portion of the
12   exhibit is?
13        A.    Yes, I can do so.  Number SH 0708,
14   that's the Laufkarte for the paper machine for
15   preparation or production 20840, for the making for
16   212 LTA Laufkarte.
17             MS. TOTONIS:  We're talking about
18   Laufkarte for making number 20840.
19             MR. BRESNICK:  That's my understanding.
20   BY MR. BRESNICK:
21        Q.    Correct?
22        A.    It is so that one making is in relation
23   to each Laufkarte, and to explain this a little bit
24   better, for each making, there is Laufkarte, a

G. M. SLAWIK

23

1   separate Laufkarte.
2       Q.   Is it correct that this Laufkarte, SH
3   0708, was effective as of January 9, 2002?
4           MS. TOTONIS:  Objection to form.
5       A.   The dates January, 2002 which is
6   indicated on this Laufkarte was when the making --
7   when the making should have started, was planned
8   for; and I see that because of the abbreviation,
9   which you see on this page, T-E-R-M, which means
10  the German words telmene, which means majority
11  date.
12          MS. TOTONIS:  Let the record reflect we
13  think the telmene is more properly translated as
14  date.
15          THE INTERPRETER:  Depends what it
16  means.
17      A.   It is the planned date where the making
18  should have started.
19      Q.   The starting date for this particular
20  paper?
21      A.   No, this was the planned date for in
22  the preparation, and I cannot say it was with a
23  hundred percent certainty that the preparation
24  started on the 9th of January.

G. M. SLAWIK

1      There might have been a discrepancy of one
2  or two days.
3      Q.   Now, to your knowledge, was this the
4  first making of the 212 LTA?
5      A.   I assume, yes, because there are no
6  older makings in this binder and, as far as I
7  recall, we started with this paper at around -- in
8  that time frame.
9      Q.   Now, looking at the Laufkarte for this
10 particular paper grade, can you tell us what
11 percentage of Acronal was in the size press mix?
12          MS. TOTONIS:  Objection to form.
13     A.   According to this document, 20.9
14 percent of Acronal were contained in the size press
15 mix.
16     Q.   And what percentage Alphenate?
17     A.   0.022 percent.
18     Q.   Would you look at page SH 0711?
19     A.   Yes.
20     Q.   What does this page say?
21     A.   That's the first page of the protocol,
22 the protocol with regards to the measurement valuta
23 for making 20840 for 212 LTAs.
24          MS. TOTONIS:  I would like the