G. SLAWICK

1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AHLSTROM WINDSOR LOCKS, LLC,) CIVIL ACTION NO.
          Plaintiff,     )  3:03-CV-0169(AVC)
     - vs -             )
SCHOELLER AND HOESCH, N.A., )
INC., and P.H. GLATFELTER  )
COMPANY,                 )
          Defendant.    )  VOLUME
                            V

TRANSCRIPT OF DEPOSITION OF GERHARD SLAWICK, taken in the office of Reed Smith, 2500 One Liberty Place, 26th Floor, Philadelphia, Pennsylvania, on Wednesday, February 18, 2004 commencing at 9:15 a.m., by Laura M. Cintron, Certified Court Reporter and Notary Public.

* * *

1  and Grauer report to you?
2      A.  Yes, that's correct.
3      Q.  Again, with respect to the Exhibit 54-N, the
4  Laufkarte and the production data beginning at page SH
5  0453 and running through 0471.
6      A.  Yes, I do have that in front of me.
7      Q.  All right.  Do you find in those pages, Mr.
8  Slawick, any measurement of bag rupture or wetting time?
9      A.  No, I do not find any information with regards to
10 bag rupture or wetting time.
11     Q.  Do you have any explanation as to why --
12     A.  I do not like that word "bag rupture."  It isn't
13 bag rupture.  It is bag burst test.
14     Q.  So you find neither the bag burst test nor the
15 wetting time in that set of pages?
16     A.  That's correct.
17     Q.  Do you have any explanation as to why those data
18 would not appear in that set of pages?
19     A.  Yes, I can give you the explanation.  It's
20 because this production was done in March of 2003.  At
21 that point in time we did not, on a regular basis,
22 perform those tests.
23     Q.  Was it from March, 2003 onward that you did not
24 perform those tests or -- strike that.
25         Did you perform those tests on a regular basis

1   prior to March, 2003?

2       A.   As far as I know, no.

3                    * * *

4           (Whereupon, the court reporter read back the
5   last question and answer.)

6                    * * *

7   BY MR. BRESNICK:

8       Q.   Was there any period of time in which you ran the
9   bag burst test and the wetting time on a regular basis?

10      A.   As far as I recall, this test has been introduced
11  towards the end of 2003. To give you the precise date,
12  I would have to look through the binder. And as far as
13  I know, these tests are performed nowadays with every
14  making.

15      Q.   So starting then near the end of 2003, you ran
16  those tests on a regular basis; is that correct?

17      A.   I think it was towards the middle of 2003, not
18  towards the end. But maybe we can find that information
19  if we verify the production data with regards to
20  212/LTA-NA.

21      Q.   Would that be the production data -- no. I
22  assume that was in the exhibit that we copied yesterday.

23      A.   I have to add something. I believe that we only
24  perform those tests on 212/LTA-NA paper, because that
25  paper has as a designation for the American market and

G. SLAWICK

21

1    Q.  Mr. Slawick, what I don't see there is the --
2    strike that.
3         Now you understand that to be the test based on
4    the Dexter patent; is that correct?
5              MS. FISHER:  Objection to form.
6              THE WITNESS:  Yes.
7    BY MR. BRESNICK:
8    Q.  And how do you know that?
9    A.  I see that because of the trial of parameters in
10   95 degrees Celsius and 400 seconds.  That's what has
11   been described in the Dexter patent.
12   Q.  And were you making water climb tests according
13   to the Dexter patent as of August 19, 2002?
14             MS. FISHER:  Objection to form.
15             THE WITNESS:  I don't know the exact date,
16   but my best recollection is that it has been introduced
17   towards the middle of 2003.
18   BY MR. BRESNICK:
19   Q.  2003 or 2002?
20   A.  2003.
21   Q.  Well, the data -- the date beside this water
22   climb test is August, 2002; correct?
23   A.  Yes, that's correct.  I think I -- I'm confused.
24   As far as I recall, it has been introduced as a standard
25   test towards the middle of 2003.  Prior to that date it

1   has not been regularly done.

2   Q. So as of today, as you call it, the Dexter water
3   climb test is a standard test at Schoeller and Hoesch?

4   MS. FISHER: Objection to form. He didn't
5   call it a Dexter test.

6   MR. BRESNICK: Dexter patent test.

7   MS. FISHER: Object to the form.

8   THE WITNESS: To the best of my knowledge,
9   yes.

10  BY MR. BRESNICK:

11  Q. And that test, as you put it, according to the
12  Dexter patent, became a regular practice at Schoeller
13  and Hoesch mid 2003?

14  A. As far as I recall, yes.

15  Q. Is that test that you just referred to, according
16  to the Dexter patent, a standard test at Schoeller and
17  Hoesch for all of your customers or just some of your
18  customers?

19  A. Only for some customers.

20  Q. And which customers would that be?

21  A. To the best of my knowledge, the customers are
22  only customers from North America.

23  Q. That would be primarily Redco Foods?

24  A. Yes.

25  Q. Mr. Slawick, would you please turn to the

G. SLAWICK

23

1  Laufkarte production data beginning at page 0664. It's
2  making number 21463 planned for June 11, 2002?
3      A. I do have the dates in front of me.
4      Q. All right. Now, in connection with the
5  production data for this batch that you see on page SH
6  0669, there are three lines on that page.
7      Would you read the bottom two lines, please?
8      A. One second, please. BZ: Burst bag test, two tea
9  bags closed, four tea bags open. Next line BZ: 11SSG 1
10 G: 33 millimeters. It isn't a 1. It's an "L," LG: 33
11 millimeters, QU: 19 millimeters.
12     Q. What does that line mean?
13     A. That's very easy to explain. So I think you
14 understood everything with regard to the eruption of the
15 burst bag test.
16     Q. Yes.
17     A. So "BZ" that's the abbreviation of wetting time.
18 And "SG" is the abbreviation for water climb test.
19     Q. The wetting time is 11 seconds?
20     A. That's correct.
21     Q. And the water climb is 33 millimeters in what
22 direction?
23     A. Machine direction.
24     Q. And in the cross direction?
25     A. "QU" is the German abbreviation for cross and

1   that's 19 millimeters.

2   Q.   Do you know or -- strike that.

3        Can you tell from looking at that water climb
4   line what test was used to make that measurement?

5   A.   No.

6   Q.   Can you tell whether that water climb measurement
7   was made according to the Dexter patent?

8        MS. FISHER:  Objection to form.

9        THE WITNESS:  No, because here you do not
10  have any parameters, any test parameters, so I can't
11  tell.

12  BY MR. BRESNICK:

13  Q.   And what would the test parameters be that you're
14  looking for to determine whether it's the test according
15  to the Dexter patent?

16       MS. FISHER:  Objection to form.

17       THE WITNESS:  You would have to have at
18  least two data.  First you would need the temperature of
19  95 degrees Celsius and a measuring time of 400 seconds.

20  BY MR. BRESNICK:

21  Q.   Who at Schoeller and Hoesch could tell us what
22  the parameters are for this test that's shown on page
23  0669 for the water climb?

24  A.   Do you mean the parameters or the trial
25  parameters?

G. SLAWICK

40

1   going to check into that?
2           MS. FISHER:  We will.
3   BY MR. BRESNICK:
4       Q.  Now, would you please turn to page SH 1500 and on
5   that page you'll see the Laufkarte for -- do you have
6   that?
7       A.  Yes, sir.
8       Q.  You have the Laufkarte for making 22601, April
9   15, 2003; is that right?
10      A.  That's correct.
11      Q.  And there is no prior making number, does that
12  indicate this is the first -- the making of this
13  212/LTA-NA?
14      A.  Yes.
15      Q.  And this Laufkarte shows 20.8 percent Acronal and
16  0.13 percent Nopcoperse in the size press mix?
17      A.  That's correct.
18      Q.  You were in your present position at Schoeller
19  and Hoesch in April, 2003, were you not?
20      A.  No, no.
21      Q.  No, you weren't?
22      A.  No, I wasn't.  I was an Account Manager at this
23  time in April, 2003.
24      Q.  Were you Account Manager for Redco Foods or
25  Teekanne?

G. SLAWICK

45

1  Q. Are all of the other -- withdraw that.

2  On your summary sheet, that column on the right

3  would contain -- I see that column on the right are all

4  212/LTA-NAs; is that correct?

5  A. That's right.

6  Q. Now, I haven't counted them up, but it looks like

7  there's a lot more there, even excluding the 75,000

8  series, and what we've just looked at in this set.

9  MS. FISHER: I'm asking Mr. Slawick to state

10  what he just said to me.

11  THE WITNESS: The list here, each single

12  line stands for one delivery. It doesn't stand for one

13  making. So when you see the first six lines, it's all

14  the making 22601.

15  MR. BRESNICK: I understand now, thank you.

16  Yes, I see that.

17  BY MR. BRESNICK:

18  Q. So we should have all of these 212/LTA-NAs with

19  the exception of the 75,000 series?

20  A. Yes.

21  Q. Do you know if there were any other series of the

22  212/LTA-NA that were made and shipped other than what we

23  have -- other than what we see here?

24  A. To my best knowledge, no, and I have to say I

25  don't know what the 75,000 series is.

1    MR. BRESNICK: Do you have a copy with the
2    "N"s on it, there should be a set?
3    BY MR. BRESNICK:
4    Q. All right. I've placed -- you have three of
5    them. Let me just take that.
6        I've placed before you, Mr. Slawick, Plaintiff's
7    Exhibit 50 and 50-N, which would be the production
8    numbers SH 1756 through 1761. Now, looking at the first
9    page here, 1756, can you tell us what this document is?
10   A. This is a list of all the recipes for the paper
11   grade 212/LTA, which were formerly effective and except
12   one, the last one here, is still effective since
13   November 18th, 2003.
14   Q. Did you -- were you -- did you misspeak when you
15   said 212/LTA, these are 212/LTA-NA?
16   A. That's correct. That's a mistake of mine.
17   Q. These are all the recipes of 212/LTA-NA from the
18   inception of that internal designation right through the
19   present time?
20   A. That's correct.
21   Q. And where it says "ungeltik" (sic) that means
22   it's no longer effective?
23   A. That's right.
24   Q. And the date on that right-hand side of the top
25   line, June 30, 2003, is that the date from which it was

1   Mr. Grauer will help us there?

2       A.   He certainly will have an idea.

3       Q.   Let me show you Plaintiff's Exhibit 49-N, which
4   is the numbered version of 49 and running from page SH
5   1734 to SH 1755?

6           MS. FISHER:   Sid, just hold on.  I have to
7   find it, if you don't mind.

8           MR. BRESNICK:   Sure.

9   BY MR. BRESNICK:

10      Q.   Okay.  What is that document, Mr. Slawick?

11      A.   This document contains all recipes for paper
12  grade 212/LTA from February 7th, 2001 to today.  I have
13  to say the recipe effective-to date or effective since
14  it's maybe the correct one, effective since November
15  18th, 2003.

16      Q.   So these are the recipes for 212/LTA from
17  February 7th, 2001 to November 18th, 2003; is that
18  correct?

19      A.   That's correct.  And according to this document
20  the recipe effective since November 18th, 2003, it's
21  still effective today.

22      Q.   All right.  You find the recipe for -- the recipe
23  that's effective today for this 212/LTA in this Exhibit
24  49-N.

25      A.   (No response.)

G. SLAWICK

100

1    MS. FISHER: Did you say wettability?

2    MR. BRESNICK: Wettability, yeah.

3    THE WITNESS: I'm not sure whether we talked
4 about our Schoeller and Hoesch wettability test before.
5 BY MR. BRESNICK:

6    Q. Can you tell us how you run that test at
7 Schoeller and Hoesch?

8    A. To my best knowledge, we take a couple beakers
9 fitted with hot water and then we take tea bag and we
10 place it -- we put it flat on top of the surface of the
11 water. And from this moment we are counting the time
12 until the tea bag it's completely soaked with water.

13   Q. From bottom to top?

14   A. That depends on what you define as bottom and
15 top.

16   Q. Well, when you put the tea bag into the beaker --

17   A. I would like to show it to you. We have a tea
18 bag there. Maybe when I demonstrate it to you how we
19 put the tea bag on the surface of the water, maybe it's
20 easier for you to understand.

21   MS. FISHER: I'll go look for a tea bag
22 then.

23   THE WITNESS: I've seen some in the kitchen.

24   MS. FISHER: Describe what you're doing,
25 because, remember, it has to be taken down.

1           THE WITNESS: We take away the string and
2   the tag.
3           MS. FISHER: Of a tea bag?
4           THE WITNESS: Of the tea bag, yes. Then we
5   take the tea bag and we put it -- I don't know which
6   side, but flat on top of the water. And from this
7   moment onwards when it's put on the surface of the
8   water, it's swimming on the surface of the water, we
9   start counting the time and then until it gets soaked.
10  Here we can wait maybe until tomorrow, because it is
11  very hydrophobic. It's Ultram.
12          MR. BRESNICK: Do you use hot water or cold
13  water during the test?
14          MS. TOTONIS: And that's cold water in this
15  cup.
16          MS. FISHER: We can do it with hot water
17  too, and we can see it takes a long time with your
18  paper.
19          MR. BRESNICK: What you're doing there with
20  cold water is doing it with cold water is very
21  misleading.
22          MS. FISHER: Let the record reflect that Mr.
23  Slawick put the tea bag parallel to the surface of the
24  table when he placed it flat on the water.
25  BY MR. BRESNICK:

1    Q.   Flat length side on the side of the water.
2    Normally, we call where we have the bottom fold the
3    side.  Then I will have to say I didn't understand that
4    test before.  This is a specific Schoeller and Hoesch
5    test.  There is no wettability tests at all.
6        Now, let me ask you this:  You count the seconds
7    from the time you place the tea bag on the surface of
8    the water?
9    A.   Yes.
10   Q.   And when do you stop the time?
11   A.   When everything, that means everything out of the
12   top of the tea bag, which is now not in contact with
13   water.  So the entire surface and the entire paper when
14   it's wet when we take the top.
15   Q.   In other words, the top surface has to be
16   entirely wet?
17   A.   That's right.
18   Q.   And when we discussed the production data earlier
19   on some of the batches of LTA and LTA-NA, when they
20   refer to do wetting time in seconds, that was the amount
21   of seconds it took to have that entire tea bag wet
22   including that top?
23   A.   Yeah, to my best knowledge, yes.
24   Q.   All right.  I see.
25       MS. FISHER:  Mr. Bresnick, I would note that

1   bennett zung (sic) is the phrase that you will find in
2   the documents for the wettability test that he
3   described.  Different from water.
4   BY MR. BRESNICK:
5       Q.  And it's sometimes abbreviated "BZ;" is that
6   right?
7              THE WITNESS:  BZ?
8              MR. BRESNICK:  Yes.
9              THE WITNESS:  Yes.
10  BY MR. BRESNICK:
11      Q.  Does the tea bag, once it's completely wet
12  through the top to bottom, does it start to sink at that
13  point or does it remain on the surface of the water?
14      A.  Ours sink.
15      Q.  Yours sinks at the time that it becomes
16  completely wet?
17      A.  It starts before.
18      Q.  It starts before?
19      A.  Yeah.
20      Q.  If the tea bag sinks in the water before it's
21  completely wet, how do you time it then?
22      A.  I'm misunderstanding.  When we say "sinks," you
23  mean it's completely under the surface of the water?
24      Q.  Yeah.
25      A.  That means first it gets saturated, soaked with

G. SLAWICK

104

1   water, but the process of sinking starts right from the
2   beginning.
3       Q.  All right.  But the top surface -- if the top
4   surface is still dry and the bag sinks beneath the
5   surface of the water, what time do you give it?
6       A.  When the deep end is beneath the water -- when
7   the deep end is beneath the water, then the top surface
8   is completely wet.  So it doesn't sink before then.
9       Q.  It doesn't sink before then?
10      A.  It sinks partially.
11      Q.  Right.  You put that in clear -- the one you just
12  demonstrated to us, you put that in clear, cold water;
13  correct?
14      A.  Cool water.
15      Q.  Not cold, not hot.  I'm talking about right now.
16      A.  Right now, yes.
17      Q.  And do you see any infusion there?
18      A.  A small one, yes.
19      Q.  We see the coloration at the bottom of the cup?
20      A.  Uh-huh.  But you see it's still swimming on the
21  surface.
22      Q.  But when you run the wettability test, first of
23  all, your test is called a wettability test; right?
24      A.  Yes.
25      Q.  All right.  And you've run water climb tests at

G. SLAWICK

105

1   Schoeller and Hoesch according to what you say is the
2   Dexter patent; is that right?
3       A.   Yes, that's right.
4       Q.   How do you run those tests?
5       A.   These are completely different measurements.   I
6   don't know whether I have all the parameters in mind.
7   But the main difference is we are doing the water climb
8   test not with a tea bag, we are doing it with a strip of
9   paper with the width of one inch.
10           Yeah, one inch width and temperature of the water
11  is 95 degrees centigrade and the time period is 400
12  seconds, as far as I can remember.
13      Q.   And you measure the climb up?
14      A.   Yes, that's right.
15      Q.   Up the strip of paper?
16      A.   Yeah, the strip of paper starts from the bottom
17  and then the water gets soaked up to a certain height
18  and then we measure the width part of the strip.
19      Q.   Thank you for the demonstration, Mr. Slawick.
20  That explains it very well.
21           MR. BRESNICK:   I think that's all we have
22  for Mr. Slawick.   You're going to check into those other
23  documents.   I'm not going to close the deposition.   I'm
24  going to suspend it pending whatever else might occur
25  that would require questioning.   That's what I'm going