```
STRVO_2                     Teeb.nhsf 212/LTA-NA                    Tag  : 14.01.2004
                                                                    Zeit : 20.05.47
                       EINTRAG : 75D   PM 12   VARIANTE : 1         Seite: 1
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
   REZEPTURVORGABE: 107761              STATUS      : GUELTIG
   GUELTIG VON    : 18.11.2003/13:12    GUELTIG BIS :
   BEMERKUNG      : Rezeptur-Tol.:+/-15%bez. auf die jew. kalk. Einsatzmenge   VERLUSTFAKTOR :  8.00%
   ─────────────────────────────────────────────────────────────────────────────────
                                                    KALK%    FASER%    MIN%    MAX%
   ─────────────────────────────────────────────────────────────────────────────────

           SORTENNR.: 2/71073/0/000    12.6 G/M

   HALBSTOFF
       20012158 79 H TUP         UNGEBL.            29.64%   43.2%
       20028416 79 H TUP 4 UNGEBL.
   HALBSTOFF
       20012175 79 H TUP 1       UNGEBL.            14.75%   21.5%
       20028417 79 H TUP 5   UNGEBL.
   HALBSTOFF
       20012125 79 H TUP 2 A     UNGEBL.             4.87%    7.1%
   ZELLSTOFF
       20012232 SOEDRA BLUE Z TCF                    9.67%   14.1%
       20012120 ASPA      90   TCF    SULFAT
   ZELLSTOFF
       20012233 SOEDRA GOLD BIRCH Z TCF              9.67%   14.1%
       20012234 CAIMA TCF SULFIT
       20012142 PONTEVEDRA  TCF    SULFAT
   CHEMIKALIE
       20011920 ACRONAL S 728                       21.26%
   CHEMIKALIE
       20012069 NOPCOPERSE TH474                     0.07%
   CHEMIKALIE
       20011952 CONTRASPUM  LPE                      0.09%
   CHEMIKALIE
       20012282 AETZNATRONLAUGE 50 % AMALGAMQUALITAET 0.03%
   CHEMIKALIE
       20012277 SALZSAEURE                           0.05%
   CHEMIKALIE
       20011963 KYMENE G3 X                          5.38%
       20011962 KENORES XO
   AUSSCHUSS
        305977 TEEBEUTEL N. HSFG. GEBL. - AUSSCHUSS  4.52%
        305978 TEEBEUTEL N.HSFG.UNGEBL.-AUSSCHUSS

           GRUND DER AENDERUNG:            18/11/03
           VERTEILER:L&OP\L/TEC/CK/EK/PR
           TUP 4+5 EINGEFUEHRT


   ·················· Ende Vorgabe 107761 ··················
```

SH 1761

6