```
PM    : 12        Anf: 23330     Voranf: 23265    Etr: 750 / 1   Menge:   35000   Term: 04.12.2003
Sorte: 2710730000 1 012.6        TEEB. NHSF 212/LTA-NA
Sollr:
Bem.  : -------------- Fasern ("Mischung") in % Angabe ------------  Datum: 02.12.2003
```

## HADERN-STRANG

| Material | LiefNr. | Materialnr | Kg | Anz. E | Ges | Misch. | HOLLAENDER |
|---|---|---|---|---|---|---|---|
| 79 H TUP    UNGEBL. | 83 |  20012158 | 125 | 6.00 B | 750.00 | 43.20 | I I I I I I I |
| 79 H TUP 4 UNGEBL. | I | 20028416 | 125 | 0.00 B | 0.00 | | I I I I I I I |
| 79 H TUP 1    UNGEBL. | I | 20012175 | 125 | 3.00 B | 375.00 | 21.60 | I I I I I I I |
| 79 H TUP 5 UNGEBL. | I | 20028417 | 125 | 0.00 B | 0.00 | | I I I I I I I |
| 79 H TUP 2 A  UNGEBL. | 18 | 20012125 | 125 | 1.00 B | 125.00 | 7.20 | I I I I I I I |
| KURARAY  PET 043/3MM PO-> | I | 20012143 | 25 | 0.00 S | 0.00 | | I I I I I I I |
| TEEBEUTEL N. HSFG. GEBL.-> | I | 305977 | | | | | I I I I I I I |
| Gesamt Block | | | | | 1250.00 | 72.00 | |
| Pulper       1 | | | Zeit: | | 15.00 | min | I I I I I I I |
| Hollaender   1 | | | Zeit: | | | h | I I I I I I I |

Bemerkung: HOLLAENDERMAHLUNG, siehe Voranf.
           Stoff auf Stippen pruefen!!!
           Wenn TUP 2A ausgeht, 7 B TUP eintragen.
           Bei hohen Sandwerten bis 0.5 S PET/Holl. nachgeben.
           Ausschuss muss absolut stippenfrei sein.
           Teeb. 012 SRL/TA , 212 RL/TA o. 212 LTA(17.4%ig) aufbereiten
           --> siehe Aufbereitungsvorschrift - Kein Entschaeumer !!!
           Pulper Ausschuss in Neutra-buette mit Wasser verduennen bis
           auf Niveau 100 %. Ausschuss wird in Esko dosiert max. 10 %.
           Ist Dosierung ueber Esko nicht moeglich 40 KG TBA/Holl. in
           Ableerbuette 2 dosieren,wenn moeglich auf 50 kg steigern.

## ZELLSTOFF-STRANG

| Material | LiefNr. | Materialnr | Kg | Anz. E | Ges | Misch. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASPA    90  TCF  SUL-> | I | 20012120 | 200 | 0.00 B | 0.00 | | I I I I I I I |
| SOEDRA BLUE Z TCF | 84 | 20012232 | 250 | 0.50 B | 125.00 | 6.74 | I I I I I I I |
| AIMA TCF SULFIT | I | 20012234 | 197 | 2.00 B | 394.00 | 21.26 | I I I I I I I |
| PONTEVEDRA TCF SULFAT | 36 | 20012142 | 250 | 0.00 B | 0.00 | | I I I I I I I |
| Gesamt Block | | | | | 519.00 | 28.00 | |
| Pulper       1 | | | Zeit: | | 20.00 | min | I I I I I I I |

Bemerkung: Ueber Entstipper, Muehlenmahlung, ohne Natronlauge.
           STOFF AUF STIPPEN PRUEFEN !!
           2 Komponenten-Fahrweise:
           72 % Hadernstoff ( Hollaendermahlung )
           28 % Zellstoff   ( Muehlenmahlung )
           Ausschussanteil im Haderneintrag beruecksichtigen.

```
Gesamtmischung                                      100.00
```

```
Angelegt am : 27.11.2003 17:33   von: HAAS    Datum
Geaendert am: 27.11.2003 17:35   von: HAAS
atus        : FREIGEGEBEN
Versionsnr. : 4
                                              Unterschrift
```

D 1211

MAY 17 2004 16:02 FR BUCHANAN INGERSOLL    717 233 0852 TO 918602758299    P.46/60
Case 3:03-cv-00169-AVC    Document 76-10    Filed 05/17/2004    Page 2 of 3

Laufkarte fuer Stoffaufbereitung                                           Seite: 2

```
PM    : 12   Anf: 23330       Voranf: 23265    Etr: 75D / 1   Menge:   35000    Term: 04.12.20
Sorte: 2710730000 1 012.6     TEEB. NHSF 212/LTA-NA
Sollr:
Bem. : -------------- Fasern ("Mischung") in % Angabe ----------- Datum:
```

## HILFSMITTEL FUER STOFFAUFBEREITUNG

| Material | LiefNr. | Materialnr | Menge | Einheit |
|---|---|---|---|---|
| AETZNATRONLAUGE 50 % AMA -> | I | 20012282 | | LITER |
| SALZSAEURE | I | 20012277 | | LITER |
| KYMENE G3 N | I | 20011961 | | LITER |
| KYMENE G3 X | 1953 | 20011963 | | LITER |
| KENORES XO | I | 20011962 | | LITER |
| ACRONAL S 728 | I | 20011920 | 480.00 | LITER |
| NOPCOPERSE TH474 | I | 20012069 | 3.00 | LITER |
| DESPUMOL 104 | I | 20012285 | 0.00 | LITER |
| CONTRASPUM LPE | I | 20011952 | 0.00 | LITER |
| NOPCOPERSE TH474 | I | 20012069 | 0.00 | LITER |

Bemerkung: NASSFESTMITTEL AN PM DOSIEREN !!!

   Nassfestmittelansatz: 530 ltr. Wasser:70ltr. Kymene G3N. G3X
   oder 410 ltr. Wasser : 50 ltr. Kenores XO.

   Leimpressenansatz direkt in den Vorratsbehaeltern ansetzen.
   Vorratsbehaelter auf Membranpumpe umstellen.
   Reihenfolge einhalten !!!
   1.) 1820 ltr. Wasser kalt
   2.) 480 ltr. Acronal S 728 (20.8%ig)
   3.) 3.0 ltr. Nopcoperse TH 474 (0.13%ig)
   4.) 1.0 ltr. Despumol. (0.04%ig)
   Minimalste Menge Despumol ( Entschaeumer ) zugeben.

   Dieses Papier darf nur mit dem vorgeschriebenem
   Acronalansatz gefahren werden. Vorrat Acronalansatz
   knapp halten, bis Messergebnis von Beutelplatzer vorliegt.

```
Angelegt am : 27.11.2003 17:33   von: HAAS       Datum
Geaendert am: 27.11.2003 17:35   von: HAAS
Status      : FREIGEGEBEN
Versionsnr. : 4
                                                 Unterschrift
```

D 1212

Laufkarte fuer Papiermaschine

PM  : 12       Anf: 23330      Voranf: 23265     Etr: 75D / 1   Menge:   35000     Term: 04.12.2003
Sorte: 2710730000 1 012.6      TEEB. NHSF 212/LTA-NA
Sollr:
Bem. : ------------- Fasern ("Mischung") in % Angabe ------------

## HILFSMITTEL FUER PAPIERMASCHINE

| Material | LiefNr. | Materialnr | Menge | Einheit | I | I | I | I | I | I | I |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DESPUMOL 104 | I | I 20012285 | 0.00 | LITER | I | I | I | I | I | I | I |
| CONTRASPUM LPE | I | I 20011952 | 0.00 | LITER | I | I | I | I | I | I | I |

Bemerkung: Dieses Papier darf nur mit dem vorgeschriebenem Acronal-
ansatz gefahren werden.
Wichtig: Beutelplatzer u. Benetzungszeit durch Hauptlabor
messen lassen.

Feuchte siehe Sollwerte. Rollen mit Folie einpacken.
Nassfestmittel an PM dosieren.

2 Komponenten - Fahrweise:
72 % Hadernstoff  (Hollaendermahlung)
28 % Zellstoff    (Muehlenmahlung)
Max. 10% Teebeutelausschuss in Esko dosieren. ab Anf. 22601
Dosierung in Buette.

Leimpresse mit Acronal S 728 (20.8%). Nopcoperse TH 474
(0.13%). Despumol (0.04%) --> Minimalste Menge zugeben -->
Entschaeumer bindet Acronal.
Leimpressse: Vorrats- u. Arbeitsbehaelter auf Schlauchpmpe
umstellen. ohne Anwaermung. 250 mue Filter einlegen. Spritz-
rohr auf Automatik.
Einlaufwalze vor u. Breitstreckwalze nach LP --> Raender
mit Klebeband einwickeln.
Zyl. u. Einlaufwalze NT. bei jedem Rollenwechsel reinigen =
Ausschuss Kohlehof.
1. Sortierstufe mit 1.6 mm "P" Lochkorb.
2. Sortierstufe mit 2.4 mm Lochkorb
Ist Gries (Acronal) im Papier -->Spuckstoff 2.Stufe in Kanal
Mit Eindicker u. Esko.

Ausschuss mit Teeb. nhsf. 212/LTA nassfest mit Acronal -->
Kohlehof.
Es darf keine Restmenge Acronalansatz in Kanal abgelassen
werden. sondern muss in Container abgefuellt u. beschriftet
werden.->Ansatz % Acronal ,Alphenate u. Anf. Nr.

## PRODUKTIONSANWEISUNGEN
AV  AB 3060 (altern. 2960/2870) = 94
PR
Generalreinigung. Zuerst chloren --> incl. Stoffaufbereitung
LP spuelen "kalt" u. reinigen.

## AUFTRAGZUORDNUNGEN

| Auftrag | Kd.Nr. Kunde | kg | Brt(mm) | Format | KiV |
|---|---|---|---|---|---|
| 1008121/001 | 103252 REDCO FOODS INC. LITTLE FALLS. NY 13365 | 11526 | 94.00 | ROL. | 19.12.2003 |
| 008121/002 | 103252 REDCO FOODS INC. LITTLE FALLS. NY 13365 | 11526 | 94.00 | ROL. | 02.01.2004 |
| 008121/003 | 103252 REDCO FOODS INC. LITTLE FALLS. NY 13365 | 11526 | 94.00 | ROL. | 16.01.2004 |

D 1213