```
PM    : 12      Anf: 23330      Voranf: 23265      Etr: 75D / 1   Menge:   35000    Term: 04.12.2003
Sorte: 2710730000 1 012.6       TEEB. NHSF 212/LTA-NA
Sollr:
Bem.  : -------------- Fasern ("Mischung") in % Angabe ------------   Datum: 02.12.2003
```

## HADERN-STRANG

| Material | LiefNr. | Materialnr | Kg | Anz. E | Ges | Misch. | HOLLAENDER |
|---|---|---|---|---|---|---|---|
| 79 H TUP    UNGEBL.    | I 83 I | 20012158 | 125 | 6.00 B | 750.00 | 43.20 | I I I I I I I |
| 79 H TUP 4 UNGEBL.     | I    I | 20028416 | 125 | 0.00 B |   0.00 |       | I I I I I I I |
| 79 H TUP 1    UNGEBL.  | I    I | 20012175 | 125 | 3.00 B | 375.00 | 21.60 | I I I I I I I |
| 79 H TUP 5 UNGEBL.     | I    I | 20028417 | 125 | 0.00 B |   0.00 |       | I I I I I I I |
| 79 H TUP 2 A  UNGEBL.  | I 18 I | 20012125 | 125 | 1.00 B | 125.00 |  7.20 | I I I I I I I |
| KURARAY   PET 043/3MM PO-> I | I | 20012143 | 25  | 0.00 S |   0.00 |       | I I I I I I I |
| TEEBEUTEL N. HSFG. GEBL.-> I | I | 305977   |     |        |        |       | I I I I I I I |
| Gesamt Block |     |     |     |     | 1250.00 | 72.00 |   |
| Pulper        1 |     |     | Zeit: |     |  15.00 | min |   |
| Hollaender    1 |     |     | Zeit: |     |        |  h  |   |

Bemerkung: HOLLAENDERMAHLUNG, siehe Voranf.
    Stoff auf Stippen pruefen!!!
    Wenn TUP 2A ausgeht, 7 B TUP eintragen.
    Bei hohen Sandwerten bis 0.5 S PET/Holl. nachgeben.
    Ausschuss muss absolut stippenfrei sein.
    Teeb. 012 SRL/TA , 212 RL/TA o. 212 LTA(17.4%ig) aufbereiten
    --> siehe Aufbereitungsvorschrift - Kein Entschaeumer !!!
    Pulper Ausschuss in Neutra-buette mit Wasser verduennen bis
    auf Niveau 100 %. Ausschuss wird in Esko dosiert max. 10 %.
    Ist Dosierung ueber Esko nicht moeglich 40 KG TBA/Holl. in
    Ableerbuette 2 dosieren,wenn moeglich auf 50 kg steigern.

## ZELLSTOFF-STRANG

| Material | LiefNr. | Materialnr | Kg | Anz. E | Ges | Misch. |   |
|---|---|---|---|---|---|---|---|
| ASPA   90   TCF   SUL-> I | I | 20012120 | 200 | 0.00 B |   0.00 |       | I I I I I I I |
| SOEDRA BLUE Z TCF         | I 84 I | 20012232 | 250 | 0.50 B | 125.00 |  6.74 | I I I I I I I |
| AIMA TCF SULFIT           | I    I | 20012234 | 197 | 2.00 B | 394.00 | 21.26 | I I I I I I I |
| PONTEVEDRA TCF  SULFAT    | I 36 I | 20012142 | 250 | 0.00 B |   0.00 |       | I I I I I I I |
| Gesamt Block |    |    |    |    | 519.00 | 28.00 |   |
| Pulper       1 |    |    | Zeit: |    |  20.00 | min |   |

Bemerkung: Ueber Entstipper. Muehlenmahlung, ohne Natronlauge.
    STOFF AUF STIPPEN PRUEFEN !!
    2 Komponenten-Fahrweise:
    72 % Hadernstoff ( Hollaendermahlung )
    28 % Zellstoff   ( Muehlenmahlung )
    Ausschussanteil im Haderneintrag beruecksichtigen.

Gesamtmischung                                          100.00

```
Angelegt am : 27.11.2003 17:33   von: HAAS      Datum
Geaendert am: 27.11.2003 17:35   von: HAAS
atus        : FREIGEGEBEN
Versionsnr. : 4                                 Unterschrift
```

D 1211

Laufkarte fuer Stoffaufbereitung                           Seite: 2

PM  : 12    Anf: 23330    Voranf: 23265    Etr: 75D / 1    Menge: 35000    Term: 04.12.20
Sorte: 2710730000 1 012.6    TEEB. NHSF 212/LTA-NA
Sollr:
Bem. : ------------- Fasern ("Mischung") in % Angabe ----------- Datum:

HILFSMITTEL FUER STOFFAUFBEREITUNG

| Material | LiefNr. | Materialnr | Menge | Einheit | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AETZNATRONLAUGE 50 % AMA-> | I | 20012282 | | LITER | I | I | I | I | I | I |
| SALZSAEURE | I | 20012277 | | LITER | I | I | I | I | I | I |
| KYMENE G3 N | I | 20011961 | | LITER | I | I | I | I | I | I |
| KYMENE G3 X | 1958 I | 20011963 | | LITER | I | I | I | I | I | I |
| KENORES XO | I | 20011962 | | LITER | I | I | I | I | I | I |
| ACRONAL S 728 | I | 20011920 | 480.00 | LITER | I | I | I | I | I | I |
| NOPCOPERSE TH474 | I | 20012069 | 3.00 | LITER | I | I | I | I | I | I |
| DESPUMOL 104 | I | 20012285 | 0.00 | LITER | I | I | I | I | I | I |
| CONTRASPUM LPE | I | 20011952 | 0.00 | LITER | I | I | I | I | I | I |
| NOPCOPERSE TH474 | I | 20012069 | 0.00 | LITER | I | I | I | I | I | I |

Bemerkung: NASSFESTMITTEL AN PM DOSIEREN !!!
    Nassfestmittelansatz: 530 ltr. Wasser:70ltr. Kymene G3N. G3X
    oder 410 ltr. Wasser : 50 ltr. Kenores XO.

    Leimpressenansatz direkt in den Vorratsbehaeltern ansetzen.
    Vorratsbehaelter auf Membranpumpe umstellen.
    Reihenfolge einhalten !!!
    1.) 1820 ltr. Wasser kalt
    2.)  480 ltr. Acronal S 728 (20.8%ig)
    3.)  3.0 ltr. Nopcoperse TH 474 (0.13%ig)
    4.)  1.0 ltr. Despumol. (0.04%ig)
    Minimalste Menge Despumol ( Entschaeumer ) zugeben.

    Dieses Papier darf nur mit dem vorgeschriebenem
    Acronalansatz gefahren werden. Vorrat Acronalansatz
    knapp halten, bis Messergebnis von Beutelplatzer vorliegt.

Angelegt am : 27.11.2003 17:33    von: HAAS          Datum        I    I    I    I    I    I
Geaendert am: 27.11.2003 17:35    von: HAAS                       I    I    I    I    I    I
Status      : FREIGEGEBEN                                         I    I    I    I    I    I
Versionsnr. : 4                                   Unterschrift    I    I    I    I    I    I

D 1212

Laufkarte fuer Papiermaschine

```
PM   : 12      Anf: 23330       Voranf: 23265      Etr: 750 / 1   Menge:   35000      Term: 04.12.2003
Sorte: 2710730000 1 012.6       TEEB. NHSF 212/LTA-NA
Sollr:
Bem. : ------------ Fasern ("Mischung") in % Angabe ------------
```

## HILFSMITTEL FUER PAPIERMASCHINE

| Material | LiefNr. | Materialnr | Menge | Einheit |
|---|---|---|---|---|
| DESPUMOL 104 |  | 20012285 | 0.00 | LITER |
| CONTRASPUM LPE |  | 20011952 | 0.00 | LITER |

Bemerkung: Dieses Papier darf nur mit dem vorgeschriebenem Acronal-
ansatz gefahren werden.
Wichtig: Beutelplatzer u. Benetzungszeit durch Hauptlabor
messen lassen.

Feuchte siehe Sollwerte. Rollen mit Folie einpacken.
Nassfestmittel an PM dosieren.

2 Komponenten - Fahrweise:
72 % Hadernstoff   (Hollaendermahlung)
28 % Zellstoff     (Muehlenmahlung)
Max. 10% Teebeutelausschuss in Esko dosieren. ab Anf. 22601
Dosierung in Buette.

Leimpresse mit Acronal S 728 (20.8%). Nopcoperse TH 474
(0.13%). Despumol (0.04%) --> Minimalste Menge zugeben -->
Entschaeumer bindet Acronal.
Leimpressse: Vorrats- u. Arbeitsbehaelter auf Schlauchpmpe
umstellen. ohne Anwaermung. 250 mue Filter einlegen. Spritz-
rohr auf Automatik.
Einlaufwalze vor u. Breitstreckwalze nach LP --> Raender
mit Klebeband einwickeln.
Zyl. u. Einlaufwalze NT. bei jedem Rollenwechsel reinigen =
Ausschuss Kohlehof.
1. Sortierstufe mit 1.6 mm "P" Lochkorb.
2. Sortierstufe mit 2.4 mm Lochkorb
Ist Gries (Acronal) im Papier -->Spuckstoff 2.Stufe in Kanal
Mit Eindicker u. Esko.

Ausschuss mit Teeb. nhsf. 212/LTA nassfest mit Acronal   -->
Kohlehof.
Es darf keine Restmenge Acronalansatz in Kanal abgelassen
werden. sondern muss in Container abgefuellt u. beschriftet
werden.->Ansatz % Acronal .Alphenate u. Anf. Nr.

## PRODUKTIONSANWEISUNGEN
AV   AB 3060 (altern. 2960/2870) = 94
PR
Generalreinigung. Zuerst chloren --> incl. Stoffaufbereitung
LP spuelen "kalt" u. reinigen.

## AUFTRAGZUORDNUNGEN

| Auftrag | Kd.Nr. | Kunde | kg | Brt(mm) | Format | KiV |
|---|---|---|---|---|---|---|
| 1008121/001 | 103252 | REDCO FOODS INC. LITTLE FALLS, NY 13365 | 11526 | 94.00 | ROL. | 19.12.2003 |
| 1008121/002 | 103252 | REDCO FOODS INC. LITTLE FALLS, NY 13365 | 11526 | 94.00 | ROL. | 02.01.2004 |
| 1008121/003 | 103252 | REDCO FOODS INC. LITTLE FALLS, NY 13365 | 11526 | 94.00 | ROL. | 16.01.2004 |

D 1213