IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

AHLSTROM WINDSOR LOCKS LLC,          :
                                     :
              Plaintiff,             :    CASE NO. 3:03-CV-0169-AVC
                                     :
v.                                   :
                                     :
SCHOELLER & HOESCH, NA, INC., and    :
P. H. GLATFELTER COMPANY,            :
                                     :
              Defendants.            :    MAY 13, 2004

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Please enter the appearance of Brett J. Boskiewicz of Robinson & Cole LLP, on behalf of

Defendants, Schoeller & Hoesch, NA, Inc. and P. H. Glatfelter Company, in the above-captioned

matter.

**DEFENDANTS**
**SCHOELLER & HOESCH, N.A., INC.**
**P.H. GLATFELTER COMPANY**


By _____
   Brett J. Boskiewicz (ct25632)
   e-mail:  bboskiewicz@rc.com
   Robinson & Cole LLP
   280 Trumbull Street
   Hartford, CT 06103-3597
   Tel. No.: (860) 275-8200
   Fax No.: (860) 275-8299

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent via facsimile and first class mail on

this the 13th day of May, 2004, to the following counsel of record:

Sidney R. Bresnick, Esq.
Yunling Ren, Esq.
Cohen, Pontani, Lieberman & Pavane
551 Fifth Avenue
New York, NY  10176

Basam E. Nabulsi, Esq.
Alexandra Stevens, Esq.
McCarter & English LLP
Four Stamford Plaza
107 Elm Street, 9th Floor
Stamford, CT  06902


_____
Brett J. Boskiewicz