IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, | : |
| Plaintiff, | : |
| | : CASE NO. 3:03-CV-0169-AVC |
| v. | : |
| SCHOELLER & HOESCH, NA, INC., | : |
| P.H. GLATFELTER COMPANY, | : |
| Defendant. | : JUNE 4, 2004 |

### DEFENDANTS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA SERVED ON ALIX, YALE & RISTAS, LLP

Pursuant to Fed. R. Civ. P. 45, the defendants, Schoeller & Hoesch, NA, Inc. ("S&H") and P. H. Glatfelter Company ("PHG") (collectively, "Defendants"), hereby move to compel Alix, Yale & Ristas, LLP ("AYR") to comply with Defendants' March 3, 2004 subpoena.

Defendants specifically request that the Court:

(1) <u>As for all documents for which AYR claims privilege:</u> Defendants ask the Court to order AYR to produce all withheld documents for *in camera* review by the Court to determine (a) whether the documents <u>are</u> privileged or redacted areas were properly withheld; (b) if so, whether any of the documents speak to Plaintiff's intent, i.e., the reason(s) why the Yadlowsky Reference was withheld from the USPTO's consideration during the '997 Patent's prosecution, and if so, order that they be produced even if properly redacted or deemed privileged; and (c) if the documents are not privileged, order that they be produced.

(2) <u>As for all documents for which AYR does not claim attorney/client privilege:</u> Defendants ask the Court to order AYR to provide a document production that complies with Rule 45(d)(1), producing or making available for inspection the responsive documents *as they are kept in the usual course of business* or at least labeled corresponding to the categories in Schedule A of the subpoena.

And:

(3) <u>As to the claims of privilege in Attorney Alix's deposition:</u> Defendants ask the Court to review the questions which Attorney Alix refused to answer, declare which questions and subjects are not properly shielded by the attorney-client privilege, and order Attorney Alix to provide answers to the questions not protected by privilege when the deposition is resumed.

In support of this motion, S&H and PHG rely on Defendants' Memorandum of Law in Support of their Motion to Compel Compliance With Subpoena Served On Alix, Yale & Ristas, LLP submitted herewith.

WHEREFORE, S&H and PHG respectfully request this Court grant their Motion, and issue an order in accordance herewith compelling compliance with the Subpoena served on Alix, Yale & Ristas, LLP on March 3, 2004.

          Attorneys for Defendants,
          Schoeller & Hoesch, NA, Inc. and
          P. H. Glatfelter Company

By _____
          Dina S. Fisher (ct 14896)
          dfisher@rc.com
          Brett J. Boskiewicz (ct 25632)
          bboskiewicz@rc.com
          280 Trumbull Street
          Hartford, CT 06103-3597
          Tel. No.: (860) 275-8200
          Fax No.: (860) 275-8299

          Marc J. Farrell (ct 24539)
          BUCHANAN INGERSOLL PC
          213 Market Street, 3rd Floor
          Harrisburg, PA 17101-2121
          (717) 237-4820
          farrellmj@bipc.com

- 3 -

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served by means of facsimile (without attachments) and federal express, on this the 4th day of June, 2004, upon the following:

Sidney R. Bresnick, Esq.
Yunling Ren, Esq.
Cohen, Pontani, Lieberman & Pavane
551 Fifth Avenue
New York, NY 10176

Basam E. Nabulsi, Esq.
Alexandra Stevens, Esq.
McCarter & English LLP
Four Stamford Plaza
107 Elm Street, 9th Floor
Stamford, CT 06902

_____
Dina S. Fisher