IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:03-CV-0169(AVC) |
| SCHOELLER & HOESCH, NA, INC., and P.H. GLATFELTER COMPANY, | : |
| Defendants. | : JUNE 4, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that Defendants, Schoeller & Hoesch, NA, Inc. and P.H. Glatfelter Company, has manually filed the following document or thing:

Exhibits to Defendants' Memorandum in Support of
Their Motion to Compel Compliance with the Subpoena of Alix, Yale & Ristas, LLP

This document has not been filed electronically because

[ ]   the document or thing cannot be converted to an electronic format

[ X ]   the electronic file size of the document exceeds 1.5 megabytes

[ ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

[ ]   Plaintiff/Defendant is excused from filing this document or thing by Court order

The document or thing has been manually served on all parties.

                                  Attorneys for Defendants,
                                  Schoeller & Hoesch, NA, Inc. and
                                  P. H. Glatfelter Company

By_____
                                  Dina S. Fisher (ct 14896)
                                  dfisher@rc.com
                                  Brett J. Boskiewicz (ct 25632)
                                  bboskiewicz@rc.com
                                  280 Trumbull Street
                                  Hartford, CT  06103-3597
                                  Tel. No.: (860) 275-8200
                                  Fax No.: (860) 275-8299

                                  Marc J. Farrell (ct 24539)
                                  BUCHANAN INGERSOLL PC
                                  213 Market Street, 3rd Floor
                                  Harrisburg, PA  17101-2121
                                  (717) 237-4820
                                  farrellmj@bipc.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served by means of facsimile (without attachments) and federal express, on this the 4th day of June, 2004, upon the following:

Sidney R. Bresnick, Esq.
Yunling Ren, Esq.
Cohen, Pontani, Lieberman & Pavane
551 Fifth Avenue
New York, NY  10176

Basam E. Nabulsi, Esq.
Alexandra Stevens, Esq.
McCarter & English LLP
Four Stamford Plaza
107 Elm Street, 9th Floor
Stamford, CT  06902

_____
Dina S. Fisher