IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    CASE NO. 3:03-CV-0169(AVC) |
| SCHOELLER & HOESCH, NA, INC., and<br>P.H. GLATFELTER COMPANY,<br>    Defendants. | :<br>:<br>:<br>:    JUNE 4, 2004 |

## NOTICE OF FILING UNDER SEAL

Defendants, Schoeller & Hoesch, NA, Inc. and P.H. Glatfelter Company, filed under seal Exhibit I to Defendants' Memorandum in Support of Their Motion to Compel Compliance with the Subpoena of Alix, Yale & Ristas, LLP. Exhibit I includes excerpts from the confidential deposition of Helen Viazmensky.

                                             Attorneys for Defendants,
                                             Schoeller & Hoesch, NA, Inc. and
                                             P. H. Glatfelter Company

                                             By_____/s/ Dina S. Fisher_____
                                             Dina S. Fisher (ct 14896)
                                             dfisher@rc.com
                                             Brett J. Boskiewicz (ct 25632)
                                             bboskiewicz@rc.com
                                             280 Trumbull Street
                                             Hartford, CT 06103-3597
                                             Tel. No.: (860) 275-8200
                                             Fax No.: (860) 275-8299

                                             Marc J. Farrell (ct 24539)
                                             BUCHANAN INGERSOLL PC
                                             213 Market Street, 3rd Floor
                                             Harrisburg, PA 17101-2121
                                             (717) 237-4820
                                             farrellmj@bipc.com

- 2 -

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was served by means of facsimile (without attachments) and federal express, on this the 4th day of June, 2004, upon the following:

Sidney R. Bresnick, Esq.
Yunling Ren, Esq.
Cohen, Pontani, Lieberman & Pavane
551 Fifth Avenue
New York, NY  10176

Basam E. Nabulsi, Esq.
Alexandra Stevens, Esq.
McCarter & English LLP
Four Stamford Plaza
107 Elm Street, 9th Floor
Stamford, CT  06902

_____
Dina S. Fisher