IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

AHLSTROM WINDSOR LOCKS LLC,         :
                                    :
            Plaintiff               :   CASE NO. 3:03-CV-0169-AVC
                                    :
v.                                  :
                                    :
SCHOELLER & HOESCH, NA, INC.,       :
                                    :
     and                            :
                                    :
P. H. GLATFELTER COMPANY            :
                                    :
            Defendants              :   JUNE 8, 2004

### AFFIDAVIT OF DINA S. FISHER, ESQ.

I, Dina S. Fisher, Esq., being duly sworn, do hereby depose and say, to the best of my personal knowledge, information and belief, as of the below signed date:

1. I am over the age of 18 years and understand the obligations of an oath.

2. I am a member in good standing of the bar of the state of Connecticut.

3. I am a partner at the law firm of Robinson & Cole LLP, and represent the Defendants in this matter.

4. This Affidavit is submitted in support of the Motion For Protective Order filed by Defendants, with respect to a Notice of Deposition served by the Plaintiff, Ahlstrom Windsor Locks LLC ("Plaintiff") on May 5, 2004, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure ("Plaintiff's 30(b)(6) Notice").

5. I conferred with counsel for the Plaintiff, Sidney R. Bresnick, on two occasions with respect to his May 5, 2004 Notice of Deposition. I explained that Defendants believe the

Notice is duplicative of already completed discovery, and that it is premature given the pendency of Plaintiff's motion to compel.

6. I also explained to Attorney Bresnick that the people he would have to depose as to the subjects identified in the notice would be either Gerhard Slawik or Guenter Grauer, both of whom the Plaintiff has already deposed for well over the permitted time.

7. We were unable to resolve the present controversy with respect to the Notice of Deposition without court intervention.

_____
Dina S. Fisher

Subscribed and sworn to before me
this 8th day of June, 2004

_____

12