UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AHLSTROM WINDSOR LOCKS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 3:03-CV-0169 (AVC) |
| | ) | |
| v. | ) | |
| | ) | |
| SCHOELLER & HOESCH, NA, INC., and P.H. GLATFELTER COMPANY, | ) ) | |
| | ) | |
| Defendants. | ) | JUNE 17, 2004 |

## PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Civil Rule 5(d), Plaintiff, Ahlstrom Windsor Locks LLC, respectfully requests permission from this Court to file under seal Plaintiff's Opposition to Defendants' Motion For Protective Order Regarding Plaintiff's Rule 30(b)(6) Notice Of Deposition. The memoramdum and attached exhibits contain commercial information of Defendants which is or may be covered by the Protective Order entered in this case.

THE PLAINTIFF,
AHLSTROM WINDSOR LOCKS LLC
BY ITS ATTORNEYS

By *[signature]*
Basam E. Nabulsi (CT 20897)
Eric E. Grondahl (CT 08988)
McCARTER & ENGLISH, LLP
CityPlace I
185 Asylum Street, 36th Floor
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 (fax)

Sidney R. Bresnick (CT 16295)
COHEN, PONTANI, LIEBERAN &
   PAVANE
551 Fifth Avenue
New York, NY  10176
(212) 687-2770
(212) 972-5487 (fax)

SO ORDERED:


_____                              _____
Date                                                                                  United States District Judge / Clerk

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Opposition To Defendants' Motion For Protective Order Regarding Plaintiff's Rule 30(b)(6) Notice Of Deposition has been **hand delivered,** this 17th day of June, 2004 to:

DINA S. FISHER, ESQ.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

and sent by **Federal Express** to

MARC J. FARRELL, ESQ.
Buchanan Ingersoll PC
One South Market Square
213 Market Street, 3rd Floor
Harrisburg, PA 17101-2121

_____
Eric E. Grondahl

HARTFORD: 617306.01