FILED

2004 JUN 23 A 11: 08

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AHLSTROM WINDSOR LOCKS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 3:03-CV-0169 (AVC) |
| v. | ) | |
| | ) | |
| SCHOELLER & HOESCH, N.A., INC. and | ) | |
| P.H. GLATFELTER COMPANY, | ) | |
| | ) | |
| Defendants. | ) | JUNE 22, 2004 |

### AHLSTROM WINDSOR LOCKS LLC'S MOTION TO FILE SURREPLY IN SUPPORT OF ITS OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER AND COUNTERCLAIM

Pursuant to Local Rule 7(d), Plaintiff Ahlstrom Windsor Locks LLC respectfully requests permission from this Court to file the accompanying Surreply Memorandum in further Opposition to Defendants Schoeller & Hoesch, NA, Inc.'s and P.H. Glatfelter Company's ("Defendants") Motion to Amend Answer and Counterclaim [Dkt. # 78]. The attached Surreply Memorandum is submitted to address new issues and arguments raised by Defendants in their Reply Memorandum dated June 17, 2004 in order to fully and fairly address all issues before the Court concerning Defendants' Motion to Amend.

GRANTED.

Alfred V. Covello, U.S.D.J.

June 24, 2004.
SO ORDERED.