UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, | ) |
| Plaintiff, | ) CIVIL ACTION NO. 3:03-CV-0169 (AVC) |
| v. | ) |
| SCHOELLER & HOESCH, NA, INC., and P.H. GLATFELTER COMPANY, | ) |
| Defendants. | ) JUNE 17, 2004 |

### PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Civil Rule 5(d), Plaintiff, Ahlstrom Windsor Locks LLC, respectfully requests permission from this Court to file under seal Plaintiff's Opposition to Defendants' Motion For Protective Order Regarding Plaintiff's Rule 30(b)(6) Notice Of Deposition. The memoramdum and attached exhibits contain commercial information of Defendants which is or may be covered by the Protective Order entered in this case.

THE PLAINTIFF,
AHLSTROM WINDSOR LOCKS LLC
BY ITS ATTORNEYS

By _____
Basam E. Nabulsi (CT 20897)
Eric E. Grondahl (CT 08988)
McCARTER & ENGLISH, LLP
CityPlace I
185 Asylum Street, 36th Floor
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 (fax)

June 23, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.