UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---------------------------------------------------------x
:
Ahlstrom Windsor Locks LLC :
:
vs. :Civil No. 3:03cv169 (AVC) (AVC)
:
Schoeller & Hoesch, N.A., Inc., et al
:
:
---------------------------------------------------------x

Exhibits Manually Filed