# United States District Court

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, | **APPEARANCE** |
| Plaintiff | |
| v. | |
| SCHOELLER & HOESCH, NA., INC., and P.H. GLATFELTER COMPANY, | CASE NUMBER: 3:03-CV-0169 (AVC) |
| Defendants. | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Ahlstrom Windsor Locks LLC

*[Signature]*

June 28, 2004
*Date*

*Signature*

Mark D. Giarratana, Esq.
*Print Name*

ct 10410
*Bar number*

McCarter & English, LLP, CityPlace I,
*Address*

185 Asylum Street

(860) 724-3397
*Fax Number*

| City | State | Zip Code |
|---|---|---|
| Hartford | CT | 06103-3495 |

mgiarratana@mccarter.com
*E-mail Address*

(860) 275-6719
*Phone Number*

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing APPEARANCE has been mailed, postage prepaid, this 28th day of June, 2004 to:

Dina S. Fisher, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597

Marc J. Farrell, Esq.
Reed Smith LLP
213 Market Street, 9th Floor
P.O. Box 11844
Harrisburg, PA  17108-1844

_____

HARTFORD: 617904.01