IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, | : |
| Plaintiff | : CASE NO. 3:03-CV-0169-AVC |
| v. | : |
| SCHOELLER & HOESCH, NA, INC., | : |
| and | : |
| P. H. GLATFELTER COMPANY | : |
| Defendants | : JULY 1, 2004 |

### AFFIDAVIT OF DINA S. FISHER, ESQ.

I, Dina S. Fisher, Esq., being duly sworn, do hereby depose and say:

1. I am over the age of 18 years and understand the obligations of an oath.

2. I am a partner with the law firm of Robinson & Cole LLP, representing the defendants, Schoeller & Hoesch, NA, Inc. and P.H. Glatfelter Company.

3. Defendants report that at their plant in Gernsbach, Germany and at its smaller facility at Papeteries Cascadec, France {FIX}, Schoeller & Hoesch manufactures approximately 12,000 metric tons of tea bag paper (all grades) per year, and sells approximately thirty different paper grades to 300 customers worldwide.

4. Defendants also report that S&H sells approximately 1000 to 1050 metric tons of tea bag paper to Teekanne Europe every year, and approximately 1250 metric tons toTeekanne worldwide.

*Signed under pains and penalties of perjury this 1st day of July, 2004.*

_____
Dina S. Fisher