IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

AHLSTROM WINDSOR LOCKS LLC,
Plaintiff,

2004 JUL -1  A 11: 41

v.

CASE NO. 3:03-CV-0169(AVC)

U.S. DISTRICT COURT
HARTFORD, CT.

SCHOELLER & HOESCH, NA, INC., and
P.H. GLATFELTER COMPANY,
Defendants.

JULY 1, 2004

### DEFENDANTS' MOTION FOR PERMISSION TO WITHDRAW REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER AND COUNTERCLAIM, and MOTION FOR PERMISSION FILE AMENDED REPLY

To correct an error in the "Reply to Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Leave to Amend Answer and Counterclaim," Defendants, P. H. Glatfelter Company and Schoeller & Hoesch, NA, Inc. (collectively "Defendants") hereby request permission to withdraw that reply, and file an Amended Reply (attached hereto).

As pointed out by the Plaintiff, Ahlstrom Windsor Locks LLC, in its motion for permission to file a surreply ("Surreply Motion") on June 22, 2004, Defendants misstated the basis for the final decision of the European Patent Office ("EPO") in connection with an opposition proceeding initiated against Plaintiff's European Patent Counterpart to the '997 Patent at issue in this case. The unintentional misstatement occurred due to Defendants' counsel's misreading a "D2" designation in the final decision. This error resulted in the Defendants' statement that the claims in Plaintiff's European Counterpart which correspond to the claims in the '997 Patent in suit were invalidated in light of the so-called Yadlowsky Application, when in fact those claims were held to be unpatentable due to different prior art (namely, U.S. Pat. No. 3,616,166 to Kelley).

With the withdrawal of Defendant's Reply and substitution therefor with the attached Amended Reply, Plaintiff's Motion for Surreply should be deemed moot.

WHEREFORE the Defendants respectfully request to correct the record by withdrawing their Reply dated June 17, 2004, and substituting the attached Amended Reply dated July 1, 2004.

        Attorneys for Defendants,
        Schoeller & Hoesch, NA, Inc. and
        P. H. Glatfelter Company

By _____
        Dina S. Fisher (ct 14896)
        dfisher@rc.com
        Brett J. Boskiewicz (ct 25632)
        bboskiewicz@rc.com
        Robinson & Cole LLP
        280 Trumbull Street
        Hartford, CT 06103-3597
        Tel. No.: (860) 275-8200
        Fax No.: (860) 275-8299

        Marc J. Farrell (ct 24539)
        farrellmj@bipc.com
        BUCHANAN INGERSOLL PC
        213 Market Street, 3rd Floor
        Harrisburg, PA 17101-2121
        Tel. No.: (717) 237-4820
        Fax No.: (717) 233-0852