UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AHLSTROM WINDSOR LOCKS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:03-CV-0169 (AVC) |
| | ) | |
| SCHOELLER & HOESCH, N.A., INC. and | ) | |
| P.H. GLATFELTER COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR EXTENSION OF TIME**

Plaintiff, Ahlstrom Windsor Locks LLC, and Defendants, Schoeller &

Hoesch, NA, Inc. and P. H. Glatfelter Company, (collectively, the "Parties"), through

their respective undersigned counsel, having agreed that additional time will be required

for them to adequately complete their discovery and prepare the above-captioned case for

trial, the Parties hereby stipulate and agree to the filing of this joint motion to respectfully

request that the Court extend certain discovery and other deadlines in order to permit

them to fully complete their discovery obligations and prepare for trial.  The requested

date changes will add approximately 2-3 months to each of the case preparation items

involved.

The requested stipulated changes in the scheduling order are as follows:

1)      All liability discovery, including depositions of all

witnesses, to be completed by October 15, 2004  (currently August 15, 2004);

2)      Depositions of both Plaintiff's and Defendants' experts to

be completed by October 15, 2004 (currently October 14, 2004);

3)      All motion, except motions *in limine* incident to a trial,

shall be filed on or before December 17, 2004 (currently October 28, 2004);

4)      The parties shall file a joint trial memorandum in

accordance with the pretrial order, which order shall accompany the jury selection

calendar and be sent to the parties on February 15, 2005 (currently November 30, 2004);

and

5)      The case shall be ready for trial by March 15, 2005

(currently December 30, 2004).

The proposed changes are expected to enable the Parties to complete the

discovery and trial preparation that they require and it is respectfully requested that the

Court grant the relief requested by the Parties herein.


Respectfully submitted,


*Sidney R. Bresnick*                                    Date: 7/20/04

Sidney R. Bresnick, Esq. (ct16295)
Yunling Ren (ct21078)
Cohen, Pontani, Lieberman & Pavane
551 Fifth Avenue
New York, New York 10176
        -and-
Basam E. Nabulsi, Esq. (ct20897)
McCarter & English
Four Stamford Plaza
107 Elm Street, 9th Floor
Stamford, CT 06902
Attorneys for Plaintiff

Date: 7/21/04

Dina S. Fisher, Esq. (14896)
Robinson & Cole LLP
280 Trumbull Street
Hartford, Connecticut 06103
Tel. (860) 275-8237
        -and-
Marc J. Farrell, Esq. (ct24539)
Buchanan Ingersoll, PC
213 Market Street, 3rd Floor
Harrisburg, PA 17101
Tel. (717) 237-4820
Attorneys for Defendants