UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 3:03-CV-0169 (AVC) |
| | ) |
| SCHOELLER & HOESCH, N.A., INC. and | ) |
| P.H. GLATFELTER COMPANY, | ) |
| | ) |
| Defendants. | ) |

### DECLARATION OF MICHELE M. TOTONIS, ESQ.

Michele M. Totonis, Esq. declares:

1. I am a member of the bar of the State of Connecticut in good standing.

2. I am Legal Counsel and Intellectual Property Manager for plaintiff, Ahlstrom Windsor Locks LLC ("Ahlstrom"). I have served in this capacity throughout this litigation.

2. On May 6, 2004, an oral hearing ("Hearing") was held pursuant to notice by the Opposition Division of the European Patent Office in Munich, Germany, in an opposition brought by J. R. Crompton Limited against a European patent No. EP 0 632 163, issued to Ahlstrom. This patent is Ahlstrom's European counterpart to the '997 patent in suit.

3. I attended the Hearing on May 6 together with Ahlstrom's European patent counselor, Michael J. Donnan, and Helen Viazmensky, one of the inventors listed on the patent.

4. Also attending the Hearing, which was open to the public, were Markus R. Mueller, Esq., Corporate Counsel for defendant, P. H. Glatfelter Company, and a woman whom Mr. Mueller introduced to me at the Hearing as "one of our scientists." Both Mr. Mueller and the scientist who accompanied him attended the entire Hearing, including the reading of the interlocutory decision in connection therewith. This oral decision was later reduced to writing in the Opposition Division's written Grounds for Decision, dated June 1, 2004.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 19, 2004.

Michele M. Totonis