#101

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:03-CV-0169 (AVC) |
| | ) |
| SCHOELLER & HOESCH, N.A., INC. and | ) |
| P.H. GLATFELTER COMPANY, | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiff, Ahlstrom Windsor Locks LLC, and Defendants, Schoeller & Hoesch, NA, Inc. and P. H. Glatfelter Company, (collectively, the "Parties"), through their respective undersigned counsel, having agreed that additional time will be required for them to adequately complete their discovery and prepare the above-captioned case for trial, the Parties hereby stipulate and agree to the filing of this joint motion to respectfully request that the Court extend certain discovery and other deadlines in order to permit them to fully complete their discovery obligations and prepare for trial. The requested date changes will add approximately 2-3 months to each of the case preparation items involved.

The requested stipulated changes in the scheduling order are as follows:

1)  All liability discovery, including depositions of all witnesses, to be completed by October 15, 2004 (currently August 15, 2004);

2)  Depositions of both Plaintiff's and Defendants' experts to be completed by October 15, 2004 (currently October 14, 2004);

July 26, 2004. GRANTED.
SO ORDERED.
Alfred v. Covello, U.S.D.J.

03cv169exdio1