UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Discovery Conference Calendar

Honorable Alfred V. Covello, U.S.D.J.
450 Main Street
Hartford
Chambers Room 125 - Annex

**August 13, 2004**

**1:00 p.m.**

PARTIES TO INITIATE CONFERENCE CALL & CONTACT CHAMBERS AT 860-240-3218

CASE NO.  **3:03CV00169(AVC) Ahlstrom Windsor Locks, LLC v. Schoeller & Hoesch, NA, Inc.**

Brett J. Boskiewicz
Robinson & Cole - Htfd, CT
280 Trumbull St.
Hartford, CT 06103-3597

Sidney R. Bresnick
Cohen, Pontani, Lieberman & Pavane
551 Fifth Ave.
New York, NY 10176

Myron Cohen
Cohen, Pontani, Lieberman & Pavane
551 Fifth Ave.
New York, NY 10176

Marc J. Farrell
Buchanan Ingersoll-PA
One South Market Square
213 Market St., 3rd Fl.
Harrisburg, PA 17101

Dina S. Fisher
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

Mark D. Giarratana
McCarter & English
Cityplace I
185 Asylum St.
36th Fl.
Hartford, CT 06103-3495

Eric E. Grondahl
McCarter & English
Cityplace I
185 Asylum St.
36th Fl.
Hartford, CT 06103-3495

Basam E. Nabulsi
McCarter & English-Stmfd
Four Stamford Plaza
107 Elm St.
Stamford, CT 06902

Yunling Ren
Cohen, Pontani, Lieberman & Pavane
551 Fifth Ave.
New York, NY 10176

Alexandra B. Stevens
McCarter & English-Stmfd
Four Stamford Plaza
107 Elm St.
Stamford, CT 06902

BY ORDER OF THE COURT

KEVIN F. ROWE, CLERK