UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SCHOELLER & HOESCH, NA, INC., and P.H. )<br>GLATFELTER COMPANY, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 3:03-CV-0169 (AVC)<br><br><br><br><br><br><br><br>AUGUST 4, 2004 |

## PLAINTIFF'S NOTICE OF FILING UNDER SEAL

Pursuant to Local Civil Rule 5(d)(2), Plaintiff Ahlstrom Windsor Locks LLC hereby files the attached Opposition to Defendants' Motion for Protective Order Regarding Plaintiff's (2nd) Rule 30(b)(6) Notice of Deposition ("Opposition Memorandum") and accompanying exhibits under seal pursuant to the Stipulated Protective Order, entered by this Court on June 30, 2003 [Dkt. # 32]. This pleading is filed under seal because Exhibit B to the Opposition Memorandum is Confidential pursuant to the Stipulated Protective Order, and the Opposition Memorandum contains quotations of confidential information from the Confidential document.

THE PLAINTIFF
AHLSTROM WINDSOR LOCKS LLC
BY ITS ATTORNEYS


By *[signature]*
Eric E. Grondahl (CT 08988)
Basam E. Nabulsi (CT 20897)
McCARTER & ENGLISH, LLP
CityPlace I
185 Asylum Street, 36th Floor
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 (fax)
egrondahl@mccarter.com
    -and-
Sidney R. Bresnick (CT 16295)
COHEN, PONTANI, LIEBERAN &
   PAVANE
551 Fifth Avenue
New York, NY 10176
(212) 687-2770
(212) 972-5487 (fax)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing PLAINTIFF'S NOTICE OF FILING UNDER SEAL has been mailed, postage prepaid, this 4th day of July, 2004 to:

DINA S. FISHER, ESQ.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

and

MARC J. FARRELL, ESQ.
Buchanan Ingersoll PC
One South Market Square
213 Market Street, 3rd Floor
Harrisburg, PA 17101-2121

_____
ERIC E. GRONDAHL

HARTFORD-620390-v1-AWL SH - Motion to File Under Seal.DOC