3:03cv0169 (AVC). April 12, 2004. The motion for reconsideration is granted. The relief requested, however, is denied. The plaintiff need not furnish the information requested at this juncture as it is protected by the work product doctrine. The court will, however, revisit this issue upon request of the defendants after the April 27, 2004 information exchange. On this date, the plaintiff will be providing all facts forming the basis of its claims. If such facts are withheld as privileged or as protected by the work product doctrine, the court will re-examine its March 16, 2004 conclusion that disclosure is not authorized because the defendants have failed to show substantial need or inability to obtain equivalent information.

SO ORDERED.

Alfred V. Covello, U.S.D.J.