IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, | : |
| Plaintiff | : CASE NO. 3:03-CV-0169-AVC |
| v. | : |
| SCHOELLER & HOESCH, NA, INC., | : |
| and | : |
| P. H. GLATFELTER COMPANY, | : |
| Defendants | : JUNE 8, 2004 |

**DEFENDANTS' MOTION FOR PROTECTIVE ORDER
REGARDING PLAINTIFF'S 30(b)(6) NOTICE OF DEPOSITION**

3:03cv0169 (AVC). September 3, 2004. This is an action for a damages and declaratory relief. The plaintiff and counterclaim defendant, Ahlstrom Windsor Locks LLC (hereinafter "the plaintiff") alleges that the defendants and counterclaim plaintiffs, Schoeller & Hoesch, NA, Inc., and P.H. Glatfelter Company (hereinafter "the defendants") are infringing upon its rights to U.S. Patent No. 5,431,997 ("the '997 patent"). The '997 patent concerns a fibrous web material used in making infusion packages for brewing. By way of counterclaim, the defendants seek a declaration that the '997 patent is invalid and unenforceable. On May 5, 2004, the plaintiff served a deposition notice on the defendant, Glatfelter, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure. On June 8, 2004, Glatfelter filed the present motion for a protective order, claiming that the notice is unduly burdensome and harassing in light of the depositions already completed in this case, and that the associated document request overlaps with an ongoing discovery dispute that is still pending with the court. As Glatfelter claims to have furnished the information requested, the motion for protective order is DENIED without prejudice to its refiling following the court's review and ruling with respect to materials discussed at the August 13, 2004 status conference, and following examination of the proposed deposition content.

SO ORDERED.

_____
Alfred V. Covello, U.S.D.J.