IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

AHLSTROM WINDSOR LOCKS LLC,

    Plaintiff,

CASE NO. 3:03-CV-0169-AVC

v.

SCHOELLER & HOESCH, NA, INC., and
P. H. GLATFELTER COMPANY,

    Defendants.

MAY 13, 2004

## DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER AND COUNTERCLAIM

Pursuant to Fed. R. Civ. P. 15, defendants Schoeller & Hoesch, NA, Inc. and P. H. Glatfelter Company (collectively, "Defendants"), hereby apply to this Court for leave to amend their Answer and Counterclaim. In support of this motion, Defendants state as follows:

1. Defendants seek to amend their Answer and Counterclaim to more clearly plead their claim of inequitable conduct and therefore definitively raise "the spectre of plaintiff's patent being invalid for inequitable conduct…." (Letter of Sidney R. Bresnick, Esq., dated April 20, 2004, attached as Ex. A.) In the April 20, 2004 letter to the Court, plaintiff's counsel contended that inequitable conduct was not in this case. (Ex. A.) Defendants, however, have long believed that the claim of inequitable conduct is "in the case" – through the pleading of unenforceability of the patent in suit as well as by virtue of Defendants' claim of unclean hands. (Answer; Aff. Defenses ¶¶ 3, 6; Counterclaim, ¶¶ 9, 11.)

2. Despite its recent assertion to the contrary, Plaintiff has likewise demonstrated its understanding from the very early stages of this case that inequitable conduct was at issue. Perhaps the clearest example of this is the Report of Parties' Planning Meeting filed on April 18,

GRANTED. Alfred V. Covello, U.S.D.J.

October 4, 2004.
SO ORDERED.

03cv169 end 78