IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC,<br>Plaintiff, | : <br> : <br> : |
| v. | : CASE NO. 3:03-CV-0169(AVC) |
| SCHOELLER & HOESCH, NA, INC., and<br>P.H. GLATFELTER COMPANY,<br>Defendants. | : <br> : <br> : <br> : JULY 1, 2004 |

FILED 2004 JUL -1 A 11:41 U.S. DISTRICT COURT HARTFORD, CT.

### DEFENDANTS' MOTION FOR PERMISSION TO WITHDRAW REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER AND COUNTERCLAIM, and MOTION FOR PERMISSION FILE AMENDED REPLY

To correct an error in the "Reply to Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Leave to Amend Answer and Counterclaim," Defendants, P. H. Glatfelter Company and Schoeller & Hoesch, NA, Inc. (collectively "Defendants") hereby request permission to withdraw that reply, and file an Amended Reply (attached hereto).

As pointed out by the Plaintiff, Ahlstrom Windsor Locks LLC, in its motion for permission to file a surreply ("Surreply Motion") on June 22, 2004, Defendants misstated the basis for the final decision of the European Patent Office ("EPO") in connection with an opposition proceeding initiated against Plaintiff's European Patent Counterpart to the '997 Patent at issue in this case. The unintentional misstatement occurred due to Defendants' counsel's misreading a "D2" designation in the final decision. This error resulted in the Defendants' statement that the claims in Plaintiff's European Counterpart which correspond to the claims in the '997 Patent in suit were invalidated in light of the so-called Yadlowsky Application, when in fact those claims were held to be unpatentable due to different prior art (namely, U.S. Pat. No. 3,616,166 to Kelley).

GRANTED. Alfred V. Covello, U.S.D.J.
October 4, 2004.
SO ORDERED.

03cv169END98