UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, | : |
| | : CASE NO. 3:03-CV-0169(AVC) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| SCHOELLER & HOESCH, NA, INC., and | : |
| P.H. GLATFELTER COMPANY, | : |
| | : |
| Defendants. | : OCTOBER 8, 2004 |

## MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF FORTY PAGES

Pursuant to Local Rule 7(a)(2), Schoeller & Hoesch, NA, Inc. and P.H. Glatfelter Company (collectively "Defendants") hereby move for permission to file a memorandum of law in excess of 40 pages in support of their summary judgment motion filed herewith. In support of this motion, Defendants represent as follows:

1.   Defendants' summary judgment motion deals with the invalidity of the patent in suit. To establish invalidity, the Defendants have compared three prior art references to the patent in suit. This comparison is presented in tables that occupy more space than simple text, in order to facilitate analysis. These tables make the memorandum longer.

2.   The memorandum has 50 pages, excluding the table of contents, table of authorities, and certification of service.

3.   Defendants believe that the additional pages are important and will assist the Court.

HART1-1210402-1

**WHEREFORE**, Defendants respectfully request that this motion grant their motion to file a memorandum of law in excess of 40 pages.

Defendants, Schoeller & Hoesch, NA, Inc.
and P. H. Glatfelter Company

By _____
Dina S. Fisher (ct 14896)
dfisher@rc.com
Brett J Boskiewicz (ct 25632)
bboskiewicz@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

Marc J. Farrell (ct 24539)
farrellmj@bipc.com
Buchanan Ingersoll, P.C.
One South Market Square
213 Market Street
Harrisburg, PA 17101-2121
Tel. No.: (717) 237-4820
Fax No.: (717) 233-0852

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid, on this the 8th day of October, 2004, to the following counsel of record:

Sidney R. Bresnick, Esq.
Yunling Ren, Esq.
Cohen, Pontani, Lieberman & Pavane
551 Fifth Avenue
New York, NY 10176

Basam E. Nabulsi, Esq.
Alexandra Stevens, Esq.
McCarter & English LLP
Four Stamford Plaza
107 Elm Street, 9th Floor
Stamford, CT 06902

Eric E. Grondahl, Esq.
Alexandra Stevens, Esq.
McCarter & English LLP
City Place I
185 Asylum Street, 36th Floor
Hartford, CT 06103-3495

_____
Dina S. Fisher