# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

AHLSTROM WINDSOR LOCKS LLC,    :

    :   CASE NO. 3:03-CV-0169(AVC)

    Plaintiff,    :

    :

v.    :

    :

SCHOELLER & HOESCH, NA, INC., and    :

P.H. GLATFELTER COMPANY,    :

    :

    Defendants.    :   OCTOBER 8, 2004

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
## ON THE BASIS OF PATENT INVALIDITY UNDER 35 U.S.C. §§ 102 AND 103

Pursuant to Federal Rule of Civil Procedure 56, defendants Schoeller & Hoesch, NA,

Inc., and P.H. Glatfelter Company ("Defendants") hereby move for summary judgment on the

basis of patent invalidity under 35 U.S.C. §§ 102 and 103.  In support of this motion, Defendants

rely upon the following:

    1.    Defendants' Memorandum of Law in Support of their Motion for Summary

Judgment;

    2.    Defendants' Local Rule 56(a)(1) Statement; and

    3.    Defendants' Appendix of Exhibits in Support of their Motion for Summary

Judgment on the Basis of Patent Invalidity Under 35 U.S.C. §§102 and 103.

WHEREFORE, Defendants request that this Court grant their motion for summary judgment.

Defendants, Schoeller & Hoesch, NA, Inc.
and P. H. Glatfelter Company


By _____

Dina S. Fisher (ct 14896)
dfisher@rc.com
Brett J Boskiewicz (ct 25632)
bboskiewicz@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

Marc J. Farrell (ct 24539)
farrellmj@bipc.com
Buchanan Ingersoll, P.C.
One South Market Square
213 Market Street
Harrisburg, PA  17101-2121
Tel. No.: (717) 237-4820
Fax No.: (717) 233-0852

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid, on this the 8th day of October, 2004, to the following counsel of record:

Sidney R. Bresnick, Esq.
Yunling Ren, Esq.
Cohen, Pontani, Lieberman & Pavane
551 Fifth Avenue
New York, NY  10176

Basam E. Nabulsi, Esq.
Alexandra Stevens, Esq.
McCarter & English LLP
Four Stamford Plaza
107 Elm Street, 9th Floor
Stamford, CT  06902

Eric E. Grondahl, Esq.
Alexandra Stevens, Esq.
McCarter & English LLP
City Place I
185 Asylum Street, 36th Floor
Hartford, CT  06103-3495

Dina S. Fisher