IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

AHLSTROM WINDSOR LOCKS LLC,              :
                                         :
            Plaintiff,                   :
                                         :   CASE NO. 3:03-CV-0169(AVC)
v.                                       :
                                         :
SCHOELLER & HOESCH, NA, INC., and        :
P.H. GLATFELTER COMPANY,                 :
                                         :
            Defendants.                  :   OCTOBER 8, 2004

## NOTICE OF MANUAL FILING

Please take notice that Defendants, Schoeller & Hoesch, NA, Inc. and P.H. Glatfelter

Company, have manually filed the following document or thing:

Appendix of Exhibit
In Support of Defendants' Motion for Summary Judgment
On the Basis of Patent Invalidity Under 35 U.S.C. §§ 102 and 103

This document has not been filed electronically because

[   ]    the document or thing cannot be converted to an electronic format

[ X ]    the electronic file size of the document exceeds 1.5 megabytes

[ X ]    a portion of the document or thing is filed under seal pursuant to Local Rule of Civil
         Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

[   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order

The document or thing has been manually served on all parties.

> Attorneys for Defendants,
> Schoeller & Hoesch, NA, Inc. and
> P. H. Glatfelter Company
>
> By _____
> Dina S. Fisher (ct 14896)
> dfisher@rc.com
> Brett J. Boskiewicz (ct 25632)
> bboskiewicz@rc.com
> 280 Trumbull Street
> Hartford, CT  06103-3597
> Tel. No.: (860) 275-8200
> Fax No.: (860) 275-8299
>
> Marc J. Farrell (ct 24539)
> BUCHANAN INGERSOLL PC
> 213 Market Street, 3rd Floor
> Harrisburg, PA  17101-2121
> (717) 237-4820
> farrellmj@bipc.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served by first class mail on this the 8th

day of October, 2004, upon the following:

Sidney R. Bresnick, Esq.
Yunling Ren, Esq.
Cohen, Pontani, Lieberman & Pavane
551 Fifth Avenue
New York, NY 10176

Basam E. Nabulsi, Esq.
Alexandra Stevens, Esq.
McCarter & English LLP
Four Stamford Plaza
107 Elm Street, 9th Floor
Stamford, CT 06902

Eric E. Grondahl, Esq.
Alexandra Stevens, Esq.
McCarter & English LLP
City Place I
185 Asylum Street, 36th Floor
Hartford, CT 06103-3495

                                    _____
                                    Dina S. Fisher