IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC,<br>Plaintiff, | :<br>:<br>: |
| v. | : CASE NO. 3:03-CV-0169(AVC) |
| SCHOELLER & HOESCH, NA, INC., and<br>P.H. GLATFELTER COMPANY,<br>Defendants. | :<br>:<br>:<br>: OCTOBER 8, 2004 |

### NOTICE OF FILING UNDER SEAL

Defendants, Schoeller & Hoesch, NA, Inc. and P.H. Glatfelter Company, filed under seal Exhibit S to the Appendix in Support of Defendants Motion for Summary Judgment on the Basis of Patent Invalidity Under 35 U.S.C.§§ 102 and 103. Exhibit S includes excerpts from the confidential deposition of Peter C. Scott.

Attorneys for Defendants,
Schoeller & Hoesch, NA, Inc. and
P. H. Glatfelter Company

By _____
Dina S. Fisher (ct 14896)
dfisher@rc.com
Brett J. Boskiewicz (ct 25632)
bboskiewicz@rc.com
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

Marc J. Farrell (ct 24539)
BUCHANAN INGERSOLL PC
213 Market Street, 3rd Floor
Harrisburg, PA 17101-2121
(717) 237-4820
farrellmj@bipc.com

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was served by first class mail on this the 8th day of October, 2004, upon the following:

Sidney R. Bresnick, Esq.
Yunling Ren, Esq.
Cohen, Pontani, Lieberman & Pavane
551 Fifth Avenue
New York, NY  10176

Basam E. Nabulsi, Esq.
Alexandra Stevens, Esq.
McCarter & English LLP
Four Stamford Plaza
107 Elm Street, 9th Floor
Stamford, CT  06902

Eric E. Grondahl, Esquire
Alexandra Stevens, Esquire
McCarter & English LLP
City Place I
185 Asylum Street, 36th Floor
Hartford, CT  06103-3495

Dina S. Fisher