74. With regard to the "Properties" portion of Claim 1 of the Patent-in-Suit that calls for "no substantial loss of infusion characteristics," the specification of the Patent-in-Suit includes data related to "first color time." *See* Tab A, Patent-in-Suit, 6:26-31.

75. The first color test is the time it takes (measured in seconds) for color to be observed in a cup of hot water from the moment a tea bag is placed in it. *See* Tab A, Patent-in-Suit, 6:26-31.

76. The Patent-in-Suit contains data showing that an untreated web (Sample B in Table 1, column 6 of the Patent-in-Suit) exhibited a first color infusion time of 6.7 seconds, versus a treated web (Sample F) which showed a first color infusion time that differed by only 0.2 seconds, and thus a 2.98% loss in first color time (0.2 divided by 6.7, multiplied by 100). *See* Tab A, Patent-in-Suit, 6:26-31.

## VII. THE INVALIDATING PRIOR ART.

### A. THE KELLEY PATENT.

77. On October 26, 1971, nearly 22 years before the '997 Application was filed, the USPTO issued the Kelley Patent, for "Adhesive Composition and Bonded Nonwoven Fabrics." The Kelley Patent indicates on its face that it was assigned to Rohm and Haas Company. *See* Tab E, Kelley Patent.

78. The Kelley Patent expired at least 10 years ago or more. *See* supra no. 77, and 35 U.S.C. § 154.

79. The Kelley Patent discloses a composition which is "particularly valuable as a binder for nonwoven webs or fleeces or fibers or filaments," and which comprises two components: (1) an aqueous dispersion of a polymer of ethyl acrylate having a low molecular weight ("Component 1"); and (2) an aqueous dispersion of an emulsion polymer having a minimum film-forming temperature ("MFT") of about 50° C or higher ("Component 2"). *See* Tab E, Kelley Patent at 1:36-45; 4:43-44.

80. The Kelley Patent further discloses that Component 2 is an aqueous dispersion of a polymer made by emulsion polymerization, including, *inter alia*, copolymers of "methyl acrylate, ethyl acrylate or methacrylate, [and] butyl acrylate or methacrylate". *Id.* at 1:62 to 2:8.

81.     The Kelley Patent also states that "polymers of normally high molecular weight (e.g. about 500,000 or higher viscosity average)" may serve as Component 2. *Id.* at 7:61-65.

82.     The Kelley Patent discloses that the claimed binder may be applied to nonwoven fabrics or webs "in any suitable way such as by immersing the fabric within the aqueous dispersion of the polyblend" or by "spraying it over the surface of the fleece or web which may be continuously passed beneath the spray head." *Id.* at 5:11-18.

83.     The Kelley Patent teaches that the polyblend may be "applied over the entire area" of the fabric or web, in which case "the amount of polymer that is applied may be from 20 to 100 percent by weight based on the weight of the dried fibers." *Id.* at 5:18-22.

84.     The Kelley Patent states that once the webs or fabrics have been treated with the claimed binder, they "can be formed into all sorts of packaging or wrapping materials which may be of various porosity in respect to liquids and/or gases including air" and further that "[e]ven when the polyblend is distributed over the entire area of the web or fabric . . . , the fabric is still highly porous to liquids and also somewhat porous to gases." *Id.* at 5:55-61.

85.     The Kelley Patent discloses application of its polyblend binder specifically to "tea bags." *Id.* at 5:66.

86.     Kelley further discloses that materials bonded with its composition can be sealed by mechanical means ("surfaces ... can be ... lightly sealed, tacked"), i.e., without the application of heat ("or adhered without resorting to heated platens by simply pressing the adhesive-covered surfaces together"). *Id.* at 4:59-62.

87.     The Kelley Patent also discloses that the claimed binder "provides desirable adhesiveness to bond the fibers" of the web to which it is applied, while at the same time being "reasonably water-resistant and acid-resistant but not so strongly resistant to water and acid as to resist disintegration on prolonged soaking of several days or more in aqueous media or on soaking for several hours in aqueous media containing detergents of alkaline character." *Id.* at 2:69-75.

88.     Tubes or sleeves formed by overlapping edges of a web or sheet treated with Kelley's binder have a lesser tendency to pull apart much than equivalent tubes or sleeves formed by overlapping edges of an untreated web or sheet. *Id.* at 5:69 to 6:1.

### B.     THE YADLOWSKY APPLICATION.

89.     The Yadlowsky Application was published on February 5, 1986, in connection with "Infusion Bag Material Treatment With Fluoro-Chemical Sizing Agent" -- over seven years prior to the filing of Plaintiff's '997 Application. *See* Tab H, Yadlowsky Application.

90.     The Yadlowsky Application discloses generally treating an infusion bag with a fluoro-chemical compound in order to prevent the fibers that make up the bag from absorbing flavor oils and aromas given off by the food product (such as tea leaves) enclosed within the bag - the goal being to enable extraction of the oils/aromas primarily, if not entirely, into the liquid during the brewing process (and not partially into the fibers of the bag and partially into the liquid), thereby yielding a higher-quality beverage having a more full-bodied taste. *Id.* at 1:7-16.

91.     The Yadlowsky Application discloses applying fluorochemicals to infusion bag material, such as that which is used to construct a tea bag. *Id.* at 3:20-21; 4:5-6.

92.     The Yadlowsky Application further discloses that sealing of infusion bags pursuant to his invention is not limited solely to heat-sealable means but includes mechanical means as well: "Enclosure of the food product may be accomplished by heat sealing the infusion bag material as by the use of heat sealable binders and/or heat sealable fibers, or films, or stitched, or any other method as is known in the art." *Id.* at 4:13-17.

93.     The Yadlowsky Application recognizes that "the infusion bag material should have sufficient porosity to allow substantial extraction of the food material but insufficient to allow migration of the food material from inside the infusion bag, especially during extraction when swelling of the food material is common upon contact with the hot extracting water." *Id.* at 5:10-17.

94.     The Yadlowsky Application teaches that the treated infusion bag material prevents the fibers that make up the bag from absorbing flavor oils emitted by the tea leaves during the brew

process, and in turn "the porosity of the infusion bag material is not diminished" and "the flow of extracted food solids" is not impeded. *Id.* at 3:30-34.

95. The Yadlowsky Application teaches that treatment of an infusion bag material with fluorochemicals "may be accomplished by addition of the fluorochemical as a liquid suspension or emulsion during the infusion bag stock preparation, by application to the infusion bag surface, or by addition to a coating which is subsequently applied to the infusion bag, or any other method which would be evident to one skilled in the art" and that "[t]ypically, said application is achieved by immersing an infusion bag material in an aqueous solution" of the fluorochemical. *Id.* at 5:29 to 6:3; 7:11-13.

96. The Yadlowsky Application further discloses that it is advantageous to add the fluorochemical internally during infusion bag stock preparation because "a more uniform distribution of the sizing agent throughout the infusion bag material is produced, which results in a material which is able to withstand physical abuse with less degradation than would result in a case of surface treatment." *Id.* at 6:4-11.

97. After application of a fluorohydrocarbon in the Yadlowsky Application, "[t]he treated paper is then pressed and cured." *Id.* at 7:14-15.

98. The Yadlowsky Application further states that if increased water repellency is desired, "silicone compounds such as are disclosed in [the Noiset Patent] may be employed in conjunction with the fluoro-chemical sizing agent". *Id.* at 8:5-9.

99. The Yadlowsky Application also includes one Example. That Example involved a *Dexter* paper grade which was treated with a fluorochemical sizing agent, namely, Scotchban FC-807. After curing the paper "was found to be 100% treated with the sizing agent, i.e., 100% of the paper fibers were coated." The fluorochemical-impregnated paper was then "formed into infusion bags." *Id.* at 8:25 to 9:3.

### C. THE NOISET PATENT.

100.  On June 4, 1968, the Noiset Patent was issued to Plaintiff's predecessor, Dexter, for "Infuser Web Material, Method of Preparing Same and Infusion Package." *See generally* Tab D, Noiset Patent ("Noiset").

101.  The subject matter of Noiset "relates generally to porous web-like materials and more specifically is concerned with infusion-type filter papers finding primary use in infusion packages for brewing beverages, such as tea, coffee and the like." *See* Tab D, Noiset, 1:18-22. Noiset further states that its webs may be "of the nonheat-seal variety that require mechanical fastening for the formation of the tea bag." *Id.* at 2:46-47.

102.  Noiset discloses the treatment of an infusion package (such as a tea bag) with a water-repellent material in order to avoid seam breakage, while at the same time avoiding any decrease in the tea bag's infusion properties. *Id.* at 1:1-72.

103.  More specifically, the Noiset Patent discloses treating "webs generally made of fibrous materials which ... possess a high degree of porosity" with a "suitable water repellent material" such as "thermosetting resins," including "thermosetting materials generally categorized as silicones". *Id.* at 2:19-21; 2:69-70; 3:10-14.

104.  Noiset defines the term "water repellent" to mean "the ability of the material to resist 'wetting'; that is, the passage of liquid water into the structural components of the paper through capillary action." *Id.* at 2:23-27.

105.  Noiset discloses that after the webs are treated "with the silicone, which immediately permeates through the entire thickness of the paper in the treated areas, the paper is then subjected to a thermal or heat cure in order to set the silicones." *Id.* at 7:42-45.

106.  Noiset further states that the water repellent material, after application to the webs followed by curing, is "insoluble in aqueous solutions and unaffected by boiling water." *Id.* at 2:70-71.

107.  One of the goals described in Noiset is as follows: "[An] object of the present invention is to provide a generally air and water permeable, infusion-type paper suitable for use in tea bags and the like which facilitates not only the free passage of condensible and noncondensible gases through portions thereof albeit the material is in contact with liquid, but also improves the rate of infusion of the liquid through the paper while minimizing the possible delamination of the seals provided therein." *Id.* at 1:56-65

108.  The Noiset Patent states that the treatment of a fibrous web with a water-repelling silicone compound to achieve its various stated goals must be accomplished "without impairing the over-all strength, porosity or continuity of the infusion material." *Id.* at 1:66-69. In this regard, Noiset further states:

> The water repellent [silicone] materials must provide not only a resistance to wetting or aqueous absorption in the treated areas but also must provide this property without adversely affecting the air permeability of the infuser throughout the treated areas. Additionally, the water repellent [silicone] materials utilized according to the invention should exhibit an affinity for being absorbed into the fibers of the web while at the same time substantially retaining the porosity of the web.

*Id.* at 2:71 to 3:9.

109.  Table 1 in column 4 of the Noiset Patent displays porosity results for four different sample webs, each of which consisted of "tea bags in which the entire surface area was treated" with a dispersion containing silicone percentages in the amount of 1.0%, 5.0%, 10.0% and 15.0%, respectively. *Id.* at 4:27-40.

110.  Noiset reports a decrease in porosity of only 1.60% for Sample 1 in Table 1 (a tea bag whose entire surface area was treated with a dispersion containing one percent of a water repellent silicone). *Id.* at 4:30-37.

111.  Table 3 in the Noiset Patent sets forth test results showing that seams in webs treated with a water-repellent silicone material took longer to come apart than comparable untreated webs. *Id.* at 5:5-35.

112.   With regard to whether or not the Noiset Patent discloses webs having their entire surface area treated with a water-repellent material, Peter Scott, one of Plaintiff's named inventors on the Patent-in-Suit, recently testified in part as follows:

> Q:   Can you look at line 30 and onward in the Noiset patent, column 4. Am I right that this patent discloses examples where the entire surface area of the tea bag is treated? See on line 31.
>
> A:   Yes, it does.
>
> Q:   So Table 1 discloses results when the entire surface area was treated with a organopolysiloxane, right?
>
> A:   Yes.
>
>     *   *   *
>
> Q:   I know that you had said, or at least I believe you said, correct me if I'm wrong, that the embodiment of the Noiset patent was primarily to cover discrete areas of the tea bag surface with hydrophobic or water repellent materials, but you would agree that the idea of covering the entire surface area is also referenced in the patent; correct?
>
> A:   It is referenced in the patent, yes.
>
> Q:   And it's disclosed in some way in the patent; correct?
>
> A:   There is a reference to it, yes.

Deposition of Peter C. Scott, January 29, 2004 ("Scott Dep., Vol. 1", see Tab S), at 210:6-14; 213:12-23.

114.   With regard to whether the completely-impregnated webs disclosed in Table 1 of the Noiset Patent would exhibit "no appreciable water climb," a limitation called for by the claims of the Patent-in-Suit, Inventor Scott recently testified in part as follows:

> Q:   Now, would paper made according to the Noiset patent have any water climb.
>
> A:   I don't believe so.
>
> Q:   It would be inherent in the chemical properties of the paper; correct?
>
> A:   If it's covering the entire surface, yes.
>
> Q:   It would have no water climb?

A:     Yes.

See Tab S, Scott Dep., Vol. 1, at 210:15-22.

## VIII. OTHER RELEVANT PRIOR ART.

114.    U.S. Patent No. 4,564,552, issued January 14, 1986, discloses the following with regard to Scotchban FC-807 and FC-809:

> The treating agent used to render the intermediate layer of this invention oleophobic and hydrophobic as well as preferably to provide detergent and solvent resistance can be any treating agent which imparts the requisite properties as determined by the tests set out above. The preferred fluorochemicals can have varied chemical structures. See for example, U.S. Pat. No. 3,489,148 and the patents cited therein at column 4. Particularly, preferred compositions contain perfluorinated fluorochemicals. These type materials are available from Minnesota Mining and Manufacturing Company under the designations FC-807, FC-809 and FC-824. The actives in FC-807 and FC-809 are described in detail in the Federal Register, Volume 37, Number 96, at pages 9762-9763. Specifically, they are liquid based compositions containing as the active solids a minimum of about 40 percent of ammonium bis (N-ethyl-2-perfluoroalkylsulfonamidoethyl) phosphates, wherein the alkyl group is more than 95 percent $C_8$ and the fluorine content is from 50.1 to 52.8 percent by weight.

*See* Tab N, U.S. Pat. No. 4,564,552, 6:53 to 7:4.

115.    U.S. Patent No. 5,281,507, filed November 2, 1992, discloses the following with regard to Scotchban FC-807 and FX-845:

> Representative examples of hold-out coating materials which give the desired effect include materials sold by The 3M Company under the trademarks SCOTCH-GARD and SCOTCH BAN with the designations FC-100, FC-431, FC-807, and FX-845. These materials are fully fluorinated, cationic or amphoteric surfactants. FC-100, FC-431 and FC-807 are methanol soluble and can be applied by any suitable technique such as roll coating, spraying, or other suitable application means, and air dried. FX-845 is water soluble and must be heat set to achieve carrier hold-out. This material can also be applied by roll coating, spraying or other suitable application means.

*See* Tab O, U.S. Pat. No. 5,281,507, 5:60 to 6:4.

116.    U.S. Patent No. 4,429,162 discloses various perfluoroalkyl phenol compounds which may be used "as an internal fluorochemical sizing agent for paper pulp to render the same oil and water repellent." *See* Tab Q, U.S. Pat. No. 4,429,162, 10:30-31.

117. U.S. Patent No. 4,740,495, issued April 26, 1988, discloses the following with regard to the use Scotchban FC-807 as a "fluorochemical sizing agent" capable of providing hydrophobicity:

> The fluorochemical sizing agent is mixed into the top coat or layer 14 consisting of the binder, the wax, the wetting agent and the anti-foam material, and the coating or layer is applied on top of the thermally reactive layer 12. The top coat or layer 14 containing the fluorocarbon sizing agent causes beading, illustrated as 16 in FIG. 1, of any damaging or adverse material or elements, such as oil, water, alcohol, etc., and prevents penetration of such material or elements into the thermally reactive layer . . .
>
> \* \* \*
>
> [A suitable] sizing agent is FC-807 fluorochemical from 3M Company, . . . .

*See* Tab R, U.S. Pat. No. 4,740,495, 3:64 to 4:5; 6:12-13.

## IX. DISCLOSURE OF THE PRIOR ART VS. THE CLAIMS OF THE '997 PATENT.

### A. KELLEY PATENT v. CLAIMS 2-16 OF THE '997 PATENT.

118. The text of CLAIM 2 of the '997 Patent is set forth in the right-hand column of the table below. Features that are expressly or inherently disclosed in the KELLEY PATENT are set forth in the left-hand column:

| **ELEMENTS DISCLOSED IN PRIOR ART KELLEY PATENT** *(Kelley issued on October 26, 1971)* | **CLAIM 2 '997 PATENT-IN-SUIT** *(Patent-in-Suit was filed in 1993, and issued in 1995)* |
|---|---|
| (unless otherwise noted, all column and line references to Tab E, Kelley) | |
| **118(a)** <br><br> Kelley Patent (1971): <br><br> "When the polyblend is applied over the entire area, the amount of polymer that is applied may be from 20 to 100 percent by weight based on the weight of the dried fibers." (5:19-22) | **118(b)** <br><br> Claim 2 of Patent-in-Suit (1993): <br><br> 2. The infusion web of claim 1 wherein the hydrophobic agent that completely impregnates the entire web material comprises at least 3-4 percent by weight of the web material. |

119. The text of CLAIM 3 of the '997 Patent is set forth in the right-hand column of the table below. Features that are expressly or inherently disclosed in the KELLEY PATENT are set forth in the left-hand column:

| **ELEMENTS DISCLOSED IN PRIOR ART KELLEY PATENT** *(Kelley issued on October 26, 1971)* | **CLAIM 3 '997 PATENT-IN-SUIT** *(Patent-in-Suit was filed in 1993, and issued in 1995)* |
|---|---|
| (unless otherwise noted, all column and line references to Tab E, Kelley) | |
| **119(a)**<br><br>Kelley Patent (1971):<br><br>"[P]olymers of normally high molecular weight (e.g. about 500,000 or higher viscosity average) [may] serve as component (2) in the polyblend." (5:64-66)<br><br>"The other component (i.e. component (2)) is an aqueous dispersion of a polymer made by emulsion polymerization," including copolymers of "methyl acrylate, ethyl acrylate or methacrylate, butyl acrylate [and] butyl acrylate or methacrylate." (1:62 to 2:8)<br><br>"The polyblend binder or adhesive composition of the present invention . . . is particularly valuable as a binder . . . ." (4:38-43)<br><br>Tubes or sleeves formed by overlapping edges of a treated web "have no tendency to pull apart." (5:69 to 6:1) | **119(b)**<br><br>Claim 3 of Patent-in-Suit (1993):<br><br>3. The infusion web of claim 1 wherein the hydrophobic agent is a high molecular weight alkyl acrylate strength imparting hydrophobic binder. |

120. The text of CLAIM 4 of the '997 Patent is set forth in the right-hand column of the table below. Features that are expressly or inherently disclosed in the KELLEY PATENT are set forth in the left-hand column:

| ELEMENTS DISCLOSED IN PRIOR ART **KELLEY PATENT** *(Kelley issued on October 26, 1971)* | **CLAIM 4 '997 PATENT-IN-SUIT** *(Patent-in-Suit was filed in 1993, and issued in 1995)* |
|---|---|
| (unless otherwise noted, all column and line references to Tab E, Kelley) | |
| **120(a)** <br><br> Kelley Patent (1971): <br><br> "The other component (i.e. component (2)) is an aqueous dispersion of a polymer made by emulsion polymerization," including copolymers of "methyl acrylate, ethyl acrylate or methacrylate, butyl acrylate [and] butyl acrylate or methacrylate." (1:62 to 2:8) | **120(b)** <br><br> Claim 4 of Patent-in-Suit (1993): <br><br> 4. The infusion web of claim 3 wherein the hydrophobic binder is selected from the group consisting of ethyl acrylate and butyl acrylate polymers and copolymers. |

121.   The text of CLAIM 5 of the '997 Patent is set forth in the right-hand column of the table below. Features that are expressly or inherently disclosed in the KELLEY PATENT are set forth in the left-hand column:

| ELEMENTS DISCLOSED IN PRIOR ART **KELLEY PATENT** *(Kelley issued on October 26, 1971)* | **CLAIM 5 '997 PATENT-IN-SUIT** *(Patent-in-Suit was filed in 1993, and issued in 1995)* |
|---|---|
| (unless otherwise noted, all column and line references to Tab E, Kelley) | |
| **121(a)** <br><br> Kelley Patent (1971): <br><br> "When the polyblend is applied over the entire area, the amount of polymer that is applied may be from 20 to 100 percent by weight based on the weight of the dried fibers." (5:19-22) | **121(b)** <br><br> Claim 5 of Patent-in-Suit (1993): <br><br> 5. The infusion web of claim 1 wherein the hydrophobic agent comprises up to about 8-12 percent by weight of the web material and the mechanical seam failure of the web is less than one percent. |

122. The text of CLAIM 6 of the '997 Patent is set forth in the right-hand column of the table below. Features that are expressly or inherently disclosed in the KELLEY PATENT are set forth in the left-hand column:

| ELEMENTS DISCLOSED IN PRIOR ART KELLEY PATENT<br><br>*(Kelley issued on October 26, 1971)* | CLAIM 6<br>'997 PATENT-IN-SUIT<br><br>*(Patent-in-Suit was filed in 1993, and issued in 1995)* |
|---|---|
| (unless otherwise noted, all column and line references to Tab E, Kelley) | |
| **122(a)**<br><br>Kelley Patent (1971):<br><br>"[P]olymers of normally high molecular weight (e.g. about 500,000 or higher viscosity average) [may] serve as component (2) in the polyblend." (5:64-66)<br><br>"The other component (i.e. component (2)) is an aqueous dispersion of a polymer made by emulsion polymerization," including copolymers of "methyl acrylate, ethyl acrylate or methacrylate, butyl acrylate [and] butyl acrylate or methacrylate." (1:62 to 2:8)<br><br>"The polyblend binder or adhesive composition of the present invention . . . is particularly valuable as a binder . . . ." (4:38-43)<br><br>Tubes or sleeves formed by overlapping edges of a treated web "have no tendency to pull apart." (5:69 to 6:1)<br><br>"The [addition of] amide monomers serve to impart water resistance as a result of some cross-linking effect in the polyblend after deposition on the fabric." (2:53-56) | **122(b)**<br><br>Claim 6 of Patent-in-Suit (1993):<br><br>6. The infusion web of claim 1 wherein the hydrophobic agent is a strength imparting hydrophobic binder comprising a high molecular weight cross-linked butyl acrylate copolymer. |

123. The text of CLAIM 7 of the '997 Patent is set forth in the right-hand column of the table below. Features that are expressly or inherently disclosed in the KELLEY PATENT are set forth in the left-hand column:

| **ELEMENTS DISCLOSED IN PRIOR ART KELLEY PATENT**<br>*(Kelley issued on October 26, 1971)* | **CLAIM 7**<br>**'997 PATENT-IN-SUIT**<br>*(Patent-in-Suit was filed in 1993, and issued in 1995)* |
|---|---|
| (unless otherwise noted, all column and line references to Tab E, Kelley) | |
| **123(a)**<br><br>Kelley Patent (1971):<br><br>"When the polyblend is applied over the entire area, the amount of polymer that is applied may be from 20 to 100 percent by weight based on the weight of the dried fibers." (5:19-22)<br><br>"[P]olymers of normally high molecular weight (e.g. about 500,000 or higher viscosity average) [may] serve as component (2) in the polyblend." (5:64-66)<br><br>"The other component (i.e. component (2)) is an aqueous dispersion of a polymer made by emulsion polymerization," including copolymers of "methyl acrylate, ethyl acrylate or methacrylate, butyl acrylate [and] butyl acrylate or methacrylate." (1:62 to 2:8)<br><br>"The polyblend binder or adhesive composition of the present invention . . . is particularly valuable as a binder . . . ." (4:38-43)<br><br>Tubes or sleeves formed by overlapping edges of a treated web "have no tendency to pull apart." (5:69 to 6:1)<br><br>"The ethyl acrylate polymer . . . is reasonably water resistant . . . ." (2:69-71)<br><br>"The [addition of] amide monomers serve to impart water resistance as a result of some cross-linking effect in the polyblend after deposition on the fabric." (2:53-56) | **123(b)**<br><br>Claim 7 of Patent-in-Suit (1993):<br><br>7. The infusion web of claim 1 wherein the hydrophobic agent is a hydrophobic strength imparting binder completely impregnating the entire web material and imparting sufficient resistance to wetting to eliminate the water climb of the fibrous sheet material, the hydrophobic binder exhibiting an affinity for being readily absorbed into the fibers of the web, the binder being a high molecular weight cross-linked alkyl acrylate polymeric material. |

124. The text of CLAIM 8 of the '997 Patent is set forth in the right-hand column of the table below. Features that are expressly or inherently disclosed in the KELLEY PATENT are set forth in the left-hand column:

| **ELEMENTS DISCLOSED IN PRIOR ART KELLEY PATENT** | **CLAIM 8 '997 PATENT-IN-SUIT** |
|---|---|
| (unless otherwise noted, all column and line references to Tab E, Kelley) | |
| **124(a)**<br><br>Kelley Patent (1971):<br><br>"[I]t may be desirable to include other monomers which increase adhesiveness towards various fibers. For this purpose the copolymer may contain up to 5 percent by weight of any $\alpha,\beta$-monoethylenically unsaturated acid such as acrylic acid, methacrylic acid, aconitic acid, citraconic acid or the acid containing monoesters of the aforementioned dicarboxylic acids, such as monethyl itaconate, maleate or fumarate." (2:41-48) | **124(b)**<br><br>Claim 8 of Patent-in-Suit (1993):<br><br>8. The infusion web of claim 1 wherein the fibrous sheet material contains a strength imparting binder other than the hydrophobic agent. |

125. The text of CLAIM 9 of the '997 Patent is set forth in the table below in the right-hand column. Features that are expressly or inherently disclosed in the KELLEY PATENT are set forth in the left-hand column:

| ELEMENTS DISCLOSED IN PRIOR ART KELLEY PATENT | CLAIM 9 '997 PATENT-IN-SUIT |
|---|---|
| (unless otherwise noted, all column and line references to Tab E, Kelley) | |
| 125(a)<br><br>Kelley Patent (1971):<br><br>"When the polyblend is applied over the entire area, the amount of polymer that is applied may be from 20 to 100 percent by weight based on the weight of the dried fibers." (5:19-22) | 125(b)<br><br>Claim 9 of Patent-in-Suit (1993):<br><br>9. The infusion web of claim 8 wherein the hydrophobic agent comprises from 0.3 to 30 percent by weight. |

126. The text of CLAIM 10 of the '997 Patent is set forth below in the right-hand column. Features that are expressly or inherently disclosed in the KELLEY PATENT are set forth in the left-hand column:

| WEB DISCLOSED IN PRIOR ART KELLEY PATENT | CLAIM 10 '997 PATENT-IN-SUIT |
|---|---|
| (unless otherwise noted, all column and line references to Tab E, Kelley, emphasis added throughout) | (emphasis added throughout) |
| 126(a)<br><br>Kelley Patent (1971):<br><br>Kelley's two-component composition is "particularly valuable as a **binder** for **nonwoven webs** or fleeces or **fibers** or filaments" (4:43-44), capable of being "formed into all sorts of **packaging** or wrapping **materials** which may be of various **porosity** in respect to liquids and/or gases including air" (5:55-58), including "tea bags" (5:66).<br><br>"various surfaces and materials to be bonded with the polyblend adhesive can be **lightly sealed**, tacked, or adhered **without resorting to heated platens**" (4:58-61)<br><br>Tubes or sleeves formed by overlapping edges of a binder-treated web or sheet according to Kelley "**have no tendency to pull apart**" (5:69 to 6:1) | 126(b)<br><br>Claim 10 of Patent-in-Suit (1993):<br><br>10. A process for producing **porous web materials** for making **infusion packages** having **enhanced mechanical seam integrity** comprising the steps of providing a **porous absorbent web material** suited for use as an **infusion package**, |