| 126(c) | 126(d) |
|---|---|
| Kelley Patent (1971): | Claim 10 of Patent-in-Suit (1993) - continued: |
| "The **binder** may be applied to the nonwoven fabric in any suitable way such as by **immersing** the fabric within the **aqueous dispersion** of the polyblend which may be accomplished by passing continuously a fleece or web of indefinite length about a roll submerged in the polyblend dispersion. Alternatively, the dispersion may be applied by spraying it over the surface of the fleece or web which may be continuously passed beneath the spray head. When **the polyblend is applied over the entire area**, the amount of polymer that is applied may be from 20 to 100 percent by weight based on the weight of the dried fibers." (5:11-22) | **treating the entire web material** with an **aqueous emulsion** of a **hydrophobic agent** selected from the group consisting of |
| Kelley's binder is "**reasonably water-resistant**" (2:71) | |
| **126(e)** | **126(f)** |
| Kelley Patent (1971): | Claim 10 of Patent-in-Suit (1993) - continued: |
| the web is treated with "a binder of adhesive composition" (1:37) consisting of two components: the first component being "an aqueous dispersion of a polymer of ethyl acrylate having a low molecular weight" (1:39-41) which is "reasonably water-resistant" (2:71) and the second being an **aqueous dispersion** of a **polymer made by emulsion** polymerization, such as copolymers of "**methyl acrylate, ethyl acrylate** or methacrylate, [and] **butyl acrylate** or methacrylate" (1:62 to 2:8) which have a "normally **high molecular weight** (e.g. about 500,000 or higher viscosity average)" (7:61-65) | **high molecular weight cross-linked acrylic polymers,** silicones, fluorohydrocarbons, paraffins, alkyl ketene dimmers and stearylated materials |
| **126(g)** | **126(h)** |
| Kelley Patent (1971): | Claim 10 of Patent-in-Suit (1993) - continued: |
| The Kelley Patent contains various teachings consistent with Plaintiff's admission during the Crompton Opposition that of each of these properties is inherently in Kelley, including: | to provide a treated web that exhibits no appreciable water climb when measured using water at a temperature of about 100º C and less than 10 percent failure in the mechanical seam therein when exposed to boiling water. |
| no appreciable water climb (Kelley's binder is "reasonably water-resistant" (2:71)); | |
| less than 10 percent failure in the mechanical seam (tubes or sleeves formed by overlapping edges of Kelley's binder-treated web or sheet "have no tendency to pull apart" (5:69 to 6:1)). | |

127.    The text of CLAIM 11 of the '997 Patent is set forth in the right-hand column of the table below.  Features that are expressly or inherently disclosed in the KELLEY PATENT are set forth in the left-hand column:

| ELEMENTS DISCLOSED IN PRIOR ART KELLEY PATENT<br><br>*(Kelley issued on October 26, 1971)* | CLAIM 11 '997 PATENT-IN-SUIT<br><br>*(Patent-in-Suit was filed in 1993, and issued in 1995)* |
|---|---|
| (unless otherwise noted, all column and line references to Tab E, Kelley) | |
| **127(a)**<br><br>Kelley Patent (1971):<br><br>"Even when the polyblend is distributed over the entire area of the web or fabric in the proportions specified hereinabove, the fabric is still highly porous to liquids and also somewhat porous to gases." (5:55-61)<br><br>"After application of the binder, it may be dried at room temperature or at any desired elevated temperatures such as 100° to 150°C or higher. Preferably, the drying is effected at a temperature below the MFT of the high MFT component of the binder but for some purposes it may be desirable to dry at a temperature higher than that MFT to provide partial or complete fusion of the two polymers in the polyblend." (5:41-47) | **127(b)**<br><br>Claim 11 of Patent-in-Suit (1993):<br><br>11.  The process of claim 10 wherein the aqueous emulsion of the hydrophobic agent exhibits an affinity for being readily absorbed into the fibers of the web and the process includes the step of subsequently insolubilizing the agent on the web. |

128.    The text of CLAIM 12 of the '997 Patent is set forth in the right-hand column of the table below.  Features that are expressly or inherently disclosed in the KELLEY PATENT are set forth in the left-hand column:

| ELEMENTS DISCLOSED IN PRIOR ART KELLEY PATENT | CLAIM 12 '997 PATENT-IN-SUIT |
|---|---|
| (unless otherwise noted, all column and line references to Tab E, Kelley) | |
| **128(a)**<br><br>Kelley Patent (1971):<br><br>"The [addition of] amide monomers serve to impart water resistance as a result of some cross-linking effect in the polyblend after deposition on the fabric."(2:53-56)<br><br>"[P]olymers of normally high molecular weight (e.g. about 500,000 or higher viscosity average) [may] serve as component (2) in the polyblend." (5:64-66)<br><br>"The other component (i.e. component (2)) is an aqueous dispersion of a polymer made by emulsion polymerization," including copolymers of "methyl acrylate, ethyl acrylate or methacrylate, butyl acrylate [and] butyl acrylate or methacrylate." (1:62 to 2:8)<br><br>Tubes or sleeves formed by overlapping edges of a treated web "have no tendency to pull apart." (5:69 - 6:1)<br><br>"The polyblend binder or adhesive composition of the present invention . . . is particularly valuable as a binder . . .." (4:38-43)<br><br>"Even when the polyblend is distributed over the entire area of the web or fabric in the proportions specified hereinabove, the fabric is still highly porous to liquids and also somewhat porous to gases." (5:55-61)<br><br>"The binder may be applied to the nonwoven fabric in any suitable way such as by immersing the fabric within the aqueous dispersion of the polyblend which may be accomplished by passing continuously a fleece or web of indefinite length about a roll submerged in the polyblend dispersion. Alternatively, the dispersion may be applied by spraying it over the surface of the fleece or web which may be continuously passed beneath the spray head." (5:12-19)<br><br>"After application of the binder, it may be dried at room temperature or at any desired elevated temperatures such as 100° to 150°C or higher. Preferably, the drying is effected at a temperature below the MFT of the high MFT component of the binder but for some purposes it may be desirable to dry at a temperature higher than that MFT to provide partial or complete fusion of the two polymers in the polyblend." (5:41-47) | **128(b)**<br><br>Claim 12 of Patent-in-Suit (1993):<br><br>12.  The process of claim 10 wherein the hydrophobic agent is a cross-linked high molecular weight acrylic polymer which also acts as a strength imparting hydrophobic binder, the hydrophobic agent imparting resistance to aqueous absorption as measured by water climb and exhibiting an affinity for being readily absorbed into the fibers of the web, the treating step comprising a saturating treatment and the process includes the step of subsequently drying the treated web material. |

129.    The text of CLAIM 13 of the '997 Patent is set forth in the right-hand column of the table below.  Features that are expressly or inherently disclosed in the KELLEY PATENT are set forth in the left-hand column:

| ELEMENTS DISCLOSED IN PRIOR ART KELLEY PATENT | CLAIM 13 '997 PATENT-IN-SUIT |
|---|---|
| (unless otherwise noted, all column and line references to Tab E, Kelley) | |
| **129(a)**<br><br>Kelley Patent (1971):<br><br>"The other component (i.e. component (2)) is an aqueous dispersion of a polymer made by emulsion polymerization," including copolymers of "methyl acrylate, ethyl acrylate or methacrylate, butyl acrylate [and] butyl acrylate or methacrylate." (1:62 to 2:8)<br><br>"When the polyblend is applied over the entire area, the amount of polymer that is applied may be from 20 to 100 percent by weight based on the weight of the dried fibers." (5:19-22) | **129(b)**<br><br>Claim 13 of Patent-in-Suit (1993):<br><br>13.  The process of claim 12 wherein the binder is a latex dispersion of an alkyl acrylate, the latex binder being present in an amount sufficient to provide a binder pick up by the web of at least 3-4 percent by weight. |

130.    The text of CLAIM 14 of the '997 Patent is as set forth in the right-hand column of the table below.  Features that are expressly or inherently disclosed in the KELLEY PATENT are set forth in the left-hand column:

| ELEMENTS DISCLOSED IN PRIOR ART KELLEY PATENT | CLAIM 14 '997 PATENT-IN-SUIT |
|---|---|
| *(Kelley issued on October 26, 1971)* | *(Patent-in-Suit was filed in 1993, and issued in 1995)* |
| (unless otherwise noted, all column and line references to Tab E, Kelley) | |
| **130(a)**<br><br>Kelley Patent (1971):<br><br>"[I]t may be desirable to include other monomers which increase adhesiveness towards various fibers. For this purpose the copolymer may contain up to 5 percent by weight of any $\alpha,\beta$-monoethylenically unsaturated acid such as acrylic acid, methacrylic acid, aconitic acid, citraconic acid or the acid containing monoesters of the aforementioned dicarboxylic acids, such as monethyl itaconate, maleate or fumarate." (2:41-48)<br><br>"Even when the polyblend is distributed over the entire area of the web or fabric in the proportions specified hereinabove, the fabric is still highly porous to liquids and also somewhat porous to gases." (5:55-61)<br><br>"When the polyblend is applied over the entire area, the amount of polymer that is applied may be from 20 to 100 percent by weight based on the weight of the dried fibers." (5:19-22) | **130(b)**<br><br>Claim 14 of Patent-in-Suit (1993):<br><br>14.  The process of claim 10 wherein the fibrous sheet material is soft, tissue weight material, the process including the step of treating the web with a binder in addition to the hydrophobic treating agent, said agent exhibiting an affinity for being readily absorbed into the fibers of the web, said hydrophobic agent being applied as a latex dispersion in an amount sufficient to impart a hydrophobic agent pick up of about 0.3 to 30 percent by weight. |

131.    The text of CLAIM 15 of the '997 Patent is as set forth in the right-hand column of the table below.  Features that are expressly or inherently disclosed in the KELLEY PATENT are set forth in the left-hand column:

-35-

| ELEMENTS DISCLOSED IN PRIOR ART KELLEY PATENT | CLAIM 15 '997 PATENT-IN-SUIT |
|---|---|
| *(Kelley issued on October 26, 1971)* | *(Patent-in-Suit was filed in 1993, and issued in 1995)* |
| (unless otherwise noted, all column and line references to Tab E, Kelley) | |
| **131(a)** <br><br> Kelley Patent (1971): <br><br> "The ethyl acrylate polymer . . . is reasonably water resistant . . . ." (2:69-71) <br><br> "Even when the polyblend is distributed over the entire area of the web or fabric in the proportions specified hereinabove, the fabric is still highly porous to liquids and also somewhat porous to gases." (5:55-61) <br><br> "The binder may be applied to the nonwoven fabric in any suitable way . . . ." (5:12-13) | **131(b)** <br><br> Claim 15 of Patent-in-Suit (1993): <br><br> 15.  The process of claim 10 wherein the fibrous sheet material is a prebonded, light weight, highly wettable material and the hydrophobic agent imparts complete resistance to wetting as measured by water climb, the hydrophobic agent exhibiting an affinity for being readily absorbed into the fibers of the web and being applied by a size press. |

132.    The text of CLAIM 16 of the '997 Patent is set forth below in the right-hand column. Features that are expressly or inherently disclosed in the KELLEY PATENT are set forth in the left-hand column:

-36-

| **ELEMENTS DISCLOSED IN PRIOR ART**<br>**KELLEY PATENT**<br><br>*(Kelley issued on October 26, 1971)* | **CLAIM 16**<br>**'997 PATENT-IN-SUIT**<br><br>*(Patent-in-Suit was filed in 1993, and issued in 1995)* |
|---|---|
| (unless otherwise noted, all column and line references to Tab E, Kelley) | |
| **132(a)**<br><br>Kelley Patent (1971):<br><br>"When the polyblend is applied over the entire area, the amount of polymer that is applied may be from 20 to 100 percent by weight based on the weight of the dried fibers." (5:19-22)<br><br>"[I]t may be desirable to include other monomers which increase adhesiveness towards various fibers. For this purpose the copolymer may contain up to 5 percent by weight of any $\alpha,\beta$-monoethylenically unsaturated acid such as acrylic acid, methacrylic acid, aconitic acid, citraconic acid or the acid containing monoesters of the aforementioned dicarboxylic acids, such as monethyl itaconate, maleate or fumarate." (2:41-48) | **132(b)**<br><br>Claim 16 of Patent-in-Suit (1993):<br><br>16. The process of claim 10 wherein the hydrophobic treating agent completely impregnates the web material as the web material is being treated with a strength imparting binder. |

B.    YADLOWSKY APPLICATION v.
      CLAIMS 2, 5, 8-11 AND 14-16 OF THE '997 PATENT.

133.    The text of CLAIM 2 of the '997 Patent is set forth below in the right-hand column.

Features that are expressly or inherently disclosed in the YADLOWSKY APPLICATION are set

forth in the left-hand column:

| ELEMENTS DISCLOSED IN PRIOR ART YADLOWSKY APPLICATION<br>(*Yadlowsky was published on February 5, 1986*) | CLAIM 2 '997 PATENT-IN-SUIT<br>(*Patent-in-Suit was filed in 1993, and issued in 1995*) |
|---|---|
| (unless otherwise noted, all column and line references to Tab H, Yadlowsky) | |
| **133(a)**<br><br>Yadlowsky Application (1986):<br><br>"Generally, treatment levels range from about 0.05 to about 0.6% fluoro-chemical sizing agent to infusion bag material by weight" (7:19-22); "silicone compounds . . . may be employed in conjunction with the fluoro-chemical sizing agent" (8:5-8), which would increase the weight percentage of hydrophobic agent vis-à-vis the web material. | **133(b)**<br><br>Claim 2 of Patent-in-Suit (1993):<br><br>2. The infusion web of claim 1 wherein the hydrophobic agent that completely impregnates the entire web material comprises at least 3-4 percent by weight of the web material. |

134.    The text of CLAIM 5 of the '997 Patent is set forth below in the right-hand column. Features that are expressly or inherently disclosed in the YADLOWSKY APPLICATION are set forth in the left-hand column:

| ELEMENTS DISCLOSED IN PRIOR ART YADLOWSKY APPLICATION<br>*(Yadlowsky was published on February 5, 1986)* | CLAIM 5 '997 PATENT-IN-SUIT<br>*(Patent-in-Suit was filed in 1993, and issued in 1995)* |
|---|---|
| (unless otherwise noted, all column and line references to Tab H, Yadlowsky, emphasis added throughout) | (emphasis added throughout) |
| **134(a)**<br><br>Yadlowsky Application (1986):<br><br>"The infusion bag material should have sufficient porosity to allow substantial extraction of the food material but insufficient to allow migration of the food material from inside the bag, especially during extraction when swelling of the food material is common upon contact with the hot extracting water." (5:10-17) | **134(b)**<br><br>Claim 5 of Patent-in-Suit (1993):<br><br>5. The infusion web of claim 1 wherein the hydrophobic agent comprises up to about 8-12 percent by weight of the web material and the mechanical seam failure of the web is less than one percent. |

135.    The text of CLAIM 8 of the '997 Patent is set forth below in the right-hand column. Features that are expressly or inherently disclosed in the YADLOWSKY APPLICATION are set forth in the left-hand column:

| **ELEMENTS DISCLOSED IN PRIOR ART YADLOWSKY APPLICATION**<br>*(Yadlowsky was published on February 5, 1986)* | **CLAIM 8 '997 PATENT-IN-SUIT**<br>*(Patent-in-Suit was filed in 1993, and issued in 1995)* |
|---|---|
| (unless otherwise noted, all column and line references to Tab H, Yadlowsky) | |
| **135(a)**<br><br>Yadlowsky Application (1986):<br><br>"[S]ilicone compounds . . . may be employed in conjunction with the fluoro-chemical sizing agent" (8:5-8)<br><br>"Addition of a fluoro-chemical sizing agent internally during infusion bag stock preparation is viewed as advantageous because a more uniform distribution of the sizing agent throughout the infusion bag material is produced, which results in a material which is able to withstand physical abuse with less degradation than would result in a case of surface treatment." (6:4-11) | **135(b)**<br><br>Claim 8 of Patent-in-Suit (1993):<br><br>8.  The infusion web of claim 1 wherein the fibrous sheet material contains a strength imparting binder other than the hydrophobic agent. |

136.    The text of CLAIM 9 of the '997 Patent is set forth below in the right-hand column.
Features that are expressly or inherently disclosed in the YADLOWSKY APPLICATION are set
forth in the left-hand column:

| ELEMENTS DISCLOSED IN PRIOR ART YADLOWSKY APPLICATION *(Yadlowsky was published on February 5, 1986)* | CLAIM 9 '997 PATENT-IN-SUIT *(Patent-in-Suit was filed in 1993, and issued in 1995)* |
|---|---|
| (unless otherwise noted, all column and line references to Tab H, Yadlowsky, emphasis added throughout) | (emphasis added throughout) |
| **136(a)** <br><br> Yadlowsky Application (1986): <br><br> "Generally, treatment levels range from about 0.05 to about 0.6% fluoro-chemical sizing agent to infusion bag material by weight" (7:19-22) | **136(b)** <br><br> Claim 9 of Patent-in-Suit (1993): <br><br> 9. The infusion web of claim 8 wherein the hydrophobic agent comprises from 0.3 to 30 percent by weight. |

137.    The text of CLAIM 10 of the '997 Patent is set forth below in the right-hand column.
Features that are expressly or inherently disclosed in the YADLOWSKY APPLICATION are set
forth in the left-hand column:

| ELEMENTS DISCLOSED IN PRIOR ART YADLOWSKY APPLICATION *(Yadlowsky was published on February 5, 1986)* | INVENTION CLAIMED IN '997 PATENT-IN-SUIT *(Patent-in-Suit was filed in 1993, and issued in 1995)* |
|---|---|
| (unless otherwise noted, all column and line references to Tab H, Yadlowsky, emphasis added throughout) | (emphasis added throughout) |

| 137(a) | 137(b) |
|---|---|
| Yadlowsky Application (1986): | Claim 10 of Patent-in-Suit (1993): |
| "This invention relates to the preparation of an improved aqueous food extract such as a coffee, **tea** or vegetable extract, in a filter device suitable for percolation, steeping, or other **brewing** technique. More particularly, this invention pertains to treating the filter device such as an **infusion bag** …." (1:7-13) | 10.  A process for producing **porous web materials** for making **infusion packages** having **enhanced mechanical seam integrity** comprising the steps of providing a **porous absorbent web material** suited for use as **an infusion package,** |
| "Particularly suitable applications include treatment of **infusion bags** used for coffee or **tea brew preparations**" (4:4-6) | |
| "Enclosure of the food product may be accomplished by … **stitch**[ing], or any other method as is known in the art." (4:13-17). | |
| "The infusion bag material should have sufficient porosity to allow substantial extraction of the food material but **insufficient to allow migration of the food material from inside the infusion bag, especially during extraction when swelling of the food material is common upon contact with the hot extracting water.**" (5:10-17) | |
| "EXAMPLE:  **A paper, Dexter 3968 grade (a product of Dexter Co., Windsor Locks, Ct.),** having a porosity of 395 CFM/Ft2 was treated with a fluoro-chemical sizing agent . . . .  A sample of treated paper and a sample of control (without Scotchban) paper were **formed into infusion bags** . . . ." (8:25 to 9:3) | |

-42-

| 137(c) | 137(d) |
|---|---|
| Yadlowsky Application (1986): | Claim 10 of Patent-in-Suit (1993) - continued: |
| "Addition of a fluoro-chemical sizing agent internally during infusion bag stock preparation is viewed as advantageous because a more uniform **distribution of the sizing agent throughout the infusion bag material** is produced, which results in a material which is able to withstand physical abuse with less degradation than would result in a case of surface treatment." (6:4-11)<br><br>"EXAMPLE:  A paper, Dexter 3968 grade (a product of Dexter Co., Windsor Locks, Ct.), having a porosity of 395 CFM/Ft2 was treated with a fluoro-chemical sizing agent . . . **Said paper was found to be 100% treated with the sizing agent, i.e., 100% of the paper fibers were coated.**" (8:25 to 9:3)<br><br>"Said treatment may be accomplished by addition of the fluoro-chemical sizing agent as a **liquid** suspension or **emulsion** . . . ." (5:29-31) | treating the **entire web material** with an **aqueous emulsion** of a hydrophobic agent selected from the group consisting of |
| **137(e)** | **137(f)** |
| Yadlowsky Application (1986): | Claim 10 of Patent-in-Suit (1993) - continued: |
| "According to the present invention, an infusion bag material may be variously treated with a **fluoro-chemical** sizing agent . . . ." (3:19-21)<br><br>"[S]ilicone compounds . . .  may be employed in conjunction with the fluoro-chemical sizing agent" (8:5-8) | high molecular weight cross-linked acrylic polymers, **silicones, fluorohydrocarbons,** paraffins, alkyl ketene dimmers and stearylated materials |

| 137(g) | 137(h) |
|---|---|
| Yadlowsky Application (1986): | Claim 10 of Patent-in-Suit (1993) - continued: |
| "If **water repellency** is desired, silicone compounds such as are disclosed in U.S. Pat. No. 3,386,834 [the Noiset Patent] may be employed in conjunction with the fluoro-chemical sizing agent to **achieve an increased water repellency**." (8:5-9) | to provide a treated web that exhibits **no appreciable water climb** when measured using water at a temperature of about 100° C and less than 10 percent **failure in the mechanical seam** therein when exposed to boiling water. |
| "The infusion bag material should have sufficient porosity to allow substantial extraction of the food material but **insufficient to allow migration of the food material from inside the infusion bag, especially during extraction when swelling of the food material is common upon contact with the hot extracting water**." (5:10-17) | |
| "Addition of a fluoro-chemical sizing agent internally during infusion bag stock preparation is viewed as advantageous because a more uniform distribution of the sizing agent throughout the infusion bag material is produced, which results in a material which is **able to withstand physical abuse** with less degradation than would result in a case of surface treatment." (6:4-11) | |

138.    The text of CLAIM 11 of the '997 Patent is set forth below in the right-hand column. Features that are expressly or inherently disclosed in the YADLOWSKY APPLICATION are set forth in the left-hand column:

| ELEMENTS DISCLOSED IN PRIOR ART YADLOWSKY APPLICATION (Yadlowsky was published on February 5, 1986) | CLAIM 11 '997 PATENT-IN-SUIT (Patent-in-Suit was filed in 1993, and issued in 1995) |
|---|---|
| (unless otherwise noted, all column and line references to Tab H, Yadlowsky) | |
| **138(a)** Yadlowsky Application (1986): Yadlowsky's treated infusion bag material prevents the fibers that make up the bag from absorbing flavor oils emitted by the tea leaves during the brew process, and in turn "the porosity of the infusion bag material is not diminished" and "the flow of extracted food solids" is not impeded (3:30-34) "The treated paper is then pressed and cured" (7:14-15) | **138(b)** Claim 11 of Patent-in-Suit (1993): 11.  The process of claim 10 wherein the aqueous emulsion of the hydrophobic agent exhibits an affinity for being readily absorbed into the fibers of the web and the process includes the step of subsequently insolubilizing the agent on the web. |

139.    The text of CLAIM 14 of the '997 Patent is set forth below in the right-hand column.

Features that are expressly or inherently disclosed in the YADLOWSKY APPLICATION are set

forth in the left-hand column:

-45-