| **ELEMENTS DISCLOSED IN PRIOR ART YADLOWSKY APPLICATION**<br><br>*(Yadlowsky was published on February 5, 1986)* | **CLAIM 14**<br><br>**'997 PATENT-IN-SUIT**<br><br>*(Patent-in-Suit was filed in 1993, and issued in 1995)* |
|---|---|
| (unless otherwise noted, all column and line references to Tab H, Yadlowsky) | |
| **139(a)**<br><br>Yadlowsky Application (1986):<br><br>"[S]ilicone compounds . . . may be employed in conjunction with the fluoro-chemical sizing agent" (8:5-8)<br><br>"The use of such additional additives will become apparent to those skilled in the art." (7:32-33)<br><br>Yadlowsky's treated infusion bag material prevents the fibers that make up the bag from absorbing flavor oils emitted by the tea leaves during the brew process, and in turn "the porosity of the infusion bag material is not diminished" and "the flow of extracted food solids" is not impeded (3:30-34)<br><br>"Generally, treatment levels range from about 0.05 to about 0.6% fluoro-chemical sizing agent to infusion bag material by weight" (7:19-22) | **139(b)**<br><br>Claim 14 of Patent-in-Suit (1993):<br><br>14. The process of claim 10 wherein the fibrous sheet material is soft, tissue weight material, the process including the step of treating the web with a binder in addition to the hydrophobic treating agent, said agent exhibiting an affinity for being readily absorbed into the fibers of the web, said hydrophobic agent being applied as a latex dispersion in an amount sufficient to impart a hydrophobic agent pick up of about 0.3 to 30 percent by weight. |

140.   The text of CLAIM 15 of the '997 Patent is set forth below in the right-hand column. Features that are expressly or inherently disclosed in the YADLOWSKY APPLICATION are set forth in the left-hand column:

| ELEMENTS DISCLOSED IN PRIOR ART **YADLOWSKY APPLICATION** *(Yadlowsky was published on February 5, 1986)* | **CLAIM 15** **'997 PATENT-IN-SUIT** *(Patent-in-Suit was filed in 1993, and issued in 1995)* |
|---|---|
| (unless otherwise noted, all column and line references to Tab H, Yadlowsky) | |
| **140(a)** <br><br> Yadlowsky Application (1986): <br><br> "If water repellency is desired, silicone compounds such as are disclosed in U.S. Pat. No. 3,386,834 [the Noiset Patent] may be employed in conjunction with the fluoro-chemical sizing agent to achieve an increased water repellency." (8:5-9) <br><br> Yadlowsky's treated infusion bag material prevents the fibers that make up the bag from absorbing flavor oils emitted by the tea leaves during the brew process, and in turn "the porosity of the infusion bag material is not diminished" and "the flow of extracted food solids" is not impeded (3:30-34) <br><br> "Said treatment may be accomplished by addition of the fluoro-chemical sizing agent as a liquid suspension or emulsion during the infusion bag stock preparation, by application to the infusion bag surface, or by addition to a coating which is subsequently applied to the infusion bag, or any other method which would be evident to one skilled in the art." (5:29 to 6:3) | **140(b)** <br><br> Claim 15 of Patent-in-Suit (1993): <br><br> 15. The process of claim 10 wherein the fibrous sheet material is a prebonded, light weight, highly wettable material and the hydrophobic agent imparts complete resistance to wetting as measured by water climb, the hydrophobic agent exhibiting an affinity for being readily absorbed into the fibers of the web and being applied by a size press. |

141. The text of CLAIM 16 of the '997 Patent is set forth below in the right-hand column. Features that are expressly or inherently disclosed in the YADLOWSKY APPLICATION are set forth in the left-hand column:

| **ELEMENTS DISCLOSED IN PRIOR ART YADLOWSKY APPLICATION**<br>*(Yadlowsky was published on February 5, 1986)* | **CLAIM 16**<br>**'997 PATENT-IN-SUIT**<br>*(Patent-in-Suit was filed in 1993, and issued in 1995)* |
|---|---|
| (unless otherwise noted, all column and line references to Tab H, Yadlowsky) | |
| **141(a)**<br><br>Yadlowsky Application (1986):<br><br>"Addition of a fluoro-chemical sizing agent internally during stock preparation is viewed as advantageous because a more uniform distribution of the sizing agent throughout the infusion bag material is produced" (6:4-8)<br><br>"Typically, said application is achieved by immersing an infusion bag material in an aqueous solution of the sizing agent" (7:11-13)<br><br>"EXAMPLE: A paper, Dexter 3968 grade (a product of Dexter Co., Windsor Locks, Ct.), having a porosity of 395 CFM/Ft2 was treated with a fluoro-chemical sizing agent . . . Said paper was found to be 100% treated with the sizing agent, i.e., 100% of the paper fibers were coated." (8:25 to 9:3)<br><br>"[S]ilicone compounds . . . may be employed in conjunction with the fluoro-chemical sizing agent" (8:5-8)<br><br>"The use of such additional additives will become apparent to those skilled in the art." (7:32-33) | **141(b)**<br><br>Claim 16 of Patent-in-Suit (1993):<br><br>16. The process of claim 10 wherein the hydrophobic treating agent completely impregnates the web material as the web material is being treated with a strength imparting binder. |

### C. NOISET PATENT v. CLAIMS 2, 5, 8-11 AND 14-16 OF THE '997 PATENT.

142. The text of CLAIM 2 of the '997 Patent is set forth in the right-hand column of the table below. Features that are expressly or inherently disclosed in the NOISET PATENT are set forth in the left-hand column:

| **ELEMENTS DISCLOSED IN PRIOR ART NOISET PATENT** *(Noiset issued on June 4, 1968)* | **CLAIM 2 '997 PATENT-IN-SUIT** *(Patent-in-Suit was filed in 1993, and issued in 1995)* |
|---|---|
| (unless otherwise noted, all column and line references to Tab D, Noiset) | |
| **142(a)** <br><br> Noiset Patent (1968): <br><br> "[T]he results given in Table 1 being for tea bags in which the entire surface area was treated." (4:29-31) <br><br> "The concentration range of organopolysiloxanes in the carrier medium or solvent can extend from a minor amount of siloxane to about 15 percent by weight of silicone depending on the manner in which they are applied. Generally, the commercially available solutions and emulsions have a concentration range from about 1 to 40 percent by weight; however, the preferred concentration range for the present invention is a silicone content from about 0.5 percent to less than about 10 percent by weight." (4:16-25) | **142(b)** <br><br> Claim 2 of Patent-in-Suit (1993): <br><br> 2. The infusion web of claim 1 wherein the hydrophobic agent that completely impregnates the entire web material comprises at least 3-4 percent by weight of the web material. |

143. The text of CLAIM 5 of the '997 Patent is set forth in the right-hand column of the table below. Features that are expressly or inherently disclosed in the NOISET PATENT are set forth in the left-hand column:

| **ELEMENTS DISCLOSED IN PRIOR ART NOISET PATENT** (*Noiset issued on June 4, 1968*) | **CLAIM 5** **'997 PATENT-IN-SUIT** (*Patent-in-Suit was filed in 1993, and issued in 1995*) |
|---|---|
| (unless otherwise noted, all column and line references to Tab D, Noiset) | |
| 143(a) <br><br> Noiset Patent (1968): <br><br> "The concentration range of organopolysiloxanes in the carrier medium or solvent can extend from a minor amount of siloxane to about 15 percent by weight of silicone depending on the manner in which they are applied. Generally, the commercially available solutions and emulsions have a concentration range from about 1 to 40 percent by weight; however, the preferred concentration range for the present invention is a silicone content from about 0.5 percent to less than about 10 percent by weight." (4:16-25) | 143(b) <br><br> Claim 5 of Patent-in-Suit (1993): <br><br> 5. The infusion web of claim 1 wherein the hydrophobic agent comprises up to about 8-12 percent by weight of the web material and the mechanical seam failure of the web is less than one percent. |

144. The text of CLAIM 8 of the '997 Patent is set forth in the right-hand column of the table below. Features that are expressly or inherently disclosed in the NOISET PATENT are set forth in the left-hand column:

| **ELEMENTS DISCLOSED IN PRIOR ART NOISET PATENT** *(Noiset issued on June 4, 1968)* | **CLAIM 8 '997 PATENT-IN-SUIT** *(Patent-in-Suit was filed in 1993, and issued in 1995)* |
|---|---|
| (unless otherwise noted, all column and line references to Tab D, Noiset, emphasis added throughout) | (emphasis added throughout) |
| **144(a)**<br><br>Noiset Patent (1968):<br><br>"The present invention in its application to tea bags permits the use of those self-supporting, continuous, infuser webs which are commercially available." (2:36-38) | **144(b)**<br><br>Claim 8 of Patent-in-Suit (1993):<br><br>8. The infusion web of claim 1 wherein the fibrous sheet material contains a strength imparting binder other than the hydrophobic agent. |

145.  The text of CLAIM 9 of the '997 Patent is set forth in the right-hand column of the table below. Features that are expressly or inherently disclosed in the NOISET PATENT are set forth in the left-hand column:

| **ELEMENTS DISCLOSED IN PRIOR ART NOISET PATENT**<br><br>*(Noiset issued on June 4, 1968)* | **CLAIM 9**<br>**'997 PATENT-IN-SUIT**<br><br>*(Patent-in-Suit was filed in 1993, and issued in 1995)* |
|---|---|
| (unless otherwise noted, all column and line references to Tab D, Noiset) | |
| **145(a)**<br><br>Noiset Patent (1968):<br><br>"The concentration range of organopolysiloxanes in the carrier medium or solvent can extend from a minor amount of siloxane to about 15 percent by weight of silicone depending on the manner in which they are applied. Generally, the commercially available solutions and emulsions have a concentration range from about 1 to 40 percent by weight; however, the preferred concentration range for the present invention is a silicone content from about 0.5 percent to less than about 10 percent by weight." (4:16-25) | **145(b)**<br><br>Claim 9 of Patent-in-Suit (1993):<br><br>9. The infusion web of claim 8 wherein the hydrophobic agent comprises from 0.3 to 30 percent by weight. |

146. The text of CLAIM 10 of the '997 Patent is set forth in the right-hand column of the table below. Features that are expressly or inherently disclosed in the NOISET PATENT are set forth in the left-hand column:

| **ELEMENTS DISCLOSED IN PRIOR ART NOISET PATENT** (Noiset issued on June 4, 1968) | **INVENTION CLAIMED IN '997 PATENT-IN-SUIT** (Patent-in-Suit was filed in 1993, and issued in 1995) |
|---|---|
| (unless otherwise noted, all column and line references to Tab D, Noiset, emphasis added throughout) | (emphasis added throughout) |
| **146(a)**<br><br>Noiset Patent (1968):<br><br>"The present invention relates generally to **porous web-like materials** and more specifically is concerned with infusion-type filter papers finding primary use in **infusion packages for brewing beverages**, such as tea, coffee and the like." (1:18-22)<br><br>"The webs may be of the ... **nonheat-seal variety that require mechanical fastening** for the formation of the tea bag." (2:46-47)<br><br>An "object of the present invention is to provide a generally air and water permeable, infusion-type paper suitable for use in tea bags and the like which facilitates not only the free passage of condensable and noncondensible gases through portions thereof albeit the material is in contact with liquid, but also improves the rate of infusion of the liquid through the paper while **minimizing the possible delamination of the seals provided therein**." (1:56-65) | **146(b)**<br><br>Claim 10 of Patent-in-Suit (1993):<br><br>10. A process for producing **porous web materials** for making **infusion packages** having **enhanced mechanical seam integrity** comprising the steps of providing a **porous absorbent web material** suited for use as **an infusion package,** |

| 146(c) | 146(d) |
|---|---|
| When asked: **Does the Noiset Patent "discloses examples where the entire surface area of the tea bag is treated?"**, Peter Scott, one of Plaintiff's named inventors on the Patent-in-Suit, responded: **"Yes, it does."** *See* Ex. S, <u>Scott Dep., Vol. 1</u>, at 210:6-14 (emphasis added).<br><br><u>Noiset Patent (1968)</u>:<br><br>"[T]he results given in Table 1 being for tea bags in which **the entire surface area was treated."** (4:29-31)<br><br>The webs are treated "with a suitable **water repellent material** which, when set, is insoluble in aqueous solutions and unaffected by boiling water." (2:69-72)<br><br>"Although the silicones may be employed in undiluted form or in the form of **aqueous emulsions** or organic solutions of organopolysiloxanes, the **aqueous emulsions are generally preferred."** (4:13-16) | <u>Claim 10 of Patent-in-Suit (1993) - continued</u>:<br><br>treating the **entire web material** with an **aqueous emulsion** of **a hydrophobic agent** selected from the group consisting of |
| **146(e)**<br><br><u>Noiset Patent (1968)</u>:<br><br>"Those materials found most suited for this type of application are the thermosetting resins. More particularly, those thermosetting materials generally categorized as **silicones** have been used with good success" (3:10-14) | **146(f)**<br><br><u>Claim 10 of Patent-in-Suit (1993) - continued</u>:<br><br>high molecular weight cross-linked acrylic polymers, **silicones**, fluorohydrocarbons, paraffins, alkyl ketene dimmers and stearylated materials |

| 146(g) | 146(h) |
|---|---|
| When asked: **"Would paper made according to the Noiset Patent have any water climb?"**, Peter Scott, one of Plaintiff's named inventors on the Patent-in-Suit, responded: **"I don't believe so."** Mr. Scott further testified that if the entire surface of the web was covered, it would be **inherent** that the web would have **no water climb.** *See* Ex. S, Scott Dep., Vol. 1, at 210:15-22 (emphasis added).<br><br>Noiset Patent (1968):<br><br>"[An] object of the present invention is to provide a generally air and water permeable, infusion-type paper suitable for use in tea bags and the like which facilitates not only the free passage of condensable and noncondensible gases through portions thereof albeit the material is in contact with liquid, but also improves the rate of infusion of the liquid through the paper **while minimizing the possible delamination of the seals provided therein.**" (1:56-65) | Claim 10 of Patent-in-Suit (1993) - continued:<br><br>to provide a treated web that exhibits **no appreciable water climb** when measured using water at a temperature of about 100° C and less than 10 percent **failure in the mechanical seam** therein when exposed to boiling water. |

147. The text of CLAIM 11 of the '997 Patent is set forth in the right-hand column of the table below. Features that are expressly or inherently disclosed in the NOISET PATENT are set forth in the left-hand column:

| **ELEMENTS DISCLOSED IN PRIOR ART NOISET PATENT** *(Noiset issued on June 4, 1968)* | **CLAIM 11 '997 PATENT-IN-SUIT** *(Patent-in-Suit was filed in 1993, and issued in 1995)* |
|---|---|
| (unless otherwise noted, all column and line references to Tab D, Noiset) | |
| **147(a)**<br><br>Noiset Patent (1968):<br><br>"Additionally, the water repellent materials utilized according to the invention should exhibit an affinity for being absorbed into the fibers of the web while at the same time substantially retaining the porosity of the web." (3:4-10)<br><br>The webs are treated "with a suitable water repellent material which, when set, is insoluble in aqueous solutions and unaffected by boiling water." (2:69-72) | **147(b)**<br><br>Claim 11 of Patent-in-Suit (1993):<br><br>11. The process of claim 10 wherein the aqueous emulsion of the hydrophobic agent exhibits an affinity for being readily absorbed into the fibers of the web and the process includes the step of subsequently insolubilizing the agent on the web. |

148. The text of CLAIM 14 of the '997 Patent is set forth in the right-hand column of the table below. Features that are expressly or inherently disclosed in the NOISET PATENT are set forth in the left-hand column:

| **ELEMENTS DISCLOSED IN PRIOR ART NOISET PATENT**<br>*(Noiset issued on June 4, 1968)* | **CLAIM 14**<br>**'997 PATENT-IN-SUIT**<br>*(Patent-in-Suit was filed in 1993, and issued in 1995)* |
|---|---|
| (unless otherwise noted, all column and line references to Tab D, Noiset) | |
| **148(a)**<br><br>Noiset Patent (1968):<br><br>"These webs are generally soft, tissue-thin fibrous materials characterized by light weight . . . ." (2:38-40)<br><br>"The present invention in its application to tea bags permits the use of those self-supporting, continuous, infuser webs which are commercially available." (2:36-38)<br><br>"Additionally, the water repellent materials utilized according to the invention should exhibit an affinity for being absorbed into the fibers of the web while at the same time substantially retaining the porosity of the web." (3:4-10)<br><br>". . . the concentration of silicone in the solution or dispersion should be within certain limits." (3:73-75)<br><br>The four samples disclosed in Table 1 of Noiset were treated throughout their entire surface area with a dispersion containing silicone percentages in the amount of 1.0%, 5.0%, 10.0% and 15.0%, respectively. (4:29-40) | **148(b)**<br><br>Claim 14 of Patent-in-Suit (1993):<br><br>14. The process of claim 10 wherein the fibrous sheet material is soft, tissue weight material, the process including the step of treating the web with a binder in addition to the hydrophobic treating agent, said agent exhibiting an affinity for being readily absorbed into the fibers of the web, said hydrophobic agent being applied as a latex dispersion in an amount sufficient to impart a hydrophobic agent pick up of about 0.3 to 30 percent by weight. |

149. The text of CLAIM 15 of the '997 Patent is set forth in the right-hand column of the table below. Features that are expressly or inherently disclosed in the NOISET PATENT are set forth in the left-hand column:

| **ELEMENTS DISCLOSED IN PRIOR ART NOISET PATENT** *(Noiset issued on June 4, 1968)* | **CLAIM 15 '997 PATENT-IN-SUIT** *(Patent-in-Suit was filed in 1993, and issued in 1995)* |
|---|---|
| (unless otherwise noted, all column and line references to Tab D, Noiset) | |

| 149(a) | 149(b) |
|---|---|
| When asked: "Would paper made according to the Noiset Patent have any water climb?", Peter Scott, one of Plaintiff's named inventors on the Patent-in-Suit, responded: "I don't believe so." Mr. Scott further testified that if the entire surface of the web was covered, it would be inherent that the web would have no water climb. *See* Ex. S, Scott Dep., Vol. 1, at 210:15-22 (emphasis added).<br><br>Noiset Patent (1968):<br><br>"The present invention in its application to tea bags permits the use of those self-supporting, continuous, infuser webs which are commercially available." (2:36-38)<br><br>"These webs are generally soft, tissue-thin fibrous materials characterized by light weight . . . ." (2:38-40)<br><br>"[A]s used herein the expressions 'water repellent' and 'water repellency' refer to the ability of the material to resist 'wetting'; that is, the passage of liquid water into the structural components of the paper through capillary action." (2:23-27)<br><br>"Additionally, the water repellent materials utilized according to the invention should exhibit an affinity for being absorbed into the fibers of the web while at the same time substantially retaining the porosity of the web." (3:4-10)<br><br>"Where practicable, the silicone may be applied during a suitable stage in the manufacture of the continuous web." (3:35-37) | Claim 15 of Patent-in-Suit (1993):<br><br>15. The process of claim 10 wherein the fibrous sheet material is a prebonded, light weight, highly wettable material and the hydrophobic agent imparts complete resistance to wetting as measured by water climb, the hydrophobic agent exhibiting an affinity for being readily absorbed into the fibers of the web and being applied by a size press. |

150.  The text of CLAIM 16 of the '997 Patent is set forth in the right-hand column of the table below. Features that are expressly or inherently disclosed in the NOISET PATENT are set forth in the left-hand column:

| ELEMENTS DISCLOSED IN PRIOR ART NOISET PATENT<br>*(Noiset issued on June 4, 1968)* | CLAIM 16<br>'997 PATENT-IN-SUIT<br>*(Patent-in-Suit was filed in 1993, and issued in 1995)* |
|---|---|
| (unless otherwise noted, all column and line references to Tab D, Noiset) | |
| **150(a)**<br><br>Noiset Patent (1968):<br><br>"[T]he results given in Table 1 being for tea bags in which **the entire surface area was treated.**" (4:29-31) | **150(b)**<br><br>Claim 16 of Patent-in-Suit (1993):<br><br>16. The process of claim 10 wherein the hydrophobic treating agent **completely impregnates** the web material as the web material is being treated with a strength imparting binder. |