UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AHLSTROM WINDSOR LOCKS LLC, | : | |
| Plaintiff, | : | CASE NO. 3:03-CV-0169(AVC) |
| v. | : | |
| SCHOELLER & HOESCH, NA, INC., and P.H. GLATFELTER COMPANY, | : | |
| Defendants. | : | OCTOBER 8, 2004 |

## MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF FORTY PAGES

Pursuant to Local Rule 7(a)(2), Schoeller & Hoesch, NA, Inc. and P.H. Glatfelter Company (collectively "Defendants") hereby move for permission to file a memorandum of law in excess of 40 pages in support of their summary judgment motion filed herewith. In support of this motion, Defendants represent as follows:

1. Defendants' summary judgment motion deals with the invalidity of the patent in suit. To establish invalidity, the Defendants have compared three prior art references to the patent in suit. This comparison is presented in tables that occupy more space than simple text, in order to facilitate analysis. These tables make the memorandum longer.

2. The memorandum has 50 pages, excluding the table of contents, table of authorities, and certification of service.

3. Defendants believe that the additional pages are important and will assist the Court.

HART1-1210402-1

[Handwritten margin note: October 12, 2004. SO ORDERED. GRANTED. /s/ Alfred V. Covello, U.S.D.J.]