FILED

2004 OCT 20 P 3: 24

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

AHLSTROM WINDSOR LOCKS LLC,          :
                                     :
          Plaintiff,                 :
                                     :
                                     :   CASE NO. 3:03-CV-0169-AVC
v.                                   :
                                     :
SCHOELLER & HOESCH, NA, INC.,        :
P.H. GLATFELTER COMPANY,             :
                                     :
          Defendant.                 :   OCTOBER 20, 2004

## DEFENDANTS' MOTION FOR IN CAMERA REVIEW OF WITHHELD DOCUMENTS

The defendants, Schoeller & Hoesch, NA, Inc. ("S&H") and P. H. Glatfelter Company

("PHG") (collectively, "Defendants"), hereby move that the Court conduct an *in camera* of

certain documents withheld by the law firm of Alix, Yale & Ristas, LLP ("AYR"), on the basis

of attorney/client privilege and/or the attorney work product doctrine. The Defendants seek this

review in order that the Court may: (a) determine whether the withheld documents (or redacted

portions) are in fact protected by the attorney/client privilege, and if they are not, order that they

be produced; and (b) decide that, even if they are privileged, whether any of the documents

speak to Plaintiff's intent, i.e., the reason(s) why the Yadlowsky Reference was withheld from

the USPTO's consideration during the '997 Patent's prosecution -- and if so, order that they be

produced even if properly redacted or deemed privileged.

### I.      BACKGROUND

On March 3, 2004, Defendants issued a subpoena on the AYR firm, seeking all

documents relating to the prosecution of the patent that is the subject of this litigation ("'997

Patent") , the European Counterpart, and the Yadlowsky Reference. See subpoena attached hereto at Exhibit A.  In response to that subpoena, the AYR firm issued a privilege log identifying (in an improperly bare form) a large number of documents that were being withheld on the basis of privilege and/or the attorney work product doctrine.  See "AYR Privilege Log," attached hereto at Exhibit B.  As can be seen in Exhibit B, the AYR Privilege Log simply identifies most of the documents for which AYR claims privilege under the broad rubric of "legal advice" regarding prosecution of either the U.S. Application or the European Counterpart. (*See*, e.g., AYR Privilege Log documents 5, 6, 19, 27.)

Subsequently, as set out more fully in a motion to compel compliance with the subpoena served on the AYR firm (see motion and accompanying memorandum filed by the Defendants, dated June 4, 2004), the AYR firm, in conjunction with the Plaintiff and Plaintiff's counsel in this action, proceeded to refuse to produce withheld documents, or to answer questions relating to a number of topics, on the basis of privilege.  All issues related with that motion to compel remain before the court.

## II.   IN CAMERA REVIEW OF WITHHELD DOCUMENTS IS APPROPRIATE SO THAT THE COURT MAY DETERMINE WHETHER PLAINTIFF HAS WITHHELD DOCUMENTS PROPERLY DISCOVERABLE BY THE DEFENDANTS.

The Defendants are entitled to discovery as to Plaintiff's knowledge of, and intent in withholding, material prior art during prosecution of the '997 patent.  In this case, the Defendants are seeking, *inter alia,* to establish the unenforceability of the '997 Patent by proving inequitable conduct on the part of Plaintiff and/or its agents in the prosecution of the U.S. Application. Information in the files of the AYR firm is relevant to this defense.  In fact, information regarding Plaintiff's knowledge of the Yadlowsky Reference in particular, and its decision to

withhold that reference from the USPTO during prosecution, may be found in no other source but the files of AYR. However, the bulk of information in those files appears to have been withheld on the basis of the attorney/client privilege and the attorney work product doctrine. *See* AYR Privilege Log at Ex. B. Defendants dispute the propriety of many of AYR's claims of privilege.

At this juncture, Defendants ask this Court to provide the most direct and expeditious solution: to review *in camera* the documents that AYR has withheld to determine whether the documents are properly deemed privileged – that is, contain confidential communications between Plaintiff and its lawyers for the purposes of obtaining or providing legal advice. *See Sony Corp. of Am. v. Soundview Corp. of Am.,* 61 U.S.P.Q.2d 1538, 2001 WL 1772920, *3 (D.Conn. 2001).

Certainly, Defendants are entitled to all relevant factual information relating to Plaintiff's conduct in prosecuting the '997 Patent. Such information is highly relevant to their claim of inequitable conduct. Defendants must prove not only that the prior art withheld from the PTO was material, but also that Plaintiff and/or its patent counsel manifested a deceptive intent in failing to disclose it. *See LaBounty Mfg, Inc. v. U.S. Intern. Trade Comm'n,* 958 F.2d 1066, 1070 (Fed. Cir. 1992). "If an applicant withholds material information from the PTO with the intent to affect the allowance of claims, the applicant may be found guilty of inequitable conduct." *Id.* Moreover, when balanced against high materiality, the showing of intent can be proportionally less. *See Brasseler, U.S.A I., L.P. v. Stryker Sales Corp.,* 267 F.3d 1370, 1381 (Fed. Cir. 2001). Accordingly, given the high level of materiality of the Yadlowsky Reference, if some minimal level of deceptive intent can be shown, then the '997 Patent is unenforceable as

a consequence of this conduct. *See Molins PLC v. Textron, Inc.*, 48 F.3d 1172, 1178 (Fed. Cir. 1995).

To establish these facts, Defendants naturally seek evidence of the circumstances surrounding the prosecution of the U.S. Application, leading to issuance of the '997 Patent. "Because intent need not, and rarely can, be proven by direct evidence, establishing the intent element of an inequitable conduct defense requires the fact finder to evaluate *all* the facts and circumstances in the case." *See Sony Corp. of Am.*, 2001 WL 1772920, at *2 (emphasis in original, internal citations omitted). Intent is generally inferred from the circumstances surrounding the patent applicant's overall conduct. *See Elk Corp. of Dallas v. GAF Bldg. Materials Corp.*, 168 F.3d 28, 32 (Fed. Cir. 1999) (affirming inequitable conduct finding where applicant failed to disclose two prior art patents identified in a search report); *see also Bristol-Myers Squibb Co. v. Rhone-Poulenc Rorer, Inc.*, 326 F.3d 1226, 1239 (Fed. Cir. 2003) ("Intent to deceive does not require direct evidence, and is typically inferred from the facts.").

Facts in the possession of the Plaintiff and its attorneys AYR are relevant to this inquiry, and are crucial to Defendants' defense of inequitable conduct. *See Alcon Labs v. Pharmacia Corporation*, 225 F. Supp. 2d 340, 344 (S.D.N.Y. 2002). Notably, among these relevant facts are the prosecuting attorney's mental impressions, which "are crucial to any claim of inequitable conduct in a patent infringement action." *Id.* If in fact any of the withheld documents contain information revealing that the AYR firm or Plaintiff regarded the Yadlowsky Reference as material and fraudulently withheld it from the USPTO, such communications - even if privileged - are discoverable. *See In re Spalding Sports Worldwide, Inc.*, 203 F.3d 800, 807 (Fed. Cir. 2000.)

Consequently, in conducting its *in camera* review, the Court is requested to determine not only whether withheld documents are privileged, but also to order the release of any documents, even those that are privileged, that contain evidence concerning the Yadlowsky patent and the decision not to disclose it to the USPTO.

Defendants' request is founded on information that the AYR firm <u>did</u> know about the Yadlowsky Reference during the '997 Patent's prosecution. (*See, e.g.,* Privilege Log # 80.) Further, there can be no doubt that Yadlowsky is not just a material prior art reference, but a *highly* material one (*see* EPO Search Report, at Ex. A of Defendants' June 4, 2004 "Memorandum in Support of Their Motion to Compel Compliance with the Subpoena of Alix, Yale & Ristas LLP" ("June 4, 2004 Memorandum"); EPO Interlocutory Decision in Opposition Proceeding, at Ex. B, June 4, 2004 Memorandum).  Accordingly, Defendants submit that they have established the necessary basis upon which to ask this Court to inspect the documents withheld by the AYR firm to decide whether they do in fact constitute privileged communications, and at a minimum to order that any such documents which go directly to the heart of Defendants' inequitable conduct defense be produced.

### III.    <u>CONCLUSION</u>

For the foregoing reasons, S&H and PHG respectfully request this Court grant their Motion, and conduct an *in camera* review of withheld documents, to determine whether any of the withheld documents, or any part thereof, should be produced because either they are not in

fact properly classifiable as privileged or work product, or because, even though privileged, they

offer evidence of related to the failure of the Plaintiff to identify material prior art to the U.S.

Patent Office.

<div style="margin-left:40%">

Attorneys for Defendants,
Schoeller & Hoesch, NA, Inc. and
P. H. Glatfelter Company

By _____

Dina S. Fisher (ct 14896)
dfisher@rc.com
Brett J. Boskiewicz (ct 25632)
bboskiewicz@rc.com
280 Trumbull Street
Hartford, CT  06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

Marc J. Farrell (ct 24539)
BUCHANAN INGERSOLL PC
213 Market Street, 3rd Floor
Harrisburg, PA  17101-2121
(717) 237-4820
farrellmj@bipc.com

</div>

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served by means of facsimile and first

class mail on this the 20th day of October, 2004, upon the following:

Sidney R. Bresnick, Esq.
Yunling Ren, Esq.
Cohen, Pontani, Lieberman & Pavane
551 Fifth Avenue
New York, NY 10176

Basam E. Nabulsi, Esq.
Alexandra Stevens, Esq.
McCarter & English LLP
Four Stamford Plaza
107 Elm Street, 9th Floor
Stamford, CT 06902

Eric E. Grondahl, Esq.
Alexandra Stevens, Esq.
McCarter & English LLP
City Place I
185 Asylum Street, 36th Floor
Hartford, CT 06103-3495

_____
Brett J. Boskiewicz

A

AO 88 (Rev. 11/91) Subpoena in a Civil Case

# United States District Court

_____ DISTRICT OF CONNECTICUT _____

AHLSTROM WINDSOR LOCKS LLC

V.                                  **SUBPOENA IN A CIVIL CASE**

SCHOELLER & HOESCH, NA, INC. AND
P.H. GLATFELTER COMPANY

CASE NUMBER:   **3:03 CV 0169 (AVC)**

TO:    **Alix, Yale & Ristas, LLP**
       **ATTN: James Alix, Esq.**
       **750 Main Street**
       **Hartford, CT  06103-2703**

☐    YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☒    YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| Robinson & Cole LLP, 280 Trumbull Street, Hartford, Connecticut | DATE AND TIME<br>March 19, 2004, 11:00 A.M. |
|---|---|

☒    YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Schedule A attached to Notice of Deposition

| Robinson & Cole LLP, 280 Trumbull Street, Hartford, Connecticut | DATE AND TIME<br>March 19, 2004, 11:00 A.M. |
|---|---|

☐    YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| _[signature]_   ATTORNEY FOR DEFENDANT<br>DINA S. FISHER | 3/3/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
DINA S. FISHER, ROBINSON & COLE LLP,
280 TRUMBULL STREET, HARTFORD, CT 06103  (860) 275-8200

B

| protected doc. no. | file location | date | from | to | copies to | identification | pages | status |
|---|---|---|---|---|---|---|---|---|
| 1 | DEXNON079/US left side | 22-Oct-98 | James E. Alix, Esq. | Steven M. Bauer, Esq. Testa, Hurwitz & Thibeault, LLP 125 High St., Boston, MA 02110 Attorney for Dexter Corporation. | Alan Meienhoefer (Mr. Meienhoefer was an executive for Dexter Corporation with intellectual property responsibilities) | letter with client instructions re: infringement of 5,431,997 patent | 1 | aty. client privileged; aty. work product |
| 2 | DEXNON079/US left side | 5-Aug-96 | James E. Alix, Esq. | Alan Meienhoefer | Jeannine DePhillips, Esq. (Ms. DePhillips was a corporate attorney for Dexter Corporation.) | letter with legal advice re: prosecution of US Patent App. No. 080/086,673 | 1 | aty. client privileged |
| 3 | DEXNON079/US left side | 23-Jan-95 | James E. Alix, Esq. | Alan Meienhoefer | none | letter re: prosecution | 1 | produced as bates no. AYR0708 |
| 4 | DEXNON079/US left side | 6-Jan-95 | James E. Alix, Esq. | Helen Vlazmensky | none | fax with legal advice and instruction re: prosecution of US Patent App. No. 080/086,673 | 1 | aty. client privileged |
| 5 | DEXNON079/US left side | 31-Oct-94 | James E. Alix, Esq. | Alan Meienhoefer | none | letter with legal advice re: prosecution of US Patent App. No. 080/086,673 | 1 | aty. client privileged |
| 6 | DEXNON079/US left side | 5-Apr-94 | James E. Alix, Esq. | Alan Meienhoefer | none | letter with legal advice re: corresponding foreign patent applications | 1 | aty. client privileged |
| 7 | DEXNON079/US left side | 11-Aug-93 | James E. Alix, Esq. | Alan Meienhoefer | none | letter with legal advice re: prosecution of US Patent App. No. 080/086,673 and enclosing filing receipt | 1 | aty. client privileged |
| 8 | DEXNON079/US left side | 30-Jun-93 | Alan Meienhoefer | James E. Alix, Esq. | T.J. Rudd (Mr. Jim Rudd was the Dexter Corporate Technology Officer) | letter with client instruction re: prosecution of US Patent App. No. 080/086,673 | 1 | aty. client privileged |
| 9 | DEXNON079/US left side | 29-Jun-93 | James E. Alix, Esq. | Alan Meienhoefer | none | letter discussing client phone call and providing aty. instructions re: prosecution of US Patent App. No. 080/086,673 | 1 | aty. client privileged |
| 10 | DEXNON079/US left side | 24-Jun-93 | James E. Alix, Esq. | Alan Meienhoefer | none | letter with aty. instructions re: prosecution of US Patent App. No. 080/086,673 and enclosing blank Inventor Declaration and Assignment | 1 | aty. client privileged |
| 11 | DEXNON079/US left side | 22-Jun-93 | James E. Alix, Esq. | Alan Meienhoefer | none | letter with aty. instructions re: prosecution of US Patent App. No. 080/086,673 and enclosing draft application | 1 | aty. client privileged |
| 12 | DEXNON079/US right side | 1-Jul-93 | James E. Alix, Esq. | PTO (U.S. Patent & Trademark Office) | none | patent specification included with above patent application and including aty. markings and notations; produced in redacted form | 18 | aty. client privileged |
| 13 | DEXNON079/US loose | N/A | none | none | none | US patent 4,902,370 with aty. markings | 6 | aty. client privileged |
| 14 | DEXNON079/US loose | N/A | none | none | none | US patent 3,616,166 with aty. markings | 6 | aty. client privileged |
| 15 | DEXNON079/US loose | N/A | none | none | none | US patent 3,373,043 with aty. markings | 3 | aty. client privileged |

AWLM758 4-29-2004 AYR privilege log

AWLM758 4-29-2004 AYR privilege log

| protected doc. no. | file location | from | date | to | copies to | identification | pages | status |
|---|---|---|---|---|---|---|---|---|
| 16 | DEXNON0079/EP 1 left side | Attorney Michael J. Donnan Carpmaels & Ransford 43 Bloomsbury Square London, WC1A 2RA England European attorneys for Dexter Corp. and Ahlstrom Windsor Locks LLC | 10-Jan-03 | M. Totonis, Esq. |  | confirmation of fax dated 10-Jan-03 with legal advice re: opposition of EP Patent No. 0632163 | 4 | aty. client privileged; aty. work product |
| 17 | DEXNON0079/EP 1 left side | Attorney Michael J. Donnan | 29-Nov-02 | James E. Piotrowski, Esq. | none | letter with legal advice re: opposition of EP Patent No. 0632163 | 2 | aty. client privileged; aty. work product |
| 18 | DEXNON0079/EP 1 left side | James E. Piotrowski, Esq. | 5-Nov-02 | M. Totonis, Esq. | none | letter with legal advice re: opposition of EP Patent No. 0632163 | 4 | aty. work product |
| 19 | DEXNON0079/EP 1 left side | Carpmaels & Ransford | 5-Sep-01 | James E. Piotrowski, Esq. | none | letter re: prosecution of EP application No. 94303680.6 | 1 | aty. client privileged |
| 20 | DEXNON0079/EP 1 left side | Alan Melenhoefer | 27-Apr-01 | James E. Piotrowski, Esq. | none | email with client instructions re: prosecution of EP application No. 94303680.6 | 1 | aty. client privileged |
| 21 | DEXNON0079/EP 1 left side | James E. Piotrowski, Esq. | 13-Apr-01 | Alan Melenhoefer | none | letter with legal advice re: prosecution of EP application No. 94303680.6 | 1 | aty. client privileged |
| 22 | DEXNON0079/EP 1 left side | James E. Piotrowski, Esq. | 18-Jan-01 | Alan Melenhoefer | none | letter with legal advice re: prosecution of EP application No. 94303680.6 | 1 | aty. client privileged |
| 23 | DEXNON0079/EP 1 left side | Attorney Michael J. Donnan | 28-Nov-00 | James E. Piotrowski, Esq. | Alan Melenhoefer | letter re: prosecution of EP application No. 94303680.6 | 1 | aty. client privileged |
| 24 | DEXNON0079/EP 1 left side | James E. Piotrowski, Esq. | 17-Nov-00 | Attorney Michael J. Donnan | none | letter with atty. instructions re: prosecution of EP application No. 94303680.6 included with fax cover of 17-Nov-00 | 1 | aty. client privileged |
| 25 | DEXNON0079/EP 1 left side | Alan Melenhoefer | 17-Nov-00 | James E. Piotrowski, Esq. | Attorney Michael J. Donnan | faxed letter with client instructions re: prosecution of EP application No. 94303680.6 | 1 | aty. client privileged |
| 26 | DEXNON0079/EP 1 left side | Attorney Michael J. Donnan | 16-Nov-00 | James E. Piotrowski, Esq. | Alan Melenhoefer | confirmation copy of fax dated 16-Nov-00 with legal advice re: prosecution and possible infringement of EP application No. 94303680.6 | 2 | aty. client privileged; aty. work product |
| 27 | DEXNON0079/EP 1 left side | Attorney Michael J. Donnan | 16-Nov-00 | James E. Piotrowski, Esq. | Alan Melenhoefer | fax re: prosecution with legal advice re: prosecution and possible infringement of EP application No. 94303680.6 | 2 | aty. client privileged; aty. work product |
| 28 | DEXNON0079/EP 1 left side | Attorney Michael J. Donnan | 27-Oct-00 | James E. Piotrowski, Esq. | Alan Melenhoefer | letter re: response in prosecution of EP application No. 94303680.6 with dollar notation | 1 | aty. client privileged |
| 29 | DEXNON0079/EP 1 left side | James E. Piotrowski, Esq. | 24-Oct-00 | Attorney Michael J. Donnan | none | fax letter with atty instructions re: prosecution of EP application No. 94303680.6 included with 24-Oct-00 fax cover |  | aty. client privileged |
| 30 | DEXNON0079/EP 1 left side | Attorney Michael J. Donnan | 24-Oct-00 | James E. Piotrowski, Esq. | none | confirmation copy of fax with legal advice re: prosecution of EP application No.94303680.6 | 1 | aty. client privileged |
| 31 | DEXNON0079/EP 1 left side | Attorney Michael J. Donnan | 10-Oct-00 | James E. Piotrowski, Esq. | Alan Melenhoefer | letter with legal advice re: prosecution of EP application No. 94303680.6 including proposed response | 9 | aty. client privileged |
| 32 | DEXNON0079/EP 1 left side | Carpmaels & Ransford | 1-Aug-00 | James E. Piotrowski, Esq. | Alan Melenhoefer | letter re: prosecution of EP application No. 94303680.6 | 1 | aty. client privileged |
| 33 | DEXNON0079/EP 1 left side | James E. Piotrowski, Esq. | 23-Aug-00 | Carpmaels & Ransford | none | letter with atty. comment re: prosecution of EP application No. 94303680.6 | 1 | aty. client privileged |
| 34 | DEXNON0079/EP 1 left side | Carpmaels & Ransford | 26-Jun-00 | James E. Piotrowski, Esq. | Alan Melenhoefer | letter with legal advice re: prosecution of EP application No. 94303680.6 | 2 | aty. client privileged |

2

AVLM758 4-29-2004 AYR privilege log

| protected doc. no. | file location | date | from | to | copies to | identification | pages | status |
|---|---|---|---|---|---|---|---|---|
| 35 | DEXNON079/EP 1 left side | 25-Apr-00 | Attorney Michael J. Donnan | Alan Meierhoefer | James E. Piotrowski, Esq. | confirmation copy of 25-Apr-00 Donnan faxed letter with legal advice re: prosecution and possible infringement of EP application No. 94303680.6 | 1 | aty, client privileged; aty, work product |
| 36 | DEXNON079/EP 1 left side | 25-Apr-00 | Attorney Michael J. Donnan | Alan Meierhoefer | James E. Piotrowski, Esq. | faxed letter with legal advice re: prosecution and possible infringement of EP application No. 94303680.6 | 1 | aty, client privileged; aty, work product |
| 37 | DEXNON079/EP 1 left side | 13-Oct-99 | Attorney Michael J. Donnan | Alan Meierhoefer | James E. Alix, Esq., James E. Alix, Esq. | fax letter with legal advice re: prosecution of EP application No. 94303680.6 included with 13-Oct-99 fax cover | 1 | aty, client privileged |
| 38 | DEXNON079/EP 1 left side | | | Attorney Michael J. Donnan | Ian Kenworthy (Mr. Ian C. Kenworthy, a European patent attorney formerly employed by Dexter Corporation in the U.K. with intellectual property responsibilities.) | letter with client instructions re: prosecution of EP application No. 94303680.6 | | |
| 39 | DEXNON079/EP 1 left side | 29-Apr-99 | Alan Meierhoefer | Attorney Michael J. Donnan | James E. Alix, Esq., Ian Kenworthy | email with client instructions re: prosecution of EP application No. 94303680.6 | 2 | aty, client privileged |
| 40 | DEXNON079/EP 1 left side | 26-Apr-99 | Attorney Michael J. Donnan | Alan Meierhoefer | | confirmation copy of 26-Apr-99 Donnan fax with legal advice re: prosecution of EP application No. 94303680.6 | 2 | aty, client privileged |
| 41 | DEXNON079/EP 1 left side | 26-Apr-99 | Attorney Michael J. Donnan | James E. Alix, Esq. | Alan Meierhoefer | fax letter with legal advice re: prosecution of EP application No. 94303680.6 | 1 | aty, client privileged |
| 42 | DEXNON079/EP 1 left side | 26-Apr-99 | Attorney Michael J. Donnan | James E. Alix, Esq. | Alan Meierhoefer | fax letter with legal advice re: prosecution of EP application No. 94303680.6 included with 26-Apr-99 fax cover | 1 | aty, client privileged |
| 43 | DEXNON079/EP 1 left side | 26-Apr-99 | Attorney Michael J. Donnan | Alan Meierhoefer | James E. Alix, Esq. | fax with legal advice re: prosecution of EP application No. 94303680.6 | 1 | aty, client privileged |
| 44 | DEXNON079/EP 1 left side | 21-Apr-99 | James E. Alix, Esq. | Attorney Michael J. Donnan | Alan Meierhoefer | fax letter with atty. comment and instructions re: prosecution of EP application No. 94303680.6 included with 21-Apr-99 fax cover | 2 | aty, client privileged |
| 45 | DEXNON079/EP 1 left side | 9-Apr-00 | Attorney Michael J. Donnan | James E. Alix, Esq. | Alan Meierhoefer | confirmation copy of 9-Apr-99 fax letter with legal advice re: prosecution of EP application No. 94303680.6 enclosing proposed response | 34 | aty, client privileged |
| 46 | DEXNON079/EP 1 left side | 9-Apr-99 | Attorney Michael J. Donnan | James E. Alix, Esq. | Alan Meierhoefer | fax letter with legal advice re: prosecution of EP application No. 94303880.6 included with 9-Apr-99 fax cover | 34 | aty, client privileged |
| 47 | DEXNON079/EP 1 left side | 26-Nov-98 | Carpmaels & Ransford | James E. Alix, Esq. | none | letter with atty. advice re: prosecution of EP application No. 94303680.6 | | aty, client privileged |
| 48 | DEXNON079/EP 1 left side | 27-Oct-98 | Carpmaels & Ransford | Alan Meierhoefer | James E. Alix, Esq., Ian C. Kenworthy, Esq. | letter with attorney comment re: prosecution of EP application No. 94303680.6 and possible infringement of EP application No. 94303680.6 | 1 | aty, client privileged; aty, work product |
| 49 | DEXNON079/EP 1 left side | 8-Oct-98 | Alan Meierhoefer | Attorney Michael J. Donnan | James E. Alix, Esq., Jeanine DePhillips, Esq., Ian Kenworthy, Duncan Middleton | copy of letter with client instructions re: prosecution and possible infringement of EP application No. 94303680.6 | 1 | aty, client privileged; aty, work product |

AWLM758 4-29-2004 AYR privilege log

| protected doc. no. | file location | date | from | to | copies to | identification | pages | status |
|---|---|---|---|---|---|---|---|---|
| 50 | DEXNON/079/EP 1 left side | 6-Oct-98 | Attorney Michael J. Donnan | Alan Meierhoefer | James E. Alix, Esq., Ian Kenworthy, Esq. | letter with legal advice re: prosecution and possible infringement of EP application No. 94303880.6 | 1 | aty. client privileged, aty. work product |
| 51 | DEXNON/079/EP 1 left side | 24-Sep-98 | Attorney Michael J. Donnan | Alan Meierhoefer | James E. Alix, Esq., Ian Kenworthy, Esq. | confirmation copy letter re: prosecution and possible infringement of EP application No. 94303880.6 | 2 | aty. client privileged, aty. work product |
| 52 | DEXNON/079/EP 1 left side | 20-Aug-98 | James E. Alix, Esq. | Attorney Michael J. Donnan | none | letter with atty. advice and instruction re: prosecution of EP application No. 94303880.6 | 1 | aty. client privileged |
| 53 | DEXNON/079/EP 1 left side | 4-Aug-98 | Attorney Michael J. Donnan | James E. Alix, Esq. | none | letter with legal advice re: prosecution of EP application No. 94303880.6 | 2 | aty. client privileged |
| 54 | DEXNON/079/EP 1 left side | 7-Apr-98 | Attorney Michael J. Donnan | James E. Alix, Esq. | none | letter with legal advice re: prosecution of EP application No. 94303880.6 | 1 | aty. client privileged |
| 55 | DEXNON/079/EP 1 left side | 9-Dec-97 | James E. Alix, Esq. | Attorney Michael J. Donnan | none | letter with atty. instructions re: prosecution of EP application No. 94303880.6 | 1 | aty. client privileged |
| 56 | DEXNON/079/EP 1 left side | 27-Nov-97 | Carpmaels & Ransford | James E. Alix, Esq. | none | confirmation copy of fax letter with legal advice re: prosecution of EP application No. 94303880.6 | 2 | aty. client privileged |
| 57 | DEXNON/079/EP 1 left side | 28-Jul-97 | Carpmaels & Ransford | James E. Alix, Esq. | none | confirmation copy of 28-Jul-97 fax letter with legal advice re: prosecution of EP application No. 94303880.6 | 1 | aty. client privileged |
| 58 | DEXNON/079/EP 1 left side | 28-Jul-97 | Carpmaels & Ransford | James E. Alix, Esq. | none | fax letter with legal advice re: prosecution of EP application No. 94303880.6 | 1 | aty. client privileged |
| 59 | DEXNON/079/EP 1 left side | 28-Apr-97 | Carpmaels & Ransford | CAVK (Chilton, Alix & Van Kirk, the predecessor firm to Alix, Yale & Ristas, LLP) | none | letter with advice re: prosecution of EP application No. 94303880.6 | 1 | aty. client privileged |
| 60 | DEXNON/079/EP 1 left side | 07-May-97 | James E. Alix, Esq. | Attorney Michael J. Donnan | none | letter with legal advice and instructions re: prosecution of EP application No. 94303880.6 | 4 | aty. client privileged |
| 61 | DEXNON/079/EP 1 left side | 27-Mar-97 | Carpmaels & Ransford | James E. Alix, Esq. | none | letter with legal advice re: prosecution of EP application No. 94303880.6 | 2 | aty. client privileged |
| 62 | DEXNON/079/EP 1 left side | 10-Jan-96 | James E. Alix, Esq. | Alan Meierhoefer | none | letter with legal advice re: prosecution of multiple Dexter patents | 1 | aty. client privileged |
| 63 | DEXNON/079/EP 1 left side | 23-Nov-95 | Carpmaels & Ransford | CAVK | none | letter with legal advice re: prosecution of multiple Dexter patents enclosed with 10-Jan-96 letter of James E. Alix, Esq. | 3 | aty. client privileged |
| 64 | DEXNON/079/EP 1 left side | 28-Feb-95 | James E. Alix, Esq. | Carpmaels & Ransford | none | letter with atty. instruction re: prosecution of EP application No. 94303880.6 | 1 | aty. client privileged |
| 65 | DEXNON/079/EP 1 left side | 03-Feb-95 | Alan Meierhoefer | James E. Alix, Esq. | none | letter with client instruction re: prosecution of EP application No. 94303880.6 | 1 | aty. client privileged |
| 66 | DEXNON/079/EP 1 left side | 31-Jan-95 | James E. Alix, Esq. | Alan Meierhoefer | none | letter with legal advice re: prosecution of EP application No. 94303880.6 | 1 | aty. client privileged |
| 67 | DEXNON/079/EP 1 left side | 28-Oct-94 | James E. Alix, Esq. | Alan Meierhoefer | none | letter with legal advice re: prosecution of EP application No. 94303880.6 | 1 | aty. client privileged |
| 68 | DEXNON/079/EP 1 left side | 16-Jan-95 | Carpmaels & Ransford | James E. Alix, Esq. | none | letter with legal advice re: prosecution of EP application No. 94303880.6 | 1 | aty. client privileged |
| 69 | DEXNON/079/EP 1 left side | 18-Jul-94 | James E. Alix, Esq. | Alan Meierhoefer | none | letter with legal advice re: prosecution of EP application No. 94303880.6 | 1 | aty. client privileged |
| 70 | DEXNON/079/EP 1 left side | 10-May-94 | James E. Alix, Esq. | Carpmaels & Ransford | none | fax with atty. instructions re: prosecution of EP application No. 94303880.6 | 2 | aty. client privileged |

4

AWLM758 4-29-2004 AYR privilege log

| protected doc. no. | file location | date | from | to | copies to | identification | pages | status |
|---|---|---|---|---|---|---|---|---|
| 71 | DEXNON/079/EP 1 left side | 14-Apr-94 | Alan Meierhoefer | James E. Alix, Esq. | none | letter with client instructions re: prosecution of EP application No. 94303680.6 | 1 | atty. client privileged |
| 72 | DEXNON/079/EP 1 right side | 4-Oct-99 | Attorney Michael J. Donnan | James E. Alix, Esq. | Alan Meierhoefer | letter with atty. advice re: prosecution of EP application No. 94303680.6 and enclosing EPO letter dated 21-Sep-99 and 3rd party observations of Marks & Clerk dated 2-Sep-99 | 1 | atty. client privileged |
| 73 | DEXNON/079/EP 1 right side | 2-Sep-99 | Marks & Clerk | EPO (European Patent Office) | | 3rd party observations of Marks & Clerk dated 2-Sep-99 including atty. markings and notations, included with 4-Oct-99 Donnan letter  produced in redacted form | 4 | atty. client privileged |
| 74 | DEXNON/079/EP 1 right side | 18-Jun-99 | Attorney Michael J. Donnan | Alan Meierhoefer | James E. Alix, Esq. | letter with atty. comment re: prosecution and possible infringement of EP application No. 94303880.6 and enc. German translation of 94303880.0 claims | 1 | atty. client privileged  atty. work product |
| 75 | DEXNON/079/EP 1 right side | 26-May-99 | Attorney Michael J. Donnan | James E. Alix, Esq. | Alan Meierhoefer | letter with atty. advice re: prosecution of EP application No. 94303680.6  letter including atty. markings and notations | 2 | atty. client privileged |
| 76 | DEXNON/079/EP 1 right side | 24-Mar-97 | EPO | Carpmaels & Ransford | | produced in redacted form | 5 | atty. client privileged |
| 77 | DEXNON/079/EP 1 right side | 4-Oct-94 | Carpmaels & Ransford | James E. Alix, Esq. | | letter with advice re: prosecution of EP application No. 94303680.6 | 2 | atty. client privileged |
| 78 | DEXNON/079/EP 1 right side | 20-May-94 | Carpmaels & Ransford | EPO | | specification and claims (including atty. notations and markings) included with Request for grant of a European patent  produced in redacted form | 16 | atty. client privileged |
| 79 | DEXNON/079/EP 1 loose | 9-Jan-03 | Attorney Michael J. Donnan | James E. Piotrowski, Esq. | Michele Totonis, Esq. | confirmation copy of letter with atty. advice re: opposition of EP Patent No. 0652163 w/ draft response | 19 | atty. client privileged  atty. work product |
| 80 | DEXNON/079/EP 1 loose | 30-Sep-94 | EPO | Carpmaels & Ransford | | EP0170461 reference enclosed with EPO communication of 30-Sep-94, same document (including same atty. markings) as privileged doc. no. 160  produced in redacted form | 13 | atty. client privileged  atty. work product |
| 81 | DEXNON/079/EP 1 loose | none | none | none | none | 94303680.6 Druckexemplar (marked working copy) with comments of atty. James E. Piotrowski that were the basis for a letter to atty. Michael J. Donnan  produced in redacted form | 16 | atty. client privileged |
| 82 | DEXNON/079/EP 1 loose | none | none | none | none | 94303680.6 Druckexemplar (marked 2) with comments of atty. James E. Piotrowski that were the basis for a letter to atty. Michael J. Donnan  produced in redacted form | 16 | atty. client privileged |

AWLM758 4-29-2004 AYR privilege log

| protected doc. no. | file location | date | from | to | copies to | identification | pages | status |
|---|---|---|---|---|---|---|---|---|
| 83 | DEXNON079/EP 1 loose | none | none | none | none | document titled DEXNON079/EP [EP 0632163B1] CLAIMS AS OF 11-2002 with notations of atty. James E. Piotrowski relating to opposition; produced in redacted form | 5 | atty. client privileged / atty. work product |
| 84 | DEXNON079/EP 2 left side | none | none | none | | handwritten notes of atty. James E. Piotrowski of a teleconference with atty. Michele Totonis and Atty. Michael J. Donnan discussing opposition. | 2 | atty. client privileged / atty. work product |
| 85 | DEXNON079/EP 2 left side | 21-Jan-04 | James E. Piotrowski, Esq. | Michele Totonis, Esq. | none | email letter with legal advice re: opposition of EP Patent No. 0632163 | 1 | atty. work product |
| 86 | DEXNON079/EP 2 left side | 21-Jan-04 | Attorney Michael J. Donnan | James E. Piotrowski, Esq. | Michele Totonis, Esq. | email letter re: opposition of EP Patent No. 0632163 | 1 | atty. work product |
| 87 | DEXNON079/EP 2 left side | 20-Jan-04 | James E. Piotrowski, Esq. | Attorney Michael J. Donnan | Michele Totonis, Esq. | email letter re: opposition of EP Patent No. 0632163 | 1 | atty. client privileged / atty. work product |
| 88 | DEXNON079/EP 2 left side | 14-Jan-04 | James E. Piotrowski, Esq. | Michele Totonis, Esq. | Michele Totonis, Esq. | confirmation copy of Donnan fax letter with legal advice re: opposition of EP Patent No. 0632163 | 1 | atty. client privileged / atty. work product |
| 89 | DEXNON079/EP 2 left side | 14-Jan-04 | Attorney Michael J. Donnan | James E. Piotrowski, Esq. | Michele Totonis, Esq. | fax letter with legal advice re: opposition of EP Patent No. 0632163 | 2 | atty. client privileged / atty. work product |
| 90 | DEXNON079/EP 2 left side | 14-Jan-04 | Attorney Michael J. Donnan | James E. Piotrowski, Esq. | Michele Totonis, Esq. | email letter with legal advice re: opposition of EP Patent No. 0632163 | 2 | atty. client privileged / atty. work product |
| 91 | DEXNON079/EP 2 left side | 23-Dec-03 | James E. Piotrowski, Esq. | Michele Totonis, Esq. | Michele Totonis, Esq. | confirmation copy of letter with legal advice and discussion re: opposition of EP Patent No. 0632163 | 1 | atty. client privileged / atty. work product |
| 92 | DEXNON079/EP 2 left side | 24-Nov-03 | Attorney Michael J. Donnan | James E. Piotrowski, Esq. | Michele Totonis, Esq. | 3 email letters (Piotrowski to Donnan, cc to Totonis; Donnan reply to Piotrowski, cc to Totonis; and Piotrowski reply to Donnan -spanning 30-Oct-03 to 31-Oct-03) discussing EPO communication in opposition of EP Patent No. 0632163 | 4 | atty. client privileged / atty. work product |
| 93 | DEXNON079/EP 2 left side | 31-Oct-03 | James E. Piotrowski, Esq. | Attorney Michael J. Donnan | none | email letter discussing EPO communication in opposition of EP Patent No. 0632163 | 3 | atty. client privileged / atty. work product |
| 94 | DEXNON079/EP 2 left side | 30-Oct-03 | Attorney Michael J. Donnan | Attorney Michael J. Donnan | Michele Totonis, Esq. | letter with legal advice re: opposition of EP Patent No. 0632163 including copy of Official Summons | 1 | atty. client privileged / atty. work product |
| 95 | DEXNON079/EP 2 left side | 24-Oct-03 | Attorney Michael J. Donnan | James E. Piotrowski, Esq. | Michele Totonis, Esq. | letter with legal advice re: opposition of EP Patent No. 0632163 | 3 | atty. client privileged / atty. work product |
| 96 | DEXNON079/EP 2 left side | 17-Jan-03 | Attorney Michael J. Donnan | James E. Piotrowski, Esq. | Michele Totonis, Esq. | email letter with comments re: opposition of EP Patent No. 0632163 | 2 | atty. client privileged / atty. work product |
| 97 | DEXNON079/EP 2 left side | 14-Jan-03 | Attorney Michael J. Donnan | James E. Piotrowski, Esq. | none | email letter based on client discussion re: opposition of EP Patent No. 0632163 | 1 | atty. client privileged / atty. work product |
| 98 | DEXNON079/EP 2 left side | 13-Jan-03 | James E. Piotrowski, Esq. | Attorney Michael J. Donnan | Michele Totonis, Esq. | email letter re: opposition of EP Patent No. 0632163 | 1 | atty. client privileged / atty. work product |
| 99 | DEXNON079/EP 2 left side | 13-Jan-03 | Attorney Michael J. Donnan | James E. Piotrowski, Esq. | Michele Totonis, Esq. / Peter Scott | email letter with legal advice re: opposition of EP Patent No. 0632163 | 1 | atty. client privileged / atty. work product |
| 100 | DEXNON079/EP 2 left side | 11-Jan-03 | James E. Piotrowski, Esq. | Attorney Michael J. Donnan | Michele Totonis, Esq. | fax with legal advice re: opposition of EP Patent No. 0632163 | 3 | atty. client privileged / atty. work product |
| 101 | DEXNON079/EP 2 left side | 10-Jan-03 | Attorney Michael J. Donnan | James E. Piotrowski, Esq. | none | email letter discussing legal advice re: opposition of EP Patent No. 0632163 | 4 | atty. client privileged / atty. work product |
| 102 | DEXNON079/EP 2 left side | 09-Jan-03 | James E. Piotrowski, Esq. | Attorney Michael J. Donnan | none | email letter discussing legal advice re: opposition of EP Patent No. 0632163 | 2 | atty. client privileged / atty. work product |

| protected doc. no. | file location | date | from | to | copies to | Identification | pages | status |
|---|---|---|---|---|---|---|---|---|
| 103 | DEX\NON\079/EP 2 left side | 09-Jan-03 | Attorney Michael J. Donnan | James E. Piotrowski, Esq. | Michele Totonis, Esq. | letter with legal advice re: opposition of EP Patent No. 0632163, with draft responses included with fax cover of 9-Jan-03 | 19 | aty, client privileged aty, work product |
| 104 | DEX\NON\079/EP 2 left side | 17-Dec-02 | Attorney Michael J. Donnan | James E. Piotrowski, Esq. | none | confirmation copy of fax letter dated 17-Dec-02 with legal advice re: opposition of EP Patent No. 0632163 | 2 | aty, client privileged aty, work product |
| 105 | DEX\NON\079/EP 2 left side | 27-Dec-02 | James E. Piotrowski, Esq. | Attorney Michael J. Donnan | none | first page of protected doc. no. 106 sent as email letter | 1 | aty, client privileged aty, work product |
| 106 | DEX\NON\079/EP 2 left side | 27-Dec-02 | James E. Piotrowski, Esq. | Attorney Michael J. Donnan | none | letter with client comments, atty, instructions and discussion re: opposition of EP Patent No. 0632163 | 11 | aty, client privileged aty, work product |
| 107 | DEX\NON\079/EP 2 left side | 25-Nov-02 | Michele Totonis, Esq. | James E. Piotrowski, Esq. | Helen Viazmensky Peter C. Scott Ray Volpe | email letter with client comments re: opposition of EP Patent No. 0632163 | 1 | aty, client privileged aty, work product |
| 108 | DEX\NON\079/EP 2 left side | 12-Nov-02 | Michele Totonis, Esq. | James E. Piotrowski, Esq. | none | email letter re: multiple irrelevant Dexter Corporation patent applications with client comments re: opposition of EP Patent No. 0632163 | | aty, client privileged aty, work product |
| 109 | DEX\NON\079/EP 2 left side | 11-Nov-02 | Michele Totonis, Esq. | James E. Piotrowski, Esq. | none | email letter with client comments re: opposition of EP Patent No. 0632163 | 1 | aty, client privileged aty, work product |
| 110 | DEX\NON\079/EP 2 left side | 11-Nov-02 | James E. Piotrowski, Esq. | Michele Totonis, Esq. | none | email letter with legal advice re: opposition of EP Patent No. 0632163 | 1 | aty, client privileged aty, work product |
| 111 | DEX\NON\079/EP 2 left side | 01-Nov-02 | James E. Piotrowski, Esq. | Attorney Michael J. Donnan | none | email letter re: opposition of EP Patent No. 0632163 | 1 | aty, client privileged aty, work product |
| 112 | DEX\NON\079/EP 2 left side | 11-Nov-02 | Attorney Michael J. Donnan | James E. Piotrowski, Esq. | none | confirmation copy of 11-Nov-02 fax letter with legal advice re: opposition of EP Patent No. 0632163 | 1 | aty, client privileged aty, work product |
| 113 | DEX\NON\079/EP 2 left side | 11-Nov-02 | Attorney Michael J. Donnan | James E. Piotrowski, Esq. | none | fax letter with legal advice re: opposition of EP Patent No. 0632163 | 1 | aty, client privileged aty, work product |
| 114 | DEX\NON\079/EP 2 left side | 05-Nov-02 | Attorney Michael J. Donnan | James E. Piotrowski, Esq. | none | letter with legal advice and instruction re: opposition of EP Patent No. 0632163 | 4 | aty, client privileged aty, work product |
| 115 | DEX\NON\079/EP 2 left side | 11-Nov-02 | Attorney Michael J. Donnan | James E. Piotrowski, Esq. | none | fax letter with legal advice re: opposition of EP Patent No. 0632163 | 1 | aty, client privileged aty, work product |
| 116 | DEX\NON\079/EP 2 left side | 17-Dec-02 | Attorney Michael J. Donnan | James E. Piotrowski, Esq. | none | fax letter with legal advice re: opposition of EP Patent No. 0632163 | 2 | aty, client privileged aty, work product |
| 117 | DEX\NON\079/EP 2 left side | 01-Nov-02 | Attorney Michael J. Donnan | James E. Piotrowski, Esq. | none | confirmation copy of 01-Nov-02 fax letter with legal advice re: opposition of EP Patent No. 0632163 | 1 | aty, client privileged aty, work product |
| 118 | DEX\NON\079/EP 2 left side | 01-Nov-02 | Attorney Michael J. Donnan | James E. Piotrowski, Esq. | none | fax letter with legal advice re: opposition of EP Patent No. 0632163 | 1 | aty, client privileged aty, work product |
| 119 | DEX\NON\079/EP 2 left side | 09-Jul-02 | Attorney Michael J. Donnan | James E. Piotrowski, Esq. | Michele Shuftata, Esq. | confirmation copy of 09-Jul-02 fax letter with legal advice re: opposition of EP Patent No. 0632163 | 2 | aty, client privileged aty, work product |
| 120 | DEX\NON\079/EP 2 left side | 09-Jul-02 | Attorney Michael J. Donnan | James E. Piotrowski, Esq. | Michele Shuftata, Esq. | fax letter with legal advice re: opposition of EP Patent No. 0632163 | 2 | aty, client privileged aty, work product |
| 121 | DEX\NON\079/EP 2 left side | 20-Jun-02 | Attorney Michael J. Donnan | James E. Piotrowski, Esq. | Michele Shuftata, Esq. | letter with legal advice re: opposition of EP Patent No. 0632163 | 2 | aty, client privileged aty, work product |
| 122 | DEX\NON\079/EP 2 right side | 29-May-02 | Marks & Clerk | EPO | | Grounds of Opposition to EP-B-0 632 163 pages 1-3 included with 5-Jun-02 EPO communication with atty, markings and notes produced in redacted form | 3 | aty, client privileged aty, work product |
| 123 | DEX\NON\079/EP 2 loose | 24-Nov-03 | Attorney Michael J. Donnan | James E. Piotrowski, Esq. | Michele Totonis, Esq. | confirmation copy of 24-Nov-03 letter with legal advice re: opposition of EP Patent No. 0632163 with undated markings of atty, James E. Piotrowski | 4 | aty, client privileged aty, work product |

AWLM758 4-29-2004 AYR privilege log

AWLM758 4-29-2004 AYR privilege log

| protected doc. no. | file location | date | from | to | copies to | identification | pages | status |
|---|---|---|---|---|---|---|---|---|
| 124 | DEXNON079/EP 2 loose | none | none | none | none | undated, handwritten notes of atty. James E. Piotrowski of a discussion with inventors for use in opposition of EP Patent No. 0632163 | 3 | atty. client privileged atty. work product |
| 125 | DEXNON079/EP 2 loose | 09-Jan-03 | Attorney Michael J. Donnan | James E. Piotrowski, Esq. | Michele Totonis, Esq. | copy of fax letter with legal advice re: opposition of EP Patent No. 0632163 and draft response discussing opposition | 19 | atty. client privileged atty. work product |
| 126 | DEXNON079/EP 2 loose | 09-Jan-03 | Carpmaels & Ransford | James E. Piotrowski, Esq. | Michele Totonis, Esq. | copy of fax letter re: opposition and draft response discussing opposition of EP Patent No. 0632163 with undated markings and notations of atty. James E. Piotrowski | 14 | atty. client privileged atty. work product |
| 127 | DEXNON079/EP 2 loose | 19-Nov-02 | James E. Piotrowski, Esq. | none | none | typed notes, with handwritten notations of atty. James E. Piotrowski of a conference at Allstrom for use in opposition of EP Patent No. 0632163 | 2 | atty. client privileged atty. work product |
| 128 | DEXNON079/EP 2 loose | N/A | none | none | none | U.S. Patent No. 4,426,919 with atty. markings / produced in redacted form | 8 | atty. client privileged atty. work product |
| 129 | DEXNON079/EP 2 loose | N/A | none | none | none | U.S. Patent No. 3,386,834 with atty. markings and notes / produced in redacted form | 4 | atty. client privileged atty. work product |
| 130 | DEXNON079/EP 2 loose | N/A | none | none | none | U.S. Patent No. 3,516,166 with atty. markings / produced in redacted form | 6 | atty. client privileged atty. work product |
| 131 | DEXNON079/EP 2 loose | N/A | none | none | none | U.S. Patent No. 5,431,997 with atty. markings and notes / produced in redacted form | 5 | atty. client privileged atty. work product |
| 132 | DEXNON079/EP 2 loose | N/A | none | none | none | EPO Pat. App. 85305642.5 and European Search Report with atty. markings and notes / produced in redacted form | 13 | atty. client privileged atty. work product |
| 133 | DEXNON079/EP 2 loose | N/A | none | none | none | U.S. Patent No. 3,516,166 with atty. markings and notes / produced in redacted form | 6 | atty. client privileged atty. work product |
| 134 | DEXNON079/EP 2 loose | N/A | none | none | none | EPO Patent No. 0 632 163 B1 with atty. markings, notes and 1 page letter from Carpmaels & Ransford re: registration of UK patents / produced in redacted form | 12 | atty. client privileged atty. work product |
| 135 | DEXNON079/EP 2 loose | N/A | none | none | none | EPO Patent No. 0 632 163 B1 with atty. markings / produced in redacted form | 11 | atty. client privileged atty. work product |
| 136 | DEXNON079/EP 2 loose | N/A | none | none | none | U.S. Patent No. 3,511,666 with atty. markings and notes / produced in redacted form | 3 | atty. client privileged atty. work product |

AVLM758 4-29-2004 AYR privilege log

| protected doc. no. | file location | date | from | to | copies to | identification | pages | status |
|---|---|---|---|---|---|---|---|---|
| 137 | DEXNON/079/EP 2 loose | N/A | Marks & Clerk | none | none | U.S. Patent No. 3,366,834 with atty. markings and notes / produced in redacted form | 4 | aty, client privileged / aty, work product |
| 138 | DEXNON/079/EP 2 loose | 28-May-02 | none | none | none | Notice of Opposition to a European Patent with atty. markings and notes / produced in redacted form | 12 | aty, client privileged / aty, work product |
| 139 | DEXNON/079/EP 2 loose | 25-Nov-02 | Michele Totonis, Esq. | James E. Piotrowski, Esq. | Helen Vazzmansky, Peter C. Scott, Ray Volpe | email letter with client comments re: opposition of EP Patent No. 0632163 | 1 | aty, client privileged / aty, work product |
| 140 | AYR JEP email | 31-Oct-03 | Attorney Michael J. Donnan | James E. Piotrowski, Esq. | Michele Totonis, Esq. | email letter discussing EPO communication in opposition of EP Patent No. 0632163 | 2 | aty, client privileged / aty, work product |
| 141 | AYR JEP email | 30-Oct-03 | James E. Piotrowski, Esq. | Attorney Michael J. Donnan | Michele Totonis, Esq. | email letter discussing EPO communication in opposition of EP Patent No. 0632163 | 1 | aty, client privileged / aty, work product |
| 142 | AYR JEP email | 31-Oct-03 | | Attorney Michael J. Donnan | | 3 email letters (Piotrowski to Donnan, cc to Totonis; Donnan reply to Piotrowski, cc to Totonis; and Piotrowski reply cc Donnan - spanning 30-Oct-03 to 31-Oct-03) discussing EPO communication in opposition of EP Patent No. 0632163 | 3 | aty, client privileged / aty, work product |
| 143 | AYR JEP email | 22-Dec-03 | James E. Piotrowski, Esq. | Michele Totonis, Esq. | none | email letter with legal advice re: opposition of EP Patent No. 0632163 | 1 | aty, client privileged / aty, work product |
| 144 | AYR JEP email | 14-Jan-04 | James E. Piotrowski, Esq. | Michele Totonis, Esq. | none | email letter re: opposition of EP Patent No. 0632163 | 1 | aty, client privileged / aty, work product |
| 145 | AYR JEP email | 20-Jan-04 | James E. Piotrowski, Esq. | Attorney Michael J. Donnan | Michele Totonis, Esq. | email letter re: opposition of EP Patent No. 0632163 | 1 | aty, client privileged / aty, work product |
| 146 | AYR JEP email | 21-Jan-04 | Attorney Michael J. Donnan | James E. Piotrowski, Esq. | Michele Totonis, Esq. | email letter with legal advice re: opposition of EP Patent No. 0632163 | 2 | aty, client privileged / aty, work product |
| 147 | AYR JEP email | 21-Jan-04 | James E. Piotrowski, Esq. | Michele Totonis, Esq. | none | email letter re: opposition of EP Patent No. 0632163 | 2 | aty, client privileged / aty, work product |
| 148 | AYR G: drive | 20-Jun-00 | Jukka Haapaniemi | AYR | | email attachment titled "LIST OF PATENT FAMILIES THAT COULD BE IDENTIFIED BY THE SCHEDULES 3.1..." | 22 | 1 relevant page from DIALOG referencing CASE-79 produced, with (irrelevant confidential information redacted, as bates no. AYR0470; the remaining irrelevant pages pertaining to the sale of assets from Dexter Corporation to Ahlstrom were not produced |
| 149 | AYR G: drive dexnon079ep folder | Nov-02 | James E. Piotrowski, Esq. | Attorney Michael J. Donnan | none | draft email letter with client comments, atty. instructions and discussion re: opposition of EP Patent No. 0632163 | 11 | aty, client privileged / aty, work product |
| 150 | AYR G: drive dexnon079ep folder | Nov-02 | James E. Piotrowski, Esq. | Attorney Michael J. Donnan | none | draft email letter with client comments, atty. instructions and discussion re: opposition of EP Patent No. 0632163 | 11 | aty, client privileged / aty, work product |
| 151 | AYR G: drive dexnon079ep folder | 19-Nov-02 | James E. Piotrowski, Esq. | N/A | N/A | typed notes of atty. James E. Piotrowski of a conference at Ahlstrom for use in opposition of EP Patent No. 0632163 | 2 | aty, client privileged / aty, work product |
| 152 | DEXNON/M733 | 30-Nov-98 | Jeannine DePhillips, Esq. | James E. Alix, Esq. | none | fax letter with client instructions re: infringement of 5,431,997 patent | 1 | aty, client privileged / aty, work product |
| 153 | DEXNON/M733 | 30-Nov-98 | James E. Alix, Esq. | Dr. Chr. Schon | Mr. George Glatfelter, Jeannine DePhillips, Esq. | draft letter re: infringement 5,431,997 patent attached to 30-Nov-98 DePhillips fax letter | 1 | aty, client privileged / aty, work product |

AWLM758 4-29-2004 AYR privilege log

| protected doc. no. | file location | date | from | to | copies to | identification | pages | status |
|---|---|---|---|---|---|---|---|---|
| 154 | DEXNON/M733 | 21-Dec-98 | James E. Alix, Esq. | Jeannine DePhillips, Esq. | none | fax letter re: infringement of 5,431,997 patent | 1 | atty, client privileged; atty, work product |
| 155 | DEXNON/M733 | 21-Dec-98 | James E. Alix, Esq. | Jeannine DePhillips, Esq. | none | copy of 21-Dec-98 fax letter re: infringement of 5,431,997 patent | 1 | atty, client privileged; atty, work product |
| 156 | DEXNON/M733 | 21-Dec-98 | James E. Alix, Esq. | Jeannine DePhillips, Esq. | none | copy of 21-Dec-98 fax letter re: infringement of 5,431,997 patent | 1 | atty, client privileged; atty, work product |
| 157 | DEXNON/M733 | 08-Jan-99 | Jeannine DePhillips, Esq. | James E. Alix, Esq. | none | fax letter with client instructions re: infringement of 5,431,997 patent | 1 | atty, client privileged; atty, work product |
| 158 | DEXNON/M733 | 07-Jan-99 | James E. Alix, Esq. | Louis M. Heidelberger, Esq. | none | draft letter enclosed with 8-Jan-99 DePhillips fax letter | 1 | atty, client privileged; atty, work product |
| 159 | DEXNON/M733 | | James E. Alix, Esq. | Timothy P. Linkkila, Esq. Testa, Hurwitz & Thibeault, LLP 125 High St., Boston, MA 02110 Attorney for Dexter Corporation | none | European Search Report EP94303680 enclosed with atty. Alix's 18-Nov-98 letter to atty. Linkkila, with undated atty. markings; produced in redacted form; European Patent Application 853050042.5 enclosed with atty. Alix's 18-Nov-98 letter to atty. Linkkila, with undated atty. markings | 2 | atty, client privileged; atty, work product |
| 160 | DEXNON/M733 | | James E. Alix, Esq. | Timothy P. Linkkila, Esq. | none | produced in redacted form | 13 | atty, client privileged; atty, work product |
| 161 | DEXNON/M733 | 18-Nov-98 | James E. Alix, Esq. | Timothy P. Linkkila, Esq. | none | fax letter re: infringement of 5,431,997 patent | 1 | atty, client privileged; atty, work product |
| 162 | DEXNON/M733 | none | Timothy P. Linkkila, Esq. | James E. Alix, Esq. | none | undated, handwritten telephone memo by Alix, Yale & Ristas LLP secretary re: message of atty. Linkkila | 1 | atty, client privileged; atty, work product |
| 163 | DEXNON/M733 | 09-Nov-98 | James E. Alix, Esq. | Steven M. Bauer, Esq. | Jeannine DePhillips, Esq. | letter re: infringement of 5,431,997 patent | 2 | atty, client privileged; atty, work product |
| 164 | DEXNON/M733 | 09-Nov-98 | James E. Alix, Esq. | Jeannine DePhillips, Esq. | none | letter re: infringement of 5,431,997 patent | 1 | atty, client privileged; atty, work product |
| 165 | DEXNON/M733 | 23-Oct-98 | Jeannine DePhillips, Esq. | James E. Alix, Esq. | none | fax letter with client instructions re: infringement of 5,431,997 patent | 1 | atty, client privileged; atty, work product |
| 166 | DEXNON/M733 | | James E. Alix, Esq. | George H. Gladfelter, II | none | draft letter re: infringement attached to 23-Oct-98 DePhillips fax letter | 1 | atty, client privileged; atty, work product |
| 167 | DEXNON/M733 | 22-Oct-98 | James E. Alix, Esq. | Steven M. Bauer, Esq. | Alan Meierhoefer; Jeannine DePhillips, Esq. | letter with client instructions re: infringement of 5,431,997 patent | 1 | atty, client privileged; atty, work product |
| 168 | DEXNON/M733 | none | N/A | N/A | James E. Alix, Esq.; Jeannine DePhillips, Esq.; Ian Kenworthy; Duncan Middleton | undated, handwritten attorney notes believed to be James E. Alix, Esq. of a discussion with Alan Meierhoefer | 1 | atty, client privileged; atty, work product |
| 169 | DEXNON/M733 | 08-Oct-98 | Alan Meierhoefer | Attorney Michael J. Donnan | none | copy of letter with client instructions re: prosecution and possible infringement of EP application No. 94303680.6 | 1 | atty, client privileged; atty, work product |
| 170 | DEXNON/M733 | 25-Sep-98 | Alan Meierhoefer | Alan Meierhoefer | none | letter with legal advice re: infringement of 5,431,997 patent | 1 | atty, client privileged; atty, work product |
| 171 | DEXNON/M733 | 25-Sep-98 | James E. Alix, Esq. | George H. Gladfelter, II | none | draft letter re: infringement of 5,431,997 patent attached to 25-Sep-98 Alix letter | 2 | atty, client privileged; atty, work product |
| 172 | DEXNON/M733 | 24-Sep-98 | Attorney Michael J. Donnan | Alan Meierhoefer | none | fax letter re: prosecution and possible infringement of 5,431,997 patent attached to 24-Sep-98 Carpmaels fax | 2 | atty, client privileged; atty, work product |
| 173 | DEXNON/M733 | 22-Sep-98 | Alan Meierhoefer | James E. Alix, Esq. | none | fax letter with client information re: infringement of 5,431,997 patent | 1 | atty, client privileged; atty, work product |
| 174 | DEXNON/M733 | none | Alan Meierhoefer | James E. Alix, Esq. | none | fax letter re: infringement of 5,431,997 patent | 1 | atty, client privileged; atty, work product |

AVILM758 4-29-2004 AYR privilege log

| protected doc. no. | file location | date | from | to | copies to | identification | pages | status |
|---|---|---|---|---|---|---|---|---|
| 175 | DEXNON/M733 | 14-Sep-98 | Alan Meierhoefer | James E. Alix, Esq. | Bruce Beatt, Randy Davis, Scott Murdock, Helen Vlazmensky, G. Byrom (Mr. Gary Byrom, Marketing manager for tea products at Ahlstrom Windsor Locks LLC.), R. Davies (Mr. Randy Davis, President of Ahlstrom Windsor Locks LLC.), R. James, B. Koscher, A. Meierhoefer, A. Uhl, H. Vlazmensky, T. Anderson, G. Gauld (Mr. Gavin Gauld, now Marketing Manager for Wallcover products at Ahlstrom Windsor Locks LLC.), M. McCormick, R. Mulligan (Mr. Randy Mulligan, salesperson for food products at Ahlstrom Windsor Locks, LLC), S. Tanaka (Mr. Shin Tanaka, Representative Director for Dexter Pacific Inc in Tokyo, now retired.), Chimside Library, Brussels Office, Stahldalen Library | letter with client instructions re: infringement of 5,431,997 patent and enclosing analytical reports, with atty. notes | 2 | atty. client privileged atty. work product |
| 176 | DEXNON/M733 | 02-Sep-98 | M. Fuss | P. Scott | G. Byrom, R. Davies, R. James, B. Koscher, A. Meierhoefer, A. Uhl, H. Vlazmensky, T. Anderson, G. Gauld, M. McCormick, R. Mulligan, S. Tanaka, Chimside Library, Brussels Office, Stahldalen Library | | 1 | atty. client privileged atty. work product |
| 177 | DEXNON/M733 | 28-Aug-98 | L. A. Campbell | P. Scott | | lab analysis enclosed with 14-Sep-98 Meierhoefer letter | 1 | atty. client privileged atty. work product |

AWLM758 4-29-2004 AYR privilege log

| protected doc. no. | file location | date | from | to | copies to | identification | pages | status |
|---|---|---|---|---|---|---|---|---|
| 178 | DEXNONIM733 | 04-Sep-98 | M. Fuss | P. Scott | G. Byron<br>R. Davies<br>R. James<br>B. Koscher<br>A. Melerhoeler<br>A. Uhl<br>H. Vrazmensky<br>T. Anderson<br>J. Crespo<br>G. Gauld<br>M. McCormick<br>R. Mulligan<br>S. Tanaka<br>Chamiske Library<br>Brussels Office<br>Stalldalen Library | lab analysis enclosed with 14-Sep-98 Melerhoefer letter | 2 | atty. client privileged<br>atty. work product |

12