UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AHLSTROM WINDSOR LOCKS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:03-CV-0169 (AVC) |
| | ) | |
| SCHOELLER & HOESCH, N.A., INC. and | ) | |
| P. H. GLATFELTER COMPANY, | ) | |
| | ) | |
| Defendants. | ) | OCTOBER 26, 2004 |

**MOTION FOR EXTENSION OF TIME
PURSUANT TO D. CONN. L. CIV. R. 7(b)(2)**

Plaintiff, Ahlstrom Windsor Locks LLC ("Plaintiff"), pursuant to D. Conn. L.

Civ. R. 7(b)(2), hereby moves for a twenty-five (25) day extension of time up to and including

November 23, 2004 to respond to Defendants' Motion for Summary Judgment [Dkt. # 121].

Plaintiff's response is currently due on October 29, 2004.

Defendants' Motion for Summary Judgment was filed with the Court on Friday,

October 8, 2004 and served on Plaintiff by mail that day. Since that was the Columbus Day

holiday weekend, Plaintiff did not receive the Motion until Tuesday, October 12, thereby losing

several days due to the service process.

The Motion is a massive summary judgment motion including a 60 page

Statement of Material Facts, an Appendix of some 30 exhibits, and a 50 page Memorandum of

Law. It involves three separate grounds of invalidity of the patent in suit on the basis of

anticipation under 35 U.S.C. §102 and a further ground of invalidity based on obviousness under

35 U.S.C. §103.

Based on the amount of work involved in preparing a complete response to the Motion, it is not possible for Plaintiff to meet the current deadline for response without sacrificing the attention to detail and thoroughness it deserves.

This is the first such request for an extension of time that has been made in connection with this Motion for Summary Judgment. Counsel for Plaintiff contacted counsel for Defendants yesterday to request their consent for this Motion and again today, but have not yet received a response.

Therefore, Plaintiff respectfully requests an extension of time to respond to Defendants' Motion for Summary Judgment up to and including November 23, 2004.

Respectfully submitted,

October 26, 2004

PLAINTIFF
AHLSTROM WINDSOR LOCKS LLC
BY ITS ATTORNEYS

By _____
Eric E. Grondahl (CT 08988)
McCARTER & ENGLISH, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 (fax)
egrondahl@mccarter.com
  -and-
Sidney R. Bresnick, Esq. (CT 16295)
Yunling Ren, Esq. (CT 21078)
COHEN, PONTANI, LIEBERMAN & PAVANE
551 Fifth Avenue
New York, NY 10176
(212) 687-2770
(212) 972-5487 (fax)
sbresnick@cplplaw.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion For Extension Of Time Pursuant to D. Conn. L. Civ. R. 7(b)(2) has been served by first class mail, postage prepaid, this 26th day of October, 2004 to:

> Dina S. Fisher, Esq.
> ROBINSON & COLE LLP
> 280 Trumbull Street
> Hartford, CT 06103-3597
>
>    -and-
>
> Marc J. Farrell, Esq.
> BUCHANAN INGERSOLL PC
> One South Market Square, 3rd Floor
> Harrisburg, PA 17101-2121

ERIC E. GRONDAHL

HARTFORD: 625623.01

3