UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:03-CV-0169 (AVC) |
| ) | |
| SCHOELLER & HOESCH, N.A., INC. and ) | |
| P. H. GLATFELTER COMPANY, ) | |
| ) | |
| Defendants. ) | |

**ANSWER OF PLAINTIFF AHLSTROM WINDSOR
LOCKS LLC TO DEFENDANTS' AMENDED COUNTERCLAIM**

As to Defendants' Amended Counterclaims, Plaintiff answers as follows:

1. Replying to Paragraph 1 of the amended counterclaim, Plaintiff repeats and realleges each and every allegation.

2. The averments set forth in Paragraph 2 state conclusions of law to which no response is required.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Denied, but if Defendants intended to plead a justiciable controversy, then Paragraph 7 is admitted.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

## AFFIRMATIVE DEFENSES

Further replying, Plaintiff-Counterclaim Defendant alleges as follows:

FIRST AFFIRMATIVE DEFENSE:

Defendants-Counterclaim Plaintiffs have failed to state a claim upon which relief may be granted.

SECOND AFFIRMATIVE DEFENSE:

Defendants-Counterclaim Plaintiffs' claims for relief under all counts are barred by the equitable doctrines of unclean hands, laches, waiver, and/or estoppel.

THIRD AFFIRMATIVE DEFENSE:

Defendants-Counterclaim Plaintiffs, through their own wrongful actions, are estopped from claiming any relief sought herein.

FOURTH AFFIRMATIVE DEFENSE:

Each of the claims of the '997 Patent are valid and enforceable.

FIFTH AFFIRMATIVE DEFENSE:

Defendants-Counterclaim Plaintiffs' claims are barred by their breach of the duty of good faith and fair dealing.

SIXTH AFFIRMATIVE DEFENSE:

Plaintiff-Counterclaim Defendant's conduct was at all times made in good faith, engaged in without malice, and was privileged and justified.

                                      Respectfully submitted,

                                      Attorneys for Plaintiff,
                                      Ahlstrom Windsor Locks LLC

October 27, 2004                     McCarter & English, LLP

                                      By _____

                                    Basam E. Nabulsi, Esq. (ct 20897)
                                    Eric E. Grondahl, Esq. (ct 08988)
                                    Four Stamford Plaza
                                    107 Elm Street, 9th Floor
                                    Stamford, CT 06902
                                    Tel. 203-965-0601
                                    Fax 203-323-6513

                                                 -and-

                                    Cohen, Pontani, Lieberman & Pavane
                                    Sidney R. Bresnick, Esq. (ct 16295)
                                    Yunling Ren, Esq.
                                    551 Fifth Avenue
                                    New York, NY 10176
                                    Tel. 212-687-2770
                                    Fax 212-972-5487

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing ANSWER OF PLAINTIFF AHLSTROM WINDSOR LOCKS LLC TO DEFENDANTS' AMENDED COUNTERCLAIM has been mailed first class this 27th day of October, 2004 to:

Dina S. Fisher, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

and;

Marc J. Farrell, Esq.
Buchanan Ingersoll PC
One South Market Square, 3rd Floor
Harrisburg, PA 17101-2121
Tel. 717-237-4820