UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC,   ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.   ) | CIVIL ACTION NO. 3:03-CV-0169 (AVC) |
| ) | |
| SCHOELLER & HOESCH, N.A., INC. and  ) | |
| P. H. GLATFELTER COMPANY,   ) | |
| ) | |
| Defendants.  ) | OCTOBER 26, 2004 |

**MOTION FOR EXTENSION OF TIME**
**PURSUANT TO D. CONN. L. CIV. R. 7(b)(2)**

Plaintiff, Ahlstrom Windsor Locks LLC ("Plaintiff"), pursuant to D. Conn. L. Civ. R. 7(b)(2), hereby moves for a twenty-five (25) day extension of time up to and including November 23, 2004 to respond to Defendants' Motion for Summary Judgment [Dkt. # 121]. Plaintiff's response is currently due on October 29, 2004.

Defendants' Motion for Summary Judgment was filed with the Court on Friday, October 8, 2004 and served on Plaintiff by mail that day. Since that was the Columbus Day holiday weekend, Plaintiff did not receive the Motion until Tuesday, October 12, thereby losing several days due to the service process.

The Motion is a massive summary judgment motion including a 60 page Statement of Material Facts, an Appendix of some 30 exhibits, and a 50 page Memorandum of Law. It involves three separate grounds of invalidity of the patent in suit on the basis of anticipation under 35 U.S.C. §102 and a further ground of invalidity based on obviousness under 35 U.S.C. §103.

[Margin annotations: "GRANTED. October 29, 2004. SO ORDERED. Alfred V. Covello, U.S.D.J."]
[Stamp: "FILED 2004 OCT 26 P 3:56 U.S. DISTRICT COURT HARTFORD, CONN"]