UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 3:03-CV-0169 (AVC) |
| v. ) | |
| ) | |
| SCHOELLER & HOESCH, N.A., INC. ) | |
| and P.H. GLATFELTER COMPANY, ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Civil Rule 5(d)(2), Plaintiff, Ahlstrom Windsor Locks LLC, respectfully requests permission from this Court to file under seal Plaintiff's Motion For Leave to Take the Deposition of Defendant Glatfelter Through Its Subsidiary Schoeller & Hoesch and accompanying exhibits, pursuant to the Stipulated Protective Order, entered by this Court on June 30, 2003 [Dkt. # 32]. Certain of the exhibits attached hereto contain information that has been designated by Defendants as "Highly Confidential".

November 8, 2004                                       COHEN, PONTANI, LIEBERMAN & PAVANE

By _____
Sidney R. Bresnick, Esq. (ct 16295)
Yunling Ren, Esq. (ct 21078)

551 Fifth Avenue
New York, NY 10176
Tel. 212-687-2770
Fax 212-972-5487
    -and-
McCarter & English, LLP
Basam E. Nabulsi, Esq. (ct 20897)
Four Stamford Plaza
107 Elm Street, 9th Floor
Stamford, CT 06902
Tel. 203-965-0601
Fax 203-323-6513

*Attorneys for Plaintiff*,
Ahlstrom Windsor Locks LLC

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Plaintiff's Motion to File Documents Under Seal has been hand delivered this 9th day of November, 2004 to:

>Dina S. Fisher, Esq.
>Robinson & Cole LLP
>280 Trumbull Street
>Hartford, CT 06103-3597

>-and-

sent by first class mail, postage prepaid, to:

>Marc J. Farrell, Esq.
>Reed Smith LLP
>213 Market Street, 9th Floor
>P.O. Box 11844
>Harrisburg, PA 17108-1844

_Eric E. Grondahl_