UNITED STATES DISTRICT COURT **FILED**

DISTRICT OF CONNECTICUT

2004 NOV -9  P 3: 08

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:03-CV-0169 (AVC) |
| ) | |
| SCHOELLER & HOESCH, N.A., INC. and ) | |
| P. H. GLATFELTER COMPANY, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO SHORTEN TIME FOR RESPONSE

Pursuant to D. Conn. L. Civ. R. 7(a), Plaintiff, Ahlstrom Windsor Locks LLC ("Plaintiff"), hereby moves the Court to shorten the time for Defendants, Schoeller & Hoesch and P. H. Glatfelter Company ("Defendants"), to file papers in opposition to Plaintiff's motion for leave to take the deposition, pursuant to Fed. R. Civ. P. 30(b)(6), of Defendant, P. H. Glatfelter Company, through its subsidiary, Papierfabrik Schoeller & Hoesch GmbH in Gernsbach, Germany ("S&H"), filed concurrently herewith. The discovery period in this case has expired, except for those items as to which the Court had reserved decision or has recently ruled. The time remaining to prepare this case for trial has become very short and there are still a number of outstanding issues to be resolved. Accordingly, Plaintiff requests that the Court order the Defendants to file any opposition to the accompanying motion for leave to take a deposition of S&H by November 19, 2004, which is within 10 days of the service by hand and filing with the Court of the motion.

The grounds for the motion are:

1) Defendants' motion for a protective order with respect to the same deposition has already been denied by the Court, without prejudice to its refiling.

2) The issues with respect to the deposition are clearly defined and the usual 20 day response time provided in the Local Rules is unnecessary in view of the history of this requested discovery.

3) The time presently scheduled for discovery has passed, except for that which has been *sub judice* and requires completion, as is the case with the present motion. The Defendants hope to stall any further discovery, as they have in the past, by repeated motions for a protective order.

4) The documents recently produced by Defendants clearly indicate that Defendants have been withholding relevant and material documents and hope to run out the clock before Plaintiff has had an opportunity to the complete the discovery to which it is entitled under the Federal Rules of Civil Procedure.

**WHEREFORE**, Plaintiff respectfully requests that the Court shorten the time for Defendants to respond to the present motion for leave to take the deposition of S&H Germany to November 19, 2004.

Respectfully submitted,

November 8, 2004

COHEN, PONTANI, LIEBERMAN & PAVANE

By _____
Sidney R. Bresnick, Esq. (ct 16295)
Yunling Ren, Esq. (ct 21078)
551 Fifth Avenue
New York, NY 10176
Tel. 212-687-2770

2

Fax 212-972-5487
-and-
McCarter & English, LLP
Basam E. Nabulsi, Esq. (ct 20897)
Four Stamford Plaza
107 Elm Street, 9th Floor
Stamford, CT 06902
Tel. 203-965-0601
Fax 203-323-6513

*Attorneys for Plaintiff,*
Ahlstrom Windsor Locks LLC

3

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion To Shorten Time For Response has been hand delivered this 9th day of November, 2004 to:

> Dina S. Fisher, Esq.
> Robinson & Cole LLP
> 280 Trumbull Street
> Hartford, CT 06103-3597

-and-

sent by first class mail, postage prepaid, to

> Marc J. Farrell, Esq.
> Buchanan Ingersoll PC
> One South Market Square, 3rd Floor
> Harrisburg, PA 17101-2121

_____
Eric E. Grondahl