UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SCHOELLER & HOESCH, N.A., INC. and )<br>P. H. GLATFELTER COMPANY, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 3:03-CV-0169 (AVC) |

**FILED 2004 NOV -9 P 3:08**
**U.S. DISTRICT COURT**
**HARTFORD, CT.**

## MOTION TO SHORTEN TIME FOR RESPONSE

Pursuant to D. Conn. L. Civ. R. 7(a), Plaintiff, Ahlstrom Windsor Locks LLC ("Plaintiff"), hereby moves the Court to shorten the time for Defendants, Schoeller & Hoesch and P. H. Glatfelter Company ("Defendants"), to file papers in opposition to Plaintiff's motion for leave to take the deposition, pursuant to Fed. R. Civ. P. 30(b)(6), of Defendant, P. H. Glatfelter Company, through its subsidiary, Papierfabrik Schoeller & Hoesch GmbH in Gernsbach, Germany ("S&H"), filed concurrently herewith. The discovery period in this case has expired, except for those items as to which the Court had reserved decision or has recently ruled. The time remaining to prepare this case for trial has become very short and there are still a number of outstanding issues to be resolved. Accordingly, Plaintiff requests that the Court order the Defendants to file any opposition to the accompanying motion for leave to take a deposition of S&H by November 19, 2004, which is within 10 days of the service by hand and filing with the Court of the motion.

November 15, 2004. DENIED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

03CU169END139