**FILED**

2004 NOV -9 P 3: 08

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 3:03-CV-0169 (AVC) |
| v. | ) |
| | ) |
| SCHOELLER & HOESCH, N.A., INC. | ) |
| and P.H. GLATFELTER COMPANY, | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Civil Rule 5(d)(2), Plaintiff, Ahlstrom Windsor Locks LLC, respectfully requests permission from this Court to file under seal Plaintiff's Motion For Leave to Take the Deposition of Defendant Glatfelter Through Its Subsidiary Schoeller & Hoesch and accompanying exhibits, pursuant to the Stipulated Protective Order, entered by this Court on June 30, 2003 [Dkt. # 32]. Certain of the exhibits attached hereto contain information that has been designated by Defendants as "Highly Confidential".

November 9, 2004

COHEN, PONTANI, LIEBERMAN & PAVANE

By _____
Sidney R. Bresnick, Esq. (ct 16295)
Yunling Ren, Esq. (ct 21078)

November 16, 2004.  SO ORDERED.  GRANTED.
Alfred V. Covello, U.S.D.J.