UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:03-CV-0169 (AVC) |
| ) | |
| SCHOELLER & HOESCH, N.A., INC. and ) | |
| P. H. GLATFELTER COMPANY, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S AGREED TO MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Ahlstrom Windsor Locks LLC ("Plaintiff"), pursuant to D. Conn. L. Civ. R. 7(b)(2), hereby moves for a second extension of time of ten (10) days to and including **December 3, 2004** to respond to Defendants' motion for summary judgment. The 10 day extension would encompass the Thanksgiving Holiday and, therefore, amounts to about an extra week of workable time. The response is currently due on November 23, 2004. Defendants have advised Plaintiff that they agree to this motion.

Defendants motion for summary judgment was filed with the Court on Friday, October 8, 2004 and served on Plaintiff by mail that day. Since that was the Columbus Day Holiday weekend, Plaintiff did not receive the motion in the mail until Tuesday, October 12, thereby losing several days in the process. A first extension of time to November 23, 2004 was granted to Plaintiff (unopposed by Defendants) on October 29, 2004.

The motion is a massive summary judgment motion seeking to dismiss all of Plaintiff's claims in the case. The motion papers comprise a 60 page Statement of

Material Facts, including some 150 detailed statements of material fact as to which the defendants assert there is no genuine issue requiring trial, an Appendix of some 30 exhibits, most of which are highly technical in nature, and a 50 page Memorandum of Law. The motion asserts three separate patents in support of invalidity, each of which is alleged to anticipate the patent in suit under 35 U.S.C. §102, and a separate ground of invalidity based on obviousness under 35 U.S.C. §103.

Defendants have been diligently engaged in preparing a submission opposing the motion, but have been delayed in part because two of the persons who are intending to submit declarations are traveling and one is in a foreign country, which has further delayed their preparation. Furthermore, based on the amount of work involved in preparing a complete response to the motion and the importance of the motion, it is not possible for us to meet the current November 23 deadline for response while still providing the Court with the full and complete record it should have before it when deciding the motion.

Therefore, Plaintiff respectfully requests a 10 day extension of time to respond to Defendants' motion for summary judgment to and including December 3, 2004.

Respectfully submitted,

November 18, 2004

COHEN, PONTANI, LIEBERMAN & PAVANE

By _/s/ Sidney R. Bresnick/_
Sidney R. Bresnick, Esq. (ct 16295)
Yunling Ren, Esq. (ct 21078)
551 Fifth Avenue
New York, NY 10176
Tel. 212-687-2770

Fax 212-972-5487
          -and-
McCarter & English, LLP
Basam E. Nabulsi, Esq. (ct 20897)
Four Stamford Plaza
107 Elm Street, 9th Floor
Stamford, CT 06902
Tel. 203-965-0601
Fax 203-323-6513

*Attorneys for Plaintiff,*
Ahlstrom Windsor Locks LLC

3

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Plaintiff's Second Motion For Extension Of Time to Respond to Defendants' Motion for Summary Judgment has been served by first class mail, postage prepaid, this 18th day of November, 2004 to:

>Dina S. Fisher, Esq.
>Robinson & Cole LLP
>280 Trumbull Street
>Hartford, CT 06103-3597
>     -and-
>Marc J. Farrell, Esq.
>Buchanan Ingersoll PC
>One South Market Square, 3rd Floor
>Harrisburg, PA 17101-2121

*[signature]*