UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**
2004 NOV 19 A 10: 36
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC,   )<br>  )<br>Plaintiff,   )<br>  )<br>v.   )<br>  )<br>SCHOELLER & HOESCH, N.A., INC. and   )<br>P. H. GLATFELTER COMPANY,   )<br>  )<br>Defendants.   ) | CIVIL ACTION NO. 3:03-CV-0169 (AVC) |

### PLAINTIFF'S AGREED TO MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff, Ahlstrom Windsor Locks LLC ("Plaintiff"), pursuant to D. Conn. L. Civ. R. 7(b)(2), hereby moves for a second extension of time of ten (10) days to and including **December 3, 2004** to respond to Defendants' motion for summary judgment. The 10 day extension would encompass the Thanksgiving Holiday and, therefore, amounts to about an extra week of workable time. The response is currently due on November 23, 2004. Defendants have advised Plaintiff that they agree to this motion.

Defendants motion for summary judgment was filed with the Court on Friday, October 8, 2004 and served on Plaintiff by mail that day. Since that was the Columbus Day Holiday weekend, Plaintiff did not receive the motion in the mail until Tuesday, October 12, thereby losing several days in the process. A first extension of time to November 23, 2004 was granted to Plaintiff (unopposed by Defendants) on October 29, 2004.

The motion is a massive summary judgment motion seeking to dismiss all of Plaintiff's claims in the case. The motion papers comprise a 60 page Statement of

*[Margin annotations: "November 23, 2004. GRANTED. SO ORDERED." / "Alfred V. Covello, U.S.D.J." / FILED stamp "2004 NOV 23 P 3:0_ U.S. DISTRICT COURT HARTFORD, CT."]*

03CV169END142