IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

AHLSTROM WINDSOR LOCKS LLC,      :
                                 :
         Plaintiff,              :
                                 :   CASE NO. 3:03-CV-0169-AVC
     v.                          :
                                 :
SCHOELLER & HOESCH, NA, INC.,    :
P.H. GLATFELTER COMPANY,         :
                                 :
         Defendant.              :   JUNE 4, 2004

### DEFENDANTS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA SERVED ON ALIX, YALE & RISTAS, LLP

Pursuant to Fed. R. Civ. P. 45, the defendants, Schoeller & Hoesch, NA, Inc. ("S&H") and P. H. Glatfelter Company ("PHG") (collectively, "Defendants"), hereby move to compel Alix, Yale & Ristas, LLP ("AYR") to comply with Defendants' March 3, 2004 subpoena.

Defendants specifically request that the Court:

```
3:03cv0169 (AVC). November 23, 2004. The motion is denied as
moot to the extent it seeks in camera review of documents
withheld by AYR, as the court has already conducted this review.
The motion is also denied to the extent is seeks to compel the
defendants to produce a privilege log that provides more detail
with respect to the grounds for asserting the privilege. The
motion, however, is granted to the extent it seeks to compel AYR
to provide a document production directory corresponding to
categories in Schedule A of the subpoena. Further, having
reviewed the questions which Attorney Alix refused to answer at
deposition based on privilege or lack of memory, the court does
not agree that all objections were proper. Accordingly, the
parties shall re-convene the deposition within 30 days of this
order at the United States Courthouse, Hartford, Connecticut.
The parties may contact the court's deputy clerk, Joann Walker
at 860-240-3209 to scheduled a mutually convenient date. In
advance of the deposition, Attorney Alix shall review all matters
to which he claimed lack of memory at the first deposition. No
costs shall be awarded.
```

SO ORDERED.

Alfred V. Covello, U.S.D.J.