IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, | : |
| Plaintiff, | : |
| | : CASE NO. 3:03-CV-0169-AVC |
| v. | : |
| SCHOELLER & HOESCH, NA, INC., P.H. GLATFELTER COMPANY, | : |
| Defendant. | : NOVEMBER 22, 2004 |

**MOTION FOR EXTENSION OF TIME TO FILE REPLY
BY AGREEMENT OF THE PARTIES**

The defendants, Schoeller & Hoesch, NA, Inc. ("S&H") and P. H. Glatfelter Company ("PHG") (collectively, "Defendants"), hereby move for an extension of time, up to and including December 23, 2004, in which to file their reply to the memorandum in opposition to their motion for summary judgment, to be filed by Plaintiff, Ahlstrom Windsor Locks LLC, on or before December 3, 2004. The undersigned counsel for Defendants conferred with counsel for Plaintiff, and together agreed to a 10-day extension of time both for Plaintiff's filing of its opposition and Defendants' filing their reply.

Accordingly, Defendants ask that they be allowed to file their reply brief on or before December 23, 2004.

Attorneys for Defendants,
Schoeller & Hoesch, NA, Inc. and
P. H. Glatfelter Company

By _____/s/ Dina S. Fisher_____
Dina S. Fisher (ct 14896)
dfisher@rc.com
Brett J. Boskiewicz (ct 25632)
bboskiewicz@rc.com
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

Marc J. Farrell (ct 24539)
BUCHANAN INGERSOLL PC
213 Market Street, 3rd Floor
Harrisburg, PA 17101-2121
(717) 237-4820
farrellmj@bipc.com

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was served by means of first class mail on this the 22nd day of November, 2004, upon the following:

Sidney R. Bresnick, Esq.
Yunling Ren, Esq.
Cohen, Pontani, Lieberman & Pavane
551 Fifth Avenue
New York, NY  10176

Basam E. Nabulsi, Esq.
Alexandra Stevens, Esq.
McCarter & English LLP
Four Stamford Plaza
107 Elm Street, 9th Floor
Stamford, CT  06902

Eric E. Grondahl, Esq.
McCarter & English LLP
City Place I
185 Asylum Street, 36th Floor
Hartford, CT  06103-3495

_____
Dina S. Fisher