IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, <br>     Plaintiff, | : <br> : <br> : |
| v. | :    CASE NO. 3:03-CV-0169(AVC) <br> : |
| SCHOELLER & HOESCH, NA, INC., and <br> P.H. GLATFELTER COMPANY, <br>     Defendants. | : <br> : <br> :    NOVEMBER 30, 2004 |

### NOTICE OF FILING UNDER SEAL

Pursuant to the Protective Order, Defendants, Schoeller & Hoesch, NA, Inc. and P.H. Glatfelter Company, filed under seal the Exhibits 1, 2, 4, and 6 to their Opposition to Plaintiff's Motion For Leave To Take Deposition Of Defendant Glatfelter Through Its Subsidiary Schoeller & Hoesch. Exhibit 1 includes excerpts from the confidential deposition of Gerhard Slawick. Exhibit 2 includes excerpts from the confidential deposition of Guenter Grawer. Exhibits 4 and 6 include examples of proprietary documents that the Defendants produced to the Plaintiff.

                                                        Attorneys for Defendants,
                                                        Schoeller & Hoesch, NA, Inc. and
                                                        P. H. Glatfelter Company

By _____/s/_____
            Dina S. Fisher (ct 14896)
            dfisher@rc.com
            Brett J. Boskiewicz (ct 25632)
            bboskiewicz@rc.com
            280 Trumbull Street
            Hartford, CT  06103-3597
            Tel. No.: (860) 275-8200
            Fax No.: (860) 275-8299

            Marc J. Farrell (ct 24539)
            BUCHANAN INGERSOLL PC
            213 Market Street, 3rd Floor
            Harrisburg, PA  17101-2121
            (717) 237-4820
            farrellmj@bipc.com

- 2 -

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was served by means of facsimile and first class mail on this the 30th day of November, 2004, upon the following:

Sidney R. Bresnick, Esq.
Yunling Ren, Esq.
Cohen, Pontani, Lieberman & Pavane
551 Fifth Avenue
New York, NY  10176

Basam E. Nabulsi, Esq.
Alexandra Stevens, Esq.
McCarter & English LLP
Four Stamford Plaza
107 Elm Street, 9th Floor
Stamford, CT  06902

Eric E. Grondahl, Esquire
Alexandra Stevens, Esquire
McCarter & English LLP
City Place I
185 Asylum Street, 36th Floor
Hartford, CT  06103-3495

_____
Dina S. Fisher