

**COHEN PONTANI LIEBERMAN & PAVANE**
551 Fifth Avenue, New York, NY 10176   phone 212.687.2770   fax 212.972.5487   www.cplplaw.com

Myron Cohen
Thomas C. Pontani, Ph.D.
Lance J. Lieberman
Martin B. Pavane
Thomas Langer
Michael C. Stuart
William A. Alper
Edward M. Weisz
Kent H. Cheng, Ph.D.

Sidney R. Bresnick
Of Counsel

Yunling Ren, Ph.D.
Julia S. Kim
Mindy H. Chettih
Vincent M. Fazzari
Alfred W. Froebrich
Alfred H. Hemingway, Jr.
Roger S. Thompson
Jeremy A. Kaufman
Teodor J. Holmberg
F. Brice Faller
Lisa A. Ferrari
Richard D. Margiano
Darren S. Mogil
David P. Badanes
Steven R. Bartholomew
James P. Doyle
Mher Hartoonian
Alphonso A. Collins

Enshan Hong
Reg. Patent Agent

November 29, 2004

Honorable Alfred V. Covello
United States District Court
District of Connecticut
450 Main Street
Hartford, CT 06103

Re:   *Ahlstrom Windsor Locks LLC v. Schoeller & Hoesch, NA, Inc.
       and P. H. Glatfelter Company*
       Civil Action No. 3:03-CV-0169 (AVC)
       Our File No.: 1783-125L

Dear Judge Covello:

With regard to the continuation of the deposition of Attorney James Alix, I regret to inform you that Attorney Alix will be unavailable for a resumption of his deposition within the time schedule set by Your Honor as he is currently undergoing daily radiation treatment for prostate cancer. Mr. Alix informs me that his treatments will continue through the third week of December and that he will require a couple of weeks to regain enough strength to continue. I would estimate that he will be ready to resume his deposition by the middle of January, barring any setbacks in his condition, and we can expect to schedule it by that time.

Very truly yours,
COHEN, PONTANI, LIEBERMAN & PAVANE

Sidney R. Bresnick

cc:   Dina Fisher, Esq.
       Marc Farrell, Esq.
       Basam Nabulsi, Esq.

---

December 1, 2004. Construed as a motion to extend the period for taking the deposition of Attorney Alix, the motion is GRANTED. The parties shall coordinate with the court's deputy clerk for a mutually convenient time in January to resume this matter in the U.S. Courthouse.
SO ORDERED.

                                        Alfred V. Covello, U.S.D.J.