IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, | : |
| Plaintiff, | : |
| | : CASE NO. 3:03-CV-0169-AVC |
| v. | : |
| | : |
| SCHOELLER & HOESCH, NA, INC., | : |
| P.H. GLATFELTER COMPANY, | : |
| | : |
| Defendant. | : NOVEMBER 22, 2004 |

## MOTION FOR EXTENSION OF TIME TO FILE REPLY BY AGREEMENT OF THE PARTIES

The defendants, Schoeller & Hoesch, NA, Inc. ("S&H") and P. H. Glatfelter Company ("PHG") (collectively, "Defendants"), hereby move for an extension of time, up to and including December 23, 2004, in which to file their reply to the memorandum in opposition to their motion for summary judgment, to be filed by Plaintiff, Ahlstrom Windsor Locks LLC, on or before December 3, 2004. The undersigned counsel for Defendants conferred with counsel for Plaintiff, and together agreed to a 10-day extension of time both for Plaintiff's filing of its opposition and Defendants' filing their reply.

Accordingly, Defendants ask that they be allowed to file their reply brief on or before December 23, 2004.

*December 1, 2004. GRANTED. SO ORDERED.*

*Alfred V. Covello*