UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SCHOELLER & HOESCH, N.A., INC. and ) <br> P.H. GLATFELTER COMPANY, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 3:03-CV-0169 (AVC) |

### DECLARATION OF PETER C. SCOTT

I, Peter C. Scott, declare and say:

1. I am a citizen of the United States and reside at 7 Shannon Drive, Enfield, Connecticut 06082. I make this declaration in support of Plaintiff's opposition to Defendants' motion for summary judgment.

2. I am currently employed as a product design specialist in the wipes business group by Ahlstrom Windsor Locks LLC ("Ahlstrom"), located at Two Elm Street, Windsor Locks, Connecticut. I have been continuously employed by Ahlstrom and its predecessor company, the Dexter Corporation ("Dexter"), since 1977.

3. I have held technical positions in quality control and research and development in the area of tea bag paper within Dexter and, later, Ahlstrom, since I was first employed there in 1977. I am familiar with the types of tea bag paper made by Dexter and, later, Ahlstrom, during this time period.

4. From the time I was first employed by Dexter in 1977 until 1994, Dexter produced a tea bag paper grade with the designation 3968. Dexter tea bag paper grade 3968 was at all times during this time period a heat sealable tea bag paper. Tea bag

paper grade 3968 was discontinued by Dexter in 1994 and neither Dexter nor Ahlstrom has made it since then.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 27th day of October, 2004.

_____
Peter C. Scott