C



### Rule 76 - Minutes of oral proceedings and of taking of evidence

Homepage => Toolbox for applicants => EPC => HTML version

E / D / F

IMPLEMENTING REGULATIONS

PART VII - IMPLEMENTING REGULATIONS TO PART VII OF THE CONVENTION

Chapter II - Oral proceedings and taking of evidence

◀ Rule 75 - Conservation of evidence      ▶ Rule 77 - General provisions on notifications

*Art. 116, 117*

*Rule 76*
Minutes of oral proceedings and of taking of evidence

(1) Minutes of oral proceedings and of the taking of evidence shall be drawn up containing the essentials of the oral proceedings or of the taking of evidence, the relevant statements made by the parties, the testimony of the parties, witnesses or experts and the result of any inspection.

(2) The minutes of the testimony of a witness, expert or party shall be read out or submitted to him so that he may examine them. It shall be noted in the minutes that this formality has been carried out and that the person who gave the testimony approved the minutes. If his approval is not given, his objections shall be noted.

(3)[105] The minutes shall be authenticated by the employee who drew them up and by the employee who conducted the oral proceedings or taking of evidence, either by their signature or by any other appropriate means.

(4) The parties shall be provided with a copy of the minutes.

[105] Amended by decision of the Administrative Council of 10.12.1998 which entered into force on 01.01.1999 (OJ EPO 1999, 1 ff).



EPO Home Page | Download area | Request info | Index
Patent Information on the Internet | Send comments
Last updated in March 2004 - version epc-01.03.2004
Copyright © 1996-2004 European Patent Office . All Rights Reserved.
e-mail: EPO Mail Distribution