157

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:03-CV-0169 (AVC) |
| | ) |
| SCHOELLER & HOESCH, N.A., INC. and | ) |
| P. H. GLATFELTER COMPANY, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S APPENDIX OF EXHIBITS IN OPPOSITION
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

FILED 2004 DEC -3 A 10 47
U.S. DISTRICT COURT
HARTFORD, CT.

## Appendix of Exhibits

| Tab | Item |
|---|---|
| A. | U. S. Patent No. 5,431,997 to Scott et al. |
| B. | U. S. Patent No. 3,386,834 to Noiset et al. |
| C. | U. S. Patent No. 3,616,166 to Kelley |
| D. | Yadlowsky Published European Patent Application |
| E. | File History of U. S. Patent No. 5,431,997 to Scott et al. |
| F. | E-mail from M. Farrell, Esq. to Y. Ren, Esq., dated 8/3/2003 |
| G. | Scott Deposition testimony, pages 78-79, 103, 210 and 213 |