D



(19) Europäisches Patentamt

European Patent Office

Office européen des brevets

(11) Publication number: **0 170 461**
A1

(12) **EUROPEAN PATENT APPLICATION**

(21) Application number: 85305042.5

(22) Date of filing: 15.07.85

(51) Int. Cl.⁴: **B 65 D 81/34**
D 21 H 3/02, D 21 D 3/00

(30) Priority: 16.07.84 US 631134

(43) Date of publication of application:
05.02.86 Bulletin 86/6

(84) Designated Contracting States:
AT BE CH DE FR GB IT LI LU NL SE

(71) Applicant: GENERAL FOODS CORPORATION
250 North Street
White Plains, N.Y. 10625(US)

(72) Inventor: Yadlowsky, Slawko
308, North Avenue
Manville New Jersey 08835(US)

(74) Representative: Baillie, Iain Cameron et al,
c/o Ladas & Parry Isartorplatz 5
D-8000 München 2(DE)

(54) Infusion bag material treatment with fluoro-chemical sizing agent.

(57) An aqueous food extract of improved quality is produced by treating an infusion bag material with a water-soluble, fluoro-chemical sizing agent to prevent sorption of flavor oils by the infusion bag material, and thus enable extraction of the flavor oils into the brew during brew preparation. The infusion bag material may be treated with the sizing agent in various ways as, for example, by addition of the sizing agent during production of the infusion bag material or application of the sizing agent to the surface of the infusion bag material either before or after a food product is enclosed therein.

EP 0 170 461 A1

Croydon Printing Company Ltd.

0170461

INFUSION BAG MATERIAL TREATMENT
WITH FLUORO-CHEMICAL SIZING AGENT

05

This invention relates to the preparation of an
improved aqueous food extract such as a coffee, tea
or vegetable extract, in a filter device suitable
10 for percolation, steeping, or other brewing tech-
nique.  More particularly, this invention pertains
to treating the filter device such as an infusion
bag so as to permit a fuller extraction of flavor
oils and aromas into the food extract, thereby
15 yielding an extract of better quality having a more
full-bodied taste.
The prior art has recognized the many advan-
tages to consumers of placing food products in
disposable infusion bags or brewing cartridges, such
20 as greater convenience and improved brew consistency.
The art is replete with examples of infusion bag and
brewing cartridge designs, dating back to as early
as 1899 when Henry M. Humphrey disclosed a new and
improved percolator-package in U.S. Patent
25 No. 634,349.
More recently, U.S. Patent No. 3,183,096 to
Hiscock discloses a taste-free coffee packet made of
a porous synthetic fiber paper of single filament
polymeric fibers.  Hiscock teaches a packet which

0170461

- 2 -

would not adversely impact the flavor and aroma of
coffee by absorption, adsorption, and/or polymeriza-
tion of coffee compounds.  Hiscock theorizes the
coffee flavor compounds to be among the group of
05 hydrogen sulfide, isoprene, methyl mercaptan,
acetaldehyde, dimethylsulfide, methyl formate,
furan, propionaldehyde, isobutyraldehyde, acetone,
methyl furan, butyraldehyde, methyl ethyl ketone,
isovaleraldehyde, methyl alcohol, diacetyl, ethyl
10 alcohol and acetyl propionyl.  It is evident from
Hiscock's above-cited grouping that it was not
contemplated nor recognized that flavor oils would
be important to the aqueous brew quality, nor did
his invention, in fact, provide for a fuller extrac-
15 tion of flavor oils into the brew.

        Einstman et. al. in U.S. Pat. No. 3,879,565
teach a system wherein roasted and ground coffee is
treated with a silicone defoaming agent prior to its
introduction to a brewing bag.  This silicone
20 treatment is intended to disperse the foam generated
during extraction and thus improve the rate of
coffee solids extraction.  Similarly, silicone was
employed in U.S. Pat. No. 3,386,834 to Noiset et.
al. as a water repellent on the surface of infusion
25 bags, thus allowing improved gas-release from within
the infusion bag.

        The present invention teaches an improvement in
the quality of an aqueous brew which is produced by
extraction of a food product contained in a filter
30 bag or other brewing device which goes far beyond
the prior art.  The use of filter bag materials such
as natural fibers as disclosed in the prior art, has
been found by the present invention to sorb to a

35

- 3 -

**0170461**

large degree the flavor oils of the extractable food
product and not completely release said flavor oils
to the brew during extraction. These flavor oils
contain important flavor compounds which are naturally
05 partitioned from the food product at such levels as
to provide a balanced flavor when fully extracted to
the aqueous brew. Thus, the inability of the extracting
medium to transfer to the aqueous food extract all
said naturally partitioned flavor oils results in a
10 brew of inferior quality.

SUMMARY OF THE INVENTION

It has been found that an aqueous food extract
of improved quality is produced by treating a filter
15 bag material with a water-soluble, fluoro-chemical,
sizing agent to prevent sorption of flavor oils by
the filter bag material, and thus enable extraction
of the flavor oils into the brew during brew prepar-
ation. According to the present invention, an
20 infusion bag material may be variously treated with
a fluoro-chemical sizing agent to achieve the desired
result, as for example by addition of the sizing
agent during production of the infusion bag material,
application of the sizing agent onto the infusion
25 bag material as by spray plating and curing, or
application of the sizing agent to the infusion bag
after the food product is enclosed therein.

It has further been found that the present
invention results in a desirable increase in the
30 rate of food solids extraction. This is attribut-
able to the fact that the porosity of the infusion
bag material is not diminished by sorption of flavor
oils, thereby not impeding the flow of extracted
food solids.

35

- 4 -

0170461

DETAILED DESCRIPTION OF THE INVENTION

      The present invention has applicability to any
brewing apparatus that is known in the art for
preparation of a food extract.  Particularly suitable
05 applications include treatment of infusion bags used
for coffee or tea brew preparations, percolator
packages such as described in U.S. Pat. No. 3,511,666,
and single service food preparation packages such as
disclosed in U.S. Pat. No. 4,426,919.  The food product
10 may be entirely enclosed within the infusion bag material
or discontinuously sealed within said infusion
material as disclosed in U.S. Pat. No. 3,888,999.
Enclosure of the food product may be accomplished by
heat sealing the infusion bag material as by the use
15 of heat sealable binders and/or heat sealable fibers
or films, or stitched, or any other method as is
known in the art.

      The present invention is equally applicable to
food materials that are loosely packaged or compressed,
20 either fully or partially, into tablet-type form
prior to packaging within the infusion bag material.
Processing steps which are known in the art to aid
in the efficiency of an extraction of soluble solids,
such as grinding, flaking, or degassing are suitable
25 prior to packaging in the infusion bag material.  A
compression of the food product may be desirable in
instances where the infusion bag material porosity
is such that a dusting of the exterior of the infusion
bag material with the finer food particles result
30 during shipment or handling of the infusion bag.
For example, a critical pressure of between 8,000 to
16,000 psi is disclosed in the prior art for compres-
sion of roast and ground coffee to avoid "dusting",
yet not disrupt the coffee particles to the extent
35 that coffee lipids are expressed therefrom.  The

- 5 -

0170461

choice as to whether the food product is compressed
prior to being packaged is one that is easily made
by one skilled in the art.

The infusion bag material which is used to
05 enclose the food product can be made of any non-toxic,
relatively tasteless or bland, insoluble material.
Any natural material having sufficient porosity for
extraction can be used in conjunction with the
fluoro-chemical sizing agent, particularly a natural
10 fiber material such as cotton gauze.  The infusion
bag material should have sufficient porosity to
allow substantial extraction of the food material
but insufficient to allow migration of the food
material from inside the infusion bag, especially
15 during extraction when swelling of the food material
is common upon contact with the hot extracting
water.  For example, in a case when closely packaged
roast and ground coffee is being extracted in an
infusion bag, pores ranging in diameter from about
20 0.01" to about 0.1" and preferably from about 0.03"
to about 0.07" is suitable for unimpeded extraction,
while retaining nearly all of the roast and ground
coffee in the infusion bag.

The infusion bag material is treated with a
25 water-soluble, fluoro-chemical, sizing agent accord-
ing to the invention in a way and at such a level
that flavor oils from the food product are prevented
from sorbing in or on the infusion bag material.
Said treatment may be accomplished by addition of
30 the fluoro-chemical sizing agent as a liquid suspen-
sion or emulsion during the infusion bag stock
preparation, by application to the infusion bag
surface, or by addition to a coating which is subse-

35

- 6 -

quently applied to the infusion bag, or any other
method which would be evident to one skilled in the
art.

05      Addition of a fluoro-chemical sizing agent
internally during infusion bag stock preparation is
viewed as advantageous because a more uniform
distribution of the sizing agent throughout the
infusion bag material is produced, which results in
a material which is able to withstand physical abuse
10 with less degradation than would result in a case of
surface treatment.  It has been found that in order
to internally bond a fluoro-chemical sizing agent,
which is an anionic material, to anionic infusion
bag materials, the addition of cationic retention
15 aids is necessary.  Generally, a cationic retention
aid is added to the stock suspension, commonly
referred to in the art as "furnish", at a level of
from about 0.7 to 1.2% cationic retention aid to dry
furnish by weight.  A fluoro-chemical sizing agent
20 is subsequently added to the furnish at a level
ranging from about 0.05 to 0.6% fluoro-chemical
sizing agent to dry furnish, and typically from
about 0.1 to about 0.3% fluoro-chemical sizing agent
to dry furnish by weight.

25      In order that the fluoro-chemical sizing agent
be more uniformly distributed throughout the infusion
bag material, it may be desirable to initially add a
low molecular weight cationic retention aid, and
later in the stock preparation process add a high
30 molecular weight retention aid.  Said combination of
cationic retention aids is effective in overcoming a
disproportionate bonding of fluoro-chemical sizing
agent compounds to the more electrostatically charged

35

0170461

- 7 -

fine fibers than to the lesser charged long fibers.
Generally, low molecular weight retention aids are
added at a level ten to fifteen times that of high
molecular weight aids by weight, to effect an even
05 distribution of the fluoro-chemical sizing agent.

Application of a fluoro-chemical sizing agent
to an infusion bag surface may be accomplished at
many points in the manufacturing process, as for
example in converting operations using glue stations,
10 printing stations or any of several coating stations.
Typically, said application is achieved by immersing
an infusion bag material in an aqueous solution of
the sizing agent for a period of from 30 seconds to
10 minutes and preferably from 1 to 5 minutes. The
15 treated paper is then pressed and cured to an end
temperature ranging from 200°F (93°C) to 400°F
(204°C) and preferably from 300°F (149°C) to 350°F
(177°C). Curing may be accomplished in any suitable
drier such as a photo sheet drier. Generally,
20 treatment levels range from about 0.05 to about 0.6%
fluoro-chemical sizing agent to infusion bag material
by weight, and typically from about 0.1 to 0.3%. In
cases where the fluoro-chemical sizing agent is to
be applied in a solution, typically the fluoro-chemical
25 sizing agent is maintained at a concentration of
from about 20% to 50% by weight of said solution,
and preferably from 25% to 35% by weight, and it may
be desirable to add a wetting agent such as n-butyl
alcohol to maximize solution penetration. Further,
30 a defoaming agent may be effectively employed to
limit or eliminate foam development during process-
ing. The use of such additional additives will
become apparent to those skilled in the art.

35

0170461

- 8 -

The application of a fluoro-chemical sizing
agent to an infusion bag material according to the
present invention does not provide increased water
repellent characteristics to the infusion bag sub-
05  strate.  If water repellancy is desired, silicone
compounds such as are disclosed in U.S. Pat. No.
3,386,834 may be employed in conjunction with the
fluoro-chemical sizing agent to achieve an increased
water repellancy.

10    The present invention has application to any  ·
food product that may be enclosed within an infusion
bag type material and extracted with a liquid stream
to produce an extracted product.  For example, the
invention may be used as a treatment process for
15  infusion bags which are subsequently filled with tea
leaves or roast and ground coffee, thus increasing
the desirable extraction of flavor oils to the
aqueous brew.  Alternatively, percolator packages
may be treated with a fluoro-chemical sizing agent
20  according to the invention, then filled with roast
and ground coffee, and used by consumers in a standard
commercial brewing apparatus to produce a more
flavorful brew.

25                        EXAMPLE
    A paper, Dexter * 3968 grade (a product of
Dexter Co., Windsor Locks, Ct.), having a porosity
of 395 CFM/Ft$^2$ was treated with a fluoro-chemical
sizing agent, Scotchban* (a product of 3M, St. Paul,
30  Minn.), at levels of 0.1 and 0.3% Scotchban* to
Dexter paper by weight.  Said papers were treated as
8" by 11" swatches by immersion in a 33% aqueous
solution by weight of FC-807 Scotchban*.  Treatment
was for a period of 1 minute, at which time the
35  treated paper was passed through a sizing press and
then cured in a photo sheet drier to an end temper-

0170461

- 9 -

ature of 325°F.  Said paper was found to be 100%
treated with the sizing agent, i.e., 100% of the
paper fibers were coated.

    A sample of treated paper and a sample of
05 control (without Scotchban*) paper were formed into
infusion bags and filled with 6 grams of roast and
ground coffee.  An expert evaluation of the roast.
and ground coffee brews at 1% coffee solids by
weight, produced by extracting the samples with 8 oz
10 of water at 185°C, found the control brew to be of
poorer quality and lacking the full-bodied coffee
notes of the brew produced according to the present
invention.

  * Dexter and Scotchban are trade marks which may be registered
15    in certain of the designated countries.

20

25

30

35

- 10 -

0170461

CLAIMS :

1.    A process for making an improved brewing packet which comprises
treating an infusion bag material with a water-soluble, fluoro-
chemical sizing agent and packaging a food product within said treated
infusion bag material to form a brewing packet.

05

2.    A process according to claim 1 wherein said infusion bag material
is made of a non-toxic, relatively tasteless, insoluble material
which is a natural fiber or a synthetic polymeric material.

10  3.    A process according to claim 2 wherein the polymeric material
is a woven or non-woven fiber made of a polymeric material such
as viscose rayon, nylon, polyesters or acrylics.

4.    A process according to any one of claims 1 to 3 wherein said
15  fluoro-chemical sizing agent is Scotchban.

5.    A process according to any one of claims 1 to 4 wherein said
infusion bag material has incorporated therewith from 0.05 to 0.6%
fluoro-chemical sizing agent to infusion bag material by weight.

20

6.    A process according to any one claims 1 to 5 wherein said
incoporation is by the addition of a fluoro-chemical sizing agent
to the infusion bag material during stock preparation, to the infusion
bag surface, or into a coating which is subsequently applied to
25  the infusion bag material.

7.    A process according to claim 6 wherein said fluoro-chemical
sizing agent is in a suspension or emulsion.

30  8.    A process according to claim 7 wherein the suspension or emulsion
contains a defoaming agent.

9.    A process according to either of claims 7 and 8 wherein the
fluoro-chemical sizing agent is present in said suspension or emulsion
35  at a concentration of from 20% to 50% by weight.

0170461

– 11 –

10.    A process according to any one of claims 6 to 9 wherein said
addition of a fluoro-chemical sizing agent to the infusion bag material
during stock preparation further comprises addition of a cationic
retention aid.

05

11.    A process according to claim 10 wherein said cationic retention
aid is a combination of a high molecular weight and a low molecular
weight cationic retention aid.

10    12.    A process according to claim 10 wherein said cationic retention
aid is added at a level of from 0.7 to 1.2% cationic retention aid
to infusion bag material by weight.

13.    A process according to any one of claims 1 to 12 wherein
15    said food product is roast and ground coffee or tea.

14.    A process according to any one of claims 1 to 13 wherein
said infusion bag is a percolator package.

20    15.    A brewing packet comprising a food product encompassed by
a porous material incorporating a water-soluble fluoro-chemical
sizing agent.