1.   Tea leaves in the beaker;

2.   Opening of the center fold area;

3.   Opening of the head fold area,

Based on the foregoing, the determination is made as to either failure or non-failure of the seam.

Table 1 provides an indication of the direct relationship between the water climb value of papers treated with various binders and the percent of seam failures.  The seam failures are based on a minimum of 20 teabags tested.

TABLE I

| | | Water Climb | | | |
| | | Cold Water | | Hot Water (100° C) | | Seam Failure |
| | Binder | MD | CD | MD | CD | (%) |
|---|---|---|---|---|---|---|
| A. | Viscose | 191 | 400+ | 72 | 262 | 30 |
| B. | Kymene/CMC | 35 | 69 | 46 | 70 | 50 |
| C. | Polyvinyl chloride | ½"* | ½"* | 292 | 370 | 75 |
| D. | Ethyl vinyl acetate | ½"* | ½"* | 303 | 400+ | 50 |
| E. | Ethyl acrylate copolymer | NA | NA | ¼"* | ½"* | 0 |
| F. | Butyl acrylate copolymer | NA | NA | NA | NA | 0 |
| G. | Copolymer of ethyl and butyl acrylate | NA | NA | NA | NA | 0 |

* Extent of water climb in 400 seconds
NA = no absorption

When the web material made with binder G was further treated with a surfactant, water climb values of 10 to 20 seconds were

11

23

obtained coupled with 10 percent seam failures, thus indicating that the hydrophobic character of the binder as measured by the water climb was the significant factor in the seam failure results.

Measurements were also made to compare the time for the first color to appear in a tea brew using web materials with different binders. When samples B and F were compared, the first color infusion time varied by only 0.2 seconds with sample B having an infusion first color time of 6.7 seconds.

As mentioned, the hydrophobic agent used to treat the web material may also be applied to a prebonded sheet to achieve the beneficial result of the present invention. In accordance with this embodiment of the invention, the hydrophobic treating agent may be any of a number of fluid-repellent materials, such as silicones, fluorohydrocarbons, parafins, alkyl ketene dimers, stearylated materials and the like. The silicones may be any of those materials mentioned in U.S. Patent 3,388,834, the disclosure of which is incorporated herein by reference. The silicone pick up varies from 10-30 percent by weight. Where a fluorochemical treating agent is employed, it should, of course, meet the standards for use with foods and beverages and preferably should be in the form of an aqueous emulsion for ease of application. A typical aqueous emulsion formulation contains about 0.7 to 1.5 parts by volume of a fluorohydrocarbon for each hundred parts of water and may employ materials such as the Scotchban treating agent sold by Minnesota Mining and Manufacturing under the designation "FC-809" or "FX-845". Other fluorohydrocarbon materials that can be employed include the DuPont material designated Zonyl RP or NF.

12

24

13

The parafin and stearylated materials include those sold by Sequa Chemicals Company under the tradename Sequapel, such as Sequapel 414 and 417, while the alkyl ketene dimers are exemplified by Hercon 70 sold by Hercules Chemical Company.

Where a material using viscose binder, as shown in sample A of Table I, was saturated with a solution containing 0.3 percent of a fluorohydrocarbon, the water climb values for both hot and cold water were comparable to samples F and G, namely no absorption. A similar situation was evidenced when a web containing binder B of Table I was saturated with an emulsion containing 25 percent silicone (a mixture of methyloxy-polydimethyl siloxane and poly-dimethyl siloxane supplied by General Electric under the name Silicone II). The same result is achieved when the web material using binder B is treated with a fluorohydrocarbon at a fluoro-carbon treatment level of 0.3 percent. This material also exhibits no seam failures although the appearance of first color is slightly slower.

As will be appreciated, the repellent may be added as a separate treatment to a bonded web material or may be added to the conventional binder to be applied simultaneously therewith to the web material.

As can be seen from the foregoing, the present invention provides infuser web material possessing improved mechanical seam integrity as a result of impregnating the web with a hydrophobic treating material in a latex dispersion. The latex may be used as a replacement for binder systems used heretofore or as a supplement thereto.

13

25

As will be apparent to persons skilled in the art, various modifications and adaptations of the web material above described will become readily apparent without departure from the spirit of the invention.

14

We claim:

1.    A fibrous web suited for making infusion packages for brewing beverages and exhibiting improved resistance to the failure of a mechanical seam therein, said web comprising a porous fibrous sheet material impregnated throughout its extent with about one percent or more by weight of a hydrophobic treating system, the impregnated sheet material exhibiting no appreciable water climb when measured using water at a temperature of about 100° C and no substantial loss of infusion characteristics while providing less than 10 percent failure in the mechanical seam upon exposure to boiling water.

2.    The infusion web of claim 1 wherein the hydrophobic treating system includes a latex emulsion of a hydrophobic agent that completely impregnates the entire web material and is comprised of at least 3 - 4 percent by weight of a strength imparting binder.

3.    The infusion web of claim 1 wherein the hydrophobic treating system includes an alkyl acrylate hydrophobic binder.

4.    The infusion web of claim 3 wherein the hydrophobic binder is selected from the group consisting of ethyl acrylate and butyl acrylate polymers and copolymers.

5.    The infusion web of claim 1 wherein the hydrophobic treating system comprises up to about 8 - 12 percent by weight of a hydrophobic agent and the mechanical seam failure of the web is less than one percent.

15

27

6.    The infusion web of claim 1 wherein the hydrophobic treating system includes a strength imparting hydrophobic binder comprising a butyl acrylate copolymer.

7.    The infusion web of claim 1 wherein the hydrophobic treating system includes a latex emulsion of a hydrophobic strength imparting binder completely impregnating the entire web material and imparting sufficient resistance to wetting to eliminate the water climb of the fibrous sheet material, the latex emulsion of the hydrophobic binder exhibiting an affinity for being readily absorbed into the fibers of the web, the binder being an alkyl acrylate polymeric material.

8.    The infusion web of claim 1 wherein the fibrous sheet material contains a strength imparting binder and the hydrophobic treating system comprises a hydrophobic agent.

9.    The infusion web of claim 8 wherein the hydrophobic agent is selected from the group consisting of silicones, fluorohydro-carbons, parafin, alkyl ketene dimers and stearylated materials.

10.    The infusion web of claim 8 wherein the hydrophobic agent comprises from 0.3 to 30 percent by weight.

11.    A process for producing porous web materials for making infusion packages having enhanced mechanical seam integrity comprising the steps of providing a porous absorbent web material suited for use as an infusion package, treating the entire web material with a hydrophobic treating system to provide a treated web that exhibits no appreciable water climb when measured using water at a temperature of about 100° C and less than 10 percent failure in a mechanical seam therein when exposed to boiling water.

16

28

12.  The process of claim 11 wherein the hydrophobic treating system includes a latex dispersion of a hydrophobic agent that exhibits an affinity for being readily absorbed into the fibers of the web, the dispersion completely impregnating the web material, and subsequently insolublizing the agent on the web.

13.  The process of claim 11 wherein the hydrophobic treating system completely impregnates the web material and is comprised of a strength imparting hydrophobic binder that imparts resistance to aqueous absorption as measured by water climb, the hydrophobic agent exhibiting an affinity for being readily absorbed into the fibers of the web, the binder being a latex dispersion applied as a saturating treatment and subsequently dried.

14.  The process of claim 13 wherein the binder is a latex dispersion of an alkyl acrylate, the latex binder being present in an amount sufficient to provide a binder pick up by the web of at least 3 - 4 percent by weight.

15.  The process of claim 11 wherein the fibrous sheet material is soft, tissue weight material, the process including the step of treating the web with a binder in addition to the hydrophobic treating system, said system being comprised of a hydrophobic agent that exhibits an affinity for being readily absorbed into the fibers of the web, said hydrophobic agent being applied as a latex dispersion in an amount sufficient to impart a hydrophobic agent pick up of about 0.3 to 30 percent by weight.

16.  The process of claim 11 wherein the hydrophobic treating system includes a hydrophobic agent selected from the group

17

29

consisting of silicones, fluorohydrocarbons, parafin, alkyl ketene
dimers and stearylated materials.

17. The process of claim 11 wherein the fibrous sheet mate-
rial is a prebonded, light weight, highly wettable material and the
hydrophobic treating system includes a hydrophobic agent that
imparts complete resistance to wetting as measured by water climb,
the hydrophobic agent exhibiting an affinity for being readily
absorbed into the fibers of the web and being applied by a size
press.

18. The process of claim 11 wherein the hydrophobic treating
system completely impregnates the web material as the web material
is being treated with a strength imparting binder.

18



Attorney Docket <u>DEXNON/079/US</u>

### DECLARATION FOR PATENT APPLICATION

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first, and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

> PROCESS OF PRODUCING POROUS WEB MATERIALS
> USED FOR MAKING INFUSION PACKAGES FOR BREWING
> BEVERAGES AND THE WEB MATERIALS THUS PROVIDED

the specification of which (x) is attached hereto.
( ) was filed on _____ as
Application Ser. No. _____ with amendments through _____.

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, Section 1.56(a).

I hereby claim foreign priority benefits under Title 35, United States Code, Section 119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

Prior Foreign Application(s)                                    Priority Claimed

| <u>None</u> | | | | |
|---|---|---|---|---|
| Number | Country | Day/Month/Year Filed | ( ) Yes | ( ) No |
| | | | | |
| Number | Country | Day/Month/Year Filed | ( ) Yes | ( ) No |

I hereby claim the benefit under Title 35, United States Code, Section 120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, Section 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, Section 1.56(a) which occurred between the filing date

1

31

of the prior application and the national or PCT international
filing date of this application:

<u>None</u>
Serial No.            Filing Date            Status (patented, pending)


Serial No.            Filing Date            Status (patented, pending)

I hereby declare that all statements made herein of my own
knowledge are true and that all statements made on information and
belief are believed to be true; and further that these statements
were made with the knowledge that willful false statements and the
like so made are punishable by fine or imprisonment, or both, under
Section 1001 of Title 18 of the United States Code and that such
willful false statements may jeopardize the validity of the
application or any patent issued thereon.

I hereby appoint Ralph H. Chilton, Reg. No. 18,861; James E. Alix,
Reg. No. 20,736; Roger A. Van Kirk, Reg. No. 20,189; Guy D. Yale,
Reg. No. 29,125; L. James Ristas, Reg. No. 28,663; Diane F.
Covello, Reg. No. 34,164; and Richard H. Berneike, Reg. No. 21,126;
or any of them, as my attorneys to prosecute this application with
full power of substitution and revocation and to transact all
business in the Patent and Trademark Office in connection
therewith. All correspondence should be directed to:

Chilton, Alix & Van Kirk
750 Main Street
Hartford, CT 06103-2708

Tel: (203) 527-9211

Name of Inventor  Scott                Peter              C.
                  Last                 First              Middle

Peter C. Scott                         June 30, 1993
Signature                              Date
Residence  7 Shannon Drive             Citizenship  U.S.
           Enfield, CT 06082
Post Office Address  Same as above

*      *      *      *      *      *      *      *      *      *      *

2

Name of Inventor  Viazmensky                     Helen
                        Last                        First              Middle

Helen Viazmen
Signature                                         6 - 30 - 93
Residence 15-3 Arthur Drive                       Date
          South Windsor, CT 06074                 Citizenship U.S.

Post Office Address Same as above

    *        *        3—au        *        *        *        *        *        *        *

Name of Inventor  Wolcheck, Jr.                   Nicholas
                        Last                        First              Middle

Nicholas Wolcheck Jr.
Signature                                         6-30-93
Residence 938 Thrall Avenue                       Date
          Suffield, CT 06078                      Citizenship U.S.

Post Office Address Same as above

3

PATENT APPLICATION SERIAL NO. _____ 08/086673

JC
8/25/93

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

090 JM 07/23/93 08086673          1 101     710.00 CK DEXNOH/079/U

PTO-1556
(5/87)

34

35

2

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re patent application of

P.C. Scott, H. Viazmensky and N. Wolcheck Jr.

Serial No. 08/086,673

Filing Date:  07/01/93                    Group Art Unit: ~~1302~~  1504

For: PROCESS OF PRODUCING POROUS WEB MATERIALS USED FOR MAKING
     INFUSION PACKAGES FOR BREWING BEVERAGES AND THE WEB MATERIALS
     THUS PRODUCED

Commissioner of Patents
     and Trademarks
Washington, DC 20231

Sir:

RECEIVED
OCT. 6 1993
GROUP 1500

INFORMATION DISCLOSURE STATEMENT

Applicant submits herewith patents, publications or other
information of which they are aware, which they believe may be
material to the examination of the above-identified application and
in respect of which there may be a duty to disclose in accordance
with 37 CFR 1.56.

This Information Disclosure Statement is not intended to
constitute an admission that any patent, publication or other
information referred to herein or submitted herewith is "prior art"
for this invention unless specifically designated as such.

In accordance with 37 CFR 1.97(b), the filing of this
Information Disclosure Statement shall not be construed to mean

I hereby certify that this correspondence is being deposited on the
date given below with the United States Postal Service as first
class mail in an envelope addressed to "Commissioner of Patents and
Trademarks, Washington, DC 20231."

Date:  September 28, 1993          James E. Alix, Reg. No. 20,736

36

that a search has been made or that no other material information
as defined in 37 CFR 1.56(a) exists.

A copy of each of the items listed on the attached PTO-1449 is
supplied herewith.

Respectfully submitted,

P.C. Scott et al

By: *James E. Alix*
    James E. Alix
    Registration No. 20,736
    Chilton, Alix & Van Kirk
    Attorney for Applicant

Date:  September 28, 1993
750 Main Street
Hartford, CT 06103
(203) 527-9211
Our Ref:  DEXNON/079/US
JEA/ra

RECEIVED
OCT, 6 1993
GROUP 1500

2

37

Form PTO-1449

sheet ___ of ___ (2-92)

**INFORMATION DISCLOSURE CITATION IN AN APPLICATION**

*(Use several sheets if necessary)*

RECEIVED OCT 6 1993

MAIL ROOM SEP 30

Docket Number (Optional): DEXNON/079/043

GROUP 1500

Title: Process of Producing Porous Web Materials...

Applicant: Peter C. Scott et al

Filing Date: 07/01/93    Group Art Unit: 1302

### U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| | 2,852,795 | 09/58 | Hermanson et al | 15 | 131.1 | |
| | 3,174,889 | 03/65 | Anderson et al | 156 | 254 | |
| | 3,183,096 | 05/65 | E.F. Hiscock | 99 | 77.1 | |
| | 3,373,043 | 03/68 | S. Rubenstein | 99 | 77.1 | |
| | 3,386,834 | 06/68 | Noiset et al | 99 | 77.1 | |
| | 3,468,696 | 09/69 | B.W. Conway | 117 | 62.1 | |
| | 3,616,166 | 10/71 | L.E. Kelley | 161 | 148 | |
| | 3,881,987 | 05/75 | C.S. Benz | 162 | 116 | |
| | 4,289,580 | 09/81 | C. Elston et al | 162 | 109 | |
| | 4,902,370 | 02/90 | Dust et al | 156 | 327 | |
| | 5,015,513 | 05/91 | Newbold et al | 428 | 35.5 | |

### FOREIGN PATENT DOCUMENTS

| | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | Translation YES | NO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | | |

EXAMINER: JAMES J BELL    DATE CONSIDERED: 09/29/94

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP § 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to the applicant.

(2-92)    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

38

**3**



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|

08/086,673    07/01/93    SCOTT

P    DEXNON079US

CHILTON, ALIX & VAN KIRK     15N1/1011
750 MAIN STREET
HARTFORD, CT 06103-2708

| EXAMINER |
|---|
| BELL, J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1504 | 3 |

DATE MAILED:    10/11/94

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☐ This application has been examined    ☐ Responsive to communication filed on _____    ☐ This action is made final.

A shortened statutory period for response to this action is set to expire __3__ month(s), _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☐ Notice of References Cited by Examiner, PTO-892.    2. ☐ Notice of Draftsman's Patent Drawing Review, PTO-948.
3. ☒ Notice of Art Cited by Applicant, PTO-1449.    4. ☐ Notice of Informal Patent Application, PTO-152.
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.    6. ☐ _____

**Part II    SUMMARY OF ACTION**

1. ☒ Claims __1-18__ are pending in the application.

Of the above, claims _____ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☒ Claims __1-18__ are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. ☐ Formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings are ☐ acceptable; ☐ not acceptable (see explanation or Notice of Draftsman's Patent Drawing Review, PTO-948).

10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____ has (have) been ☐ approved by the examiner; ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____, has been ☐ approved; ☐ disapproved (see explanation).

12. ☐ Acknowledgement is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application, serial no. _____; filed on _____.

13. ☐ Since this application appppears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

**EXAMINER'S ACTION**
40

PTOL-326 (Rev. 2/93)

Serial No. 086,673                              -2-

Art Unit   1504

This application does not contain an Abstract of the
Disclosure as required by 37 C.F.R. § 1.72(b).  An Abstract on a
separate sheet is required.

Claims 1-18 are rejected under 35 U.S.C. § 112, second
paragraph, as being indefinite for failing to particularly point
out and distinctly claim the subject matter which applicant
regards as the invention.  In claim 1 it is unclear as to what is
meant to be included by "hydrophobic treating system".  It
appears that it is a combination of a latex emulsion of a
hydrophobic agent and a hydrophobic binder which applicants have
failed to set forth in claim 1.

The following is a quotation of 35 U.S.C. § 103 which forms
the basis for all obviousness rejections set forth in this Office
action:

> A patent may not be obtained though the invention is not
> identically disclosed or described as set forth in section
> 102 of this title, if the differences between the subject
> matter sought to be patented and the prior art are such that
> the subject matter as a whole would have been obvious at the
> time the invention was made to a person having ordinary
> skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which
> the invention was made.

> Subject matter developed by another person, which qualifies
> as prior art only under subsection (f) or (g) of section 102
> of this title, shall not preclude patentability under this
> section where the subject matter and the claimed invention
> were, at the time the invention was made, owned by the same
> person or subject to an obligation of assignment to the same
> person.

Claims 1-18 are rejected under 35 U.S.C. § 103 as being
unpatentable over Noiset et al in view of Kelley or Conversely,

41

Serial No. 086,673                              -3-

Art Unit   1504


Kelley et al in view of Noiset et al.

     Noiset et al disclose a porous web coated with an aqueous
emulsion of a hydrophobic agent (organopolysiloxanes) in discrete
areas for use with infusion-type paper.  Noiset et al fails to
disclose impregnation throughout the paper.

     Kelley discloses a polyblend of agent and binder over the
entire area of porous web or it may be applied in preselected
areas for use with infusion-type packaging (column 5, lines 21-23
and 64-65).  It would be obvious in view of the teaching of
Kelley to impregnate the porous web of Noiset et al over the
entire area, if so desired.

     Conversely, it would be obvious to employ the polysiloxane,
as taught by Noiset et al, as the aqueous emulsion agent in
Kelley.




                                 JAMES J. BELL
                            PRIMARY EXAMINER
                              ART UNIT 154

James J. Bell:jp
October 04, 1994


                                 42

43

4



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re patent application of

P.C. Scott, H. Viazmensky and N. Wolcheck, Jr.

Serial No. 08/086,673                        Examiner: Bell, J.

Filing Date: 07/01/93                        Group Art Unit: 1504

For:   Process of Producing Porous Web Materials Used for Making Infusion Packages
       for Brewing Beverages and the Web Materials Thus Produced

Commissioner of Patents
    and Trademarks
Washington, DC 20231

Sir:

## Amendment

In response to the office action dated October 11, 1994, please amend the
above-identified application as follows.

Please add the Abstract of the Disclosure, attached hereto on a separate sheet,
as the last page of the application.

In the claims:

Please amend claim 1 as follows:

1. (Amended)  A fibrous web suited for making infusion packages for brewing
beverages and exhibiting improved resistance to the failure of a mechanical seam
therein, said web comprising a porous fibrous sheet material impregnated throughout
its extent with about one percent or more by weight of a hydrophobic treating system
comprising a cured hydrophobic agent selected from the group consisting of high
molecular weight cross-linked acrylic polymers, silicones, fluorohydrocarbons,

44

paraffins, alkyl ketene dimers and stearylated materials, the impregnated sheet material exhibiting no appreciable water climb when measured using water at a temperature of about 100° C and no substantial loss of infusion characteristics while providing less than 10 percent failure in the mechanical seam upon exposure to boiling water.

Please amend claim 2 as follows:

2.    The infusion web of claim 1 wherein the [hydrophobic treating system includes a latex emulsion of a] hydrophobic agent that completely impregnates the entire web material [and is comprised of] comprises at least 3 - 4 percent by weight of the web material [a strength imparting binder].

Please amend claim 3 as follows:

3.    The infusion web of claim 1 wherein the hydrophobic agent is a high molecular weight [treating system includes an] alkyl acrylate strength imparting hydrophobic binder.

Please amend claim 5 as follows:

5.    The infusion web of claim 1 wherein the hydrophobic agent [treating system] comprises up to about 8 - 12 percent by weight of the web material [a hydrophobic agent] and the mechanical seam failure of the web is less than one percent.

Please amend claim 6 as follows:

6.    The infusion web of claim 1 wherein the hydrophobic agent is [treating system includes] a strength imparting hydrophobic binder comprising a high molecular weight cross-linked butyl acrylate copolymer.

2

45

