G

Case 3:03-cv-00169-AVC    Document 157-22    Filed 12/03/2004    Page 1 of 7

Page 1

```
 1            UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
 2

 3

      - - - - - - - - - - - - - - - - - -)
 4                                        )
      AHLSTROM WINDSOR LOCKS, LLC,        ) Case No.
 5                                        ) 3:03-CV-0169-AVC
                      Plaintiff,          ) Volume 1
 6                                        )
      VS.                                 )
 7                                        )
      SCHOELLER & HOESCH, NA, INC.,       )
 8                                        )
           and                            )
 9                                        )
      P.H. GLATFELTER COMPANY,            )
10                                        )
                      Defendants.         )
11                                        )
      - - - - - - - - - - - - - - - - - -)
12

13

14   CONFIDENTIAL DEPOSITION OF:  PETER C. SCOTT
     DATE:  JANUARY 29, 2004
15   HELD AT:  ROBINSON & COLE, LLP
               280 TRUMBULL STREET
16             HARTFORD, CONNECTICUT

17

18

19

20

21

22
     Reporter:  Sandra V. Semevolos, RMR, CRR, LSR #00074
23          BRANDON SMITH REPORTING SERVICE
                  44 Capitol Avenue
24              Hartford, CT  06106
                Tel (860) 549-1850
25
```

Page 78

1  now when patent '997 was first reduced to practice?

2      A    Patent '997 --

3           MR. BRESNICK: Wait, I object to the

4  form of that question.

5           MS. FISHER: That's fine. Let me

6  rephrase it.

7  BY MS. FISHER:

8      Q    Can you tell me when the '997 patent was

9  first reduced to practice?

10     A    March of 1993.

11     Q    Is it possible that it was in fact sold in

12 some form prior to March of '93?

13     A    No.

14     Q    What were the problems with the 2010 grade

15 that you were addressing in Project 70-10?

16     A    2010 being the other binder system running

17 on the tea packing machines had pour runability on

18 the seams and the centerfolds were very weak, so when

19 a person or a customer, individuals, whoever drank

20 tea, would brew those tea bags, the centerfold seam

21 would open up and the tea would come out into the

22 cup.

23     Q    What, if any, customers complained to you

24 about that problem?

25     A    Lipton was the first complaint. That was

Case 3:03-cv-00169-AVC   Document 157-22   Filed 12/03/2004   Page 4 of 7

1/29/2004

CONFIDENTIAL
Ahlstrom vs Schoeller

Peter Scott

Page 79

```
 1    the major one that started this.
 2        Q     Anyone else?
 3        A     There were other customers who had the
 4    issue, but they didn't register complaints with us.
 5    But they had their own customers complaining.
 6        Q     You indicated that there was runability
 7    problems, I think, on the machine, on the tea packing
 8    machines?
 9        A     Tea packing machines.  The product did not
10    run as well.
11        Q     What machines are those, what type of
12    machines?
13        A     They are called Constantas.
14        Q     So it was only on the Constanta machine?
15        A     Yeah.  Any tea packing machine that ran
16    nonheatseal tea bag.
17        Q     Meaning any Constanta machine?
18        A     There are other types of machines that run
19    nonheatseal tea bags out in the industry.
20        Q     But you weren't aware of problems on those
21    machines?
22        A     Yes, we were.
23        Q     Oh, you were, okay.  So not just Constanta
24    machines?
25        A     Correct.
```

Page 103

```
1      A    Yes.
2      Q    And that was after performing water climb
3    tests?
4      A    Water climb tests and leakers.
5      Q    And leakers.  Tell me what you mean by
6    "leakers."
7      A    Leakers is where we would take the tea bag
8    paper, make tea bags either at our plant or at a
9    customer's plant, and then test for leakers by
10   pouring the hot water on them.
11     Q    What customer did you use to create the
12   leakers -- excuse me.
13          What customer did you use to create the tea
14   bags used for the leaker test done with respect to
15   the '997 patent application?
16     A    Lipton.
17     Q    Any other customer?
18     A    Lipton was the major customer.  After we
19   were done with the project, it went out to other
20   customers.
21     Q    But you used Lipton?
22     A    Primarily Lipton, yes.
23     Q    To make the tea bags?
24     A    Yes.
25     Q    Do you remember when you first asked Lipton
```

CONFIDENTIAL

1/29/2004  Ahlstrom vs Schoeller  Peter Scott

Page 210

1   A   I don't know.
2   Q   I think you said that these organopolysiloxanes are considered silicones; is that right?
5   A   I believe they are, yes.
6   Q   Can you look at line 30 and onward in the Noiset patent, column 4. Am I right that this patent discloses examples where the entire surface area of the tea bag is treated? See in line 31.
10  A   Yes, it does.
11  Q   So Table 1 discloses results when the entire surface area was treated with a organopolysiloxane; right?
14  A   Yes.
15  Q   Now, would paper made according to the Noiset patent have any water climb?
17  A   I don't believe so.
18  Q   It would be inherent in the chemical properties of the paper; correct?
20  A   If it's covering the entire surface, yes.
21  Q   It would have no water climb?
22  A   Yes.
23  Q   Now, all right. If that's the case then, how were you able to conclude that a paper -- wait a minute. Excuse me. Withdrawn.

1/29/2004

CONFIDENTIAL
Ahlstrom vs Schoeller

Peter Scott

Page 213

1    Q    I think my last question was:  Do you
2  understand the primary objective of the Noiset
3  patent?
4    A    To the best of my knowledge, I believe that
5  the objective of the Noiset patent was to help in
6  preventing trapped gases and the off-gassing of tea
7  bag and prevent the seams from opening up the seals.
8    Q    Am I right that that was also the primary
9  objective of the '997 patent as to nonheatsealable
10 papers?
11   A    As to nonheatsealable papers, yes.
12   Q    I know that you had said, or at least I
13 believe you said, correct me if I'm wrong, that the
14 embodiment of the Noiset patent was primarily to
15 cover discrete areas of the tea bag surface with
16 hydrophobic or water repellent materials, but you
17 would agree that the idea of covering the entire
18 surface area is also referenced in the patent;
19 correct?
20   A    It is referenced in the patent, yes.
21   Q    And it's disclosed in some way in the
22 patent; correct?
23   A    There is a reference to it, yes.
24   Q    Now, you had said also that -- withdrawn.
25        You said that the Noiset patent only refers