UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AHLSTROM WINDSOR LOCKS LLC, | : | CIVIL ACTION NO 3:03-CV-0169 (AVC) |
| Plaintiff, | : | |
| V. | : | |
| SCHOELLER & HOESCH, NA, INC., and P.H. GLATFELTER COMPANY | : | |
| Defendants. | : | DECEMBER 7, 2004 |

**MOTION TO SEAL ON CONSENT OF THE PARTIES**

The plaintiff, Ahlstrom Windsor Locks LLC ("Plaintiff" or "Ahlstrom"), moves to seal a letter sent by Plaintiff's counsel, Sidney R. Bresnick, Esq., to The Honorable Alfred V. Covello and filed with the Court on December 1, 2004 (Docket No. 149) (the "Letter"), due to the personal and sensitive nature of the substance of the Letter. Additionally, Plaintiff moves to seal the copy of the Letter on which the Court issued an Endorsement Order, dated December 1, 2004 (Docket No. 150). The defendants, Schoeller & Hoesch, NA, Inc., and P.H. Glatfelter Company, through their counsel, Dina S. Fisher, Esq., have consented to the sealing of these documents.

On November 29, 2004, Mr. Bresnick sent a one-paragraph letter to the Court advising it that James Alix, Esq., would be unavailable to resume his deposition within the time schedule set by the Court due to a medical situation fully explained in the Letter. See Letter, filed December 1, 2004 (Docket No. 149). Construing the Letter as a motion to extend the period for taking the deposition of Mr. Alix, the Court filed the Letter on December 1, 2004, and entered an Endorsement Order on the face of the Letter, which order was also filed and made a part of the

official court record on December 1, 2004. See Endorsement Order, dated December 1, 2004 (Docket No. 150).

Mr. Alix's medical situation is a personal and sensitive matter that should not be made public. Accordingly, both the Letter and the copy of the Letter with the Court's Endorsement Order should be sealed by the Court to ensure that this personal matter is shielded from public view. See generally United States v. Amodeo, 71 F.3d 1044, 1051 (2d Cir. 1995) (setting forth that courts have "the power to ensure that their records are not used to gratify public spite or promote public scandal" and noting that illnesses are private matters that "weigh more heavily against access than conduct affecting a substantial portion of the public").

WHEREFORE, the plaintiff, Ahlstrom Windsor Locks LLC, with the consent of the defendants, respectfully requests that the Court seal the letter from Sidney R. Bresnick, Esq., to The Honorable Alfred V. Covello, filed with the Court December 1, 2004 (Docket No. 149). Additionally, Plaintiff requests that the Court seal the copy of the letter on which the Court entered its Endorsement Order, dated December 1, 2004, granting the motion to extend the period for taking the deposition of James Alix, Esq. (Docket No. 150).

Dated: December 7, 2004              AHLSTROM WINDSOR LOCKS LLC
       Stamford, Connecticut

By: /s/ Eric E. Grondahl
Eric E. Grondahl
Federal Bar No.: ct 08988
McCarter & English LLP
CityPlace I
185 Asylum Street
Hartford, Connecticut 06103
Tel.: (860) 275-6700
Fax: (860) 724-3397
Email: egrondahl@mccarter.com

-and-

Sidney R. Bresnick, Esq.
Federal Bar No.: ct 16295
Yunling Ren, Esq.
Federal Bar No.: ct 21078
Cohen, Pontani, Lieberman & Pavane
551 Fifth Avenue
New York, New York 10176
Tel.: (212) 687-2770
Fax: (212) 972-5487
Email: sbresnick@cplplaw.com

## **CERTIFICATION**

This is to certify that on this 7th day of December 2004, a copy of the foregoing Motion to Seal on Consent of the Parties, dated December 7, 2004, has been mailed, postage prepaid, to:

Dina S. Fisher, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, Connecticut 06103-3597

Marc J. Farrell, Esq.
Buchanan Ingersoll PC
One South Market Square
213 Market Street, 3rd Floor
Harrisburg, Pennsylvania 17101-2121

                                             _____
                                             Eric E. Grondahl

HARTFORD: 628422.01