UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. 3:03-CV-0169 (AVC) |
| ) | |
| SCHOELLER & HOESCH, N.A., INC. and ) | |
| P. H. GLATFELTER COMPANY, ) | |
| ) | |
| Defendants. ) | DECEMBER 7, 2004 |

**MOTION FOR EXTENSION OF TIME
PURSUANT TO D. CONN. L. CIV. R. 7(b)(2)**

Pursuant to D. Conn. L. Civ. 7(b)(2), Plaintiff Ahlstrom Windsor Locks LLC ("Plaintiff") hereby moves for a six (6) day extension of time up to and including December 20, 2004 to file a Reply Brief in further support of its Motion for Leave to Take Deposition of Defendant Glatfelter through its Subsidiary Schoeller & Hoesch [Dkt. # 137]. Since Defendants filed their Opposition Memorandum on November 30, 2004 [Dkt # 147], Plaintiff's response is currently due on December 14, 2004.

The additional time is necessary because the parties are taking expert witness depositions the week of December 6, 2004 and thus Plaintiff's counsel will not have adequate time to prepare Plaintiff's Reply Brief since it is involved in the depositions.

This is the first such request for an extension of time that has been made in connection with Plaintiff's Motion for leave to take Deposition. The undersigned contacted counsel for Defendants regarding Plaintiff's request for an extension of time and counsel for Defendants indicated that Defendants do not consent to Plaintiff's request.

WHEREFORE, Plaintiff respectfully requests an extension of time up to and including to December 20, 2004 file its Reply Memorandum in further support of its Motion for Leave to Take Deposition of Defendant Glatfelter through its Subsidiary Schoeller & Hoesch.

                                  Respectfully submitted,

December 7, 2004                    PLAINTIFF
                                        AHLSTROM WINDSOR LOCKS LLC
                                        BY ITS ATTORNEYS

By /s/ Alexandra B. Stevens
Alexandra B. Stevens (CT 203300)
Basem E. Nabulsi (CT 20897)
McCARTER & ENGLISH, LLP
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902
(203) 324-1800
(203) 323-6513 (fax)
astevens@mccarter.com
       -and-
Sidney R. Bresnick, Esq. (CT 16295)
Yunling Ren, Esq. (CT 21078)
COHEN, PONTANI, LIEBERMAN & PAVANE
551 Fifth Avenue
New York, NY 10176
(212) 687-2770
(212) 972-5487 (fax)
sbresnick@cplplaw.com

2

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing MOTION FOR EXTENSION OF TIME PURSUANT TO D. CONN. L. CIV. R. 7(b)(2) has been served by first class mail, postage prepaid, this 7th day of December, 2004 to:

>Dina S. Fisher, Esq.
>ROBINSON & COLE LLP
>280 Trumbull Street
>Hartford, CT 06103-3597
>
>-and-
>
>Marc J. Farrell, Esq.
>BUCHANAN INGERSOLL PC
>One South Market Square, 3rd Floor
>Harrisburg, PA 17101-2121

ALEXANDRA B. STEVENS

HARTFORD: 628412.01