UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, | CIVIL ACTION NO. 3:03-CV-0169 (AVC) |
| Plaintiff, | |
| v. | |
| SCHOELLER & HOESCH, NA, INC., and P.H. GLATFELTER COMPANY | |
| Defendants. | DECEMBER 7, 2004 |

## MOTION TO SEAL ON CONSENT OF THE PARTIES

The plaintiff, Ahlstrom Windsor Locks LLC ("Plaintiff" or "Ahlstrom"), moves to seal a letter sent by Plaintiff's counsel, Sidney R. Bresnick, Esq., to The Honorable Alfred V. Covello and filed with the Court on December 1, 2004 (Docket No. 149) (the "Letter"), due to the personal and sensitive nature of the substance of the Letter. Additionally, Plaintiff moves to seal the copy of the Letter on which the Court issued an Endorsement Order, dated December 1, 2004 (Docket No. 150). The defendants, Schoeller & Hoesch, NA, Inc., and P.H. Glatfelter Company, through their counsel, Dina S. Fisher, Esq., have consented to the sealing of these documents.

On November 29, 2004, Mr. Bresnick sent a one-paragraph letter to the Court advising it that James Alix, Esq., would be unavailable to resume his deposition within the time schedule set by the Court due to a medical situation fully explained in the Letter. See Letter, filed December 1, 2004 (Docket No. 149). Construing the Letter as a motion to extend the period for taking the deposition of Mr. Alix, the Court filed the Letter on December 1, 2004, and entered an Endorsement Order on the face of the Letter, which order was also filed and made a part of the

---

*Margin annotations:*

Alfred V. Covello, U.S.D.J. — FILED 2004 DEC 13 P 2: [ ] U.S. DISTRICT COURT HARTFORD, CT.

December 9, 2004. GRANTED upon filing of an envelope with the clerk's office that displays the case caption and number and states that the contents of the envelope have been sealed pursuant to this order. SO ORDERED.