IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, | : |
| Plaintiff, | : CASE NO. 3:03-CV-0169-AVC |
| v. | : |
| SCHOELLER & HOESCH, NA, INC., and P. H. GLATFELTER COMPANY, | : |
| Defendants. | : DECEMBER 16, 2004 |

### MOTION TO EXTEND DEADLINE FOR FILING DISPOSITIVE MOTIONS

Defendants, Schoeller & Hoesch, NA, Inc. and P. H. Glatfelter Company, through their counsel, hereby request that the Court extend the deadline for filing dispositive motions, currently set at December 17, 2004, by sixty (60) days to February 15, 2005 in order to permit the parties to complete discovery. As it stands, by agreement of the parties, Defendants took the depositions of Plaintiff's three expert witnesses at the end of last week (December 8, 9 and 10). Plaintiff produced more than 1,000 additional documents on December 6 from its experts. Plaintiff indicated verbally on December 9 that it plans to take the deposition of Defendants' expert in mid-January. Defendants also intend to complete the deposition of James Alix no earlier than mid-January (pursuant to Plaintiff's letter motion dated November 29 and the Court's Order thereon dated December 1). Therefore, in light of this on-going discovery, Defendants will be unable to prepare dispositive motions prior to the current deadline of December 17.

Accordingly, Defendants ask that the Court extend the deadline for filing dispositive motions to February 15, 2005, to give the parties the opportunity to complete discovery. Counsel

for Plaintiff, Sidney Bresnick, indicated by e-mail dated December 14, 2004, that Plaintiff does not concur in this motion.

        Attorneys for Defendants,
        Schoeller & Hoesch, NA, Inc. and
        P. H. Glatfelter Company

By *[signature: Brett Boskiewicz]*
        Dina S. Fisher (ct 14896)
        e-mail: dfisher@rc.com
        Brett J. Boskiewicz (ct25632)
        e-mail: bboskiewicz@rc.com
        280 Trumbull Street
        Hartford, CT 06103-3597
        Tel. No.: (860) 275-8200
        Fax No.: (860) 275-8299

        Marc J. Farrell (ct 24539)
        e-mail: farrellmj@bipc.com
        BUCHANAN INGERSOLL, P.C.
        213 Market Street, 3rd Floor
        Harrisburg, PA 17101-2121
        (717) 237-4820

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served by means of facsimile and first class mail, on this the 16th day of December, 2004, upon the following:

Sidney R. Bresnick, Esq.
Yunling Ren, Esq.
Cohen, Pontani, Lieberman & Pavane
551 Fifth Avenue
New York, NY 10176

Basam E. Nabulsi, Esq.
Alexandra Stevens, Esq.
McCarter & English LLP
Four Stamford Plaza
107 Elm Street, 9th Floor
Stamford, CT 06902

Eric E. Grondahl, Esq.
Alexandra Stevens, Esq.
McCarter & English LLP
City Place I
185 Asylum Street, 36th Floor
Hartford, CT 06103-3495

_____
Brett J. Boskiewicz