UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AHLSTROM WINDSOR LOCKS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:03-CV-0169 (AVC) |
| | ) | |
| SCHOELLER & HOESCH, N.A., INC. and | ) | |
| P. H. GLATFELTER COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO EXTEND THE DEADLINE FOR FILING DISPOSITIVE MOTIONS

Defendants, Schoeller & Hoesch, NA, Inc. and P. H. Glatfelter Company ("Defendants"), have moved to extend the deadline for filing dispositive motions from its currently set date of December 17, 2004 to February 15, 2005. Plaintiff, Ahlstrom Windsor Locks LLC ("Plaintiff") opposes the motion for the following reasons:

- The extension jeopardizes the March 15, 2005 trial ready date to which the parties have agreed and which the Court has indicated could be expected to be met.

- The expert discovery that the Defendants refer to has for the most part been completed: Defendants have already completed the depositions of two of the three experts that have filed reports on behalf of Plaintiff while the third expert has already been deposed for a full day.

- The 1,000 additional documents that Defendants refer to in their motion were produced in connection with the depositions of Plaintiff's experts and, in large part, are duplicative of documents already in Defendants' possession: e.g., the patent-in-suit and prior art references, Defendants' patent, Defendants' expert

report and Plaintiff's expert reports and backup data therefrom.

- The deposition of James Alix will be taken by mid-January 2005 and will be completed at that time. There are no additional documents to be produced in connection with that deposition.

- Defendants have no other outstanding requests for fact discovery at this time.

- Defendants have already filed a dispositive motion for summary judgment of invalidity.

- The case has been extended several times already at the request of both parties.

This case has been pending for about two years, during which time Defendants' infringement has continued unabated. Additional delay will further adversely affect Plaintiff's position and will further impinge upon the Court's judicial resources.

Defendants' main stated reason for requesting an extension is that they have just received 1,000 pages of additional documents in connection with the depositions of Plaintiff's experts. Plaintiff served Defendants with its expert reports on infringement in May 2004, more than seven months ago. Defendants have had ample opportunity to depose these experts for the purpose of filing dispositive motions. Defendants have already filed a motion for summary judgment. There is no justification for Defendants to request an extension to file another beyond the deadline for such motions

Discovery in the instant case is practically completed, except for Plaintiff's requested depositions of Defendants' expert witness and Defendants' fact witnesses on the pending issue of quality control and comparative testing. These fact witnesses haven't been deposed earlier only because Defendants have refused to produce them. This remaining discovery should not affect the trial ready date. Defendants' attempt to use this

limited remaining discovery as an excuse to justify their request for an extension of the dispositive motion period is unwarranted.

Therefore, Plaintiff respectfully urges the court to deny Defendant's motion for an extension of time to ensure that the trial ready date will not be postponed.

Respectfully submitted,

December 17, 2004

COHEN, PONTANI, LIEBERMAN & PAVANE

By _____

Sidney R. Bresnick, Esq. (ct 16295)
Yunling Ren, Esq. (ct 21078)
551 Fifth Avenue
New York, NY 10176
Tel. 212-687-2770
Fax 212-972-5487
    -and-
McCarter & English, LLP
Basam E. Nabulsi, Esq. (ct 20897)
Four Stamford Plaza
107 Elm Street, 9th Floor
Stamford, CT 06902
Tel. 203-965-0601
Fax 203-323-6513

*Attorneys for Plaintiff,*
Ahlstrom Windsor Locks LLC

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Plaintiff's Opposition to Defendants' Motion to extend the Deadline for Filing Dispositive Motions has been sent by facsimile and mailed, postage prepaid, this 17th day of December, 2004 to:

Dina S. Fisher, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

-and-

Marc J. Farrell, Esq.
Buchanan Ingersoll PC
One South Market Square, 3rd Floor
Harrisburg, PA 17101-2121