UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 DEC 17  A 10: 41

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SCHOELLER & HOESCH, N.A., INC. and )<br>P. H. GLATFELTER COMPANY, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 3:03-CV-0169 (AVC) |

**ANSWER OF PLAINTIFF, AHLSTROM WINDSOR LOCKS LLC,
TO DEFENDANTS' SECOND AMENDED COUNTERCLAIM**

Plaintiff, Ahlstrom Windsor Locks, LLC, through its undersigned counsel, answers Defendants', Schoeller & Hoesch, N.A., Inc. and P. H. Glatfelter Company, Second Amended Counterclaim as follows:

1. Replying to Paragraph 1 of the Second Amended Counterclaim, Plaintiff repeats and realleges each and every allegation of Plaintiff's First Amended Complaint.

2. The averments set forth in Paragraph 2 state conclusions of law to which no response is required.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Denied. But if Defendants intended to plead a justiciable controversy, then Paragraph 7 is admitted.

    8.    Denied.

    9.    Denied.

    10.    Denied.

    11.    Denied.

    12.    Denied.

## AFFIRMATIVE DEFENSES

Further replying, Plaintiff-Counterclaim Defendant alleges as follows:

### FIRST AFFIRMATIVE DEFENSE

Defendants-Counterclaim Plaintiffs have failed to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Defendants-Counterclaim Plaintiffs' claims for relief under all counts are barred by the equitable doctrines of unclean hands, laches, waiver, and/or estoppel.

### THIRD AFFIRMATIVE DEFENSE

Defendants-Counterclaim Plaintiffs, through their own wrongful actions, are estopped from claiming any relief sought herein.

### FOURTH AFFIRMATIVE DEFENSE

Each of the claims of United States patent 5,431,997 are valid and enforceable.

### FIFTH AFFIRMATIVE DEFENSE

Defendants-Counterclaim Plaintiffs are barred by their breach of

the duty of good faith and fair dealing.

SIXTH AFFIRMATIVE DEFENSE

Plaintiff-Counterclaim Defendant's conduct was at all times made in good faith, engaged in without malice, and was privileged and justified.

COHEN, PONTANI, LIEBERMAN & PAVANE

By *(signature)*
Myron Cohen, Esq. (ct 15349)
Sidney R. Bresnick, Esq. (ct 16295)
Yunling Ren, Esq. (ct 21078)
551 Fifth Avenue
New York, NY 10176
Tel. 212-687-2770
Fax 212-972-5487
    -and-
McCarter & English, LLP
Basam E. Nabulsi, Esq. (ct 20897)
Four Stamford Plaza
107 Elm Street, 9th Floor
Stamford, CT 06902
Tel. 203-965-0601
Fax 203-323-6513

*Attorneys for Plaintiff,*
Ahlstrom Windsor Locks LLC

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Answer of Plaintiff, Ahlstrom Windsor Locks, LLC, to Defendants' Second Amended Counterclaim has been sent by first class mail, postage prepaid, this 16th day of December, 2004 to:

Dina S. Fisher, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
    -and-
Marc J. Farrell, Esq.
Buchanan Ingersoll PC
One South Market Square, 3rd Floor
Harrisburg, PA 17101-2121

_/s/ Sidney R. Bresnick_

4