Untersuchungsprotokoll - Nr.: 3840



**SCHOELLER HOESCH** SPEZIAL-PAPIERE

| Bezeichnung des Musters: | Cold Brew – Papier (IMA C21/23) | Datum: 01.08.00 |
| --- | --- | --- |
| Herkunft des Musters: | Dexter | Herhut |
| Art des Musters: | Grade 11425 | |
| Kunde: | Unilever | |

| | | | Dexter | Dexter UE: 3402 | 212-LEU/T | 012-RL |
| --- | --- | --- | --- | --- | --- | --- |
| Anfertigungs-Nr.: | | | Grade 11425 | Grade 11425 | 7594 | 7746 |
| Flächengewicht | g/m² | DIN ISO 536 | 13,2 | 12,7 | 12,8 | 12,8 |
| Dicke | µm | DIN EN 20534 | 44,3 | 42,1 | 43,3 | 45,6 |
| Scheinbare Stapeldichte | g/cm³ | DIN EN 20534 | 0,30 | 0,30 | 0,30 | 0,28 |
| Bruchkraft tr. längs | N/15mm | DIN 53112 | 15,7 | 13,8 | 14,9 | 13,9 |
| Bruchkraft tr. quer | N/15mm | DIN 53112 | 5,1 | 4,2 | 4,2 | 3,6 |
| Bruchkraft naß quer | N/15mm | DIN 53112 | 1,9 | 1,75 | 1,38 | 1,09 |
| Bruchdehnung längs | % | DIN 53112 | 1,9 | 1,9 | 1,2 | 1,2 |
| Bruchdehnung quer | % | DIN 53112 | - | - | 3,1 | 2,7 |
| Weiterreißfestigkeit längs | mN | DIN 53128 | Zu wenig Papier | 162 | 212 | 349 |
| Biegesteifigkeit C.E. | mN | S+H 232 | 40,3 | 25,4 | 36,2 | 28 |
| Luftdurchlässigkeit | l/m²·s | DIN 53887 | 2081 | 2150 | 2374 | 2208 |
| Weiße | % | DIN 53145 | 67,3 | 72,8 | 56,9 | 70,5 |
| Teeausfall (Sand II) | % | S+H 903-905 | 2,3 | 5,7 | 19,8 | 8,2 |
| Stoffzusammensetzung: | | | | | | |
| Nadelholz | % | | - | - | 5 | - |
| Laubholz | % | | 30 | 30 | 17 | 36 |
| Manila | % | | 70 | 70 | 78 | 64 |
| CR | % | | - | - | - | - |
| Kunstfasern | % | | - | - | - | - |
| Latex | | | + | + | + | - |

Bemerkungen:

Restmaterial wird aufbewahrt.
s. Spezifikation von Anne van Seters

D 1251

HIGHLY CONFIDENTIAL



Teediffusion



D 1259

HIGHLY CONFIDENTIAL

RE: Filter paper trial                                          25.09.00 15:48
Wayne.Larkin@unilever.com -> gerhard.slawik@schoellerhoesch

---

Dear Gerhard,,

Hopefully by this time you have received the samples. If not, please let me know and I will initiate a trace with Fed-X.
The attachment will explain what the sampes are however, a little further explaination is necessary.

Sample 'A' is the current Dexter leaker proof paper, 11514 modified slightly with surfactant to improve wettability. It is also slightly higher in basis wt. at 13g vs. 12.3g. When they did this for our cold brew they issued it a new grade 11425. So basically the 11425 is a treated 11514 which by the way the 11514 is run for all our hot tea applications. When you view the performance of the bags you will quickly observe the treatment is insufficient.

Sample 'B' is the same paper trialed in Dubai on July 11, 2000. I understand it has the same binder as my 11425 grade.

Samples C/F/K are all base 11425 with additional surfactant added and some modification to curing time of the paper to improve wettability. Within this I had them add a flat, texturalized and texturalized with color so we could evaluate differentiation of the cold brew bag from regular black tea bags.. This group is Dexters shot at improving wettability over the current 11425 particularly sample 'K' which would be a direct replacement.

Sample 'D' is Dexters grade, non-Leaker Proof with CMC binder chemistry. They added this at the last minute although position wise they would like to move away from this binder system to their latex system.

The uncoded samples are your papers with our regular black tea. I thought this would be usefull as we proceed with negotiations and eventual trial on the black tea side. Actually, I'm not sure this is the grade you would propose for that purpose but while at Suffolk it was easy to produce.

Hopefully this provides some explanation and now onto the testing.

The following tests are needed and should be performed at a water temperatur of 15 +5/-0 deg. C  This is the range of tap water a consumer would normally have.

1. Water Climb (rise) - control test format to demonstrate correlation with finished bag performance. It appears so far this test has a direct relation to finished bag wettability.

2. Wettability - a relative comparision of the sample bags rate to wet out and sink as link back to Water Climb. This should be static bags placed in the test water.

3. Infusion - light absorbance over time

4. Sift

5. Center seam strength

I do not think that all samples need to be included in the testing but would suggest at minimum we sample A / C / D / E / K.

Following testing and receipt of the results, we can make a decision to proceed with a pallet quantity or modify and repeat test.

The objective here is to provide the global sourcing team with as much physical data from a paper performance point so they can make informed decisions on the way forward.

Regards
Wayne Larkin
Sr. Packaging Development Mgr. - Beverages

D 1265

HIGHLY CONFIDENTIAL

```
RE: Filter paper trial                                      25.09.00 15:48
Wayne.Larkin@unilever.com -> gerhard.slawik@schoellerhoesch
```

201 894 7252 ph.
201 871 8133 fx.

```
-----Original Message-----
From:    gerhard.slawik@schoellerhoesch.de [SMTP:gerhard.slawik@schoellerhoesch.de]
Sent:    Friday, July 10, 2893 6:44 PM
To:      Wayne.Larkin@unilever.com
Subject:      RE: Filter paper trial

Datum/Date: 19.09.2000        Zeit/Time: 15:31
------------------------------------------------------------
von/from: Firma/Company    : Schoeller & Hoesch GmbH & Co. KG
                             Postfach 1155
                             D 76584 Gernsbach

          Name             : Slawik Gerhardt

          Telefon/Telephone: +49 7224 66 312
          Telefax          : +49 7224 66 430
          eMail            : gerhard.slawik@schoellerhoesch.de
------------------------------------------------------------
```

Dear Mr. Larkin,

first I would like to introduce myself. My name Gerhard M. Slawik and I'm working in the long fibre dept. as a sales manager and beside the sales I'm the so called tech. coordinater for Unilever world-wide. Unforturnately I couldn't meet you as you were in Europe because I was abroad for vacation. Anyway sooner or later we will each other.

It's good to hear that our filter paper grade performed well during the first quick test on your machines. We do believe that you will get the same good result if you would make a longer trial run.

Please send the samples and the spread sheets to my attention. The address is as follows:

Papierfabrik Schoeller & Hoesch GmbH & Co. KG.
Postfach 1155
76584 Gernsbach
Germany

The question now is: How shall we continue? My suggestion is to send 1 pallet of paper (approx. 250 to 300 kg) for a longer trial. Please let me know your ideas.

By the way I will be on a business trip in Sri Lanka from 22nd September to 4th October.

Kind regards
Gerhard Slawik


To: gerhard.slawik@schoellerhoesch.de
Cc: horst.dannhauser@schoellerhoesch.de
    Anne-van.Seters@unilever.com
    Brian.Royle@unilever.com
    Sandy.Hand@unilever.com

D 1266

HIGHLY CONFIDENTIAL

Untersuchungsprotokoll - Nr.:3349-3

| Bezeichnung des Musters: | Teebeutel von Dexter Lipton USA | Datum:30.6.98 u. 14.9.98 |
|---|---|---|
| Herkunft des Musters: | Herr Dannhauser | Luft |

**TEEDIFFUSION (445nm) von Doppelkammer-Teebeutel im Vergleich mit:**

Papiersorte: TBP 012-RL-T   Anf.3309 und 212-LEU-T Anf.3045
TBP 012-SRL-T Anf.3757
Prüftee: Lipton The „Brisk" Tea vom Teebeutel ( 2,26 g Einwaage )

| Bemerkungen: | | DEXTER | 012-RL-T | 212-LEU-T | 012-SRL-T |
|---|---|---|---|---|---|
| | POR. l/m².s | 1950 | 2300 | 2200 | 2430 |
| | Sandausfall % | 2,8-4,1 | 13-17 | 9,5-11,5 | 14 |
| | Man/LH/NH % | 70/30/0 | 78/22/0 | 78/17/5 | 78/16/0/6 PET |
| | Umbeutel-Nr. | 5-02871-13 | | | |

## Vorbereitung für Gegenmessung bei UNILEVER:

### A)
TBP-012-RL-T Versuchs-Anf. 3309 RNr.18560

10 Blatt DIN A4
12 Doppelkammer-Teebeutel handmade (leer) dto
6 mit Brisk Tea aus Dexter TB umgefüllt(Umbeutel Nr. 5-2871-11)
6 orginal Dexter TB mit der Umbeutel Nr. 5-02871-11

### B)
TBP-212-LEU-T Versuchs-Anf. 3045 RNr.17857

6 Doppelkammer-Teebeutel handmade (leer) dto
6 mit Brisk Tea aus Dexter TB umgefüllt(Umbeutel Nr. 5-2871-11)
6 orginal Dexter TB mit der Umbeutel Nr. 5-02871-11

an Herrn Dr. Salow 30.6.98 Luft

Nachforderung UNILEVER:
TBP-012-RL-T Versuchs-Anf. 3309 RNr.18560
nochmals 12 Doppelkammer-Teebeutel handmade (leer)
am 13.8.98 an H. Dannhauser

### C)
TBP-012-SRL-T Versuchs-Anf. 3757 RNr.19434

12 Doppelkammer-Teebeutel handmade (leer) dto
6 mit Brisk Tea aus Dexter TB umgefüllt(Umbeutel Nr. 5-2871-11)
6 orginal Dexter TB mit der Umbeutel Nr. 5-02871-11

an Herrn Dannhauser 15.9.98 Luft

D 1280

HIGHLY CONFIDENTIAL