164

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 DEC 16  P 4:56

| | | |
|---|---|---|
| AHLSTROM WINDSOR LOCKS LLC, | : | |
| | : | |
| Plaintiff, | : | CASE NO. 3:03-CV-0169-AVC |
| | : | HARTFORD CT |
| v. | : | |
| | : | |
| SCHOELLER & HOESCH, NA, INC., and | : | |
| P. H. GLATFELTER COMPANY, | : | |
| | : | |
| Defendants. | : | DECEMBER 16, 2004 |

## MOTION TO EXTEND DEADLINE FOR FILING DISPOSITIVE MOTIONS

Defendants, Schoeller & Hoesch, NA, Inc. and P. H. Glatfelter Company, through their counsel, hereby request that the Court extend the deadline for filing dispositive motions, currently set at December 17, 2004, by sixty (60) days to February 15, 2005 in order to permit the parties to complete discovery. As it stands, by agreement of the parties, Defendants took the depositions of Plaintiff's three expert witnesses at the end of last week (December 8, 9 and 10). Plaintiff produced more than 1,000 additional documents on December 6 from its experts. Plaintiff indicated verbally on December 9 that it plans to take the deposition of Defendants' expert in mid-January. Defendants also intend to complete the deposition of James Alix no earlier than mid-January (pursuant to Plaintiff's letter motion dated November 29 and the Court's Order thereon dated December 1). Therefore, in light of this on-going discovery, Defendants will be unable to prepare dispositive motions prior to the current deadline of December 17.

Accordingly, Defendants ask that the Court extend the deadline for filing dispositive motions to February 15, 2005, to give the parties the opportunity to complete discovery. Counsel

HART1-1224605-1

GRANTED.
SO ORDERED.
December 22, 2004.

Alfred V. Covello, U.S.D.J.

FILED 2004 DEC 22 P 4:05
U.S. DISTRICT COURT
HARTFORD, CT