IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, | : |
| Plaintiff, | : CASE NO. 3:03-CV-0169-AVC |
| v. | : |
| SCHOELLER & HOESCH, NA, INC., and P. H. GLATFELTER COMPANY, | : |
| Defendants. | : DECEMBER 23, 2004 |

### DEFENDANTS' MOTION TO STRIKE DECLARATION OF EARL W. MALCOLM

Defendants Schoeller & Hoesch, NA, Inc. and P.H. Glatfelter Company (collectively "Defendants") hereby move to strike the Declaration of Earl W. Malcolm submitted in conjunction with Plaintiff's opposition to Defendants' motion for summary judgment. For the reasons set forth in the accompanying memorandum, the Declaration of Earl W. Malcolm does not qualify as proper expert testimony and should be stricken.

**DEFENDANTS**
Schoeller & Hoesch, NA, Inc.
and P. H. Glatfelter Company,

By *[signature: Brett Boskiewicz]*
Dina S. Fisher (ct 14896)
dfisher@rc.com
Brett Boskiewicz (ct 25632)
bboskiewicz@rc.com
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

Marc J. Farrell (ct 24539)
farrellmj@bipc.com
BUCHANAN INGERSOLL, P.C.
One South Market Square
213 Market Street, 3rd Floor
Harrisburg, PA 17101-2121

## CERTIFICATION

This is to certify that a copy of the foregoing was served by means of facsimile and first class mail, on this the 23rd day of December, 2004, upon the following:

Sidney R. Bresnick, Esq.
Yunling Ren, Esq.
Cohen, Pontani, Lieberman & Pavane
551 Fifth Avenue
New York, NY  10176

Basam E. Nabulsi, Esq.
Alexandra Stevens, Esq.
McCarter & English LLP
Four Stamford Plaza
107 Elm Street, 9th Floor
Stamford, CT  06902

Eric E. Grondahl, Esq.
Alexandra Stevens, Esq.
McCarter & English LLP
City Place I
185 Asylum Street, 36th Floor
Hartford, CT  06103-3495

_____
Brett J. Boskiewicz