Page 1

- C O N F I D E N T I A L -

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
---------------------------------)
AHLSTROM WINDSOR LOCKS, LLC,     )
                                 )
        Plaintiff,               ) Civil Action No.
                                 )
    vs.                          ) 3:03-CV-0169 (AVC)
                                 )
SCHOELLER & HOESCH, N.A., INC.   )
and P.H. GLATFELTER COMPANY,     )
                                 )
        Defendants.              )
---------------------------------)
```

VIDEOTAPE DEPOSITION OF: EARL W. MALCOLM
DATE: December 8, 2004
HELD AT:
Robinson & Cole, LLP
280 Trumbull Street
Hartford, Connecticut
- - -

Reporter:

Sandra V. Semevolos, RMR, CRR, LSR #74

BRANDON SMITH REPORTING SERVICE
44 Capitol Avenue
Hartford, Connecticut 06106
(860) 549-1850

12-8-2004 | CONFIDENTIAL Ahlstrom v. Schoeller | Earl Malcolm

Page 24

| Time | Line | Text |
|---|---|---|
| 10:00:13 | 1 | record here at the seat of the court in |
| 10:00:16 | 2 | Hartford.  I have been doing that since the |
| 10:00:18 | 3 | beginning of the case.  I don't think -- I |
| 10:00:22 | 4 | can't recall ever sending anything out to |
| 10:00:24 | 5 | Harrisburg, maybe I have. |
| 10:00:27 | 6 | MS. FISHER:  There have been occasions. |
| 10:00:29 | 7 | MR. BRESNICK:  I don't recall but -- |
| 10:00:30 | 8 | MS. FISHER:  Just the point I think |
| 10:00:30 | 9 | really that we are beating to death is that |
| 10:00:33 | 10 | Marc had asked for the documents in advance |
| 10:00:35 | 11 | so we can prepare.  He wasn't able to do |
| 10:00:37 | 12 | that. |
| 10:00:37 | 13 | MR. BRESNICK:  He had plenty of time. |
| 10:00:39 | 14 | Let's go on with the deposition and let's see |
| 10:00:42 | 15 | how far you get, and then we will deal with |
| 10:00:45 | 16 | whatever else comes up, and, you know, if we |
| 10:00:49 | 17 | take a break, you might find that you can go |
| 10:00:51 | 18 | through those documents pretty quickly.  I'm |
| 10:00:54 | 19 | sure that you've seen most of them, so -- |
| 10:00:58 | 20 | MR. FARRELL:  Well, the other thing I |
| 10:01:00 | 21 | was about to say before we took the last |
| 10:01:02 | 22 | break was in regards to Plaintiff's |
| 10:01:03 | 23 | opposition brief, attached to which was a |
| 10:01:08 | 24 | supporting declaration from Dr. Malcolm and |
| 10:01:10 | 25 | it's very lengthy, very technical in its |

Brandon Smith Reporting

|  |  | CONFIDENTIAL |  |
|---|---|---|---|
| 12-8-2004 |  | Ahlstrom v. Schoeller | Earl Malcolm |

Page 25

| Time | Line | Text |
|---|---|---|
| 10:01:13 | 1 | nature and addresses issues separate and |
| 10:01:15 | 2 | apart from his expert reports that we need to |
| 10:01:20 | 3 | talk to him about and aren't prepared to do |
| 10:01:23 | 4 | today either because we just got that |
| 10:01:24 | 5 | document, and it was filed with the court |
| 10:01:27 | 6 | Friday, December 3rd. |
| 10:01:28 | 7 | MR. BRESNICK: I will say that the |
| 10:01:35 | 8 | declaration submitted by Dr. Malcolm in |
| 10:01:40 | 9 | connection with the summary judgment motion, |
| 10:01:44 | 10 | I look upon that as a separate issue from |
| 10:01:46 | 11 | what you have in your deposition notice, so |
| 10:01:52 | 12 | you can handle that separately, if you wish. |
| 10:01:56 | 13 | But as to his expert reports, that's what |
| 10:01:59 | 14 | this deposition was all about, so I wouldn't |
| 10:02:03 | 15 | include the summary judgment declaration as |
| 10:02:07 | 16 | part of this deposition. |
| 10:02:11 | 17 | MR. FARRELL: Okay. |
| 10:02:12 | 18 | MR. BRESNICK: Meaning, what was your |
| 10:02:19 | 19 | opening remark? |
| 10:02:21 | 20 | MR. FARRELL: Meaning we reserve the |
| 10:02:22 | 21 | right to object obviously to that declaration |
| 10:02:24 | 22 | as being outside the scope of the expert |
| 10:02:26 | 23 | report disclosures. |
| 10:02:29 | 24 | MR. BRESNICK: Today's deposition is |
| 10:02:30 | 25 | something different. |

Brandon Smith Reporting

a3709625-14fb-4056-aae0-18dee565e96e