5,431,997

3

particularly are those wet laid fibrous materials made on conventional papermaking machines.

As used herein the term "hydrophobic" refers to the characteristic of the treating agent that imparts to the web material a resistance to, or the ability to avoid, wetting with water. The hydrophobic material imparts an aversion to or lack of affinity for water and resists the passage of liquid water into the structural components of the paper through capillary action. Since the absorbent character of the fibrous web material is best measured by its "water climb", the absence of such water climb is a primary indicator of its hydrophobic character. The water climb is a measure of the rate at which the web material absorbs water by capillary action, that rate being a relationship between distance and time. The rate is reported in units of time, such as seconds, needed to travel a fixed distance, such as one inch. Also, since hot water typically is used to brew tea, the water climb is given for both hot and cold water, with the hot water value being particularly relevant for this application.

The present invention in its application to tea bags permits the use of commercially available, self-supporting infuser webs. These webs are generally soft, tissue-thin fibrous materials characterized by light weight but, when used as described hereinbefore, possess the disadvantage of somewhat limited seam integrity in boiling water. The webs are of the nonheat-seal variety and require mechanical fastening, i.e., folding and crimping, for the formation of the tea bag. Typical are the loosely formed, low density papers made of long natural fibers as described in Osborne U.S. Pat. Nos. 2,045,095 and 2,045,096.

The fibers utilized in these webs may be of any of the well-known papermaking fibers or mixtures thereof. They should be those approved for use in food and beverage applications and may include natural fibers such as jute, bleached or unbleached kraft, abaca, sisal, and other wood fibers as well as lesser amounts of approved synthetic fibers.

A variety of infuser webs may be made from these fibers and utilized in accordance with the present invention; however, for purposes of discussion, the invention will be described in its application to commercially available infuser web materials. It will be appreciated that such materials, while being extremely porous and highly wettable, are generally free from perforations and will not permit the fine dust particles of the tea to filter through the bags made therefrom.

According to the preferred aspect of the present invention, the continuous infuser webs are treated throughout their entire extent with a suitable hydrophobic agent which, when set or cured, is insoluble in aqueous solutions and unaffected by boiling water. The hydrophobic agents utilized must provide not only a resistance to wetting or aqueous absorption as measured by water climb, but also must provide this property without adversely affecting the infusion characteristics of the web throughout the treated areas. Additionally, these water repellent agents utilized according to the invention should exhibit an affinity for being readily absorbed into the fibers of the web while substantially retaining the porosity of the web. Accordingly, they are distinguished from materials which form solid films over the treated area.

Those materials found most suited for this type of application are strength imparting binders used in place of the binder systems employed heretofore or as supplemental treatments in addition to the conventional

4

binder. When employed as substitutes for prior binders, they also must be effective to provide the strength imparting characteristics of the conventional binder systems. Those found to be particularly effective as hydrophobic binders are the materials generally categorized as acrylic polymers and, more particularly, as latex dispersions or emulsions of alkyl acrylate polymers and copolymers. These materials are preferred due to their ability to substantially permeate the filaments or fibers of the infuser web without blocking or interfering with the porous openings between the fibers. Although various alkyl acrylates, including mixtures thereof, may be utilized, those used must be hydrophobic and prevent the treated web from exhibiting absorptive water climb in both hot and cold water. The preferred materials are alkyl acrylates such as ethyl acrylate and butyl acrylate polymers, copolymers and interpolymers, such as the ethyl acrylate copolymer and butyl acrylate copolymer sold by B. F. Goodrich Company under the respective tradename designations HYCAR 26-315 and 26-373 as well as the copolymer of ethyl acrylate and butyl acrylate sold by Rohm & Haas under the designation "Rhoplex NW-1715". These materials show little or no transfer to the brew after cure, are generally nontoxic and do not affect the odor, taste or quality of the brew produced, all of which are important and necessary characteristics in food and beverage products. Of course, all exhibit the requisite hydrophobic character.

The hydrophobic agent may be applied to the preformed infuser web material by well-known techniques used to add binders while assuring complete coverage of the web material. For example, the web may be treated by brush, roll, spray or immersion bath to effectuate the desired application to the web material. Since complete impregnation of the web is desired, a saturation treatment is preferred. The alkyl acrylate binder emulsions generally penetrate quickly through the rather thin and absorbent infuser web and may be applied during a suitable stage in the manufacture of the continuous fibrous web. For example, in a conventional papermaking machine, a saturating size press may be placed adjacent the dryer section prior to the final drying and collection of the web material.

After treating the infuser web with the latex dispersion of the alkyl acrylate binders, which immediately permeates through the entire thickness of the paper in the treated areas, the web then is subjected to a thermal or heat cure in order to set the binder and prevent leaching therefrom. This operation may be combined with the normal drying steps employed in making the infuser web. Although the latex binders may be air dried since they are self curing, heat curing during the drying operation is preferred. Consequently, by using proper techniques, complete coverage and adherence of the hydrophobic binder may be readily achieved.

The acrylate polymer emulsions may be employed in undiluted form or the aqueous emulsions may be diluted to provide the desired binder concentration and pick up by the web during saturation. The concentration range of the copolymer within commercially sold emulsions is typically in the high solid range of about 55-60 percent by weight with a viscosity of about 90 cps. However, the commercial emulsions typically are diluted by about 3:1 to 20:1 and preferably 5:1 to 10:1 prior to use such that the pick up by the web will be from about 3 percent to 20-25 percent by weight. Although the hydrophobic character of the binder will be effective to provide improved seam integrity at a pick up level of only about

5,431,997

1 percent by weight; at least 3-4 percent binder is preferably employed to impart adequate stiffness to the web to facilitate handling on commercial seam forming machinery. For conventional tea bags, a binder pick up of about 8-10 percent is preferred. With larger "family size" tea bags, as much as 15-20 percent binder pick up may be used.

The web material treated with a hydrophobic binder of the type described, while retaining its porosity, exhibits substantially no absorption characteristics. As mentioned, these are measured by a "water climb" test procedure that determines the rate of saturation of a web material by capillary action. In accordance with this procedure, a strip of treated material is cut to a specimen size of one inch by five inches. The strip is mounted on a support bar above a container, such as a 500 ml. beaker, so that the strip will be suspended within the beaker. The specimen is marked at ½ inch and at 1½ inches from the bottom of the specimen. The beaker is partially filled with distilled water to a level such that the bottom ½ inch of the specimen will be immersed in the water. The time then is recorded for the water front to advance up the specimen to the 1½" mark, a distance of one inch. The test is stopped at 400 seconds if the water front has not advanced sufficiently to complete the one inch climb on the specimen. The time is reported for the one inch travel of the water front. If the water front does not move above the level of the water in the beaker, a report of "no absorption" is recorded.

The water climb absorbency rate test has been correlated to the number of seam failures in a standard teabag of the flow through type. The purpose of the seam failure test is to assess the ability of a tea bag seam to maintain its integrity during forces exerted on it in a harsh brewing condition. In accordance with this test procedure, a teabag of the flow through type is inverted so that the "W" fold is extending in an upward direction and the head fold in a downward direction, with the tea located adjacent the head fold. The teabag so oriented is placed in the bottom of a beaker with the head fold facing down. Tap water is heated to a constant boiling condition and approximately 400 ml. of boiling water is poured directly onto the teabag with the stream of water being maintained on the bag throughout the pour to provide a maximum degree of water flow turbulence upon the bag. The time for pouring the boiling water onto the teabag should take about 3 seconds. The container then is examined for tea leaves discharged by the teabag. Thereafter, the bag is removed and examined at both the center fold and the head fold for any openings therein. If any of the following conditions are present, the seam is considered to be a failure:

1. Tea leaves in the beaker;
2. Opening of the center fold area;
3. Opening of the head fold area.

Based on the foregoing, the determination is made as to either failure or non-failure of the seam.

Table 1 provides an indication of the direct relationship between the water climb value of papers treated with various binders and the percent of seam failures. The seam failures are based on a minimum of 20 teabags tested.

TABLE 1

| Binder | Water Climb | | | | Seam Failure (%) |
| | Cold Water | | Hot Water (100° C.) | | |
| | MD | CD | MD | CD | |
|---|---|---|---|---|---|
| A. Viscose | 191 | 400+ | 72 | 262 | 30 |
| B. Kymene/CMC | 35 | 69 | 46 | 70 | 50 |
| C. Polyvinyl chloride | 1"* | 1"* | 292 | 370 | 75 |
| D. Ethyl vinyl acetate | 1"* | 1"* | 303 | 400+ | 50 |
| E. Ethyl acrylate copolymer | NA | NA | 1"* | 1"* | 0 |
| F. Butyl acrylate copolymer | NA | NA | NA | NA | 0 |
| G. Copolymer of ethyl and butyl acrylate | NA | NA | NA | NA | 0 |

*Extent of water climb in 400 seconds
NA = no absorption

When the web material made with binder G was further treated with a surfactant, water climb values of 10 to 20 seconds were obtained coupled with 10 percent seam failures, thus indicating that the hydrophobic character of the binder as measured by the water climb was the significant factor in the seam failure results.

Measurements were also made to compare the time for the first color to appear in a tea brew using web materials with different binders. When samples B and F were compared, the first color infusion time varied by only 0.2 seconds with sample B having an infusion first color time of 6.7 seconds.

As mentioned, the hydrophobic agent used to treat the web material may also be applied to a prebonded sheet to achieve the beneficial result of the present invention. In accordance with this embodiment of the invention, the hydrophobic treating agent may be any of a number of fluid-repellent materials, such as silicones, fluorohydrocarbons, parafins, alkyl ketene dimers, stearylated materials and the like. The silicones may be any of those materials mentioned in U.S. Pat. No. 3,386,834, the disclosure of which is incorporated herein by reference. The silicone pick up varies from 10-30 percent by weight. Where a fluorochemical treating agent is employed, it should, of course, meet the standards for use with foods and beverages and preferably should be in the form of an aqueous emulsion for ease of application. A typical aqueous emulsion formulation contains about 0.7 to 1.5 parts by volume of a fluorohydrocarbon for each hundred parts of water and may employ materials such as the Scotchban treating agent sold by Minnesota Mining and Manufacturing under the designation "FC-809" or "FX-845". Other fluorohydrocarbon materials that can be employed include the DuPont material designated Zonyl RP or NF. The parafin and stearylated materials include those sold by Sequa Chemicals Company under the tradename Sequapel, such as Sequapel 414 and 417, while the alkyl ketene dimers are exemplified by Hercon 70 sold by Hercules Chemical Company.

Where a material using viscose binder, as shown in sample A of Table 1, was saturated with a solution containing 0.3 percent of a fluorohydrocarbon, the water climb values for both hot and cold water were comparable to samples F and G, namely no absorption. A similar situation was evidenced when a web containing binder B of Table 1 was saturated with an emulsion containing 25 percent silicone (a mixture of methyloxy-polydimethyl siloxane and polydimethyl siloxane sup-

5,431,997

7

plied by General Electric under the name Silicone II). The same result is achieved when the web material using binder B is treated with a fluorohydrocarbon at a fluorocarbon treatment level of 0.3 percent. This material also exhibits no seam failures although the appearance of first color is slightly slower.

As will be appreciated, the repellent may be added as a separate treatment to a bonded web material or may be added to the conventional binder to be applied simultaneously therewith to the web material.

As can be seen from the foregoing, the present invention provides infuser web material possessing improved mechanical seam integrity as a result of impregnating the web with a hydrophobic treating material in a latex dispersion. The latex may be used as a replacement for binder systems used heretofore or as a supplement thereto.

As will be apparent to persons skilled in the art, various modifications and adaptations of the web material above described will become readily apparent without departure from the spirit of the invention.

We claim:

1. A fibrous web suited for making infusion packages for brewing beverages and exhibiting improved resistance to the failure of a mechanical seam therein, said web comprising a porous fibrous sheet material impregnated throughout its extent with about one percent or more by weight of a hydrophobic treating system comprising a cured hydrophobic agent selected from the group consisting of high molecular weight cross-linked acrylic polymers, silicones, fluorohydrocarbons, paraffins, alkyl ketene dimers and stearylated materials, the impregnated sheet material exhibiting no appreciable water climb when measured using water at a temperature of about 100° C. and no substantial loss of infusion characteristics while providing less than 10 percent failure in the mechanical seam upon exposure to boiling water.

2. The infusion web of claim 1 wherein the hydrophobic agent that completely impregnates the entire web material comprises at least 3-4 percent by weight of the web material.

3. The infusion web of claim 1 wherein the hydrophobic agent is a high molecular weight alkyl acrylate strength imparting hydrophobic binder.

4. The infusion web of claim 3 wherein the hydrophobic binder is selected from the group consisting of ethyl acrylate and butyl acrylate polymers and copolymers.

5. The infusion web of claim 1 wherein the hydrophobic agent comprises up to about 8-12 percent by weight of the web material and the mechanical seam failure of the web is less than one percent.

6. The infusion web of claim 1 wherein the hydrophobic agent is a strength imparting hydrophobic binder comprising a high molecular weight cross-linked butyl acrylate copolymer.

7. The infusion web of claim 1 wherein the hydrophobic agent is a hydrophobic strength imparting binder completely impregnating the entire web material and imparting sufficient resistance to wetting to eliminate the water climb of the fibrous sheet material, the hydro-

8

phobic binder exhibiting an affinity for being readily absorbed into the fibers of the web, the binder being a high molecular weight cross-linked alkyl acrylate polymeric material.

8. The infusion web of claim 1 wherein the fibrous sheet material contains a strength imparting binder other than the hydrophobic agent.

9. The infusion web of claim 8 wherein the hydrophobic agent comprises from 0.3 to 30 percent by weight.

10. A process for producing porous web materials for making infusion packages having enhanced mechanical seam integrity comprising the steps of providing a porous absorbent web material suited for use as an infusion package, treating the entire web material with an aqueous emulsion of a hydrophobic agent selected from the group consisting of high molecular weight cross-linked acrylic polymers, silicones, fluorohydrocarbons, paraffins, alkyl ketene dimers and stearylated materials to provide a treated web that exhibits no appreciable water climb when measured using water at a temperature of about 100° C. and less than 10 percent failure in a mechanical seam therein when exposed to boiling water.

11. The process of claim 10 wherein the aqueous emulsion of the hydrophobic agent exhibits an affinity for being readily absorbed into the fibers of the web and the process includes the step of subsequently insolubilizing the agent on the web.

12. The process of claim 10 wherein the hydrophobic agent is a cross-linked high molecular weight acrylic polymer which also acts as a strength imparting hydrophobic binder, the hydrophobic agent imparting resistance to aqueous absorption as measured by water climb and exhibiting an affinity for being readily absorbed into the fibers of the web, the treating step comprising a saturating treatment and the process includes the step of subsequently drying the treated web material.

13. The process of claim 12 wherein the binder is a latex dispersion of an alkyl acrylate, the latex binder being present in an amount sufficient to provide a binder pick up by the web of at least 3-4 percent by weight.

14. The process of claim 10 wherein the fibrous sheet material is soft, tissue weight material, the process including the step of treating the web with a binder in addition to the hydrophobic treating agent, said agent exhibiting an affinity for being readily absorbed into the fibers of the web, said hydrophobic agent being applied as a latex dispersion in an amount sufficient to impart a hydrophobic agent pick up of about 0.3 to 30 percent by weight.

15. The process of claim 10 wherein the fibrous sheet material is a prebonded, light weight, highly wettable material and the hydrophobic agent imparts complete resistance to wetting as measured by water climb, the hydrophobic agent exhibiting an affinity for being readily absorbed into the fibers of the web and being applied by a size press.

16. The process of claim 10 wherein the hydrophobic treating agent completely impregnates the web material as the web material is being treated with a strength imparting binder.

* * * * *

# Exhibit B



Europäisches Patentamt

European Patent Office

Office européen des brevets

(11) Publication number: **0 170 461 A1**

## EUROPEAN PATENT APPLICATION

(21) Application number: 85305042.5

(22) Date of filing: 15.07.85

(51) Int. Cl.⁴: B 65 D 81/34, D 21 H 3/02, D 21 D 3/00

(30) Priority: 16.07.84 US 631134

(43) Date of publication of application: 05.02.86 Bulletin 86/6

(84) Designated Contracting States: AT BE CH DE FR GB IT LI LU NL SE

(71) Applicant: GENERAL FOODS CORPORATION
250 North Street
White Plains, N.Y. 10625(US)

(72) Inventor: Yadlowsky, Slawko
308, North Avenue
Manville New Jersey 08835(US)

(74) Representative: Baillie, Iain Cameron et al,
c/o Ladas & Parry Isartorplatz 5
D-8000 München 2(DE)

(54) Infusion bag material treatment with fluoro-chemical sizing agent.

(57) An aqueous food extract of improved quality is produced by treating an infusion bag material with a water-soluble, fluoro-chemical sizing agent to prevent sorption of flavor oils by the infusion bag material, and thus enable extraction of the flavor oils into the brew during brew preparation. The infusion bag material may be treated with the sizing agent in various ways as, for example, by addition of the sizing agent during production of the infusion bag material or application of the sizing agent to the surface of the infusion bag material either before or after a food product is enclosed therein.

EP 0 170 461 A1

Croydon Printing Company Ltd.

0170461

INFUSION BAG MATERIAL TREATMENT
WITH FLUORO-CHEMICAL SIZING AGENT

05

This invention relates to the preparation of an improved aqueous food extract such as a coffee, tea or vegetable extract, in a filter device suitable for percolation, steeping, or other brewing technique. More particularly, this invention pertains to treating the filter device such as an infusion bag so as to permit a fuller extraction of flavor oils and aromas into the food extract, thereby yielding an extract of better quality having a more full-bodied taste.

The prior art has recognized the many advantages to consumers of placing food products in disposable infusion bags or brewing cartridges, such as greater convenience and improved brew consistency. The art is replete with examples of infusion bag and brewing cartridge designs, dating back to as early as 1899 when Henry M. Humphrey disclosed a new and improved percolator-package in U.S. Patent No. 634,349.

More recently, U.S. Patent No. 3,183,096 to Hiscock discloses a taste-free coffee packet made of a porous synthetic fiber paper of single filament polymeric fibers. Hiscock teaches a packet which

0170461

- 2 -

would not adversely impact the flavor and aroma of coffee by absorption, adsorption, and/or polymerization of coffee compounds. Hiscock theorizes the coffee flavor compounds to be among the group of
05 hydrogen sulfide, isoprene, methyl mercaptan, acetaldehyde, dimethylsulfide, methyl formate, furan, propionaldehyde, isobutyraldehyde, acetone, methyl furan, butyraldehyde, methyl ethyl ketone, isovaleraldehyde, methyl alcohol, diacetyl, ethyl
10 alcohol and acetyl propionyl. It is evident from Hiscock's above-cited grouping that it was not contemplated nor recognized that flavor oils would be important to the aqueous brew quality, nor did his invention, in fact, provide for a fuller extrac-
15 tion of flavor oils into the brew.

Einstman et. al. in U.S. Pat. No. 3,879,565 teach a system wherein roasted and ground coffee is treated with a silicone defoaming agent prior to its introduction to a brewing bag. This silicone
20 treatment is intended to disperse the foam generated during extraction and thus improve the rate of coffee solids extraction. Similarly, silicone was employed in U.S. Pat. No. 3,386,834 to Noiset et. al. as a water repellent on the surface of infusion
25 bags, thus allowing improved gas-release from within the infusion bag.

The present invention teaches an improvement in the quality of an aqueous brew which is produced by extraction of a food product contained in a filter
30 bag or other brewing device which goes far beyond the prior art. The use of filter bag materials such as natural fibers as disclosed in the prior art, has been found by the present invention to sorb to a

35

- 3 -

0170461

large degree the flavor oils of the extractable food
product and not completely release said flavor oils
to the brew during extraction. These flavor oils
contain important flavor compounds which are naturally
05  partitioned from the food product at such levels as
to provide a balanced flavor when fully extracted to
the aqueous brew. Thus, the inability of the extracting
medium to transfer to the aqueous food extract all
said naturally partitioned flavor oils results in a
10  brew of inferior quality.

## SUMMARY OF THE INVENTION

It has been found that an aqueous food extract
of improved quality is produced by treating a filter
15  bag material with a water-soluble, fluoro-chemical,
sizing agent to prevent sorption of flavor oils by
the filter bag material, and thus enable extraction
of the flavor oils into the brew during brew prepar-
ation. According to the present invention, an
20  infusion bag material may be variously treated with
a fluoro-chemical sizing agent to achieve the desired
result, as for example by addition of the sizing
agent during production of the infusion bag material,
application of the sizing agent onto the infusion
25  bag material as by spray plating and curing, or
application of the sizing agent to the infusion bag
after the food product is enclosed therein.

It has further been found that the present
invention results in a desirable increase in the
30  rate of food solids extraction. This is attribut-
able to the fact that the porosity of the infusion
bag material is not diminished by sorption of flavor
oils, thereby not impeding the flow of extracted
food solids.

35

- 4 -

0170461

## DETAILED DESCRIPTION OF THE INVENTION

    The present invention has applicability to any brewing apparatus that is known in the art for preparation of a food extract. Particularly suitable
05 applications include treatment of infusion bags used for coffee or tea brew preparations, percolator packages such as described in U.S. Pat. No. 3,511,666, and single service food preparation packages such as disclosed in U.S. Pat. No. 4,426,919. The food product
10 may be entirely enclosed within the infusion bag material or discontinuously sealed within said infusion material as disclosed in U.S. Pat. No. 3,888,999. Enclosure of the food product may be accomplished by heat sealing the infusion bag material as by the use
15 of heat sealable binders and/or heat sealable fibers or films, or stitched, or any other method as is known in the art.

    The present invention is equally applicable to food materials that are loosely packaged or compressed,
20 either fully or partially, into tablet-type form prior to packaging within the infusion bag material. Processing steps which are known in the art to aid in the efficiency of an extraction of soluble solids, such as grinding, flaking, or degassing are suitable
25 prior to packaging in the infusion bag material. A compression of the food product may be desirable in instances where the infusion bag material porosity is such that a dusting of the exterior of the infusion bag material with the finer food particles result
30 during shipment or handling of the infusion bag. For example, a critical pressure of between 8,000 to 16,000 psi is disclosed in the prior art for compression of roast and ground coffee to avoid "dusting", yet not disrupt the coffee particles to the extent
35 that coffee lipids are expressed therefrom. The

- 5 -

0170461

    choice as to whether the food product is compressed prior to being packaged is one that is easily made by one skilled in the art.

    The infusion bag material which is used to
05 enclose the food product can be made of any non-toxic, relatively tasteless or bland, insoluble material. Any natural material having sufficient porosity for extraction can be used in conjunction with the fluoro-chemical sizing agent, particularly a natural
10 fiber material such as cotton gauze. The infusion bag material should have sufficient porosity to allow substantial extraction of the food material but insufficient to allow migration of the food material from inside the infusion bag, especially
15 during extraction when swelling of the food material is common upon contact with the hot extracting water. For example, in a case when closely packaged roast and ground coffee is being extracted in an infusion bag, pores ranging in diameter from about
20 0.01" to about 0.1" and preferably from about 0.03" to about 0.07" is suitable for unimpeded extraction, while retaining nearly all of the roast and ground coffee in the infusion bag.

    The infusion bag material is treated with a
25 water-soluble, fluoro-chemical, sizing agent according to the invention in a way and at such a level that flavor oils from the food product are prevented from sorbing in or on the infusion bag material. Said treatment may be accomplished by addition of
30 the fluoro-chemical sizing agent as a liquid suspension or emulsion during the infusion bag stock preparation, by application to the infusion bag surface, or by addition to a coating which is subse-

35

0170461

- 6 -

quently applied to the infusion bag, or any other method which would be evident to one skilled in the art.

05  Addition of a fluoro-chemical sizing agent internally during infusion bag stock preparation is viewed as advantageous because a more uniform distribution of the sizing agent throughout the infusion bag material is produced, which results in a material which is able to withstand physical abuse
10 with less degradation than would result in a case of surface treatment. It has been found that in order to internally bond a fluoro-chemical sizing agent, which is an anionic material, to anionic infusion bag materials, the addition of cationic retention
15 aids is necessary. Generally, a cationic retention aid is added to the stock suspension, commonly referred to in the art as "furnish", at a level of from about 0.7 to 1.2% cationic retention aid to dry furnish by weight. A fluoro-chemical sizing agent
20 is subsequently added to the furnish at a level ranging from about 0.05 to 0.6% fluoro-chemical sizing agent to dry furnish, and typically from about 0.1 to about 0.3% fluoro-chemical sizing agent to dry furnish by weight.
25  In order that the fluoro-chemical sizing agent be more uniformly distributed throughout the infusion bag material, it may be desirable to initially add a low molecular weight cationic retention aid, and later in the stock preparation process add a high
30 molecular weight retention aid. Said combination of cationic retention aids is effective in overcoming a disproportionate bonding of fluoro-chemical sizing agent compounds to the more electrostatically charged

35

0170461

- 7 -

fine fibers than to the lesser charged long fibers.
Generally, low molecular weight retention aids are
added at a level ten to fifteen times that of high
molecular weight aids by weight, to effect an even
05 distribution of the fluoro-chemical sizing agent.

Application of a fluoro-chemical sizing agent
to an infusion bag surface may be accomplished at
many points in the manufacturing process, as for
example in converting operations using glue stations,
10 printing stations or any of several coating stations.
Typically, said application is achieved by immersing
an infusion bag material in an aqueous solution of
the sizing agent for a period of from 30 seconds to
10 minutes and preferably from 1 to 5 minutes. The
15 treated paper is then pressed and cured to an end
temperature ranging from 200°F (93°C) to 400°F
(204°C) and preferably from 300°F (149°C) to 350°F
(177°C). Curing may be accomplished in any suitable
drier such as a photo sheet drier. Generally,
20 treatment levels range from about 0.05 to about 0.6%
fluoro-chemical sizing agent to infusion bag material
by weight, and typically from about 0.1 to 0.3%. In
cases where the fluoro-chemical sizing agent is to
be applied in a solution, typically the fluoro-chemical
25 sizing agent is maintained at a concentration of
from about 20% to 50% by weight of said solution,
and preferably from 25% to 35% by weight, and it may
be desirable to add a wetting agent such as n-butyl
alcohol to maximize solution penetration. Further,
30 a defoaming agent may be effectively employed to
limit or eliminate foam development during process-
ing. The use of such additional additives will
become apparent to those skilled in the art.

35

0170461

- 8 -

The application of a fluoro-chemical sizing
agent to an infusion bag material according to the
present invention does not provide increased water
repellent characteristics to the infusion bag sub-
05   strate.  If water repellancy is desired, silicone
compounds such as are disclosed in U.S. Pat. No.
3,386,834 may be employed in conjunction with the
fluoro-chemical sizing agent to achieve an increased
water repellancy.

10   The present invention has application to any
food product that may be enclosed within an infusion
bag type material and extracted with a liquid stream
to produce an extracted product.  For example, the
invention may be used as a treatment process for
15   infusion bags which are subsequently filled with tea
leaves or roast and ground coffee, thus increasing
the desirable extraction of flavor oils to the
aqueous brew.  Alternatively, percolator packages
may be treated with a fluoro-chemical sizing agent
20   according to the invention, then filled with roast
and ground coffee, and used by consumers in a standard
commercial brewing apparatus to produce a more
flavorful brew.

25                       EXAMPLE

A paper, Dexter * 3968 grade (a product of
Dexter Co., Windsor Locks, Ct.), having a porosity
of 395 CFM/Ft$^2$ was treated with a fluoro-chemical
sizing agent, Scotchban* (a product of 3M, St. Paul,
30   Minn.), at levels of 0.1 and 0.3% Scotchban* to
Dexter paper by weight.  Said papers were treated as
8" by 11" swatches by immersion in a 33% aqueous
solution by weight of FC-807 Scotchban*.  Treatment
was for a period of 1 minute, at which time the
35   treated paper was passed through a sizing press and
then cured in a photo sheet drier to an end temper-

0170461

- 9 -

ature of 325°F. Said paper was found to be 100% treated with the sizing agent, i.e., 100% of the paper fibers were coated.

05    A sample of treated paper and a sample of control (without Scotchban*) paper were formed into infusion bags and filled with 6 grams of roast and ground coffee. An expert evaluation of the roast and ground coffee brews at 1% coffee solids by weight, produced by extracting the samples with 8 oz
10  of water at 185°C, found the control brew to be of poorer quality and lacking the full-bodied coffee notes of the brew produced according to the present invention.

\* Dexter and Scotchban are trade marks which may be registered
15   in certain of the designated countries.

- 10 -

0170461

CLAIMS :

1. A process for making an improved brewing packet which comprises treating an infusion bag material with a water-soluble, fluoro-chemical sizing agent and packaging a food product within said treated infusion bag material to form a brewing packet.

2. A process according to claim 1 wherein said infusion bag material is made of a non-toxic, relatively tasteless, insoluble material which is a natural fiber or a synthetic polymeric material.

3. A process according to claim 2 wherein the polymeric material is a woven or non-woven fiber made of a polymeric material such as viscose rayon, nylon, polyesters or acrylics.

4. A process according to any one of claims 1 to 3 wherein said fluoro-chemical sizing agent is Scotchban.

5. A process according to any one of claims 1 to 4 wherein said infusion bag material has incorporated therewith from 0.05 to 0.6% fluoro-chemical sizing agent to infusion bag material by weight.

6. A process according to any one claims 1 to 5 wherein said incoporation is by the addition of a fluoro-chemical sizing agent to the infusion bag material during stock preparation, to the infusion bag surface, or into a coating which is subsequently applied to the infusion bag material.

7. A process according to claim 6 wherein said fluoro-chemical sizing agent is in a suspension or emulsion.

8. A process according to claim 7 wherein the suspension or emulsion contains a defoaming agent.

9. A process according to either of claims 7 and 8 wherein the fluoro-chemical sizing agent is present in said suspension or emulsion at a concentration of from 20% to 50% by weight.