10. A process according to any one of claims 6 to 9 wherein said addition of a fluoro-chemical sizing agent to the infusion bag material during stock preparation further comprises addition of a cationic retention aid.

11. A process according to claim 10 wherein said cationic retention aid is a combination of a high molecular weight and a low molecular weight cationic retention aid.

12. A process according to claim 10 wherein said cationic retention aid is added at a level of from 0.7 to 1.2% cationic retention aid to infusion bag material by weight.

13. A process according to any one of claims 1 to 12 wherein said food product is roast and ground coffee or tea.

14. A process according to any one of claims 1 to 13 wherein said infusion bag is a percolator package.

15. A brewing packet comprising a food product encompassed by a porous material incorporating a water-soluble fluoro-chemical sizing agent.

# Exhibit C

# United States Patent Office

**3,386,834**
Patented June 4, 1968

1

3,386,834
INFUSER WEB MATERIAL, METHOD OF PREPARING SAME AND INFUSION PACKAGE
Willy R. Noiset, Tariffville, and Louis R. Busche, West Hartford, Conn., assignors to The Dexter Corporation, a corporation of Connecticut
No Drawing. Filed July 17, 1964, Ser. No. 383,492
10 Claims. (Cl. 99—77.1)

## ABSTRACT OF THE DISCLOSURE

Infuser web material impregnated in discrete areas with water repellent material, said impregnated areas covering from 0.1 percent to 40 percent of the total surface area of said infuser material.

The present invention relates generally to porous web-like materials and more specifically is concerned with infusion-type filter papers finding primary use in infusion packages for brewing beverages, such as tea, coffee and the like.

It has generally been the practice in making individual cups of brew to either place the pillow-shaped bag of tea or the like in a cup containing boiling water or, alternatively, to place the bag in an empty cup and subsequently add the boiling water. Regardless of the technique employed and as is familiar to most users, the tea bag generally tends to inflate and float to the top of the water for a time despite the high porosity of the infusion paper utilized in making tea bags. This inflation or "ballooning effect" is generally attributable to the entrapped gases and vapors within the bag, which gases are unable to escape because of a surrounding surface-tenacious film of water. The entrapped gases, both condensible and non-condensible, tend to build up a positive pressure within the bag due to the heat of the liquid thereby inhibiting the rate of infusion and requiring a longer time in making the brew. In fact, where it is the practice to place the tea bag in a pot of water and permit it to boil or steep for a length of time, the inflation or ballooning is accentuated, frequently causing the seams of heat sealed bags to open, thus undesirably discharging the tea leaves into the brew and defeating the purpose of using the bag.

It is a primary object of the present invention to overcome the above and related disadvantages by providing a porous material which prevents the buildup of differential pressures on opposite sides thereof and facilitates the passage therethrough of condensible and noncondensible gases without adversely affecting the ability of such material to confine the dispersion of fine solid particles.

Another object of the invention is to provide a method of imparting continual gas permeability to a continuous, infusion-type material which, when wet, would otherwise tend to prevent the free passage of gas therethrough.

Still another object of the present invention is to provide a generally air and water permeable, infusion-type paper suitable for use in tea bags and the like which facilitates not only the free passage of condensible and noncondensible gases through portions thereof albeit the material is in contact with liquid, but also improves the rate of infusion of the liquid through the paper while minimizing the possible delamination of the seals provided therein.

A further object of the present invention is to accomplish the above objects without impairing the over-all strength, porosity or continuity of the infusion material.

A still further object of the present invention is to provide a package utilizing such material.

Other objects will be in part obvious and in part pointed out more in detail hereinafter.

2

The invention accordingly comprises the several steps and the relation of one or more of such steps with respect to each of the others and the article possessing the features, properties, and the relation of elements, which are exemplified in the following detailed disclosure, and the scope of the application of which will be indicated in the claims.

Broadly, the present invention comprises a continuous, infuser web material provided with small water repellent and air permeable zones or areas which exhibit, when the material is in contact with water, a higher degree of air permeability than the remainder of the material. However, in order that the invention may be more clearly understood and for the purpose of simplicity and brevity of discussion, the present invention will be discussed with relation to its use in infusion packages and particularly with respect to tea bags and the like.

As used herein the term "continuous" web refers to those webs generally made of fibrous materials which are free from perforations or punctures yet possess a high degree of porosity and particularly to those fibrous materials made on conventional papermaking machines.

Further, as used herein the expressions "water repellent" and "water repellency" refer to the ability of the material to resist "wetting"; that is, the passage of liquid water into the structural components of the paper through capillary action. Such materials are generally characterized by the measurable contact angle between the water and the material. This should be distinguished from both "wet strengthening" and "waterproofing." In the former the water is not prevented from permeating the fibers, rather the treatment provides interfiber bonds which are not susceptible to attack by water, while the latter provides an impermeable barrier in the form of a film or coating which may cover the pores of the paper as well as the fibers.

The present invention in its application to tea bags permits the use of those self-supporting, continuous, infuser webs which are commercially available. These webs are generally soft, tissue-thin fibrous materials characterized by light weight and freedom from rupture in boiling water but when used as described hereinbefore possess the disadvantage of entrapping the air. The webs may be of the heat-seal variety, typical of which is the paper disclosed in United States Patent No. 2,414,833 wherein synthetic thermoplastic fibers form an integral part of the web or of the nonheat-seal variety that require mechanical fastening for the formation of the tea bag. Typical of this latter group are the loosely formed, low density papers made of long fiber lengths and described in United States Patents 2,045,095 and 2,045,096.

The fibers utilized in these webs may be of any of the well-known papermaking fibers or mixtures thereof. For example, they may be natural fibers such as manila hemp, caroa, jute, bleached or unbleached kraft, sisal, and kozu or synthetic fibers such as viscose and acetate rayon, polyamides, vinyl acetate-vinyl chloride copolymers and those fibers disclosed in United States Patent No. 2,477,000.

A variety of infuser webs may be made from these fibers and utilized in accordance with the present invention; however, for purposes of discussion, the invention will be described in its application to commercially available infuser web materials. It will be appreciated that such materials while being extremely porous are generally free from perforations and will not permit the fine dust particles of the tea to filter through the bags made therefrom.

According to the preferred aspect of the present invention, the continuous infuser webs are treated only in particular areas or zones of the web with a suitable water repellent material which, when set, is insoluble in aqueous solutions and unaffected by boiling water. The water repellent materials utilizable must provide not only a re-

3,386,834

| 3 | 4 |

sistance to wetting or aqueous absorption in the treated areas but also must provide this property without adversely affecting the air permeability of the infuser throughout the treated areas. Additionally, the water repellent materials utilized according to the invention should exhibit an affinity for being absorbed into the fibers of the web while at the same time substantially retaining the porosity of the web. Accordingly, they are distinguished from materials which form solid films over the entire treated area.

Those materials found most suited for this type of application are the thermosetting resins. More particularly, those thermosetting materials generally categorized as silicones have been used with good success and are preferred due to their ability to substantially permeate the filaments or fibers of the infuser web without blocking or interfering with the porous openings between the fibers. Although various organopolysiloxanes, including mixtures thereof, may be utilized, the alkyl polysiloxanes, and particularly methyl hydrogen polysiloxane, appear to yield consistently good results and are therefore preferred. Additionally, these polysiloxanes show little or no transfer to the brew, are generally nontoxic and do not affect the odor, taste or quality of the brew produced, all of which are important and necessary characteristics in food and food products.

The water repellent material may be applied to the infuser web material by well-known techniques used to produce selective or discontinuous coating. For example, the web may be treated by brush, roll, spray or gravure rolls to effectuate the desired application to the fibers. The silicones generally penetrate quickly through the rather thin and absorbent infuser web, however, lateral migration of the silicone can be minimized and the size of the water repellent zone thereby controlled. Where practicable, the silicone may be applied during a suitable stage in the manufacture of the continuous web. For example, in a conventional papermaking machine a roll coating assembly may be placed adjacent a section of the dryer drums prior to the final drying and collection of the web material.

After treating the infuser web with the silicone, which immediately permeates through the entire thickness of the paper in the treated areas, the paper then is subjected to a thermal or heat cure in order to set the silicone and prevent lateral migration thereof along the web. This operation may be combined with the normal drying steps employed in making an infuser web. Although the conditions of cure may vary as to both time and temperature depending on the particular web material and silicone used, generally a quick cure, for example a cure of about 2 minutes at 250° F. or 30 seconds at 350° F., produces excellent results. Consequently, by using proper techniques, the size and configuration of the water repellent, air-permeable zones may be readily controlled. These treated and cured zones facilitate the free flow or ready release of entrapped gases without substantially reducing the porosity of the web thereby promoting a more rapid infusion and effusion of the contacting liquid medium.

The air-release zones provided in the manner hereinbefore described may take the form of several small, non-interconnected water repellent areas located randomly on the infusion paper; however, it is generally preferred that they be sufficiently numerous so that one or two areas of suitable size and configuration are provided for each tea bag. It will be appreciated that various forms and configurations may be utilized for the zones; for example, they may consist of small squares, dots or other shapes and may take the form of trademarks or trade names.

According to the present invention, it has been additionally determined not only that the gas-release zones should constitute at least a certain proportion of the total surface area of each web but also that the concentration of silicone in the solution or dispersion utilized should be within certain limits. The former is necessary since the zones in each tea bag must be large enough to permit the entrapped gas to overcome the surface tension of the surrounding film of water while the latter is required to prevent the formation of a porosity-hampering film. It will be appreciated however that these limits are flexible depending on the materials utilized as well as the techniques of application employed. The limits broadly required are those which ensure that the porosity of the web is not substantially reduced, that the delamination of heat-seal tea bags is minimized and that the rate of infusion is not substantially decreased but is, preferably, increased.

Although the silicones may be employed in undiluted form or in the form of aqueous emulsions or organic solutions of organopolysiloxanes, the aqueous emulsions are generally preferred. The concentration range of organopolysiloxanes in the carrier medium or solvent can extend from a minor amount of siloxane to about 15 percent by weight of silicone depending on the manner in which they are applied. Generally, the commercially available solutions and emulsions have a concentration range from about 1 to 40 percent by weight; however, the preferred concentration range for the present invention is a silicone content from about 0.5 percent to less than about 10 percent by weight, the lower concentrations being utilized in practice due to the economies effected. For example, as illustrated in Table 1, a decrease in the porosity of the web occurs as the percentage of silicone in the dispersion is increased, the results given in Table 1 being for tea bags in which the entire surface area was treated.

TABLE 1

|  | Percent Silicone in Dispersion | Porsity (cf./m.) | | |
| --- | --- | --- | --- | --- |
|  |  | Before Treatment | After Treatment | Percent Decreased |
| Sample 1 | 1.0 | 125 | 123 | 1.60 |
| Sample 2 | 5.0 | 170 | 156 | 8.24 |
| Sample 3 | 10.0 | 137 | 93 | 32.12 |
| Sample 4 | 15.0 | 170 | 77 | 54.71 |

It is known that the size of commonly used tea bags varies substantially providing surface areas ranging from about 50 square centimeters to about 80 square centimeters with the normal surface area being about 65 square centimeters (10 sq. in.). According to the present invention it has been found that the water repellent zones comprising an area as small as about 0.1 percent of the total surface area of each tea bag will function effectively and at the same time give an improved infusion rate without decreasing the porosity of the material. Table 2 shows the optical densities obtained for aqueous solutions of tea after the treated tea bag had been immersed for 30 seconds, thus illustrating the improved infusion obtained according to the present invention.

TABLE 2

| Percent of area treated with silicone: | Average optical density |
| --- | --- |
| 0.0 | .050 |
| 0.14 | .07 |
| 0.28 | .085 |
| 0.55 | .078 |
| 1.1 | .065 |
| 2.2 | .070 |
| 4.4 | .078 |
| 4.9 | .075 |
| 8.8 | .068 |
| 17.6 | .058 |
| 35.2 | .060 |

Generally, gas release zones covering from 0.5 to 40.0 percent of the total area of each tea bag have been found quite satisfactory; however, the preferred range of area covered by the zones is from about 1.0 to 15.0 percent of the total surface area of each tea bag. Above 40.0 per-

3,386,834

| 5 | 6 |

cent, the porosity of the web tends to decrease, the amount of decrease depending not only on the increase in area but also on the concentration of the silicone utilized in the dispersion, as indicated in Table 1.

Although water repellent zones constituting 0.1 percent of the total surface area have proven effective in increasing infusion, the preferred range of area covered by the zones is from about 1.0 percent to about 15.0 percent since it has been found that delamination is most effectively minimized within this range. The procedure employed in testing the delamination of heat-seal tea bags is as follows: A 400 cc. container, such as a glass beaker, is one-half filled with water and heated to boiling. A tea bag is placed in the boiling water and the container is covered. The boiling is continued and the period of boiling time necessary to cause delamination is recorded. Table 3 illustrates the variation in delamination time observed as both the size and number of zones were altered. An untreated reference tea bag was found to delaminate within 55 seconds. Each test was terminated at five minutes.

TABLE 3

| Treated Areas | | Percent of Total Surface Treated | Treatment With | |
|---|---|---|---|---|
| Size | No. of Areas | | 1% Silicone Delamination Time (Sec.) | 5% Silicone Delamination Time (Sec.) |
| ¼″ dia. | 2 | 0.275 | 87 | 92 |
| ¼″ dia. | 4 | 0.55 | 238 | 128 |
| ¼″ dia. | 8 | 1.1 | 300+ | 262 |
| ½″ dia. | 1 | 0.55 | 77 | 75 |
| ½″ dia. | 2 | 1.1 | 243 | 200 |
| ½″ dia. | 4 | 2.2 | 300+ | 300+ |
| ¾″ dia. | 1 | 2.2 | 117 | 230 |
| ¾″ dia. | 2 | 4.4 | 300+ | 300+ |
| 1″ dia. | 1 | 8.8 | 300+ | 300+ |

As can be seen from the foregoing, the present invention provides infuser web material possessing as an integral part thereof gas-release zones comprised of silicone impregnated fibers. These zones facilitate the free and continuous passage of gas therethrough despite the tendency of liquids to form a surface tenacious barrier or film. These zones assist in pressure equalization on opposite sides of the web and reduce the tendency of heat seals to delaminate thereby discharging the tea leaves into the brew.

As will be apparent to persons skilled in the art, various modifications and adaptations of the web material above described will become readily apparent without departure from the spirit and scope of the invention, the scope of which is defined in the appended claims.

We claim:

1. An infuser material for use in making packages for brewing beverages comprising a continuous, prebonded fibrous web being generally air and water permeable, substantially uniformly and continuously bonded throughout its extent and resistant to partition in boiling water, said web having therein as an integral part thereof a plurality of discrete water repellent, gas-release zones of sufficient size to permit upon immersion in water the continual and free passage of gases therethrough and prevent the buildup of a substantial pressure drop across the thickness thereof, said gas-release zones being water repellent throughout their entire thickness and comprised essentially of fibers impregnated with a water repellent material, the total water repellent area of the paper constituting substantially less than one-half the total area of the paper.

2. An infuser material for use in making packages for brewing beverages comprising a continuous, prebonded fibrous web of high air and water permeability, said web being substantially uniformly and continuously bonded throughout its extent, exhibiting resistance to breakdown in boiling water and having within each 50-80 square centimeters of surface area thereof and as an integral part thereof at least one water repellent, gas-permeable zone of sufficient size to permit the continual and free passage of gas therethrough, said zone extending over at least 0.1 percent and less than 40 percent of the total surface area of said web and being comprised essentially of fibers impregnated with a water repellent material said zone being water repellent throughout its entire thickness.

3. The infuser material of claim 2 wherein the fibrous web is of the heat-seal variety and the water repellent zones tend to minimize delamination of the seals produced therein.

4. An infuser material for use in making packages for brewing beverages and comprising a continuous infusion-type, prebonded fibrous web of high air and water permeability and sufficient wet strength to resist separation in boiling water, said web having for each 50-80 square centimeters of surface area thereof at least one water repellent gas-permeable zone forming an integral part thereof and extending through the web, said water repellent zone constituting about 0.5 to 40.0 percent of the total surface area of said web and comprising essentially impregnated fibers individually defining gas-permeable passages therebetween, the material impregnating said fibers comprising a cured organopolysiloxane.

5. An infuser material for use in making packages for brewing beverages which facilitates the ready release of entrapped gas when in contact with liquid, said material comprising a continuous infusion-type, prebonded fibrous web of high air and water permeability and sufficient wet strength to resist separation in boiling water, said web having for each 50-80 square centimeters of surface area thereof and as an integral part thereof at least one water repellent zone extending through the entire thickness of the web and being continually air permeable, said water repellent area constituting about 1.0 to 15.0 percent of the total surface area of said web and comprising essentially impregnated fibers individually defining gas-permeable passages therebetween, the material impregnated in said fibers comprising a cured methylpolysiloxane.

6. A method of improving the water infusion characteristics of filter media used for beverage brewing packages which when contacted by water normally tend to hinder the free passage of gas therethrough, said method comprising the steps of providing a continuous porous web substantially uniformly and continuously bonded throughout its extent, said web being of high air and water permeability and sufficient wet strength to resist separation in boiling water; treating from 0.1 to 50.0 percent of the total surface area of said web with a water repellent material characterized by its ability to impregnate the filaments of said web within the treated area throughout the thickness of the web without substantially altering the gas porosity of that area; and subsequently curing the water repellent material on the filaments whereby the treated area constitutes a gas-release zone which minimizes the buildup of a substantial pressure drop across the thickness of the material.

7. A method of improving the water infusion characteristic of filter media used for beverage brewing packages comprising the steps of providing a continuous infusion-type web substantially uniformly and continuously bonded throughout its extent, said web being of high air and water permeability and sufficient wet strength to resist separation in boiling water; treating about 0.5 to 40.0 percent of each 50-80 square centimeters of surface area of said web with a water repellent thermosetting material and permitting said material to permeate through the entire thickness of the web, said water repellent material being characterized by its ability to impregnate the filaments of said web within the treated area without substantially altering the gas permeability of that area; and subsequently curing the water repellent material within the filaments whereby the treated area constitutes a gas-release zone which minimizes the buildup of a substantial pressure drop across the thickness of the material.

8. A method of improving the water infusion characteristics of filter media used for beverage brewing pack-

3,386,834

7

ages comprising the steps of providing a continuous, infusion-type, fibrous web substantially uniformly and continuously bonded throughout its extent, said web being of high air and water permeability and sufficient wet strength to resist separation in boiling water; roll coating about 1.0 to 15.0 percent of each 50-80 square centimeters of surface area of said web with a water repellent organopolysiloxane and permitting said siloxane to permeate through the entire thickness of the web, said siloxane impregnating the fibers of said web within the treated area without substantially altering the gas permeability of that area; and subsequently thermally curing the organopolysiloxane within the fibers whereby the impregnated area constitutes a gas-release zone which minimizes the buildup of a substantial pressure drop across the thickness of the material.

9. An infuser package for restraining the distribution of a beverage making ingredient throughout the brew while facilitating the ready release of entrapped gas comprising a prebonded fibrous web being generally air and water permeable, substantially uniformly and continuously bonded throughout its extent and resistant to partition in boiling water, said web having therein as an integral part thereof at least one water repellent gas-release zone of sufficient size to permit the continual and free passage of entrapped gas therethrough and prevent the buildup of a substantial pressure drop across the thickness thereof, said zone extending through the entire thickness of the web, constituting about 0.5 to 40.0 percent of the total surface area of said web and comprising essentially fibers impregnated with a water repellent material and a beverage making ingredient within said package.

8

10. An infuser package for restraining the distribution of a beverage making ingredient throughout the brew while facilitating the ready release of entrapped gas, comprising a prebonded, fibrous web of high air and water permeability, substantially uniformly and continuously bonded throughout its extent and of sufficient wet strength to resist separation in boiling water, said web having therein as an integral part thereof at least one water repellent zone extending through the entire thickness of the web and being continually air permeable, said water repellent zone constituting about 1.0 to 15.0 percent of the total surface area and comprising essentially impregnated fibers individually defining gas permeable passages therebetween, the material impregnating said fibers comprising a cured organopolysiloxane; and a beverage making ingredient within said package.

**References Cited**

UNITED STATES PATENTS

| | | | |
|---|---|---|---|
| 2,704,730 | 3/1955 | Glatt | 117—98 |
| 3,046,160 | 7/1962 | Dengler | 162—164 X |
| 3,079,290 | 2/1963 | Marshall | 161—170 X |
| 3,121,657 | 2/1964 | Magill | 99—77.1 X |
| 3,174,889 | 3/1965 | Anderson et al. | 99—77.1 X |
| 3,183,096 | 5/1965 | Hiscock | 99—77.1 |
| 3,207,643 | 9/1965 | Sorg | 161—159 |

RAYMOND N. JONES, *Primary Examiner.*

A. LOUIS MONACELL, *Examiner.*

# Exhibit D

# United States Patent

[11] 3,616,166

| | | |
|---|---|---|
| [72] | Inventor | Louis E. Kelley<br>Wyncote, Pa. |
| [21] | Appl. No. | 812,416 |
| [22] | Filed | Apr. 1, 1969 |
| [45] | Patented | Oct. 26, 1971 |
| [73] | Assignee | Rohm and Haas Company<br>Philadelphia, Pa. |

[54] **ADHESIVE COMPOSITION AND BONDED NONWOVEN FABRICS**
6 Claims, No Drawings

[52] U.S. Cl. .................................. 161/148,
117/161 UB, 117/161 UC, 161/170, 260/21.6 RB,
260/901
[51] Int. Cl. .................................. C08f 29/46,
C08f 29/50, C09j 3/14
[50] Field of Search .................................. 260/29.6
RU, 901; 117/161 UC, 161 UB; 161/170

[56] **References Cited**
UNITED STATES PATENTS

| 2,850,478 | 9/1958 | Coover et al. | 260/45.5 |
| 2,887,464 | 5/1959 | Coover et al. | 260/45.5 |
| 3,228,790 | 1/1966 | Sexsmith et al. | 117/138.8 |
| 3,249,463 | 5/1966 | Carlee | 117/76 |
| 3,316,199 | 4/1967 | Murphy | 260/29.6 |
| 3,351,602 | 11/1967 | Dunnavant et al. | 260/29.6 |

*Primary Examiner*— William H. Short
*Assistant Examiner*— E. Nielsen
*Attorneys*— Carl A. Castellan and George W. F. Simmons

ABSTRACT: This invention is concerned with adhesive compositions having special use as a binder for nonwoven fabrics and comprises a "polyblend," that is an aqueous dispersion of two different polymers obtained by emulsion polymerization. The first component of the polyblend is a polymer of ethyl acrylate having relatively low molecular weight such as from about 150,000 up to 300,000 viscosity average. The other component is an addition polymer made by emulsion polymerization of ethylenically unsaturated monomers comprising one or more members which when homopolymerized tend to produce hard polymers so that the emulsion polymer is one having a minimum film forming temperature (MFT) of at least about 50° C.

3,616,166

1

## ADHESIVE COMPOSITION AND BONDED NONWOVEN FABRICS

### DESCRIPTION OF THE INVENTION

It is known that emulsion polymers made from acrylic esters such as ethyl acrylate by the usual emulsion polymerization procedures yield polymers of high molecular weight such as about 500,000 to several million. It has been suggested heretofore to use such a high molecular weight polymer of ethyl acrylate as a binder for nonwoven fabrics. However, when such a binder is employed and the nonwoven fabric obtained is passed through heat sealing equipment, a satisfactory heat seal is obtained when there is no stress applied to the points of bonding as is the case when two sheets of the bonded fabrics are sealed together by heating around the edges of the overlapped sheets while in flat condition. However, it is frequently desired to form a single sheet into a sleevelike wrapper or tube which involves the bending of the sheet in such a way as to overlap a portion, such as an edge of the sheet, with another portion, such as the opposite longitudinal edge. When a high molecular weight emulsion polymer of ethyl acrylate is the binder in such a nonwoven sheet, the sheet has such resilience and springiness that the tension exerted along the line of bonding by the resilience of the bonded fabric frequently is so strong that it pulls the bond apart immediately after removal of the pressure by the heated jaws or rollers of the bonding mechanism.

It is an object of the present invention to provide a binder which is adapted to be heat sealed whether or not the bonded fabric is in a state of rest as when it is lying flat or in a state of tension resulting from the bending or flexing of the sheet into some three-dimensional configuration such as to form a closed sleeve or tube. It is also an object to provide a binder which gives a nontacky, nonresilient bond upon cooling.

In order to accomplish the objects of the present invention, a binder of adhesive composition is provided which comprises two essential components. The first of these components (sometimes referred to hereinafter as component 1) is an aqueous dispersion of a polymer of ethyl acrylate having a low molecular weight. The second component (sometimes hereinafter referred to as component 2) is an aqueous dispersion of an emulsion polymer having an MFT of about 50° C. or higher. Both dispersions are of such character that they can be mixed together to form what is sometimes herein referred to as a "polyblend" without effecting coagulation. In other words, they have similar ionic character. For example, both may be made with an anionic emulsifier or both may be made with nonionic emulsifiers or with a mixture of anionic and nonionic emulsifiers. Similarly, both may be made with cationic emulsifiers or mixtures of cationic emulsifiers with nonionic emulsifiers. In general, if one is made with an anionic emulsifier, the other may be made with either a nonionic or anionic emulsifier but is generally restricted as to any content of cationic emulsifier. A small amount of a cationic emulsifier may be present but it is preferred that if it is present when the other polymer dispersion contains an anionic emulsifier, there should be sufficient nonionic emulsifier in one or both of the systems to prevent the cationic and the anionic emulsifiers from coagulation the system.

The other component (i.e. component (2)) is an aqueous dispersion of a polymer made by emulsion polymerization, the polymer being either a homopolymer or a copolymer of one or more monoethylenically unsaturated compounds having the group

$$H_2C=C\diagdown$$

the monomer or monomers employed in making the polymer being such as to provide in the product an MFT of at least 50° C. Thus, for this purpose, the second polymer may be polyvinyl chloride, polymethyl methacrylate, polystyrene, polyvinyl toluene, polyacrylonitrile or copolymers of any one of these monomers with each other or with other monoethylenically unsaturated monomers such as a vinyl ester of a ($C_1$–$C_{18}$) alkanoic acid including vinyl acetate, vinyl butyrate, vinyl laurate, and vinyl stearate; one or more esters of acrylic acid or methacrylic acid with an alcohol having 1 to 18 carbon atoms such as methyl acrylate, ethyl acrylate or methacrylate, butyl acrylate or methacrylate, 2-ethylhexyl acrylate, or methacrylate, lauryl acrylate or methacrylate, cyclohexyl acrylate or methacrylate, isobornyl acrylate or methacrylate, and stearyl acrylate or methacrylate, vinylidene chloride, diesters of a ($C_1$ to $C_8$) alkanol with a dicarboxylic acid such as fumaric acid, maleic acid, citraconic acid, and itaconic acid. The proportion of any monomer which when homopolymerized yields a polymer having an MFT below 50° C., should be predetermined to assure the copolymer produced as component 2 herein has an MFT of at least about 50° C. The upper limit of MFT is not critical and may be anywhere from 60° to 150° C.

The two polymer dispersions are ordinarily separately prepared and then mixed. However, the two polymers may be sequentially polymerized in a single container. The concentration of the polyblend may range from 10 to 40 percent solids. For saturating the entire area of a nonwoven fleece or sheet, lower concentrations of 10 to 20 percent are generally desirable whereas high concentrations, even those of 30 to 40 percent or more, may be employed when selected areas are to be printed with the blend composition. The relative proportion of the two components may range from 60 to 90 percent by weight of the first component (polymer of ethyl acrylate) and 40 to 10 percent by weight respectively of the high MFT polymer. In general, the MFT of the polyblend is about room temperature or below.

The first component polymer may be a homopolymer of ethyl acrylate or it may contain up to 30 percent by weight of such other monomers as methyl acrylate or a ($C_3$ to $C_8$) alkyl acrylate or a ($C_1$ to $C_8$) alkyl methacrylate, vinyl acetate, or vinylidene chloride. It may contain up to 5 percent by weight of methyl methacrylate, styrene, acrylonitrile, vinyl chloride, or vinyl toluene. While the ethyl acrylate polymer is generally adequately adhesive relative to various fibers, and particularly cellulosic varieties, nevertheless, it may be desirable to include other monomers which increase adhesiveness towards various fibers. For this purpose the copolymer may contain up to 5 percent by weight of any $\alpha,\beta$-monoethylenically unsaturated acid such as acrylic acid, methacrylic acid, aconitic acid, citraconic acid or the acid containing monoesters of the aforementioned dicarboxylic acids, such as monethyl itaconate, maleate or fumarate. Again, small amounts up to 1 percent by weight of acrylamide, methacrylamide, or the N-methylol derivatives of these amides may be incorporated in the polymer. Preferably, the latter monomers are used in amounts of about 0.4 percent to 0.6 percent by weight. The amide monomers, particularly the N-methylol derivatives, serve to impart water resistance as a result of some cross-linking effect in the polyblend after deposition on the fabric.

The monomeric components of the ethyl acrylate are so chosen that the polymer has an MFT at room temperature or lower and the proportion of chain transfer agent, examples of which are given hereinafter, is controlled to provide molecular weights in the range of about 150,000 to 300,000 viscosity average.

The polymer of ethyl acrylate of low molecular weight is a "nonrubbery" thermoplastic polymer but if it were to be used alone, it would be undesirably tacky in bonded nonwoven products. By incorporating with it an appropriate proportion of one or more of the various high MFT polymers constituting component 2 of the present invention, the tackiness is overcome. The ethyl acrylate polymer provides desirable adhesiveness to bond the fibers and it is thermoplastic so that it is adapted to be heat-sealed. It is also reasonably water-resistant and acid-resistant but not so strongly resistant to water and acid as to resist disintegration on prolonged soaking of several days or more in aqueous media or on soaking for several hours in aqueous media containing detergents of alkaline character.

3,616,166

3

The low molecular weight polymer of ethyl acrylate bonds the fibers without imparting a high degree of resilience to the bonded fabric. The bonded fabric is characterized by an almost limp character and upon folding or creasing recovery is only mild. The incorporation of the high MFT component enhances the limpness and increases the slowness of recovery from folding as well as overcoming disadvantageous tackiness without interfering with heat-sealing properties.

As normally deposited at room temperature or at temperatures below the MFT of the hard component, the polyblend exists essentially as a film of the ethyl acrylate polymer enclosing discrete particles of the high MFT polymer. Some of the high MFT particles are distributed adjacent the surface of the film of ethyl acrylate polymer in such a way as to provide reduced tackiness of the surface. Hence, the high MFT polymer may be considered analogous to a pigment in this heterogeneous system. However, when the polyblend is deposited at temperatures above the MFT of the high MFT component, the particles of the latter tend to become fused into the film of ethyl acrylate polymer, the extent of fusing increasing with increasing temperatures and times at which the temperature above the MFT of the second component is maintained. At points of heat-sealing, the high MFT polymer is also blended into the ethyl acrylate polymer to more or less extent by virtue of the temperature imparted by the jaws, rollers, or platens of the heat-sealing device. Here again, the extent of fusion depends on the temperature and time of maintenance during the heat-sealing operation.

The dispersions of high MFT polymer may be made by any of the known emulsion copolymerization procedures, e.g. by first mixing the several monomers in the desired proportions into an aqueous solution of an anionic, a cationic, or preferably a nonionic, dispersing or emulsifying agent.

Examples of anionic emulsifying agents that may be used include the higher fatty alcohol sulfates, such as sodium lauryl sulfate, the alkylaryl sulfonates such as sodium t-octylphenyl sulfonates, the sodium di-octyl sulfosuccinates and so on. Examples of cationic emulsifiers include trimethyl (dodecyl benzyl) ammonium chloride, and octadecylpyridinium chloride. Examples of the nonionic dispersing agents that may be used for preparing the monomeric emulsions before copolymerization or dispersions of the polymer after polymerization include the following: alkylphenoxypolyethoxyethanols having alkyl groups of about 7 to 18 carbon atoms and 6 to 60 or more oxyethylene units, such as heptylphenoxypolyethoxyethanols, octylphenoxypolyethoxyethanols, methyloctylphenoxypolyethoxyethanols, nonylphenoxypolyethoxyethanols, dodecylphenoxypolyethoxyethanols, and the like; polyethoxyethanol derivatives of methylene linked alkyl phenols; sulfur-containing agents such as those made by condensing 6 to 60 or more moles of ethylene oxide with nonyl, dodecyl, tetradecyl, t-dodecyl, and the like mercaptans or with alkylthiophenols having alkyl groups of 6 to 15 carbon atoms; ethylene oxide derivatives of long-chained carboxylic acids, such as lauric myristic, palmitic, oleic, and the like or mixtures of acids such as found in tall oil containing 6 to 60 oxyethylene units per molecule; analogous ethylene oxide condensates of long-chained alcohols, such as octyl, decyl, lauryl, or cetyl alcohols, ethylene oxide derivatives of etherified or esterified polyhydroxy compounds having a hydrophobic hydrocarbon chain, such as sorbitan monostearate containing 6 to 60 oxyethylene units, etc.; block copolymer of ethylene oxide and propylene oxide comprising a hydrophobic propylene oxide section combined with one or more hydrophilic ethylene oxide sections.

For the copolymerization, peroxidic free-radical catalysts, particularly catalytic systems of the redox type, are recommended. Such systems, as is well known, are combinations of oxidizing agents and reducing agents such as a combination of potassium persulfate and sodium metabisulfite. Other suitable peroxidic agents include the "per-salts" such as the alkali metal and ammonium persulfates and perborates, hydrogen peroxide, organic hydroperoxides such as tert-butyl

4

hydroperoxide and cumene hydroperoxide, and esters such as tert-butyl perbenzoate. Other reducing agents include water-soluble thiosulfates and hydrosulfites. Activators or promoters in the form of the salts—such as the sulfates or chlorides—of metals which are capable of existing in more than one valence state such as cobalt, iron, nickel, and copper may be used in small amounts. The most convenient method of preparing the copolymer dispersions comprises agitating an aqueous suspension of a mixture of copolymerizable monomers and a redox catalytic combination at room temperature without the application of external heat. The amount of catalyst can vary but for purposes of efficiency from 0.01 percent to 1.0 percent, based on the weight of the monomers, of the peroxidic agent and the same or lower proportions of the reducing agent are recommended. In this way it is possible to prepare dispersions which contain as little as 1 percent and as much as 60 percent or 70 percent of the resinous copolymer on a weight basis. It is, however, more practical—hence preferred—to produce dispersions which contain about 30 percent to 50 percent resin solids.

Except for the inclusion of about 0.2 to 5 percent, and preferably 0.2 to 1.5 percent by weight, based on the weight of monomers of a chain-transfer agent, the ethyl acrylate polymer dispersion may be made by any of the conventional emulsion polymerization procedures. For example, the polymerization procedures just described for the production of the aqueous dispersions of the high MFT polymer may be employed provided the proportion of a chain-transfer agent or chain regulator just specified above is included within the polymerization mixture in addition to the other ingredients. The chain-transfer agents which serve to reduce the molecular weight of the polymer obtained by the emulsion polymerization procedure in proportion to the amount of chain-transfer agents used may be any one of the following: long-chain alkyl mercaptans, e.g. t-dodecyl mercaptan, isopropanol, isobutanol, long-chain alcohols, e.g. lauryl alcohol, t-octyl alcohol, methylallyl chloride, $CCl_4$, $C_2Cl_6$, and $CBrCl_3$.

The polyblend binder or adhesive composition of the present invention is pressure sensitive as well as thermoplastic and may be employed for adhesively joining many things. For example, it may be used for joining surfaces of wood to plastic materials, plastics to metals, metals to metals, plastics to glass and so on. The adhesive is particularly valuable as a binder for nonwoven webs or fleeces of fibers or filaments and also as a saturant for paper. They are thermoplastic and heat-sealable and can serve quite efficiently in heat-sealing areas juxtaposed by bending operation as in the formation of a sleeve or tube by overlapping a longitudinal edge with the opposite longitudinal edge and applying heat as by means of heated rollers, jaws, or platens. These heating implements may be in pressing contact with the opposed surfaces of the overlapped portions of the nonwoven fabric but the fabric comprising the binder of the present invention does not exhibit such a strong resilience as to pull the bond open upon the movement of the fabric out of the bonding area away from contact with the sealing implements.

Because of the pressure-sensitive character of the adhesive, various surfaces and materials to be bonded with the polyblend adhesives can be lightly sealed, tacked, or adhered without resorting to heated platens by simply pressing the adhesive-covered surfaces together. This is an advantage when substrates or some component of the combined materials may be damaged by heat. The flow of the adhesive under pressure also allows the use of less complex sealing machinery.

The fiber sheets may be formed from textile length fibers by carding and, if desired, by superimposing a plurality of such carded webs on each other, preferably with the machine direction of the webs being alternated at right angles to each other than in the superimposed webs. They may also be formed in completely haphazard fashion such as in a Rando-Weber. Alternatively, they may be of either paper making or fiber making length and deposited from an air stream or aqueous liquid stream conveying the fibers suspended therein to the point of deposit.

3,616,166

| 5 | 6 |

The fibers of the nonwoven web may be cellulosic, such as cotton, linen, rayon or cellulose esters such as cellulose acetate or cellulose acetate butyrate. They may be of wool, casein, alpha protein, nylon, polyesters, such as polyethylene glycol terephthalate, or of addition polymers such as polyacrylonitrile or copolymers of acrylonitrile with ethyl acrylate, methyl acrylate and other materials, copolymers of vinyl chloride or vinylidene chloride with vinyl acetate, acrylonitrile, or acrylic esters, silk, asbestos, glass or mineral wool or fibers of metal such as aluminum.

The binder may be applied to the nonwoven fabric in any suitable way such as by immersing the fabric within the aqueous dispersion of the polyblend which may be accomplished by passing continuously a fleece or web of indefinite length about a roll submerged in the polyblend dispersion. Alternatively, the dispersion may be applied by spraying it over the surface of the fleece or web which may be continuously passed beneath the spray head. When the polyblend is applied over the entire area, the amount of polymer that is applied may be from 20 to 100 percent by weight based on the weight of the dried fibers. Besides applying the dispersion of polyblend over the entire area of the nonwoven web or fabric, it may be applied in preselected areas such as by passing the nonwoven web about a transfer roller having circumferential lines parallel to each other to provide parallel lines extending the full length of the fleece or web. The transfer roller may be replaced with others having other patterns of raised lines or areas as so to provide intersecting sets of lines of the binder on the nonwoven web which may provide interstitial spaces between the sets of lines of diamond, rectangular, square, triangular or other shapes. There is no limit to the character of printed pattern of the binder that can be applied by means of rolls having lands of any predetermined character. By applying the polyblend to selected areas of the fabric, the total amount applied can be greatly reduced although in the area of application the amount of polymer is preferably still approximately 20 to 100 percent by weight of polymer based on the weight of dry fibers in the area or areas to which the polyblend is applied.

After application of the binder, it may be dried at room temperature or at any desired elevated temperatures such as 100° to 150° C. or higher. Preferably, the drying is effected at a temperature below the MFT of the high MFT component of the binder but for some purposes it may be desirable to dry at a temperature higher than that MFT to provide partial or complete fusion of the two polymers in the polyblend.

Preferably, the heat-sealing is effected by elements (jaws, platens, or rollers) having a temperature above the MFT of the high MFT component. The heat-sealing elements may be heated by means of electric resistance elements or by high frequency dielectric energy. Alternatively, the platens, jaws, or rollers may be internally heated by the circulation of heated fluids therein.

The bonded nonwoven webs or fabrics can be formed into all sorts of packaging or wrapping materials which may be of various porosity in respect to liquids and/or gases including air. Even when the polyblend is distributed over the entire area of the web or fabric in the proportions specified hereinabove, the fabric is still highly porous to liquids and also somewhat porous to gases. However, this porosity to both gases and liquids can be increased by applying the binder to preselected areas leaving interstitial areas provided with no binder. Examples of uses include the packaging of tea, coffee, or similar beverage solids in unit parcels such as the well-known tea bags in which two of the nonwoven webs are placed one above and one below the parcel of powder and then is heat-sealed around the periphery of the superimposed webs. Similarly, a tube or sleeve may be formed by overlapping the opposite longitudinal edges of a continuously supplied web or sheet by heat sealing the overlapped edges and such tubing or sleeve may be used as a wrapper for tampons, catamenial pads, sanitary napkins, filters for liquids and/or gases and many other articles. Because of the limp character of the bonded fabric, such sleeves are readily formed and have no tendency to pull apart immediately after passing beyond the heating elements of the heat-sealing device.

To assist those skilled in the art to practice the present invention, the following modes of operation are suggested by way of illustration, parts and percentages being by weight and the temperature in °C. unless otherwise specifically noted.

### COPOLYMER A

A copolymer (molecular weight about 190,000 viscosity average) is prepared by emulsion polymerization of ethyl acrylate 70, methyl acrylate 27.9, itaconic acid 1.5, acrylamide 0.2, methylol acrylamide 0.2, bromotrichloromethane 0.2. This is designated copolymer A herein and has a solids content of 45 percent.

### COPOLYMER B

A copolymer (molecular weight about 270,000 viscosity average) is prepared by emulsion polymerization of ethyl acrylate 89, 2-ethylhexyl acrylate 9, acrylic acid 1.0, methacrylamide 0.7, and mercaptan propionic acid 0.3. This is designated copolymer B and has a solids content of 48 percent.

### COPOLYMER C

A copolymer (molecular weight about 155,00 viscosity average) is prepared by emulsion polymerization of ethyl acrylate 80, vinyl acetate 16, itaconic acid 2.5, methylol methacrylamide 1.0, and bromotrichloromethane 0.5. This is designated copolymer C and has a solids content of 44 percent.

### COPOLYMER D

A copolymer (molecular weight about 262,000 viscosity average) is prepared by emulsion polymerization of ethyl acrylate 98.1, itaconic acid 1.5, acrylamide 0.2, and bromotrichloromethane 0.2. This is designated copolymer D and has a solids content of 45 percent.

### COPOLYMER E

A copolymer (molecular weight about 232,000 viscosity average) is prepared by emulsion polymerization of ethyl acrylate 78.1, butyl acrylate 20, itaconic acid 1.5, acrylamide 0.2 methylol acrylamide 0.2, and bromotrichloromethane 0.2. This is designated copolymer E and has a solids content of 45 percent.

### COPOLYMER F

A copolymer (molecular weight about 220,000 viscosity average) is prepared of ethyl acrylate 92, vinylidene chloride 5, itaconic acid 1.5, methacrylamide 1.5, and tertiary dodecyl mercaptan 1. This is designated copolymer F and has a solids content of 40 percent.

### COPOLYMER G

A copolymer (molecular weight about 172,000 viscosity average) is prepared of ethyl acrylate 94, styrene 5, acrylic acid 0.2, acrylamide 0.2, N-methylol acrylamide 0.6, and bromotrichloromethane 0.6. This is designated copolymer G and has a solids content of 51 percent.

### COPOLYMER H

A copolymer (molecular weight about 152,000 viscosity average) is prepared of ethyl acrylate 92.1, acrylonitrile 4, methacrylic acid 2.9, acrylamide 0.5, methylol acrylamide 0.5, and carbon tetrachloride 0.3. This is designated copolymer H and has a solids content of 46 percent.

### POLYMER I

A polymer of about 170,000 viscosity average is prepared by emulsion polymerization of ethyl acrylate and 0.2 percent,

3,616,166

7 8

based on the ethyl acrylate, of dodecyl mercaptan. It is designated as polymer I and has a solids content of 45 percent.

In the preparation of A, B, C and I, there is used about 3 percent, based on monomer weight, of t-octylphenoxypoly(40) ethoxyethanol as emulsifier.

In the preparation of D and E, there is used about 1 percent, based on monomer weight, sodium lauryl sulfate as emulsifier.

In the preparation of F and G, there is used about 2 percent, based on monomer weight, sodium dodecyl benzene sulfonate as an emulsifier.

In the preparation of H, there is used about 2 percent, based on monomer weight, trimethyl(dodecyl benzyl) ammonium chloride and 2 percent t-octylphenoxypoly(40) ethoxyethanol as coemulsifiers.

### POLYMER J

An ethyl acrylate homopolymer dispersion is prepared by reflux polymerization using 1 percent, based on monomer weight, of sodium lauryl sulfate as the emulsifier. This produces a homopolymer with a molecular weight of about 1,000,000 viscosity average and about 45 percent solids. It is designated polymer J.

### POLYMER K

A 45 percent solids butyl acrylate homopolymer dispersion is prepared by redox polymerization using about 3 percent based on monomer of t-octylphenoxypoly(40)ethoxyethanol and about 1 percent based on monomer of sodium lauryl sulfate. This produces a homopolymer with a molecular weight of about 950,000 viscosity average. It is designated polymer K herein.

on itself once end for end and the folds are held under a predetermined load for 5 minutes, after which the web is released and 5 minutes later the angle of recovery is measured (Monsanto Wrinkle Recovery Test— ASTM No. D 1295-67).

The following table I shows the results of this test and the observations of the nature of the treated web. The compositions of the polymer or polyblends of the examples in table I are as given in table II. In table II, component (1) of the polyblend is immediately above component (2) that is mixed with it.

TABLE I

| Example | Crease Recovery of Bonded Fabric | Tack | Resiliency |
|---|---|---|---|
| 1 | 105° | none | low |
| 2 | 100° | none | low |
| 3 | 110° | none | low |
| 4 | 110° | none | low |
| 5 | 115° | none | low |
| 6 | 115° | none | low |
| 7 | 110° | none | low |
| 8 | 105° | none | low |
| 9 | 100° | none | low |
| 10 | 106° | none | low |
| 11 | 115° | tacky | moderate |
| 12 | 135° | none | springy |
| 13 | ** | very tacky | ** |
| 14 | 145° | none | very springy |

**Tackiness interferes with measurement and observation

TABLE II

| Example | Polymer of polyblends | MFT of component (2) | Percent solids | Parts wet weight | Parts dry weight |
|---|---|---|---|---|---|
| 1 | Copolymer A | | 46 | 70 | 9 |
| | Poly(AN¹) | 130° C. | 29 | 3.5 | 1 |
| 2 | Copolymer A | | 45 | 20 | 9 |
| | Poly(VC1²) | 76° C. | 56 | 1.8 | 1 |
| 3 | Copolymer B | | 48 | 14.6 | 7 |
| | Polystyrene | | 35 | 5.5 | 3 |
| 4 | Copolymer C | | 44 | 18.2 | 8 |
| | 60 VA³/40 VZ1³ copolymer | 61° C. | 56 | 3.6 | 2 |
| 5 | Copolymer D | | 45 | 16.7 | 7.5 |
| | 30 VA³/50 VC1² copolymer | 60° C. | 56 | 4.5 | 2.5 |
| 6 | Copolymer E | | 45 | 15.5 | 7 |
| | Poly(MMA⁴) | 106° C. | 36 | 8.8 | 3 |
| 7 | Copolymer F | | 40 | 21.2 | 8.5 |
| | Polyvinyltoluene | 125° C. | 32 | 4.7 | 1.5 |
| 8 | Copolymer G | | 40 | 17.5 | 7 |
| | 50 VA³/50 MMA⁴ copolymer | 62° C. | 40 | 7.8 | 3 |
| 9 | Copolymer H | | 30 | 26.5 | 8 |
| | Poly(MMA⁴) | 106° C. | 35 | 6.7 | 2 |
| 10 | Polymer I | | 45 | 16.7 | 7.5 |
| | 30 VA³/70 VC1² copolymer | 60° C. | 56 | 4.5 | 2.5 |
| 11 | Polymer J | | 45 | 22.2 | 10 |
| 12 | Polymer J | | 45 | 16.5 | 7.5 |
| | 30 VA³/70 VC1² copolymer | 60° C. | 56 | 4.5 | 2.5 |
| 13 | Polymer K | | 51 | 19.6 | 10 |
| 14 | Polymer K | | 51 | 18.7 | 8 |
| | 30 VA³/70 VC1² copolymer | 60°C. | 56 | 3.6 | 2 |

¹Acrylonitrile.  ²Vinyl chloride.  ³Vinyl acetate.  ⁴Methyl methacrylate.

The minimum film forming temperatures (MFT) of all of the copolymers A through H and of polymers I, J and K are below room temperature and in most cases below 0° C.

1. Aqueous dispersions of various solids contents are prepared from other monomers by emulsion polymerization to produce polymers of normally high molecular weight (e.g. about 500,000 or higher viscosity average) to serve as component (2) in the polyblend. The following table summarizes the nature and proportion of the components of the aqueous dispersions which are diluted to 10 percent solids concentration, and then applied, on a textile pad at 900 percent wet pickup to a nonwoven web (of 1/1/1 cellulose acetate/rayon/nylon/ 66 having a 20 to 25 mil thickness and weighing 1¾ oz. per square yard) obtained on a cross-lap card. The impregnated webs are dried with infrared heat and cured at 150° C. for 5 minutes.

A sample (1½ cm. wide) of the bonded web is then folded

2. A web of cotton about 30 mils thick and weighing about 1½ oz./sq. yard made by a "Rando-Webber" is fed lengthwise over the top of a roll which is partially immersed in an aqueous dispersion containing the polyblend of example 5 in table II but at a concentration of 30 percent total solids containing 1 to 2 percent of methyl cellulose (about 29 percent weight percent of methoxyl and of 400 centipoise viscosity grade (2 percent in water at 25° C.)) as a thickener to raise the viscosity of the polymer dispersion to 15,000 to 40,000cps. The surface of the roll is made up of 2 sets of parallel ribs intersecting at a 90° C. angle, the width of the ribs being about 2½ mm. and the ribs in each set being spaced apart by 10 mm. The approaching and departing lengths of the web make an angle of about 105° with the apex at the top of the roll. The imprinted web is dried by passage between a pair of banks of infrared lamps disposed above and below the web and then the dried web is passed over a conventional folding guide to lap one lon-

3,616,166

| 9 | 10 |

gitudinal edge over the other. The overlapped edges proceed under a hot sealing roll in contact therewith to heat-seal the laps together by virtue of the fusion of the thermoplastic polymer deposits where the lines thereof in the overlapped edges are pressed lightly into contact under the heat-sealing roll. The bonded web cools after leaving the heat-sealing roll without any springing apart of the overlapped edges before the seal is sufficiently cooled to set. No difficulties are encountered by virtue of any adhesion of the web to parts of the equipment.

3. a. The procedure of 2 above is repeated with each of the polyblends designated examples 1 to 4, 6 to 10, 12 and 14 of table II. Satisfactory bonding (without springing apart of the overlapped edges) is obtained with examples 1 to 4 and 6 to 10. However, the overlapped edges of the webs impregnated by the polyblends of examples 12 and 14 spring apart after leaving the heat-sealing roll so that the edges are not adhered together to form a sleeve or tube. The springiness of the web pulls the edges apart before the fused binder can set by cooling action.

b. When the procedure 2 is repeated using Polymer J in one instance and polymer K in another (examples 11 and 13 in the table), the binder is so tacky in each instance that trouble is encountered with sticking to the guides and the heat sealing roll thereby causing distortions and in some instances tearing of the web.

I claim:

1. An adhesive composition comprising an aqueous dispersion of (1) a linear polymer of ethyl acrylate having an MFT not above room temperature and a molecular weight of about 150,000 to 300,000 viscosity average obtained by emulsion polymerization using 0.2 to 5 percent by weight, based on the total monomer weight, of a chain-transfer agent and (2) a polymer containing polymerized units of vinyl chloride, methyl methacrylate, styrene, vinyltoluene, or acrylonitrile which polymer has an MFT of at least about 50° C., the polymers being present in a proportion of 60 to 90 percent by weight of (1) and 40 to 10 percent by weight of (2) respectively.

2. A composition as defined in claim 1 in which (1) is a linear copolymer of ethyl acrylate with (a) 0 to 30 percent by weight of methyl acrylate, a $(C_3-C_8)$ alkyl acrylate or a $(C_1-C_8)$ alkyl methacrylate, (b) 0 to 5 percent by weight of vinyl acetate, methyl methacrylate, styrene, vinyltoluene, vinyl chloride, vinylidene chloride, or acrylonitrile, (c) 0 to 5 percent by weight of an $\alpha,\beta$-monoethylenically unsaturated acid, and 0 to 1 percent by weight of acrylamide, N-methylolacrylamide, methacrylamide, or N-methylol methacrylamide.

3. A nonwoven fabric bonded in at least a portion of its area with a composition comprising (1) a linear polymer of ethyl acrylate having an MFT not above room temperature and a molecular weight of about 150,000 to 300,000 viscosity average obtained by emulsion polymerization using 0.2 to 5 percent by weight, based on the total monomer weight, of a chain-transfer agent and (2) a polymer containing polymerized units of vinyl chloride, methyl methacrylate, styrene, vinyltoluene, or acrylonitrile which polymer has an MFT of at least about 50° C., the polymers being present in a proportion of 60 to 90 percent by weight of (1) and 40 to 10 percent by weight of (2) respectively.

4. A nonwoven fabric according to claim 3 in which (1) is a linear copolymer of ethyl acrylate with (a) 0 to 30 percent by weight of methyl acrylate, a $(C_3-C_8)$ alkyl acrylate or a $(C_1-C_8)$ alkyl methacrylate, (b) 0 to 5 percent by weight of vinyl acetate, methyl methacrylate, styrene, vinyltoluene, vinyl chloride, vinylidene chloride, or acrylonitrile, (c) 0 to 5 percent by weight of an $\alpha,\beta$-monoethylenically unsaturated acid, and 0 to 1 percent by weight of acrylamide, N-methylolacrylamide, methacrylamide, of N-methylol methacrylamide.

5. A nonwoven fabric according to claim 3 in which (1) is a linear copolymer of ethyl acrylate with (a) 0 to 30 percent by weight of methyl acrylate, a $(C_3-C_8)$ alkyl acrylate of a $(C_1-C_8)$ alkyl methacrylate, (b) 0 to 5 percent by weight of vinyl acetate, methyl methacrylate, styrene, vinyltoluene, vinyl chloride, vinylidene chloride, or acrylonitrile, (c) 0 to 5 percent by weight of an $\alpha,\beta$-monoethylenically unsaturated acid, and 0 to 1 percent by weight of acrylamide, methacrylamide, or N-methylol acrylamide and in which (2) is a polymer of vinyl chloride, methyl methacrylate, styrene, vinyltoluene, or acrylonitrile.

6. A nonwoven fabric bonded in at least a portion of its area with a dried deposit of a composition comprising (1) a linear polymer of ethyl acrylate having an MFT not above room temperature and a molecular weight of about 150,000 to 300,000 viscosity average obtained by emulsion polymerization using 0.2 to 5 percent by weight, based on the total monomer weight, of a chain-transfer agent and (2) a polymer containing polymerized units of vinyl chloride, methyl methacrylate, styrene, vinyltoluene, or acrylonitrile which polymer has an MFT of at least about 50° C., the polymers being present in a proportion of 60 to 90 percent by weight of (1) and 40 to 10 percent by weight of (2) respectively, said fabric being in the form of a sleeve wherein a longitudinal edge is overlapped on and heat-sealed to the opposite longitudinal edge of the fabric.