Page 1

- C O N F I D E N T I A L -

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------)
AHLSTROM WINDSOR LOCKS, LLC,   )
                               )
      Plaintiff,               ) Civil Action No.
                               )
      vs.                      ) 3:03-CV-0169 (AVC)
                               )
SCHOELLER & HOESCH, N.A., INC. )
and P.H. GLATFELTER COMPANY,   )
                               )
      Defendants.              )
-------------------------------)
```

VIDEOTAPE DEPOSITION OF: EARL W. MALCOLM
DATE: December 8, 2004
HELD AT:
Robinson & Cole, LLP
280 Trumbull Street
Hartford, Connecticut
- - -

Reporter:

Sandra V. Semevolos, RMR, CRR, LSR #74

BRANDON SMITH REPORTING SERVICE
44 Capitol Avenue
Hartford, Connecticut 06106
(860) 549-1850

12-8-2004
CONFIDENTIAL
Ahlstrom v. Schoeller
Earl Malcolm

Page 51

| | | |
|---|---|---|
| 10:43:53 | 1 | fibers for making paper, relation to fiber properties |
| 10:43:59 | 2 | to final properties of the product. |
| 10:44:08 | 3 | Q. Would you consider yourself to be a tea bag |
| 10:44:10 | 4 | paper expert? |
| 10:44:14 | 5 | A. Specific to tea bag? |
| 10:44:17 | 6 | Q. Yes. |
| 10:44:20 | 7 | A. I probably would say yes. |
| 10:44:22 | 8 | Q. And why would you say that? |
| 10:44:24 | 9 | A. Principally because I don't think there are |
| 10:44:28 | 10 | many experts in the area, and I am -- let's just say I |
| 10:44:37 | 11 | do not know one, somebody who knows more about tea bag |
| 10:44:39 | 12 | in the academic area than I do. |
| 10:44:48 | 13 | Q. Would it be fair to say that your tea bag |
| 10:44:51 | 14 | paper knowledge prior to being engaged as an expert in |
| 10:44:55 | 15 | this case would have been limited to heatsealable tea |
| 10:44:58 | 16 | bag papers? |
| 10:44:59 | 17 | A. No. |
| 10:45:05 | 18 | Q. Can you explain for me then why you had to |
| 10:45:07 | 19 | ask Peter Scott the difference between heatsealable and |
| 10:45:10 | 20 | nonheatsealable tea bag papers within the last |
| 10:45:15 | 21 | year-and-a-half? |
| 10:45:16 | 22 | A. To confirm whether things had changed since I |
| 10:45:18 | 23 | was active in the industry. |
| 10:45:22 | 24 | Q. What sorts of things were you concerned about |
| 10:45:25 | 25 | having possibly changed? |

CONFIDENTIAL
12-8-2004         Ahlstrom v. Schoeller                    Earl Malcolm

Page 52

| Time | Line | |
|---|---|---|
| 10:45:34 | 1 | A. Basis weight properties, filtration |
| 10:45:43 | 2 | properties, composition. |
| 10:45:53 | 3 | Q. So would you say you were an expert in tea |
| 10:45:55 | 4 | bag paper technology as of 1976, but that that took a |
| 10:46:01 | 5 | hiatus, if you will, until your involvement in this |
| 10:46:09 | 6 | case? |
| 10:46:11 | 7 | A. Difficult to answer because many of the |
| 10:46:12 | 8 | properties related to paper generally also relate to |
| 10:46:14 | 9 | tea bag paper. Tea bag paper is not an item by itself. |
| 10:46:34 | 10 | Q. But clearly there are enough nuances to it, |
| 10:46:40 | 11 | tea bag paper that is, that you were concerned enough |
| 10:46:42 | 12 | to want to get confirmation or an update from Mr. Scott |
| 10:46:46 | 13 | as to the various things you just listed? |
| 10:46:48 | 14 | A. Yes. |
| 10:46:50 | 15 | Q. And you hadn't kept up on those various |
| 10:46:52 | 16 | things with regard to tea bag paper since 1976; is that |
| 10:46:57 | 17 | right? |
| 10:46:57 | 18 | A. Not the commercial products, commercial side, |
| 10:47:01 | 19 | no. |
| 10:47:03 | 20 | Q. You hadn't kept up on those things with |
| 10:47:05 | 21 | regard to the commercial side? |
| 10:47:07 | 22 | A. Correct. |
| 10:47:10 | 23 | Q. What would be the flip side of the commercial |
| 10:47:12 | 24 | side that you had kept up with, if that's what you are |
| 10:47:16 | 25 | saying? |

Brandon Smith Reporting

CONFIDENTIAL

12-8-2004　　　　　　　　Ahlstrom v. Schoeller　　　　　　　　Earl Malcolm

Page 53

| Time | # | Text |
|---|---|---|
| 10:47:19 | 1 | A.   Oh, such things as the effect of fiber |
| 10:47:21 | 2 | structure on web properties, the effect of how you |
| 10:47:28 | 3 | would change fiber porosity, web porosity changes, |
| 10:47:34 | 4 | general aspects of paper technology of which tea bag |
| 10:47:37 | 5 | paper is one. |
| 10:47:39 | 6 | Q.   Were there any specific types of paper in |
| 10:47:44 | 7 | which you primarily focused your fiber structure or |
| 10:47:49 | 8 | fiber porosity research?  In other words, is it |
| 10:47:56 | 9 | possible to just study changes in fiber structure in |
| 10:48:00 | 10 | the abstract, or does it have to be with regard to a |
| 10:48:03 | 11 | specific type of paper? |
| 10:48:05 | 12 | A.   Would you rephrase that question again? |
| 10:48:13 | 13 | Q.   Yeah.  I guess what I'm trying to understand |
| 10:48:15 | 14 | is, if you are able to keep up on certain general paper |
| 10:48:23 | 15 | principles that didn't have anything to do specifically |
| 10:48:27 | 16 | with tea bag paper, but that applied generally across |
| 10:48:32 | 17 | the board to other types of papers or paper in general, |
| 10:48:37 | 18 | what were the sorts of papers that you were frequently |
| 10:48:41 | 19 | looking at to keep up with those general properties? |
| 10:48:48 | 20 | A.   They would have been a variety of papers, |
| 10:48:50 | 21 | including tissues, some toweling work. |
| 10:48:56 | 22 | Q.   What was that? |
| 10:48:58 | 23 | A.   Towels. |
| 10:48:58 | 24 | Q.   Towels. |
| 10:49:00 | 25 | A.   General papers as we have here. |

Brandon Smith Reporting

a3709625-14fb-4056-aae0-18dee565e96e

Page 62

| Time | # | |
|---|---|---|
| 11:05:27 | 1 | A. I really don't know. Legal question. |
| 11:05:44 | 2 | Q. Well, in my mind, it isn't. You read the |
| 11:05:47 | 3 | '997 patent; right? |
| 11:05:50 | 4 | A. Yes. |
| 11:05:50 | 5 | Q. That's Exhibit -- that's tab B to your expert |
| 11:05:53 | 6 | report. And you've already told us that you learned |
| 11:05:59 | 7 | from Mr. Scott that heatsealable papers are not |
| 11:06:05 | 8 | interchangeable with nonheatsealable tea bag papers; |
| 11:06:07 | 9 | correct? |
| 11:06:07 | 10 | A. Right. |
| 11:06:10 | 11 | Q. So was there anything in your review of the |
| 11:06:12 | 12 | '997 patent, the subject matter that's disclosed in |
| 11:06:17 | 13 | here, that led you to believe that it might cover |
| 11:06:20 | 14 | heatsealable as well as nonheatsealable papers? |
| 11:06:22 | 15 | A. There is nothing in the patent that led me to |
| 11:06:25 | 16 | believe that. There might be statements in there which |
| 11:06:31 | 17 | I don't remember. |
| 11:06:36 | 18 | Q. If you look at the '997 patent which is -- |
| 11:06:53 | 19 | yeah, you have it there -- tab B of what we've marked |
| 11:06:56 | 20 | as Exhibit 3 today, in column 3, line 21, the paragraph |
| 11:07:07 | 21 | in column 3, line 21 it starts "The present invention." |
| 11:07:12 | 22 | If you go to the third sentence there, it says "The |
| 11:07:15 | 23 | webs are of the nonheatseal variety and require |
| 11:07:19 | 24 | mechanical fastening, i.e., folding and crimping, for |
| 11:07:27 | 25 | the formation of the tea bag." |

12-8-2004

CONFIDENTIAL
Ahlstrom v. Schoeller

Earl Malcolm

Page 63

| Time | Line | |
|---|---|---|
| 11:07:30 | 1 | Does that refresh your recollection at all as |
| 11:07:34 | 2 | to whether or not the '997 patent covers heatsealable |
| 11:07:38 | 3 | or nonheatsealable or both? |
| 11:07:44 | 4 | A.   I misunderstood your question then. The '997 |
| 11:07:46 | 5 | patent does not speak of heatseal. |
| 11:07:50 | 6 | Q.   So then you'd agree it does not cover |
| 11:07:51 | 7 | heatsealable tea bag papers? |
| 11:07:54 | 8 | MR. BRESNICK: Objection to form. You |
| 11:07:55 | 9 | are not referring to the claims now, are you? |
| 11:07:58 | 10 | MR. FARRELL: No, just its disclosure |
| 11:08:01 | 11 | does not relate to, maybe it's a better word, |
| 11:08:04 | 12 | heatsealable papers. |
| 11:08:09 | 13 | THE WITNESS: The '997 patent doesn't |
| 11:08:11 | 14 | describe heatseal papers. |
| 11:08:13 | 15 | BY MR. FARRELL: |
| 11:08:13 | 16 | Q.   Okay. Turning back to your expert report, at |
| 11:08:22 | 17 | paragraph 5 of your expert report, on page 3, you |
| 11:08:39 | 18 | indicate that fibers in dry paper contain hydrogen |
| 11:08:48 | 19 | bonds. |
| 11:08:49 | 20 | Do you see where I'm at, paragraph 5 of your |
| 11:08:52 | 21 | expert report? |
| 11:08:54 | 22 | A.   Yes. |
| 11:09:02 | 23 | Q.   You indicate that there is, these hydrogen |
| 11:09:06 | 24 | bonds hold the individual fibers together, onto |
| 11:09:12 | 25 | another, as well as there is internal hydrogen bonds in |

CONFIDENTIAL
12-8-2004                Ahlstrom v. Schoeller                Earl Malcolm

Page 168

| Time | # | Text |
|---|---|---|
| 15:31:46 | 1 | number 1 where it says "improved wettability negatively |
| 15:31:50 | 2 | impacts leaker rates?" So does that suggest to you |
| 15:31:58 | 3 | that the activities undertaken by Dexter to improve the |
| 15:32:06 | 4 | wettability achieved at least the goal of improving |
| 15:32:09 | 5 | wettability in the first instance? |
| 15:32:19 | 6 | A.   If they are going to compare it with |
| 15:32:20 | 7 | something, probably they would have had to.  They said |
| 15:32:25 | 8 | improved wettability as a negative effect? |
| 15:32:28 | 9 | Q.   As it impacts leaker rates, it says there; |
| 15:32:31 | 10 | right? |
| 15:32:34 | 11 | A.   Yeah. |
| 15:32:34 | 12 | Q.   So would you draw from that the conclusion |
| 15:32:47 | 13 | that improving the wettability was an acceptable |
| 15:32:54 | 14 | solution to the floating concern? |
| 15:33:04 | 15 | A.   I guess just based on what I see here, I |
| 15:33:07 | 16 | probably can conclude just the opposite, and said the |
| 15:33:11 | 17 | wettability negatively affects leaker rates.  So the |
| 15:33:14 | 18 | more wettable, the more the tea leaked out, and that |
| 15:33:17 | 19 | this leaker rate had got worse faster than any |
| 15:33:21 | 20 | improvement in wettability. |
| 15:33:23 | 21 | Q.   Okay. |
| 15:33:32 | 22 | A.   It's always difficult to say anything just |
| 15:33:35 | 23 | seeing little statements. |
| 15:33:36 | 24 | Q.   When is the first time you ever heard of the |
| 15:33:41 | 25 | water climb test? |

CONFIDENTIAL

12-8-2004   Ahlstrom v. Schoeller   Earl Malcolm

Page 169

| Time | # | |
|---|---|---|
| 15:33:44 | 1 | A. When I started discussing this patent. |
| 15:33:46 | 2 | Q. Okay. So would you describe it as an |
| 15:33:57 | 3 | industry standard type test? |
| 15:34:03 | 4 | A. There is no industry standards on this test, |
| 15:34:05 | 5 | I believe. |
| 15:34:07 | 6 | Q. So it isn't like a, for instance, a TAPPI |
| 15:34:10 | 7 | method, if you are familiar -- |
| 15:34:11 | 8 | A. No, not an ASTM standard, for example. |
| 15:34:14 | 9 | Q. Do you know of anyone else in the tea bag |
| 15:34:18 | 10 | paper manufacturing industry or in the tea bag |
| 15:34:20 | 11 | industry, tea bag paper or tea bag industries, who |
| 15:34:27 | 12 | conducts the water climb test aside from Dexter? |
| 15:34:38 | 13 | A. Similar tests are conducted by a wide variety |
| 15:34:40 | 14 | of people. |
| 15:34:42 | 15 | Q. Okay. |
| 15:34:43 | 16 | A. All to their own little set of |
| 15:34:44 | 17 | specifications. That's why I said it was not an |
| 15:34:47 | 18 | industry standard, but the concept of sticking a piece |
| 15:34:49 | 19 | of paper in water and seeing the water absorb is used |
| 15:34:52 | 20 | in many end uses. |
| 15:34:54 | 21 | Q. Okay. Were you shown any documents as part |
| 15:35:06 | 22 | of your expert report that set forth what Dexter |
| 15:35:14 | 23 | considered to be the steps of its water climb test? |
| 15:35:21 | 24 | A. Only those in the patent. |
| 15:35:23 | 25 | Q. Okay. Your supplemental expert report from |

Brandon Smith Reporting

a3709625-14fb-4056-aae0-18dee565e96e