160

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 DEC -7 P 4: 36

U.S. DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| AHLSTROM WINDSOR LOCKS LLC, | : | |
| Plaintiff, | : | CASE NO. 3:03-CV-0169-AVC |
| v. | : | |
| SCHOELLER & HOESCH, NA, INC., and P. H. GLATFELTER COMPANY, | : | |
| Defendants. | : | DECEMBER 7, 2004 |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE A SECOND AMENDED ANSWER AND COUNTERCLAIM**

Pursuant to Fed. R. Civ. P. 15, defendants Schoeller & Hoesch, NA, Inc. and P. H. Glatfelter Company (collectively, "Defendants") request leave of court to file a second Amended Answer and Counterclaim. In support of this motion, Defendants state as follows:

1. The Defendants filed a motion to amend their Answer and Counterclaim on May 13, 2004, which the Court granted on October 4, 2004.

2. After the Defendants filed their motion to amend their Answer and Counterclaim, the Plaintiff, Ahlstrom Windsor Locks LLC, filed a motion to amend its Complaint on May 20, 2004. The Court also granted this motion on October 4, 2004.

3. The Plaintiff filed its Amended Complaint on October 8, 2004. The Amended Complaint added two new counts – Count II, Inducement of Infringement, and Count III, Contributory Infringement.

4. The previously filed Amended Answer and Counterclaim did not respond to the Plaintiff's new Count II and Count III.

03cv169 END160

HART1-1221877-1

*Handwritten margin note (left side, rotated):* As this matter has been reported settled, the motion is denied as moot. January 21, 2005. SO ORDERED. /s/ Alfred V. Covello, U.S.D.J.