FILED
2004 DEC 23 P 4: 51
DISTRICT COURT
HARTFORD CT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

AHLSTROM WINDSOR LOCKS LLC,          :
                                                                :
        Plaintiff,                                        :   CASE NO. 3:03-CV-0169-AVC
                                                                :
v.                                                              :
                                                                :
SCHOELLER & HOESCH, NA, INC., and    :
P. H. GLATFELTER COMPANY,                  :
                                                                :
        Defendants.                                    :   DECEMBER 23, 2004

**DEFENDANTS' MOTION TO STRIKE
DECLARATION OF EARL W. MALCOLM**

        Defendants Schoeller & Hoesch, NA, Inc. and P.H. Glatfelter Company (collectively "Defendants") hereby move to strike the Declaration of Earl W. Malcolm submitted in conjunction with Plaintiff's opposition to Defendants' motion for summary judgment. For the reasons set forth in the accompanying memorandum, the Declaration of Earl W. Malcolm does not qualify as proper expert testimony and should be stricken.

As this matter has been reported settled, the motion is denied as moot.

Alfred V. Covello, U.S.D.J.

January 21, 2005.
SO ORDERED.

03cv169eND173