*138*

*As this matter has been reported settled, the motion is denied as moot.*

*January 21, 2005.*
*SO ORDERED.*

*Alfred /N. Covello U.S.D.J*

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2004 NOV -9 P 3: 08

U.S. DISTRICT COURT
HARTFORD, CT.

AHLSTROM WINDSOR LOCKS LLC,    )
                               )
                    Plaintiff, )
                               )
    v.                         )    CIVIL ACTION NO. 3:03-CV-0169 (AVC)
                               )
SCHOELLER & HOESCH, N.A., INC. and  )
P. H. GLATFELTER COMPANY,       )
                               )
                   Defendants. )

## MOTION FOR LEAVE TO TAKE THE DEPOSITION OF DEFENDANT GLATFELTER THROUGH ITS SUBSIDIARY SCHOELLER & HOESCH

Plaintiff, Ahlstrom Windsor Locks LLC ("Plaintiff"), hereby moves the

Court for leave to take the deposition of Defendant, P. H. Glatfelter Company

("Glatfelter"), through its subsidiary, Papierfabrik Schoeller & Hoesch GmbH,

Gernsbach, Germany ("S&H"), in Gernsbach, Germany or a suitable location nearby, at a

time convenient to the parties, pursuant to the attached Notice of Deposition under Rule

30 (b)(6), Fed.R.Civ.P. (**Exh. A**). The notice requests documents and testimony from

knowledgeable personnel at its "Main Lab" relating to quality control and competitive

testing of tea bag paper and customer specifications therefor. The grounds for the motion

are stated in the following Memorandum In Support Of Motion.

## MEMORANDUM IN SUPPORT OF MOTION

### Preliminary Statement

Plaintiff previously served a notice of deposition and request for

documents under Rule 30(b)(6) on Glatfelter, through its subsidiary S&H in Germany, in

a form substantially the same as that of Exhibit A, on May 19, 2004. Glatfelter moved for

**FILED**
2005 JAN 21 P 4: 1
U.S. DISTRICT COURT
HARTFORD, CT.

03 cu 169 end 138