# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, | : |
| | : CASE NO. 3:03-CV-0169(AVC) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| SCHOELLER & HOESCH, NA, INC., and | : |
| P.H. GLATFELTER COMPANY, | : |
| | : |
| Defendants. | : OCTOBER 8, 2004 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON THE BASIS OF PATENT INVALIDITY UNDER 35 U.S.C. §§ 102 AND 103

Pursuant to Federal Rule of Civil Procedure 56, defendants Schoeller & Hoesch, NA, Inc., and P.H. Glatfelter Company ("Defendants") hereby move for summary judgment on the basis of patent invalidity under 35 U.S.C. §§ 102 and 103. In support of this motion, Defendants rely upon the following:

1. Defendants' Memorandum of Law in Support of their Motion for Summary Judgment;

2. Defendants' Local Rule 56(a)(1) Statement; and

3. Defendants' Appendix of Exhibits in Support of their Motion for Summary Judgment on the Basis of Patent Invalidity Under 35 U.S.C. §§102 and 103.

HART1-1210612-1

[Handwritten margin note: As this matter has been reported settled, the motion is denied as moot.
January 21, 2005.
SO ORDERED.
Alfred V. Covello, U.S.D.J.]

[Handwritten: 03cv169end121]