UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AHLSTROM WINDSOR LOCKS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:03-CV-0169 (AVC) |
| | ) | |
| SCHOELLER & HOESCH, N.A., INC. and | ) | |
| P. H. GLATFELTER COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiff, Ahlstrom Windsor Locks LLC, and Defendants, Schoeller & Hoesch, NA, Inc. and P. H. Glatfelter Company, (collectively, the "Parties"), having agreed that additional time will be required for them adequately to complete their work in connection with the preparation of an agreement settling all of the issues in the above-identified litigation, respectfully request that the Court extend the time for the Parties to file appropriate papers dismissing the case, from February 17, 2005 to and including March 14, 2005. The grounds for the motion are that the parties hereto have been actively engaged in negotiating the final terms of a settlement agreement disposing of the remaining issues in the case and require additional time to complete their work. No Court ordered schedules other than the time for filing the appropriate papers dismissing the case will be affected by the requested extension.

Respectfully submitted,

_____  Date: 2/16/05
Sidney R. Bresnick, Esq. (ct16295)

Yunling Ren (ct21078)
Cohen, Pontani, Lieberman & Pavane
551 Fifth Avenue
New York, New York 10176
    -and-
Basam E. Nabulsi, Esq. (ct20897)
McCarter & English
Four Stamford Plaza
107 Elm Street, 9th Floor
Stamford, CT 06902
Attorneys for Plaintiff

*(ct25632)*
*[signature]* Brett Bohning for

Date: 2/17/05

Dina S. Fisher, Esq. (14896)
Robinson & Cole LLP
280 Trumbull Street
Hartford, Connecticut 06103
Tel. (860) 275-8237
    -and-
Marc J. Farrell, Esq. (ct24539)
Buchanan Ingersoll, PC
213 Market Street, 3rd Floor
Harrisburg, PA 17101
Tel. (717) 237-4820
Attorneys for Defendants