UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 FEB 17 A 10: 49
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:03-CV-0169 (AVC) |
| ) | |
| SCHOELLER & HOESCH, N.A., INC. and ) | |
| P. H. GLATFELTER COMPANY, ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiff, Ahlstrom Windsor Locks LLC, and Defendants, Schoeller & Hoesch, NA, Inc. and P. H. Glatfelter Company, (collectively, the "Parties"), having agreed that additional time will be required for them adequately to complete their work in connection with the preparation of an agreement settling all of the issues in the above-identified litigation, respectfully request that the Court extend the time for the Parties to file appropriate papers dismissing the case, from February 17, 2005 to and including March 14, 2005. The grounds for the motion are that the parties hereto have been actively engaged in negotiating the final terms of a settlement agreement disposing of the remaining issues in the case and require additional time to complete their work. No Court ordered schedules other than the time for filing the appropriate papers dismissing the case will be affected by the requested extension.

Respectfully submitted,

_____
Sidney R. Bresnick, Esq. (ct16295)

Date: 2/16/05

[Sideways stamp: The joint motion for extension of times is GRANTED.]
[Stamp: #3:03-CV-0169(AVC) February 17, 2005 SO ORDERED.]
[Stamp: FILED 2005 FEB 17 P 1:55 U.S. DISTRICT COURT HARTFORD, CT]

03cv169end187