UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AHLSTROM WINDSOR LOCKS LLC,           )
         Plaintiff,                    )
vs.                                                    )
                                                )
SCHOELLER & HOESCH, N.A., INC. and    )   CIVIL ACTION NO. 3:03-CV-0169 (AVC)
P.H. GLATFELTER COMPANY               )
                                                )
         Defendant                     )

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiff, Ahlstrom Windsor Locks LLC, and Defendants, Schoeller & Hoesch, NA, Inc. and P. H. Glatfelter Company, (collectively, the "Parties"), respectfully request that the Court extend the time for the Parties to file appropriate papers dismissing the case, from March 17, 2005, to and including March 31, 2005. The additional time is required to complete and circulate for signature among the Parties the settlement agreement settling all of the issues in the above-identified litigation. No Court ordered schedules other than the time for filing the appropriate papers dismissing the case will be affected by the requested extension.

Respectfully submitted,

/s/ Sidney R. Bresnick                                    Date: 3/16/05
Sidney R. Bresnick, Esq. (ct 16295)
Yunling Ren (ct 21078)
Cohen, Pontani, Lieberman & Pavane
551 Fifth Avenue
New York, New York 10176
    -and-
Basam E. Nabulsi, Esq. (ct 20897)
McCarter & English
Four Stamford Plaza
107 Elm Street, 9th Floor

Stamford, CT 06902
Attorneys for Plaintiff

_____        Date: 3/16/05
Dina S. Fisher, Esq. (ct 14896)
Robinson & Cole LLP
280 Trumbull Street
Hartford, Connecticut 06103
Tel. (860) 275-8237
       -and-
Marc J. Farrell, Esq. (ct 24539)
Buchanan Ingersoll, PC
213 Market Street, 3rd Floor
Harrisburg, PA 17101
Tel. (717) 237-4820
Attorneys for Defendants