191/192

FILED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

2005 MAR 31   A 10: 36

US DISTRICT COURT
HARTFORD CT

AHLSTROM WINDSOR LOCKS LLC,

        Plaintiff,　　　　　　　)

  vs.　　　　　　　　　　　　　　)

 　　　　　　　　　　　　　　　　)

SCHOELLER & HOESCH, N.A., INC. and　　)　　CIVIL ACTION NO. 3:03-CV-0169 (AVC)
P.H. GLATFELTER COMPANY　　　　　)

 　　　　　　　　　　　　　　　　)

        Defendant　　　　　　)

## JOINT MOTION FOR EXTENSION OF TIME

    Plaintiff, Ahlstrom Windsor Locks LLC, and Defendants, Schoeller & Hoesch, NA, Inc. and P. H. Glatfelter Company, (collectively, the "Parties"), respectfully request that the Court extend the time for the Parties to file appropriate papers dismissing the case, from March 31, 2005, to and including April 29, 2005. The parties have agreed upon all but a few of the terms of the settlement agreement, however, additional time is required to resolve those last remaining issues. No Court ordered schedules other than the time for filing the appropriate papers dismissing the case will be affected by the requested extension.

Respectfully submitted,

*Sidney R. Bresnick*

Sidney R. Bresnick, Esq. (ct 16295)
Yunling Ren (ct 21078)
Cohen, Pontani, Lieberman & Pavane
551 Fifth Avenue
New York, New York 10176
    -and-
Basam E. Nabulsi, Esq. (ct 20897)
McCarter & English
Four Stamford Plaza
107 Elm Street, 9th Floor

Date: 3/30/05

April 4, 2005. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

03cv169END191