UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 MAY 27 P 1: 13

DISTRICT COURT
HARTFORD, CT.

AHLSTROM WINDSOR LOCKS LLC,

    Plaintiff,

vs.

SCHOELLER & HOESCH, N.A., INC. and
P. H. GLATFELTER COMPANY

    Defendant

CIVIL ACTION NO. 3:03-CV-0169 (AVC)

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiff, Ahlstrom Windsor Locks LLC, and Defendants, Schoeller & Hoesch, NA, Inc. and P. H. Glatfelter Company, (collectively, the "Parties"), respectfully request that the Court extend the time for the Parties to file appropriate papers dismissing the case, from May 27, 2005, to and including June 30, 2005. The parties have agreed upon all but a few of the terms of the settlement agreement, however, additional time is required to resolve those last remaining issues. No Court ordered schedules other than the time for filing the appropriate papers dismissing the case will be affected by the requested extension.

Respectfully submitted,

_Sidney R. Bresnick_            Date: 5/27/05

Sidney R. Bresnick, Esq. (ct 16295)
Yunling Ren (ct 21078)
Cohen, Pontani, Lieberman & Pavane
551 Fifth Avenue
New York, New York 10176
    -and-
Basam E. Nabulsi, Esq. (ct 20897)
McCarter & English
Four Stamford Plaza
107 Elm Street, 9th Floor
Stamford, CT 06902
Attorneys for Plaintiff

June 1, 2005. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

03CV169END195