UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AHLSTROM WINDSOR LOCKS LLC, | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| SCHOELLER & HOESCH, N.A., INC. and P. H. GLATFELTER COMPANY | ) ) ) | CIVIL ACTION NO. 3:03-CV-0169 (AVC) |
| Defendant | ) | |

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiff, Ahlstrom Windsor Locks LLC, and Defendants, Schoeller & Hoesch, NA, Inc. and P. H. Glatfelter Company, (collectively, the "Parties"), respectfully request that the Court extend the time *nunc pro tunc* for the Parties to file appropriate papers dismissing the case, from June 30, 2005, to and including July 15, 2005. The parties have agreed upon the terms of the settlement agreement, however, additional time is required to obtain the necessary signatures of the Parties. No Court ordered schedules other than the time for filing the appropriate papers dismissing the case will be affected by the requested extension.

Respectfully submitted,

/s/ Sidney R. Bresnick

Sidney R. Bresnick, Esq. (ct 16295)
Yunling Ren (ct 21078)
Cohen, Pontani, Lieberman & Pavane
551 Fifth Avenue
New York, New York 10176
    -and-
Basam E. Nabulsi, Esq. (ct 20897)
McCarter & English
Four Stamford Plaza
107 Elm Street, 9th Floor
Stamford, CT 06902
Attorneys for Plaintiff

Date: July 1, 2005

July 6, 2005. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.