UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC, ) | FILED |
| ) | |
| Plaintiff, ) | 2005 JUL 14 P 1: 46 |
| ) | |
| v. ) | CIVIL ACTION NO. 3:03-CV-0169 (AVC) |
| ) | |
| SCHOELLER & HOESCH, N.A., INC. and ) | |
| P. H. GLATFELTER COMPANY, ) | |
| ) | |
| Defendants. ) | |

### ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiff, Ahlstrom Windsor Locks LLC, and Defendants, P. H. Glatfelter Company and Schoeller & Hoesch, NA, Inc., (collectively, the "Parties"), by and through their undersigned counsel, have amicably resolved all claims, including all pleadings between them in this action, and the Court, after reviewing the Joint Motion to Dismiss Without Prejudice, ORDERS AND ADJUDGES as follows:

1. The Joint Motion for Dismissal Without Prejudice is GRANTED, and this case is dismissed without prejudice.

2. In the event that there is not full performance of the terms of the Settlement Agreement by either party, the aggrieved party may immediately move to reopen this case.

3. Each party shall bear its own attorneys' fees and costs.

DONE AND ORDERED in Chambers in Hartford, CT on July 13, 2005.

_____
HONORABLE ALFRED V. COVELLO
UNITED STATES DISTRICT JUDGE

Conformed Copies to:
Sidney R. Bresnick
Basam E. Nabulsi
Dina S. Fisher
Marc J. Farrell