199

EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| AHLSTROM WINDSOR LOCKS LLC,  )<br>)<br>Plaintiff,  )<br>v.  )  CIVIL ACTION NO. 3:03-CV-0169 (AVC)<br>)<br>SCHOELLER & HOESCH, N.A., INC. and  )<br>P. H. GLATFELTER COMPANY,  )<br>)<br>Defendants.  ) | |

### JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiff, Ahlstrom Windsor Locks LLC, and Defendants, P. H. Glatfelter Company and Schoeller & Hoesch, NA, Inc., (collectively, the "Parties"), by and through their undersigned counsel, having amicably resolved all claims, including all pleadings between them in this case, and agreeing that each Party shall bear its own attorneys' fees and costs in connection with this action, hereby stipulate and agree to entry of the attached order to dismiss this action without prejudice. The parties further agree that in the event there is not full performance of the terms of the Settlement Agreement by either party, the aggrieved party may immediately move to reopen this case.

Dated: July 13, 2005

_____
Dina S. Fisher (ct 14896)
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8200
Facsimile: (860) 275-8299

- and -

Marc J. Farrell (ct 24539)
Buchanan Ingersoll PC
One South Market Square
Harrisburg, PA 17101
Telephone: (717) 237-4820
Facsimile: (717) 233-0852

Attorneys for P. H. Glatfelter Company and Schoeller & Hoesch, NA, Inc.

_____
Myron Cohen (ct 15349)
Sidney R. Bresnick (ct 16295)
Yunling Ren (ct 21078)
Cohen, Pontani, Lieberman & Pavane
551 Fifth Avenue
New York, NY 10176
Telephone: (212) 687-2770
Facsimile: (212) 972-5487

- and -

Basam E. Nabulsi (ct 20897)
McCarter & English
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902
Telephone: (203) 324-1800
Facsimile: (203) 323-6513

Attorneys for Ahlstrom Windsor Locks LLC

GRANTED.
July 14, 2005.
SO ORDERED.
Alfred V. Covello, U.S.D.J.